UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

New England Teamsters Pension Fund     §

§

vs.     §     NO:   AU:24-CV-00297-RP

§

Agilon Health, Inc., et al     §

O R D ER

   **BE IT REMEMBERED** on  this  the  22nd day of March, 2024, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Eric J. Belfi, counsel for  New England Teamsters Pension Fund and the Court, having reviewed the motion, enters the following order:

   **IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Eric J. Belfi may appear on behalf of New England Teamsters Pension Fund in the above case.

   **IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

   **IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

   **IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

   **IT IS SO ORDERED** this 22nd day of March, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE