UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | § § § § § § § § § § § § § § § § | Civil Action No. 1:24-cv-00297-DII <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | | |
| vs. | | |
| AGILON HEALTH, INC., et al., | | |
| Defendants. | | |
| PATRICK HARRIS HOPE, Individually and on Behalf of All Others Similarly Situated, | § § § § § § § § § § § § § § § | Civil Action No. 1:24-cv-00305-DII <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | | |
| vs. | | |
| AGILON HEALTH, INC., et al., | | |
| Defendants. | | |

[Caption continued on following page.]

**ORDER GRANTING THE RETIREMENT SYSTEMS' MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

- 1 -

4855-6666-4383.v1

- 2 -

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>AGILON HEALTH, INC., et al.,<br><br>                    Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 1:24-cv-00544-DII<br><br>CLASS ACTION |

- 2 -

4855-6666-4383.v1

Having considered Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans, Indiana Public Retirement System, and the North Atlantic States Carpenters Pension Fund and Guaranteed Annuity Fund's (collectively, the "Retirement Systems") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to Rule 42(a) of Federal Rules of Civil Procedure, *New England Teamsters Pension Fund v. agilon health, inc.,* No. 1:24-cv-00297 (W.D. Tex.); *Hope v. agilon health, inc.*, No. 1:24-cv-00305 (W.D. Tex.) and *Indiana Public Retirement System v. agilon health, inc.*, No. 1:24-cv-00544 (W.D. Tex.), are consolidated as:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| IN RE AGILON HEALTH, INC. SECURITIES LITIGATION ) | Master File No. 1:24-cv-00297 |
| ) | |
| ) | CLASS ACTION |
| ) | |
| This Document Relates To: ) | |
| ) | |
| ALL ACTIONS. ) | |
| ) | |

(a)      The file in No. 1:24-cv-00297 shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other actions.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the

- 3 -

4855-6666-4383.v1

docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions on behalf of purchasers of Agilon Health, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action;

(c)    This Order shall apply to every such action, absent Court order.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(d)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.    The Retirement Systems are appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii) and 15 U.S.C. §77z-1(a)(3)(B)(iii); and

4.    The Retirement Systems' selection of Robbins Geller Rudman & Dowd LLP as lead counsel  is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v) and 15 U.S.C. §77z-1(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conduct of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of

- 4 -

4855-6666-4383.v1

- 5 -

work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the action.

    IT IS SO ORDERED.

DATED: _____          _____

                                              UNITED STATES DISTRICT COURT JUDGE

- 5 -