# TAB 1

Tab 1
001

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 1:24-cv-00297-DII CLASS ACTION |
| Plaintiff, | § § | |
| vs. | § § | |
| AGILON HEALTH, INC., et al., | § § | |
| Defendants. | § § § | |
| PATRICK HARRIS HOPE, Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 1:24-cv-00305-DII CLASS ACTION |
| Plaintiff, | § § | |
| vs. | § § | |
| AGILON HEALTH, INC., et al., | § § § | |
| Defendants. | § § § | |

[Caption continued on following page.]

**APPENDIX OF EXHIBITS IN SUPPORT OF THE RETIREMENT SYSTEMS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

- 1 -

4890-2617-8751.v1

Tab 1
002

- 2 -

INDIANA PUBLIC RETIREMENT SYSTEM, § Civil Action No. 1:24-cv-00544-DII
on Behalf of Itself and All Others Similarly §
Situated, § CLASS ACTION
                                 §
                       Plaintiff, §
                                   §
         vs. §
                                   §
AGILON HEALTH, INC., et al., §
                                   §
                     Defendants. §
                                   §
                                   §

4890-2617-8751.v1

Tab 1
003

- 3 -

**DOCUMENT**                                                                                     **TAB**

Affidavit of Joe Kendall in Support of the Retirement Systems' Motion for                          1
Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of
Selection of Counsel

DATED:  May 20, 2024                    KENDALL LAW GROUP, PLLC
                                       JOE KENDALL (Texas Bar No. 11260700)


                                                 *s/ Joe Kendall*
                                       JOE KENDALL

                                       3811 Turtle Creek Blvd., Suite 825
                                       Dallas, TX  75219
                                       Telephone:  214/744-3000
                                       214/744-3015 (fax)
                                       jkendall@kendalllawgroup.com

                                       Liaison Counsel

                                       ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                       DARREN J. ROBBINS
                                       DANIELLE S. MYERS
                                       655 West Broadway, Suite 1900
                                       San Diego, CA  92101
                                       Telephone:  619/231-1058
                                       619/231-7423 (fax)
                                       darrenr@rgrdlaw.com
                                       dmyers@rgrdlaw.com

                                       Proposed Lead Counsel for Proposed Lead Plaintiff

4890-2617-8751.v1

Tab 1
004