**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-00297-DII |
| Plaintiff, | **CLASS ACTION** |
| v. | |
| AGILON HEALTH, INC., STEVEN J. SELL, TIMOTHY S. BENSLEY, PRISCILLA KASENCHAK, RONALD A. WILLIAMS, SHARAD MANSUKANI, DIANA L. MCKENZIE, KAREN MCLOUGHLIN, CLAY RICHARDS, RAVI SACHDEV, RICHARD J. SCHNALL, JEFFREY A. SCHWANEKE, DEREK L. STRUM, WILLIAM WULF, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., WELLS FARGO SECURITIES, LLC, DEUTSCHE BANK SECURITIES INC., COWEN AND COMPANY, LLC, NOMURA SECURITIES INTERNATIONAL, INC., RBC CAPITAL MARKETS, LLC, LEERINK PARTNERS f/k/a SVB SECURITIES LLC, TRUIST SECURITIES, INC., WILLIAM BLAIR & COMPANY, L.L.C., ACADEMY SECURITIES, INC., R. SEELAUS & CO., LLC, SAMUEL A. RAMIREZ & COMPANY, INC., SIEBERT WILLIAMS SHANK & CO., LLC, WR SECURITIES, LLC, CLAYTON, DUBILIER & RICE, LLC, CD&R VECTOR HOLDINGS, L.P., CD&R INVESTMENT ASSOCIATES IX, LTD., and CD&R ASSOCIATES IX, L.P., | |
| Defendants. | |

*[Captions continue on next page.]*

**NOTICE OF WITHDRAWAL OF THE MOTION OF THE PUBLIC EMPLOYEES'
RETIREMENT SYSTEM OF MISSISSIPPI FOR CONSOLIDATION OF RELATED
ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION
OF COUNSEL**

| | |
|---|---|
| PATRICK HARRIS HOPE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>AGILON HEALTH, INC., STEVEN J. SELL, AND TIMOTHY S. BENSLEY,<br><br>        Defendants. | Case No. 1:24-cv-00305-DII<br><br>**CLASS ACTION** |
| INDIANA PUBLIC RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>AGILON HEALTH, INC., STEVEN J. SELL, TIMOTHY S. BENSLEY, GLENN SOBOTKA, MICHELLE A. GOURDINE, MICHAEL L. SMITH, RONALD A. WILLIAMS, SHARAD MANSUKANI, CLAY RICHARDS, RAVI SACHDEV, RICHARD J. SCHNALL, DEREK L. STRUM, WILLIAM WULF, CLAYTON, DUBILIER & RICE, LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, and BofA SECURITIES, INC.,<br><br>        Defendants. | Case No. 1:24-cv-00544-DII<br><br>**CLASS ACTION** |

PLEASE TAKE NOTICE that Public Employees' Retirement System of Mississippi ("Mississippi PERS"), hereby withdraws its Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  *See* ECF No. 9.  Having reviewed the competing motion filed in the action, Mississippi PERS does not appear to have the largest financial interest.

This withdrawal shall have no impact on Mississippi PERS's membership in the putative class and its right to share in any recovery obtained for the benefit of class members, nor shall it impact Mississippi PERS's ability to serve as a representative party should the need arise.

Dated: June 3, 2024

Respectfully submitted,

**NIX PATTERSON, LLP**
By: */s/ Jeffrey J. Angelovich*
Jeffrey J. Angelovich (Bar No. 00786988)
Cody Hill (Bar No. 24095836)
Jessica Underwood (Bar No. 24093291)
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 495-1534
jangelovich@nixlaw.com
codyhill@nixlaw.com
junderwood@nixlaw.com

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
Naumon A. Amjed (admitted *pro hac vice* in *Hope* action)
Jonathan Z. Naji (admitted *pro hac vice* in *Hope* action)
Varun Elangovan (Bar No. 24136187)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com

1

jnaji@ktmc.com
velangovan@ktmc.com

**LABATON KELLER SUCHAROW LLP**
Eric J. Belfi (admitted *pro hac vice*)
Francis P. McConville (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for the Public Employees' Retirement System of Mississippi and Proposed Lead Counsel for the Class*

2