**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**IN RE AGILON HEALTH, INC. SECURITIES
LITIGATION**

-vs-

**This Document Relates To:
ALL ACTIONS.**

Case No.  **1:24-cv-00297-DII**

**O R D E R**

BE IT REMEMBERED on this the ___14th___ day of ___June___, 20 _24_ , there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Christopher D. Stewart** ("Applicant"), counsel for ___the Retirement Systems___ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ___the Retirement Systems___ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ___14th___ day of ___June___ 20 _24_ .

_____
UNITED STATES DISTRICT JUDGE