**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**IN RE AGILON HEALTH, INC. SECURITIES**
**LITIGATION**

-vs-

**This Document Relates To:**
**ALL ACTIONS.**

**Case No.**   1:24-cv-00297-DII

## O R D E R

BE IT REMEMBERED on this the ___14th___ day of _____June_____, 20_24_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ___**Justin G. Oetting**___ ("Applicant"), counsel for ___the Retirement Systems___ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ___the Retirement Systems___ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ___14th___ day of ___June___ 20_24_.

UNITED STATES DISTRICT JUDGE