**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**IN RE AGILON HEALTH, INC. SECURITIES**
**LITIGATION**

-vs-

**This Document Relates To:**
**ALL ACTIONS.**

Case No.    **1:24-cv-00297-DII**

**O R D E R**

BE IT REMEMBERED on this the ___14th___ day of _____June_____, 20_24_, there

was presented to the Court the Motion for Admission *Pro Hac Vice* filed by

_____**Lucas F. Olts**_____ ("Applicant"), counsel for ___the Retirement Systems___ and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

may appear on behalf of _____the Retirement Systems_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the ___14th___ day of _____June_____ 20_24_.

_____
UNITED STATES DISTRICT JUDGE