IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE AGILON HEALTH, INC. SECURITIES LITIGATION | § § § § § § § | 1:24-CV-297-DII |

## **ORDER**

On June 6, 2024, the Court granted Plaintiff Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans, Indiana Public Retirement System, and the North Atlantic States Carpenters Pension Fund and Guaranteed Annuity Fund's ("the Retirement Systems") Motion to Consolidate, appointed the Retirement Systems as Lead Plaintiff in this case, and administratively closed the member actions. (Dkt. 14). Following that order, counsel for Member Plaintiffs Patrick Harris Hope, Public Employees Retirement System of Mississippi, and the New England Teamsters Pension Fund filed unopposed motions to withdraw. (*See* Dkts. 26, 30, 31).

In light of these withdrawals, the Court ordered that counsel for Member Plaintiffs shall submit a notice if they intend to stay named parties in the case. (Order, Dkt. 33). Member Plaintiffs did not respond.

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall **TERMINATE** Member

Plaintiffs Patrick Harris Hope, Public Employees Retirement System of Mississippi, and the New

England Teamsters Pension Fund as parties in this case.

**SIGNED** on August 9, 2024.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE