UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

New England Teamsters Pension Fund §
§
vs. §    NO:   AU:24-CV-00297-RP
§
Agilon Health, Inc., et al §

O R D ER

**BE IT REMEMBERED** on  this  the  24th day of September, 2024, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Brandon Fetzer, counsel for  CD&R Associates IX, L.P., CD&R Investment Associates IX, Ltd., CD&R Vector Holdings, L.P., Clayton, Dubilier & Rice, LLC, Clay Richards, Ravi Sachdev, Richard J Schnall, Derek L Strum, Ronald A. Williams and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Brandon Fetzer may appear on behalf of CD&R Associates IX, L.P., CD&R Investment Associates IX, Ltd., CD&R Vector Holdings, L.P., Clayton, Dubilier & Rice, LLC, Clay Richards, Ravi Sachdev, Richard J Schnall, Derek L Strum, Ronald A. Williams in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 24th day of September, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE