# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § § | Master File No. 1:24-cv-00297-RP CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | § § § § § § | |

## STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT

Lead Plaintiff Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans, Indiana Public Retirement System, and the North Atlantic States Carpenters Pension Fund and Guaranteed Annuity Fund's (collectively, the "Retirement Systems") and defendants agilon health, inc., Steven J. Sell, Timothy S. Bensley, Glenn Sobotka, Sharad Mansukani, Michelle A. Gourdine, Michael L. Smith, William Wulf, Clay Richards, Ravi Sachdev, Richard J. Schnall, Ronald Williams, Derek L. Strum, Priscilla Kasenchak, Diana L. McKenzie, Karen McLoughlin, Jeffrey A. Schwaneke, Clayton, Dubilier & Rice, LLC, CD&R Vector Holdings, L.P., CD&R Investment Associates IX, Ltd., CD&R Associates IX, L.P., J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, BofA Securities, Inc., Wells Fargo Securities, LLC, Deutsche Bank Securities Inc., Cowen and Company, LLC, Nomura Securities International, Inc., RBC Capital Markets, LLC, Leerink Partners LLC f/k/a SVB Securities LLC, Truist Securities, Inc., William Blair & Company, L.L.C., Academy Securities, Inc., R. Seelaus &

1

Co., LLC, Samuel A. Ramirez & Company, Inc., Siebert Williams Shank & Co., LLC, and WR Securities, LLC (the "Original Defendants"), as well as Heidi Hittner and Girish Venkatachaliah (the "Newly-Added Defendants," and together with the Original Defendants, the "Defendants") (the Retirement Systems together with Defendants the "Parties") by and through their undersigned counsel, hereby stipulate to and seek the Court's approval of an order extending the page limits for briefing on Defendants' anticipated Motion to Dismiss the Consolidated Complaint.

## <u>RECITALS</u>

WHEREAS pursuant to the Court's September 24, 2024 Order regarding the schedule for the filing of a Consolidated Complaint and Motion to Dismiss briefing (Dkt. No. 44), the deadline for Defendants to move to dismiss the Consolidated Complaint is November 8, 2024 and the deadline for Lead Plaintiff to respond to such motion(s) is January 7, 2025;

WHEREAS, Local Rule CV-7 provides that motions and responses are limited to 20 pages, and replies to 10 pages, unless otherwise authorized by the Court;

WHEREAS, the Consolidated Complaint is over 100 pages, includes 39 Defendants represented by three firms, and asserts class action claims under both the Securities Act of 1933 and the Securities Exchange Act of 1934;

WHEREAS, in light of the claims and allegations, Defendants request additional pages for opening brief(s) in support of their anticipated motion(s) to dismiss;

WHEREAS, Lead Plaintiffs do not oppose an extension of the page limits for Defendants' brief(s) on the anticipated motion(s) to dismiss to 85 pages, to be divided among defendants in their discretion;

WHEREAS, Defendants do not oppose a corresponding extension of the page limit for Lead Plaintiffs' opposition to Defendants' anticipated motion(s) to dismiss, not to exceed 85 total pages;

WHEREAS, Plaintiffs do not oppose an extension of the page limit to 50 total pages for Defendants' reply or replies in support of the anticipated motion(s) to dismiss, to be divided among Defendants in their discretion.

IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their respective counsel of record, and subject to the Court's approval, that the page limits for the briefing on Defendants' anticipated Motion(s) to Dismiss will be as follows:

(a) Defendants shall be permitted up to 85 total pages, exclusive of attachments or exhibits thereto, for opening briefs in support of their motion(s) to dismiss, which may be divided among Defendants in their discretion;

(b) Lead Plaintiffs shall be permitted up to 85 total pages, exclusive of attachments or exhibits thereto, for their opposition to the motion(s) to dismiss;

(c) Defendants shall be permitted up to 50 total pages, exclusive of attachments or exhibits thereto, for replies in support of their motion(s) to dismiss, which may be divided among Defendants in their discretion.

IT IS SO STIPULATED.

DATED:  October 30, 2024                ROBBINS GELLER RUDMAN & DOWD LLP
                                        LUCAS F. OLTS
                                        CHRISTOPHER D. STEWART


                                        _____
                                        */s/ Christopher D. Stewart*
                                        CHRISTOPHER STEWART

3

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
LOlts@rgrdlaw.com
CStewart@rgrdlaw.com


Lead Counsel for Lead Plaintiff

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel

DATED:  October 30, 2024

SIDLEY AUSTIN LLP
YOLANDA C. GARCIA
MASON PARHAM
BARRET V. ARMBRUSTER


                    /s/ *Yolanda C. Garcia*
            YOLANDA C. GARCIA

2021 McKinney Avenue, Suite 2000
Dallas, TX  75201
Telephone:  214/981-3300
214/981-3400 (fax)
ygarcia@sidley.com
mparham@sidley.com
barmbruster@sidley.com

Attorneys for Defendants agilon health, inc.,
Steven J. Sell, Timothy S. Bensley, Girish
Venkatachaliah, Heidi Hittner, Glenn Sobotka,
Sharad Mansukani, Michelle A. Gourdine,
Michael L. Smith, Priscilla Kasenchak, Diana L.
McKensie, Karen McLoughlin, Jeffrey A.
Schwaneke and William Wulf

4

DATED:  October 30, 2024

SCOTT DOUGLASS & MCCONNICO LLP
SANTOSH ARAVIND (Texas Bar No. 24095052)

/s/ *Santosh Aravind*
SANTOSH ARAVIND

303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  512/495-6300
512/495-6399 (fax)
saravind@scottdoug.com

DEBEVOISE & PLIMPTON LLP
Maeve O'Connor
Elliot Greenfield
Brandon Fetzer
66 Hudson Blvd.
New York, NY 10001
Telephone: (212) 909-6000
moconnor@debevoise.com
egreenfield@debevoise.com
bfetzer@debevoise.com

Attorneys for Defendants Clayton, Dubilier &
Rice, LLC, CD&R Vector Holdings, L.P., CD&R
Investment Associates IX, Ltd., CD&R Associates
IX, L.P., Clay Richards, Ravi Sachdev, Richard J.
Schnall, Ronald Williams and Derek L. Strum

DATED:  October 30, 2024

ALLEN OVERY SHEARMAN STERLING
US LLP
R. THADDEUS BEHRENS
DANIEL H. GOLD
MATTHEW A. MCGEE

/s/ *Daniel H. Gold*
DANIEL H. GOLD

The Link at Uptown
2601 Olive Street, 17th Floor
Dallas, TX  75201
Telephone:  214/271-5777
thad.behrens@aoshearman.com
dan.gold@aoshearman.com
matt.mcgee@aoshearman.com

5

Attorneys for Defendants J.P. Morgan Securities LLC; Goldman Sachs & Co. LLC; BofA Securities, Inc., Wells Fargo Securities, LLC, Deutsche Bank Securities Inc., Cowen and Company, LLC, Nomura Securities International, Inc., RBC Capital Markets, LLC, Leerink Partners LLC f/k/a SVB Securities LLC, Truist Securities, Inc., William Blair & Company, L.L.C., Academy Securities, Inc., R. Seelaus & Co., LLC, Samuel A. Ramirez & Company, Inc., Siebert Williams Shank & Co., LLC and WR Securities, LLC

IT IS SO ORDERED.

Date:  October __, 2024

_____

HONORABLE ROBERT L. PITMAN