UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

New England Teamsters Pension Fund        §
                                          §
vs.                                       §        NO:   AU:24-CV-00297-RP
                                          §
Agilon Health, Inc., Steven J Sell, Timothy S.   §
Bensley, Priscilla Kasenchak, Ronald A.
Williams, Sharad Mansukani, Diana L Mckenzie,
Karen McLoughlin, Clay Richards, Ravi
Sachdev, Richard J Schnall, Jeffrey A
Schwaneke, Derek L Strum, William Wulf, J.P.
Morgan Securities LLC, Goldman Sachs & Co.
LLC, BofA Securities, Inc., Wells Fargo
Securities, LLC, Deutsche Bank Securities Inc.,
Cowen and Company, LLC, Nomura Securities
International, Inc., RBC Capital Markets, LLC,
Leerink Partners, Truist Securities, Inc., William
Blair & Company, L.L.C., Academy Securities,
Inc., R. Seelaus & Co., LLC, Samuel A. Ramirez
& Company, Inc., Siebert Williams Shank &
Co., LLC, WR Securities, LLC, Clayton,
Dubilier & Rice, LLC, CD&R Vector Holdings,
L.P., CD&R Investment Associates IX, Ltd.,
CD&R Associates IX, L.P.

## **ORDER**

Pursuant to the Amended Order Assigning Business of the Court issued by Chief Judge Alia

Moses on May 31, 2024 delegating the oversight and management of the Austin Division to the

undersigned and with to the mutual consent of Judge David Ezra, the above matter is transferred to

the Austin docket of Judge Ezra for all purposes.

Signed this 7th day of November, 2024

_____
ROBERT PITMAN

UNITED STATES DISTRICT JUDGE