**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE AGILON HEALTH, INC. SECURITIES LITIGATION | Master File No.: 1:24-cv-00297-DAE |

**APPENDIX B IN SUPPORT OF AGILON DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Defendants agilon health, inc., Steven J. Sell, Timothy S. Bensley, Girish Venkatachaliah, Heidi Hittner, Glenn Sobotka, Michelle A. Gourdine, Michael L. Smith, Sharad Mansukani, Diana L. McKenzie, Priscilla Kasenchak, Karen McLoughlin, Jeffrey Schwaneke, and William Wulf ("agilon Defendants"), by and through their undersigned counsel, hereby submit this Appendix B In Support of agilon Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.

## Challenged Statement Table

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| 93, 117, 118, 267, 273 | April 2021 Registration Statement; 2021 Report on Form 10-K; September | Our business is transforming healthcare by empowering the [PCPs] to be the agent for change in the communities they serve. We believe that PCPs, with their intimate patient-physician relationships, are best positioned to drive meaningful change in quality, cost and patient experience when provided with the right infrastructure and payment model. Through our | 14-16, 18-20 |

1

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | 2021 Registration Statement; May 2023 Registration Statement | combination of the agilon platform, a long-term partnership model with existing physician groups and a growing network of like-minded physicians, we are poised to revolutionize healthcare for seniors across communities throughout the United States. Our purpose-built model provides the necessary capabilities, capital and business model for existing physician groups to create a Medicare-centric, globally capitated line of business. Our model operates by forming RBEs within local geographies, that enter into arrangements with payors providing for monthly payments to manage the total healthcare needs of our physician partners' attributed patients (or global capitation arrangements), contract with agilon to perform certain functions and enter into long-term professional service agreements with one or more anchor physician groups pursuant to which the anchor physician groups receive a base compensation rate and share in the savings from successfully improving quality of care and reducing costs. | |
| 94, 268 | April 2021 Registration Statement; September 2021 Registration Statement | Our purpose-built and flexible platform enables ease of integration with payor systems, physician EMR systems, labs, pharmacies and other third-party platforms, encompassing millions of data records each month. The agilon platform extracts needed financial, clinical and social determinants data and organizes this disparate data to enable easy consumption by physicians in order to improve quality of care, cost and patient experience. | 18-20 |
| 95, 97, 120, 121, 269, 271, 274 | April 2021 Registration Statement; 2021 Report on Form 10-K; September 2021 Registration Statement; May 2023 | The combination of these subscription-like agreements, the sticky patient-physician relationship and our long-term partnership model, which is typically 20 years in duration, results in a growing and recurring revenue stream and provides significant visibility into the near-term and long-term financial trajectory for both agilon and our anchor physician groups. . . .<br><br>Enhancing the power and growth of the agilon platform is the rapidly expanding group of leading community-based physician partners, functioning as a collaborative | 14-20 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | Registration Statement | group through the agilon network. We believe the power of this network is demonstrated by our ability to add new physician partners and to attract additional PCPs to our physician partners. | |
| 96, 270 | April 2021 Registration Statement; September 2021 Registration Statement | Two critical factors that enhance our ability to improve medical margin over a long period of time that we believe are unique to our model are . . . (ii) our ability to deliver actionable insight at the patient and physician level through our aligned partnership model with peer-to-peer physician feedback driving accountability and accelerating the pace of change to a Total Care Model. | 18-20 |
| 100 | May 27, 2021, 1Q Earnings Call | We have a high degree of visibility into future revenues and margin progression. . . .<br><br>Same geography membership growth, a key differentiator on our model was 15% including the retroactive group contract. . . .<br><br>We plan to increase our investments in the agilon platform and support our overall growth strategy both with our existing partners and current geographies and with new partners in new markets. | 20-21, 24-27, 29 |
| 101 | May 27, 2021, 1Q Earnings Call | Our same geography growth is driven by patients within existing physician panels choosing MA or new physicians join their anchor partner.<br><br>We don't spend money on brick-and-mortar or sales and marketing. This results in a highly efficient growth model with extremely strong returns on investment. | 29 |
| 102 | June 8, 2021, Goldman Sachs Conference | I think that there is opportunity in both of those, but in particular, adding physicians on the platform is an area of tremendous opportunity in which we think there's upside for us. . . .<br><br>Yes. I mean just to level set on that: I mean we grew 50% last year. We grew 42% in Q1. I think the analyst consensus out there has 37% for '22 and, I think, 32% | 29 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | for the following year. So I think that's sort of those data points that are out there, but I think it's a combination of what Bob asked about at the beginning, that new geography pipeline and increasing interest within that. But I think the real outsized lever is in the same-geography growth and so the ability to grow that up into the teens and beyond. . . .<br><br>So we think our same-geography growth is a big differentiator. In our first quarter, we reported 15% in terms of year-over-year growth same geography. And just real quickly: There's organic and then there's adding physicians. Organic is kind of bread and butter, people turning age 65 choosing Medicare Advantage or patients that are on Medicare fee for service who choose Medicare Advantage. And we do very well on that, but once we're in a community and we've implemented a partnership and a platform and created this vehicle for risk, what we find is a number of other physicians decide to join in. And those physicians come in a variety of ways. So we have people coming out of residency programs. We have smaller groups, 1, 2, 3, that are deciding to join into our anchor partner. We have larger groups that decide to come in. We also have the opportunity for acquisitions. We were very intentional in the language we used in our Q1 call that said effectively, through agilon, our medical group partners are now some of the best-capitalized physician groups in the country. And so they have the ability to use that capital in a really smart way to accelerate that process that I talked about. And so I think it comes, Jack, in a variety of ways that groups come in.<br><br>Our groups know their geographies incredibly well. It's another strength. They're leaders in their community. They're really well respected. We bring a business development team that works with them and does that on a regular basis, so they can introduce to the group. They can get comfortable with that group. We can help structure that for them, but ultimately it's their choice, right, about these groups coming in to join their practice | |

4

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | and it being a good fit. But back to that partnership, just like everything we do, it works very well in terms of adding physicians in these communities. | |
| 103 | June 8, 2021, Goldman Sachs Conference | We've taken an incredible amount of data today. We've gone from 9 to now 16 health plan relationships. Every time we go in, there's different EMRs that we're integrating with, so the data growth has been logarithmic. And our job is to provide that in a clean and actionable way to the primary care physician, where they can have really kind of a scaled total care model type of relationship with their patients. . . . That comes from providing really clean and actionable data, working with your partner to get them comfortable around that. | 27-28 |
| 105 | August 5, 2021, 2Q Earnings Call | Our same geography growth approach is distinctive and highly efficient as it is driven by strong retention, patients within existing panels choosing Medicare Advantage or new physicians joining our anchor partners on the platform. | 29 |
| 108 | October 28, 2021, 3Q Release | Our third quarter performance and updated guidance demonstrates the power of our constantly improving platform and high touch, high visibility partnership model to shape the healthcare journey of senior patients and deliver predictable, quality outcomes. | 26-27 |
| 109 | October 29, 2021, 3Q Earnings Call | Our ability to drive medical margin improvements and predictable quality outcomes, despite macro volatility, is a function of our platform and physician-centric partnership model. Our partnership model with existing physician groups creates a unique level of proximity to a primary care physician, leverages an established relationship between patient and doctor, syncs practice economics with patient outcomes and provides a level of scale and history in a local geography to influence the health care system locally. Our platform is uniquely developed and leveraged through these partnerships to impact multiple levers that are central to the success of operating a value-based Medicare model. | 26-27 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | We continue to increase our focus on how we influence the way patients access the health care system beyond the primary care physician's office. Through the agilon platform, we leverage algorithms to better identify specific cohorts of patients or physicians, stratify where care should optimally be delivered within that network and deploy the clinical support alongside our partners to drive sustainably lower cost and improved quality. | |
| 110 | Oct. 29, 2021, 3Q Earnings Call | What's becoming a growing piece of this is this improvement in access and other physicians joining locally. That's the biggest part of that 20% to 40-plus percent growth in MA and 45% growth overall in terms of membership is really the visibility. We know who those groups are that are joining in January. We know those groups are who are joining further out in the year. The timing might slide a quarter one way or other, but we have – those groups are effectively in an implementation period of their own right now. And so that visibility forward to '22 and even into '23 is really pretty strong around that. And that will be a continued driver of same geography growth. That's why we've talked about low to mid-teens same geo growth on a kind of sustainable basis. | 29 |
| 111 | Nov. 18, 2021, Wolfe Research Healthcare Conference | That national network effect is working, same geography growth, 15% year-to-date. We've given low to mid-teens guidance for next year and say that's sustainable. That's a function of more and more physicians joining in locally in the markets that we're in. | 29 |
| 113 | Jan. 10, 2022, JP Morgan Conference | I think our high-touch primary care model really distinguishes us. We've been able to manage costs and deliver predictable results through each one of these surges. We've been able to maintain those touchpoints. And so we don't see the volatility in our RAF that perhaps you do in other models. . . . <br><br> [T]he quality of our economic model has allowed us and will continue to allow us to deliver predictable results in | 26-27 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | periods of volatility. No one can predict exactly what the future is with this pandemic, but we know that we can deliver predictable results. New government programs evolve over time, but we can deliver predictable results. | |
| 114 | Jan. 10, 2022, JP Morgan Conference | So we did see some bumps in the back half of '21 in terms of some discretionary surgeries. I don't know that we believe there's a massive set of pent-up demand, particularly in our model, because we've got those touchpoints, and we've been working very closely with those senior patients, particularly those high-risk patients. That's why that 50% increase in terms of touches with those patients yields such positive results. | 29-31 |
| 115 | Jan. 10, 2022, JP Morgan Conference | We have a very predictable and highly visible growth algorithm. We grow in new geographies and we grow in same geographies. In new geographies, every time we enter a new state like we've entered Michigan for 2022, that opens up that entire state. We're then able to add in other communities within that state, as you see in Texas, where we've got 3 communities.<br><br>Once we're in a geography, we're able to consistently deliver growth rates in the low to mid-teens. That comes, both from an organic perspective of patients in the practice, moving into a full-risk relationship through Medicare Advantage or direct contracting and adding additional physicians. | 29 |
| 116 | Mar. 3, 2022, FY21 Release | Our partnership model produced distinctive, predictable results in 2021, despite evolving COVID dynamics. | 26-27 |
| 119 | 2021 Report on Form 10-K | Data Integration and Management: Integration with health plan systems, physician electronic medical record ("EMR") systems, labs, pharmacies and other third-party platforms to organize disparate data into actionable insights for our PCPs to improve quality of care, cost and patient and physician experience. | 26-27 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| 122 | March 11, 2022, Investor Day | So I'll start on national scale, and maybe you guys can add in. I mean I think national scale is making us much more of a player. And the first point is there are groups out there that can see someone with an Agilon that look and feel like them. So there is that reference ability. But that national scale gives us tremendous benefit with payers right? The integration that we're seeing with our largest payers, the joint operating committees, we have standard data formats with them. We are talking about expanding into other geographies. We have the ability to bring a national payer into a market literally within six to eight weeks, like we did in Buffalo with a couple of national payers. And so I think that that national scale makes us much more of a player from a payer perspective, we all have been. | 27-28, 45-46 |
| 123 | March 11, 2022, Investor Day | This platform that we talk about, the thing that we do is we are able to take data from all of these diverse sources. We stitch it together in what we call as the member information profile and construct a single longitudinal view of that patient across their entire landscape. . . .<br><br>Firstly, we are consistent across payers. Most people don't realize how varied the information is that they get from payers. The fact that we threaded together and we are consistent, and they know exactly the same place to look for chronic conditions, the same place to look for a med list, same place to look for a problem list makes it so much easier for them.<br><br>The second thing they love is that we slipstream this into their existing workflows, into their EMRs if we need to. If they don't have to learn anything new, they don't have any training costs associated with it. They start to see the information in context of all the things and exactly how they're been practicing medicine over the last x number of years. | 27-28, 45-46 |
| 124 | March 11, 2022, | The third part that is exciting is that not just do we deliver this information, we actually listen to feedback | 27-28, 45-46 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | Investor Day | of our doctors. If our data is wrong or something is incorrect, we work to get that corrected. If we don't deliver it into the right workflow, we make it sure that it does get delivered better, right? And the fact that they don't have to learn a new system and many of your investors, it feeds into the fact that we have low capital cost. We don't have to buy them an EMR or buy them some system or have them buy software. It lowers capital costs. The thing that's really beautiful about this is that they trust the data. They trust the data. | |
| 125 | March 11, 2022, Investor Day | One, to all the things that Ben Shaker alluded to this morning, this is what lets him and his market operators see all these markets in the same consistent way, the same consistent way, right? So whatever be the endpoints in how we get the data, when it gets mapped back into our enterprise, we have the same consistent way of looking across these markets.<br><br>The second is that it lets us drive programs and operations very consistently, right? So when we construct the program, we're able to deploy it in these markets with the same speed and ease and measure their effectiveness as effect across all of this. | 45-46 |
| 126 | March 11, 2022, Investor Day | We're on standard paper, standard data sharing agreements, and that allows us to move very rapidly into new geographies. So as we expand with new partners, we can move very quickly with these national relationships. | 45-46 |
| 127 | March 11, 2022, Investor Day | Imagine you're getting all of your data about your senior population now from all of your MA plans in one spot, you combine that with your EMR data. . . . Now you have the ability to see a view of your senior panel and their holistic journey, you never had access to before. And it's simple. It's all in one spot that you can access that. And so we are able to move the community to value. | 45-46 |
| 129 | May 11, 2022, Bank | I mean I think one of the real differentiators in our model is in the high-touch nature between the primary | 26-27 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | of America Conference | care physician and the patient. Our patients have been with our doctors for a decade or more, and they'll be with them typically for another decade. And so we understand those groups very well. As we bring them on board, we have great visibility from a cost perspective because we've got that experience with them. We take a 12-month implementation period, which I think is distinctive. And the key is to make sure that we hit day one, year one with a very clear idea around their burden of illness, which is both important on the revenue side and from a care management perspective. And so that visibility and that continuity is a big differentiator.<br><br>In COVID, what we were able to maintain was the touch points with these senior patients. . . . And I think that translated into more predictably from a cost perspective, we didn't see a big movement on the revenue side in terms of RAF because we were able to maintain those touch points. And we're also not seeing a huge step-up in terms of pent-up demand because we were able to maintain that touch and make sure there wasn't a huge amount of deferred issues. | |
| 130 | May 11, 2022, Bank of America Conference | It has a dramatic impact on the cost areas that I just talked about, but it really goes back to that high-touch relationship between the physician and patient and making sure they have the data they need and they have the team around them that gives them the time to spend with those most complex patients. | 27-28 |
| 131 | June 8, 2022, William Blair Conference | We have tremendous visibility into both growth and embedded margins in our existing PCP groups. | 24-26 |
| 133 | September 8, 2022, Wells Fargo Conference | Our model is basically one about really strong growth, bringing new PCPs and new members onto the platform. Really having a great – aligned set of PCPs, the model aligning them to basically drive significantly improved cost and quality outcome for the members. So that's | 29 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | driving the margin part of it at the end of the day. | |
| 134 | September 14, 2022, Morgan Stanley Conference | [Two] points I would add that I think is kind of distinctive about our model that allows us to deliver really predictable costs kind of quarter in, quarter out, and the year-over-year trends that you've seen in us being able to expand medical margin, is largely based on how well we've done on the cost side. But the 2 things are: one, we work with existing doctors and existing patients and we take them through a 12- month implementation period. So when they go live, we have a very good idea of what that cost structure looks like and a very good idea along -- what the revenues like. But the second piece that I think is really important is, we have this high-touch model. | 26-27 |
| 136 | November 3, 2022, 3Q Earnings Call | So I think to your point, we are experiencing the benefits of learning from our platform that is allowing our newer partners to perform at the high end of our range, which is really fantastic and encouraging and they're able to get the advantage of some of the programs like we just talked about, complex kidney disease as an example, earlier in the life cycle. So I think that's kind of point one.<br><br>Point two is, every class is a little bit different in terms of where they start, did they have an ACO before. And so the starting points for each one of those is a little bit different and always takes us a little while with payer contracts and others as we understand what that starting point is. But I think in general, we figure like -- we feel like we're seeing an acceleration sooner for our year-1 markets in terms of the benefits of the high-touch model, and it's coming through in terms of better satisfaction, better health outcomes and ultimately lower costs and better margins overall. So those are the things that I would really call out. | 26-27 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| 138 | January 9, 2023, JP Morgan Conference Call | In 2022, we stepped up both medical margin and adjusted EBITDA substantially. And today, we are providing 2023 adjusted EBITDA guidance of $75 million to $90 million, another meaningful step up in profitability. | 21-24 |
| 139 | January 24, 2023, Article | agilon has an entire team devoted to patient attribution to a PCP, so PCPs know exactly who they are accountable for. . . . <br><br> The agilon model integrates multi-payer claims data and clinical electronic medical record (EMR) data to create a comprehensive picture of each patient's needs and gaps in care, such as the need for screening or follow-up diagnostic exams, labs, or medication titration. Data is aggregated from all contracted MA plans, along with Medicare FFS ACO REACH, so each PCP can see a single view of their panel of Medicare patients. | 27-28, 45-46 |
| 140 | March 1, 2023, FY22 Release | "Announcing FY23 MM guidance of $535-$560M and adjusted EBITDA of $75-$90M." <br><br> Our medical margin for 2023 is projected at nearly $550 million, making agilon and our partners an incredible catalyst for stabilizing and growing primary care nationally. | 21-24 |
| 141 | March 1, 2023, 4Q Earnings Call | Turning to 2023, our guidance reflects the momentum in our business as membership, revenue, medical margin and adjusted EBITDA are all projected to grow even faster than they did last year. | 21-24 |
| 143 | March 30, 2023, Investor Day | Adjusted EBITDA at agilon is inflecting in a positive way. That's driven by a – that's a function of our accelerating growth, our improving unit economics, our maturing membership base as well as our continuing operating leverage. All of that gives us high confidence in our 2026 outlook for members, medical margin as | 21-24 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | well as overall profitability. And we're doing this in a capital-light high-returns model. We're well capitalized today, and we expect to be generating positive cash flow in 2024 and beyond. . . .<br><br>So after a significant pickup of $43 million to get to positive adjusted EBITDA in 2022, we're projecting an even bigger inflection of $80 million to get to our 2023 adjusted EBITDA guidance of $75 million to $90 million. . . .<br><br>Medical margins growing at even a faster rate with a 60% CAGR over that same time period. And we expect medical margin dollars to inflect up to about $550 million in 2023. That's an 80% year-over-year increase from what we just reported for 2022. And I think that's a real hallmark of the agilon model, our ability to grow medical margin at the same time that we're growing membership. | |
| 144 | March 30, 2023, Investor Day | So, what this [slide in ¶144] shows is each of these lines represents all the markets that went live during that year and how those full markets have progressed over time. So this includes any dilution from same geography growth of the members that we've added over time in each of these member cohorts. | 21-24, 29 |
| 145 | March 30, 2023, Investor Day | Across our access for patients, across our quality programs, we have a consistent process and a common operating system that helps us to narrow the variability across different communities, different payers, different EMRs, different partner types and individual physicians to be able to create consistent outcome. . . .<br><br>Now our superpower is our aligned and activated physician network across the country. You combine that with a data set of multiyear, multi-payer, multi-EMR, and now our physicians have information they never had before about their entire population. | 27-28, 45-46 |
| 146 | May 9, 2023, 1Q23 | Earnings release guidance: On track with guidance of $535-$560M MM; Adjusted EBITDA of ($3M) to | 21-24 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | Release | $25M<br><br>Network Contribution is replaced by Gross Profit, which now incorporates other operating revenue and geography entry costs included in other medical expenses. | |
| 147 | May 9, 2023, 1Q Earnings Call | As discussed at our Investor Day, once the infrastructure for full risk is established in a community, other doctors can easily join our network and access a new and sustainable model for primary care. | 29 |
| 148 | May 9, 2023, 1Q Earnings Call | The only other thing I would add to what Steve said around drivers in the first quarter is we also did have obviously incremental membership that helped drive some incremental medical margin, that helped the quarter as well, both retro and just overall higher membership than we expected. As Steve said, we've got a very complex model. We are bringing a lot of new payers and a lot of new markets to risk for the first time, and that's going to result over time, and it's having some true-ups. As we move along, we, of course, really are committed to try and have the most accurate accruals for revenue and cost that we can. And so we want those true-ups to be, obviously, in a manageable level. And I think for the first quarter, a $12 million net number between revenue was actually quite manageable for us.<br><br>And when you look at the factors that drive it, they are the factors that kind of come out of that complexity, just some true-ups around both revenue across a number of payers as we got more data after we'd already reported the fourth quarter. We had a couple of old very high-cost claims that were kind of spread out through the year that we got visibility to after we closed Q4. And then we also talked about we had some retro members that came in and those members come with, of course, as I mentioned in my prepared comments, both revenue and claims as well. So there's going to be those kinds of true-ups. But again, we want to try to keep that as accurate as possible and obviously, within a manageable | 21-24 |

14

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | range, which I think it was for the first quarter. | |
| 149 | May 9, 2023, 1Q Earnings Call | The utilization was very much in line with what we would expect. But I think the power of our clinical programs that I talked about, the power of the primary care physician touch points were really strong in the quarter. We enrolled thousands of seniors within those complex medical programs I talked about, things like palliative care and renal care, they had an impact in the quarter, Justin, but the impact is going to be far greater on a forward basis. | 29-31 |
| 151 | May 11, 2023, Bank of America Conference | The first thing is the numbers that we've seen coming through Q1, as we exited active numbers we've seen exiting 2022 and as we've now completed Q1, are very much right on track with what we expected across our markets cohorts for delivering 2023 and being ready to transition to 2024. There's a couple of things that drive that point of inflection this year. One of them is this is just a year where there's higher than normal benchmark increases on the revenue side. And for us, because our model is -- so to the second part of your question, our model is so geared to improving the quality and outcome for our patients that actually drives cost down.<br><br>When there is a pretty good high benchmark year, the differential between that benchmark revenue rate and what we're doing in cost just gets wider. And so that drives a higher point of inflection because our costs continue to just go in the right direction because of all the things that Kenny was talking about. | 26-27 |
| 155 | June 7, 2023, William Blair Conference Call | And we also have a process in which we implement our new markets up to 12 months before going live.<br><br>So long before we go live, we have really, really strong visibility into exactly what's happening. So right now, for the class of 2024, we're already implementing those partners, and we have good visibility into not only what that membership is but what the economics for that cloud will look like going into 2024. . . . | 24-26, 29 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | So as our members and our partners mature on the agilon platform, margins grow over time. And as Steve said, I'll show you a really great slide as exactly how that's been working in practice. So we have really great confidence and visibility in our long-term value drivers. And right now, our EBITDA has actually been inflecting positive year-over-year. . . . <br><br> And we expect this year to generate somewhere around $550 million of medical margin. | |
| 156 | June 7, 2023, William Blair Conference Call | I don't know many businesses that show an 88% step-up in their main margin metric. We're tripling our adjusted EBITDA year-over-year while we're growing 60-plus percent. | 21-24, 29, 32-33 |
| 158 | August 3, 2023, 2Q23 Release | The durability and predictability of our partnership model enabled agilon to deliver strong performance during the second quarter and first half of 2023. | 24-27 |
| 159 | August 3, 2023, 2Q23 Release | Earnings Release Guidance: Lowering MM expectation to $500M-$530M and raising adjusted EBITDA to $0-$23M – | 21-24 |
| 160 | August 3, 2023, 2Q Earnings Call | For MA, medical margins increased 69% to $138 million, while ACO REACH was even stronger with medical margins increasing 82% to $39 million. It should be noted that our medical margin for MA included a net $7 million headwind from prior year claims and revenue, with about half of this flowing to adjusted EBITDA, making our profitability gains even more outsized on an underlying basis. | 32-33 |
| 161 | August 3, 2023, 2Q Earnings Call | One theme I would like to drive home, given all of the speculation on utilization trends is that different models will yield different outcomes. agilon's model is distinctively different and more durable and predictable in driving cost and quality results compared to the broad | 29-31 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | fee-for-service system, which predominates across health care today.<br><br>Let me highlight how we are producing such strong and predictable results and what drives our forward confidence in the business. First, at agilon, we only take risk on patients that have an aligned long-term relationship with a PCP, who has both the resources to positively impact total cost and quality of care. We do not take risk on a broad set of patients in an unmanaged fee-for-service system. Our high-touch PCP led model allows partner physicians to actively manage the health of a discrete set of senior patients they have often known for decades.<br><br>While our platform provides doctors with a consistent set of clinical resources like care managers, social workers and pharmacists, supported by technology and data insights. This allows our network to deliver consistent results across 500,000 attributed senior patients while our physician partners focus on the most complex 20% of patients that are driving 70% to 80% of total costs.<br><br>We believe this high-touch approach has prevented a pent-up demand for care and insulated agilon from any associated spikes in utilization. | |
| 162 | August 3, 2023, 2Q Earnings Call | Second point on differentiation. For our members, our year-to-date composite utilization trend is in line or better than our expectations. Year-to-date, we have driven very moderate ER and inpatient trends, with utilization flat to down in the mid-single-digit range, while primary care and outpatient utilization is up in the mid- to high single-digit range. Given that we manage the full premium dollar in a total care relationship, we focus on the composite utilization trend and are comfortable and actively encouraging this mix shift.<br><br>All of the clinical programs we shared with you at our Investor Day are oriented towards moving care closer to | 29-31 |

17

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | primary care while significantly reducing unnecessary ER and hospital utilization, and they are tracking ahead of our expectations year-to-date. | |
| 163 | August 3, 2023, 2Q Earnings Call | Third, our model has natural advantages in terms of leading indicators and visibility. From an operational standpoint, we are not just receivers of macro utilization trends. Our teams are actively managing utilization on the ground every day. This includes transition of care nurses, post-discharge follow-up visits and high-risk case managers. Additionally, while MA claims data has some lag, our REACH claims data is very current through May, which is more than 90% complete. We have not seen any meaningful change in our expected cost trend, including outpatient procedures. | 24-31, 43 |
| 164 | August 3, 2023, 2Q Earnings Call | Lastly, our 50-50 surplus sharing not only creates strong alignment in driving long-term positive patient outcomes, but it also buffers our financial results up and down. As a result, we are able to guide to relatively tight ranges on medical margin and adjusted EBITDA and absorb puts and takes that may arise during a given period. | 21, 24-26, 29-31 |
| 165 | August 3, 2023, 2Q Earnings Call | Ultimately, the durability and predictability of our model has enabled agilon to raise our adjusted EBITDA outlook during 2023 and set a strong foundation for 2024, even as some health plans with broad fee-for-service networks are seeing pockets of higher costs. Our success in 2023 sets the table for strong performance in 2024, which should be another year of meaningful step-up in profitability.<br><br>As we have discussed previously, we operate in a very forward-looking model. And our visibility on the key levers for driving next year's performance is quite high. . . .<br><br>Our confidence in 2024 is also bolstered by the combined strength of our run rate medical margin performance across MA and REACH in 2023. This is inclusive of the adjustment to our MA reserving | 24-26 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | approach, which was a proactive decision on our part and supported by the magnitude of the upside we are seeing in REACH.<br><br>On a combined basis, our underlying margins for MA and REACH are tracking slightly better than our expectations. This is obviously important as you think about the stepping off point for 2024. | |
| 166 | August 3, 2023, 2Q Earnings Call | We are very pleased that the strength and durability of our business model has enabled us to both improve our adjusted EBITDA outlook for 2023 and set a strong foundation for performance in future years. . . .<br><br>Our updated outlook reflects our decision to strengthen our MA reserves in 2023 while embedding a range of scenarios on utilization and cost trend. . . .<br><br>So medical margin, we think, is a much better number. I can't really quote a specific one or the other for -- because they're going to be different for every market. And I think the information that we put out at Investor Day that shows the progression of each of our market cohorts over time is really a good indicator of exactly where we expect them to be from a medical margin standpoint. | 26-27 |
| 167 | August 3, 2023, 2Q Earnings Call | So rather than saying, hey, this percentage of this is for this or this is for that, we've looked at the range of potential outcomes that can happen in the second half. Want to make sure that we've got enough reserve to minimize the probability of any prior period development going into next year, and that would include things like being respectful of the fact that there could be a change, for instance, in utilization trends in the second half. So I don't want to quantify it and break it out into components other than to say, we've tried to increase the strength of the reserves to cover that sort of range of outcomes. | 26-27, 29-31 |
| 168 | August 3, 2023, 2Q | And when we talk about then the strengthening of our reserves that are in our guidance, we've essentially said, | 29-31 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | Earnings Call | hey, with the understanding that our reserve should probably be stronger in terms of the range of potential reserves that we could build, both because of those potential blind spots and also just to cover for the possibility and be respectful of the fact that there may be some change and utilization in the back half of the year. | |
| 169 | August 3, 2023, 2Q Earnings Call | So I think our visibility is extremely strong, Stephen, and we have high confidence. I think it's a function of our model, which is very different, right? We are on the ground with PCPs every day, we are managing those most complex patients. And so we're trying to better identify them and make sure the PCP and the care teams are aware of them and then make sure that they are engaged in our clinical programs.

The data that we are receiving is in particular, focused on those highest cost settings like inpatient and ER. And we put that together, we're able to drive the type of results that I talked about with inpatient down in the flat to down in the midsingle- digit range.

From a claims perspective, to specifically answer your question, we are 90% complete on our May year-to-date reach claims. And so there is incredibly high visibility. There is a lag on the MA claims, and Tim talked about the actions we're taking from a reserving perspective to protect ourselves on a go-forward basis.

But same markets, same doctors, same clinical programs, we're able to correlate these clinical programs and indicators with claims. And so we feel like we have an incredible level of visibility on that. And I think the last thing I would just say is, I think we've demonstrated that our model really stands out in higher utilization periods that broader fee-for-service markets are seeing. . . .

Year-to-date, we have seen a 28% increase in the 2-day discharge visit back with the PCP versus where we were at last year. It substantially reduced the readmit rate and | 21, 24-26, 29-31 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
|  |  | that has substantially led to that inpatient trend, which is flat to down in that mid-single-digit range. So I think this is an area where we feel like we have incredible confidence. The REACH comparison set gives us great visibility on the claims side that matches up with those operational indicators. |  |
| 170 | August 3, 2023, 2Q23 Report on Form 10-Q | Medical margin of $138 million, compared to $82 million in the second quarter of 2022. | 21, 24-26 |
| 171 | September 6, 2023, Wells Fargo Conference Call | [O]bviously, there has been a lot of focus on utilization coming through the first half of the year. And I think this current environment really gives us the opportunity to demonstrate the power of the agilon model. I know that sounds like it's simple, but our model is essentially designed to have a more efficient and really more consistent impact on utilization than probably just any other model out there, just certainly the normal fee-for-service environment.<br><br>If you think about it, we're coming in with this overall partnership model that drives this tremendous alignment with the primary care physicians that we partner with to really work on driving outcome over time. But the second thing is we're bringing this platform that allows the – or helps the primary care physician, both identify and bring the right care to their patients that then essentially over time does have that kind of leveling impact on utilization.<br><br>It also helps us drive utilization down below what the overall, I think, fee-for service environment would be. . . .<br><br>What we have much better continuity of care. We're handling the conditions of our patients on a more ongoing basis and basically managing them on a proactive basis as they happen. I think that has the impact of both lowering utilization as well as having | 29-31 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | more consistent utilization over time. It may even have a positive impact on avoiding some of the pent-up demand issues that came out of post-COVID.<br><br>Having said that, you can see the results in our numbers. So when we came out and talked about Q2, we said that we're not only seeing – that we're beating kind of the average utilization on the inpatient side. And by the way, of course, inpatient is by far the largest part of our cost basis. We're actually seeing an actual singledigit decrease in inpatient utilization against our population that we reported in Q2.<br><br>Now at the same time, of course, we have been seeing pretty large increases in outpatient. That's a smaller portion of the overall cost pie. And so the inpatient decrease is more than offsetting that. | |
| 172 | September 12, 2023, Morgan Stanley Conference | Yes. I mean, we haven't given a kind of inter-quarter update. We'll give one here in a bit when obviously we report Q3. It was interesting when we were coming through Q2 that's where we started to – and everyone else are to hear some commentary from the big payers that, hey, there may be some kind of a spike going on utilization. Of course, when we reported Q2, we hadn't seen that in our numbers yet. And in fact, our performance is more along the lines of what Steve was saying.<br><br>But even in that higher rate environment or even potentially, I'm sorry, in that higher utilization environment, we were pretty encouraged obviously by the overall trends that we're seeing in an absolute decrease in patient utilization. Mean we are seeing, and we have been seeing, just like everybody else was talking about an increase in outpatient, but that's not really new to us, right?<br><br>We've been talking about that now for a number of quarters even coming through last year that there's been some shift, I think, going on in terms of side of service | 29-31 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | for procedures from inpatient to outpatient. But the overall decrease in inpatient, which is by far the largest bucket of cost for us has obviously been offsetting that. So – but the second thing that we did, of course, coming through that and hearing that commentary from the payers was we also strengthened our reserves for somewhat in Q2 and then also in our guidance for balance of the year, with the understanding that if there – if we do that at some point, see that, that – there was some kind of a spike up or an increase in utilization that we're adequately covered for that within the reserves that we put out there and the guidance that we put out there.<br><br>And all of that, notwithstanding any commentary from the payers and utilization leads us to believe we're well reserved and we feel really confident with the guidance – with that guidance that we put forward for the balance of the year. | |
| 174 | November 2, 2023, 3Q23 Earnings Release | <u>Earnings Release Guidance:</u> On track to post FY23 MM and adjusted EBITDA of $455-$470 million and $6-18M. | 21-24 |
| 176 | November 2, 2023, 3Q Earnings Call | All of our key financial metrics were generally in line or above our guidance ranges, especially on an underlying basis. Our results continue to demonstrate the unique power of our model to inflect profitability while driving significant growth. | 26-27 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| 177 | November 2, 2023, 3Q Earnings Call | We also plan to maintain a more conservative reserving approach as we exit 2023. And this is intentionally reflected in our medical margin outlook for MA and will support our future performance in 2024. Our ability to execute against our adjusted EBITDA targets during 2023 and enhance our visibility to 2024 continues to reflect the strength and durability of our model. . . .<br><br>We remain highly confident in the trajectory of our adjusted EBITDA inflection and expect to share an initial view in early January. As we have discussed previously, we operate in a very forward-looking model, and our visibility into the key drivers for next year's performance are quite high. | 21, 24-27 |
| 178 | November 2, 2023, 3Q Earnings Call | For our MA business, medical margin on a reported basis increased 42% year-over-year to $108 million during the third quarter. Year-to-date, medical margin increased 67% to $408 million. While this was below our outlook for the quarter, the difference was primarily driven by performance in Hawaii.<br><br>Adjusted for Hawaii, medical margins increased 46% year-over-year to $111 million for the third quarter and was in line with our expectation, even with approximately $6 million of net negative development. On a per member per month basis, medical margins across our core partner markets increased by 4% year-to-date to $119, driven by the maturation of markets and member cohorts. For our year 2 plus partner markets, medical margin PMPM increased 17% to $134 on a year-to-date basis.<br><br>MA medical margins for the quarter included a net $8 million in negative development, including $9 million in prior year claims, offset by $1 million in prior year revenue, $2 million of the net development was attributed to Hawaii and the remaining $6 million was attributed to our core partner markets. The negative claims development this quarter was almost entirely isolated to system issues with a single payer related to | 21-24 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | supplemental benefit costs. As we discussed last quarter, we are making focused investments to improve our visibility into data gaps with payers. | |
| 179 | November 2, 2023, 3Q Earnings Call | From a utilization perspective, composite utilization was in line with our overall expectations. As Tim kind of outlined, we did see a step-up in Q2 utilization in MA and REACH. The MA was within our guide, REACH actually developed favorably relative to sort of what our expectation was around that intra-period. In Q3, we've seen a deceleration. And our guide makes an assumption on utilization that will be flat through the end of the year, and that's reflected in the reserve [posture] that Tim talked about in terms of an extra $3 million. | 29-31 |
| 180 | November 2, 2023, 3Q Earnings Call | In terms of the utilization trend, remember last quarter when we talked about this, we said, hey, we haven't seen the spike up yet. We didn't have enough information from May or June to really see what some of the payers were referring to. We did want to make sure that we had covered the possibility that there would be some higher utilization in our guidance going forward. As it turned out, as we just reported, we did see some increased utilization in May that was – greatly started to moderate in June. And as we've seen so far, started to – continued to moderate in early Q3 as well.<br><br>I'm not completely surprised by that. Compared to some of the comments that I've made from some of the big payers, I mean I think our model and even some of them have said should be performing better than the average out there. So the fact that we saw a spike up and some moderation down is probably just a factor also of the strength of our model. | 29-31 |
| 181 | November 2, 2023, 3Q Earnings Call | In terms of our PPO experience, we've talked about this before. We are probably the largest risk-based player in terms of PPO in the country. Our PPO business is just over 50% of our membership, it's also the fastest-growing component. And our PPO business is – performance is in line with our HMO business. | 29-31 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | | And I think the reason for that is the differences in our model. [A] large payer with a broad network versus our high-touch PCP patient model, which has the ability to guide that patient on where they're going to go for specialty care. At our Investor Day, we shared over 90% of specialty referrals come through that primary care physician even in a PPO model, that is allowing us to really deliver cost-effective care. And so our PPO experience is very strong. | |
| 182 | November 2, 2023, 3Q Earnings Call | From a medical margin perspective, our revised outlook is $455 million to $470 million and is approximately $50 million lower than our prior range. This reflects two factors: First, the removal of Hawaii represents about $20 million of this change; second, one of our primary goals is to exit 2023 with appropriately conservative reserving posture in MA. In light of this, we continue to proactively refine our model to account for utilization trends as well as any potential blind spots with health plans.<br><br>We have assumed utilization will not moderate any further from recent levels, which accounts for $30 million of the change to our MA medical margins. We think this is a prudent approach and is informed by our decision to maintain a more conservative reserving posture. We are pleased to make these decisions, which provide a strong foundation for future performance while still modestly raising our adjusted EBITDA guidance. Full details on our fourth quarter and full year guidance can be found in the earnings press release. | 21-24 |
| 183 | November 2, 2023, 3Q23 Report on Form 10-Q | Medical margin of $108 million, compared to $76 million in the third quarter of 2022. | 21-24 |
| 185 | November 14, 2023, Wolfe | [W]e saw a pretty big spike up just in core medical utilization across those 3 categories that we were talking about. A little bit hard to understand exactly what was | 29-31 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | Research Healthcare Conference | driving that to spike up in those categories across things like outpatient specialist part of your drugs specifically. Clearly, as we came through July and June, those same categories continue to moderate -- moderated back down.<br><br>But one kind of interesting thing is when you look across utilization overall, one thing that we've had pretty good success in and this is really, I think, kind of a hallmark of our model is our inpatient utilization has continued to be down versus a year ago. And so that's nice. We didn't see like a huge spike up in utilization that's continue -- that's really -- when you think about some of the clinical programs that we have that we put in place, it really is usually there to drive -- one of the outcomes is to drive lower [indiscernible]. But those kind of 3 categories specifically spiked up quite a bit and all 3 of them moderated back down. | |
| 186 | November 14, 2023, Wolfe Research Healthcare Conference | Yes. I mean our objective is to say, hey, let's put enough into our outlook for the year to make sure that we're covering those – that potential that we could see actually higher utilization. So that's why we picked that right now, we picked that original 60 up to 90 when we saw what was actually coming through Q2. So that's what gets you that kind of $10 million incremental versus the asset that we would have given to go. But the idea is, yes, that we're going to end the year with that's going to be – put us in a very good position to be appropriately accrued for the year.<br><br>You can look at it on a net basis, but there's no reason why we would expect to have. We shouldn't be going into a year with a significant under accrual of our cost stand-alone either. | 29-31 |
| 187 | November 14, 2023, Wolfe Research Healthcare | Well, it's going to look more like '23 and '24 because it's going to be large. It will have health systems in it, which we only started in '23 and '24. It will have large independent groups who've been in their communities for decades. So I think it has all of those things, and it | 29 |

| Compl. (¶) | Source(s) | Challenged Statement | Reason for Dismissal (pg. #s) |
|---|---|---|---|
| | Conference | will be a mix of new states and existing states. One of the things in Class '24 is you've got substantial growth in existing geographies in which you've already got payer contracts, you got clinical programs set up infrastructure team, et cetera. And so the class of '25 will have a mix of that included as well as new states where we're setting up. | |
| 189 | January 5, 2024, Release | <u>Release Guidance:</u> FY23 medical margin of $340-$360 million and adjusted EBITDA of negative $55-$69 million. FY24 -- projected $560-$600 million of medical margin and adjusted EBITDA of $40-$60 million. | 21-24, 29 |
| 190 | January 5, 2024, Investor Call | So yes, at the market level, we do have some groups with our revised utilization assumption that would run at a loss for 2023. So that they're off the trajectory that we would be laying out for those. So that only one market. We had one market that gets below breakeven market EBITDA in 2023 with these revised -- with these revisions. | 21-24 |

DATED:  November 8, 2024

/s/ Yolanda C. Garcia
YOLANDA C. GARCIA
ygarcia@sidley.com
State Bar No. 24012457
MASON PARHAM
mparham@sidley.com
BARRET V. ARMBRUSTER
barmbruster@sidley.com
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, TX  75201
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400

ROBIN WECHKIN (*pro hac vice* app. forthcoming)
rwechkin@sidley.com

28

**SIDLEY AUSTIN LLP**
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: (415) 439-1799

Attorneys for Defendants agilon health, inc., Steven J. Sell, Timothy S. Bensley, Girish Venkatachaliah, Heidi Hittner, Glenn Sobotka, Sharad Mansukani, Michelle A. Gourdine, Michael L. Smith, Priscilla Kasenchak, Diana L. McKensie, Karen McLoughlin, Jeffrey A. Schwaneke and William Wulf

## CERTIFICATE OF SERVICE

I certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Yolanda C. Garcia*
Yolanda C. Garcia