UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:24-cv-00297-DAE |
| This Document Relates To: | | <u>CLASS ACTION</u> |
| ALL ACTIONS. | | |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT**

4898-0463-8477.v1

| DOCUMENT | TAB |
|---|---|
| Affidavit of Lucas F. Olts in Support of Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Complaint | 1 |
| agilon's 2Q21 Form 8-K, dated August 4, 2021 | A |
| agilon's 3Q21 Form 8-K, dated October 28, 2021 | B |
| Excerpt from agilon's Schedule 14A Information, dated April 18, 2024 | C |

DATED:  January 7, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
LUCAS F. OLTS
CHRISTOPHER D. STEWART


          s/ Lucas F. Olts
           LUCAS F. OLTS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
lolts@rgrdlaw.com
cstewart@rgrdlaw.com

Lead Counsel for Lead Plaintiff

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel

- 1 -