UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § | Master File No. 1:24-cv-00297-DAE |
| | § | CLASS ACTION |
| | § | |
| This Document Relates To: | § § | |
| ALL ACTIONS. | § § § | |

AFFIDAVIT OF LUCAS F. OLTS IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT

4934-7042-8685.v1

- 1 -

I, LUCAS F. OLTS, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of California and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans, Indiana Public Retirement System, and the North Atlantic States Carpenters Pension Fund and Guaranteed Annuity Fund (collectively, the "Retirement Systems") and lead counsel for the class in the above-captioned securities class action.  I make this affidavit in support of the Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Complaint.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      agilon's 2Q21 Form 8-K, dated August 4, 2021;

Exhibit B:      agilon's 3Q21 Form 8-K, dated October 28, 2021; and

Exhibit C:      Excerpt from agilon's Schedule 14A Information, dated April 18, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of January, 2025, at San Diego, California.

s/ Lucas F. Olts
LUCAS F. OLTS

- 1 -

4934-7042-8685.v1