**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE AGILON HEALTH, INC. SECURITIES LITIGATION | Master File No.: 1:24-cv-00297-DAE |

**SUPPLEMENTAL APPENDIX IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Defendants agilon health, inc., Steven J. Sell, Timothy S. Bensley, Girish Venkatachaliah, Heidi Hittner, Glenn Sobotka, Michelle A. Gourdine, Michael L. Smith, Sharad Mansukani, Diana L. McKenzie, Priscilla Kasenchak, Karen McLoughlin, Jeffrey Schwaneke, and William Wulf ("agilon Defendants"), by and through their undersigned counsel, hereby submit this Supplemental Appendix In Support of Defendants' Motions to Dismiss Plaintiffs' Consolidated Class Action Complaint.

| Ex. | Description | APP |
|---|---|---|
| | Declaration of M. Parham | APP 1065 |
| 29. | May 7, 2024, Form 10-Q | APP 1066-APP 1110 |

DATED:  February 20, 2025

*/s/ Yolanda C. Garcia*
YOLANDA C. GARCIA
ygarcia@sidley.com
MASON PARHAM
mparham@sidley.com
BARRET V. ARMBRUSTER
barmbruster@sidley.com
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, TX  75201
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400

1

2

Attorneys for Defendants agilon health, inc.,
Steven J. Sell, Timothy S. Bensley, Girish
Venkatachaliah, Heidi Hittner, Glenn
Sobotka, Sharad Mansukani, Michelle A.
Gourdine, Michael L. Smith, Priscilla
Kasenchak, Diana L. McKensie, Karen
McLoughlin, Jeffrey A. Schwaneke and
William Wulf

## CERTIFICATE OF SERVICE

I certify that on February 20, 2025, I electronically filed the foregoing with the Clerk of Court

using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Yolanda C. Garcia*
Yolanda C. Garcia

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| IN RE AGILON HEALTH, INC. SECURITIES LITIGATION | Master File No.: 1:24-cv-00297-DAE |

**DECLARATION OF D. MASON PARHAM IN SUPPORT OF
AGILON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT**

I, Mason Parham, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The facts set out in this Declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following matters.

2. I am an attorney licensed to practice law in the State of Texas. I am a Partner at the law firm Sidley Austin LLP. I am one of the attorneys responsible for the preparation of agilon Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Motion") and Reply in Support of the Motion.

3. Attached hereto as **Exhibit 29** is a true and correct copy of agilon's Form 10-Q dated May 7, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  February 20, 2025

Respectfully submitted,

By: */s/ D. Mason Parham*
        D. Mason Parham

1

APP1065

# EXHIBIT 29

APP1066

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 10-Q

---

**(Mark One)**

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

**For the quarterly period ended March 31, 2024**
**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from     to**
**Commission file number 001-40332**

---

# agilon health, inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **37-1915147** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**6210 E Hwy 290, Suite 450**
**Austin, TX 78723**
(Address of principal executive offices)
**(562) 256-3800**
(Registrant's telephone number, including area code)
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common stock, $0.01 par value | AGL | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ NO ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large Accelerated Filer | ☒ | Accelerated Filer | ☐ |
|---|---|---|---|
| Non-accelerated Filer | ☐ | Smaller Reporting Company | ☐ |
| | | Emerging Growth Company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act) YES ☐ NO ☒

At May 1, 2024, there were 411,261,609 shares of the registrant's $0.01 par value common stock outstanding.

APP1068

**agilon health, inc.**

**INDEX**

**PART I. FINANCIAL INFORMATION**

| | | |
|---|---|---:|
| Item 1. | Financial Statements: | |
| | Condensed Consolidated Balance Sheets as of March 31, 2024 and December 31, 2023 | 3 |
| | Condensed Consolidated Statements of Operations for the Three Months Ended March 31, 2024 and 2023 | 4 |
| | Condensed Consolidated Statements of Comprehensive Income (Loss) for the Three Months Ended March 31, 2024 and 2023 | 5 |
| | Condensed Consolidated Statements of Stockholders' Equity (Deficit) for the Three Months Ended March 31, 2024 and 2023 | 6 |
| | Condensed Consolidated Statements of Cash Flows for the Three Months Ended March 31, 2024 and 2023 | 7 |
| | Notes to the Condensed Consolidated Financial Statements | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 21 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 34 |
| Item 4. | Controls and Procedures | 35 |

**PART II. OTHER INFORMATION**

| | | |
|---|---|---:|
| Item 1. | Legal Proceedings | 36 |
| Item 1A. | Risk Factors | 36 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 36 |
| Item 5. | Other Information | 36 |
| Item 6. | Exhibits | 37 |
| Signatures | | 38 |

APP1069

## PART I. FINANCIAL INFORMATION

**Item 1. Financial Statements**
**agilon health, inc.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
(in thousands, except per share data)

| | March 31, 2024 | December 31, 2023 |
|---|---:|---:|
| | (unaudited) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 111,706 | $ 107,570 |
| Restricted cash and equivalents | 6,844 | 6,759 |
| Marketable securities | 307,359 | 380,773 |
| Receivables, net | 1,571,143 | 942,461 |
| Prepaid expenses and other current assets, net | 39,757 | 42,513 |
| Total current assets | 2,036,809 | 1,480,076 |
| Property and equipment, net | 27,539 | 27,576 |
| Intangible assets, net | 72,076 | 63,769 |
| Goodwill | 24,133 | 24,133 |
| Other assets | 155,906 | 145,312 |
| Total assets | $ 2,316,463 | $ 1,740,866 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT)** | | |
| Current liabilities: | | |
| Medical claims and related payables | $ 1,266,651 | $ 737,724 |
| Accounts payable and accrued expenses | 252,497 | 233,182 |
| Current portion of long-term debt | 7,500 | 6,250 |
| Total current liabilities | 1,526,648 | 977,156 |
| Long-term debt, net of current portion | 29,834 | 32,308 |
| Other liabilities | 71,495 | 70,381 |
| Total liabilities | 1,627,977 | 1,079,845 |
| | | |
| Commitments and contingencies | | |
| | | |
| Stockholders' equity (deficit): | | |
| Common stock, $0.01 par value: 2,000,000 shares authorized; 410,843 and 406,387 shares issued and outstanding, respectively | 4,108 | 4,064 |
| Additional paid-in capital | 2,020,803 | 1,986,899 |
| Accumulated deficit | (1,332,890) | (1,326,826) |
| Accumulated other comprehensive income (loss) | (2,747) | (2,298) |
| Total agilon health, inc. stockholders' equity (deficit) | 689,274 | 661,839 |
| Noncontrolling interests | (788) | (818) |
| Total stockholders' equity (deficit) | 688,486 | 661,021 |
| Total liabilities and stockholders' equity (deficit) | $ 2,316,463 | $ 1,740,866 |

The condensed consolidated balance sheets include assets and liabilities of consolidated variable interest entities ("VIEs") as agilon health, inc., together with its consolidated subsidiaries and VIEs (the "Company"), is the primary beneficiary of these VIEs. The condensed consolidated balance sheets include total assets that can only be used to settle obligations of the Company's consolidated VIEs totaling $1.71 billion and $1.07 billion as of March 31, 2024 and December 31, 2023, respectively, and total liabilities of the Company's consolidated VIEs for which creditors do not have recourse to the general credit of the primary beneficiary of $1.49 billion and $930.60 million as of March 31, 2024 and December 31, 2023, respectively. See Note 14 for additional details.

See accompanying Notes to the Condensed Consolidated Financial Statements.

APP1071

Table of Contents

**agilon health, inc.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(in thousands, except per share data)
(unaudited)

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2024 | | 2023 |
| **Revenues:** | | | | |
| Medical services revenue | $ | 1,601,195 | $ | 1,053,119 |
| Other operating revenue | | 3,159 | | 1,193 |
| Total revenues | | 1,604,354 | | 1,054,312 |
| **Expenses:** | | | | |
| Medical services expense | | 1,443,842 | | 897,572 |
| Other medical expenses | | 85,424 | | 83,617 |
| General and administrative (including noncash stock-based compensation expense of $16,909 and $13,585, respectively) | | 76,422 | | 69,752 |
| Depreciation and amortization | | 5,844 | | 2,954 |
| Total expenses | | 1,611,532 | | 1,053,895 |
| **Income (loss) from operations** | | (7,178) | | 417 |
| **Other income (expense):** | | | | |
| Income (loss) from equity method investments | | 5,684 | | 1,376 |
| Other income (expense), net | | 5,892 | | 7,892 |
| Interest expense | | (1,284) | | (1,493) |
| **Income (loss) before income taxes** | | 3,114 | | 8,192 |
| Income tax benefit (expense) | | 133 | | 1,759 |
| **Income (loss) from continuing operations** | | 3,247 | | 9,951 |
| **Discontinued operations:** | | | | |
| Income (loss) before gain (loss) on sales | | (518) | | 6,008 |
| Gain (loss) on sales of assets, net | | (8,763) | | — |
| **Total discontinued operations** | | (9,281) | | 6,008 |
| **Net income (loss)** | | (6,034) | | 15,959 |
| Noncontrolling interests' share in (earnings) loss | | (30) | | 63 |
| **Net income (loss) attributable to common shares** | $ | (6,064) | $ | 16,022 |
| | | | | |
| **Net income (loss) per common share, basic and diluted** | | | | |
| Continuing operations | $ | 0.01 | $ | 0.02 |
| Discontinued operations | $ | (0.02) | $ | 0.02 |
| **Weighted average shares outstanding** | | | | |
| Basic | | 408,938 | | 413,136 |
| Diluted | | 413,437 | | 426,586 |

See accompanying Notes to the Condensed Consolidated Financial Statements.

4

Table of Contents

**agilon health, inc.**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**
(in thousands)
(unaudited)

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| Net income (loss) | $ (6,034) | $ 15,959 |
| Other comprehensive income (loss): | | |
| Net unrealized gain (loss) on marketable securities, net of tax | (457) | 1,896 |
| Foreign currency translation adjustment | 8 | 115 |
| Total comprehensive income (loss) | (6,483) | 17,970 |
| Comprehensive (income) loss attributable to noncontrolling interests | (30) | 63 |
| Total comprehensive income (loss) attributable to agilon health, inc. | $ (6,513) | $ 18,033 |

See accompanying Notes to the Condensed Consolidated Financial Statements.

APP1073

**agilon health, inc.**
**CONDENSED CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY (DEFICIT)**
(in thousands)
(unaudited)

For the three months ended March 31, 2024:

| | Common Stock | | Additional Paid-In Capital | Accumulated Deficit | Accumulated Other Comprehensive Income (loss) | Noncontrolling Interest | Total Stockholders' Equity (Deficit) |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | | | |
| **January 1, 2024** | 406,387 | $ 4,064 | $ 1,986,899 | $ (1,326,826) | $ (2,298) | $ (818) | $ 661,021 |
| Net income (loss) | — | — | — | (6,064) | — | 30 | (6,034) |
| Other comprehensive income (loss) | — | — | — | — | (449) | — | (449) |
| Exercise of stock options | 1,434 | 14 | 2,441 | — | — | — | 2,455 |
| Vesting of restricted stock units | 1,170 | 11 | (11) | — | — | — | — |
| Shares withheld related to net share settlement | (122) | (1) | (645) | — | — | — | (646) |
| Issuance of common stock | 1,974 | 20 | 15,210 | — | — | — | 15,230 |
| Stock-based compensation expense | — | — | 16,909 | — | — | — | 16,909 |
| **March 31, 2024** | 410,843 | $ 4,108 | $ 2,020,803 | $ (1,332,890) | $ (2,747) | $ (788) | $ 688,486 |

For the three months ended March 31, 2023:

| | Common Stock | | Additional Paid-In Capital | Accumulated Deficit | Accumulated Other Comprehensive Income (loss) | Noncontrolling Interest | Total Stockholders' Equity (Deficit) |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | | | |
| **January 1, 2023** | 412,385 | $ 4,124 | $ 2,106,886 | $ (1,064,230) | $ (5,560) | $ (611) | $ 1,040,609 |
| Net income (loss) | — | — | — | 16,022 | — | (63) | 15,959 |
| Other comprehensive income (loss) | — | — | — | — | 2,011 | — | 2,011 |
| Exercise of stock options | 2,002 | 20 | 9,597 | — | — | — | 9,617 |
| Vesting of restricted stock units | 79 | 1 | (1) | — | — | — | — |
| Shares withheld related to net share settlement | (1) | — | (28) | — | — | — | (28) |
| Stock-based compensation expense | — | — | 13,672 | — | — | — | 13,672 |
| **March 31, 2023** | 414,465 | $ 4,145 | $ 2,130,126 | $ (1,048,208) | $ (3,549) | $ (674) | $ 1,081,840 |

6

APP1074

**agilon health, inc.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(in thousands)
(unaudited)

| | Three Months Ended March 31, | |
|---|---|---|
| | 2024 | 2023 |
| **Cash flows from operating activities:** | | |
| Net income (loss) | $ (6,034) | $ 15,959 |
| Adjustments to reconcile net income (loss) to net cash used in operating activities: | | |
| Depreciation and amortization | 5,844 | 4,189 |
| Stock-based compensation expense | 16,909 | 13,672 |
| Loss (income) from equity method investments | (5,684) | (1,376) |
| (Gain) loss on sale of assets, net | 4,996 | — |
| Other noncash items | (472) | (1,785) |
| Changes in operating assets and liabilities: | (63,335) | (91,470) |
| Net cash provided by (used in) operating activities | (47,776) | (60,811) |
| **Cash flows from investing activities:** | | |
| Purchase of property and equipment | (3,139) | (3,717) |
| Purchase of intangible assets | (11,438) | — |
| Funding of loans receivable and other | (8,508) | (1,301) |
| Investments in marketable securities | — | (29,969) |
| Proceeds from maturities of marketable securities and other | 74,523 | 28,540 |
| Net cash paid in business combination | — | (44,367) |
| Net cash provided by (used in) investing activities | 51,438 | (50,814) |
| **Cash flows from financing activities:** | | |
| Proceeds from equity issuances, net | 1,809 | 9,589 |
| Repayments of long-term debt | (1,250) | (1,250) |
| Net cash provided by (used in) financing activities | 559 | 8,339 |
| Net increase (decrease) in cash, cash equivalents and restricted cash and equivalents | 4,221 | (103,286) |
| Cash, cash equivalents and restricted cash and equivalents from continuing operations, beginning of period | 114,329 | 475,912 |
| Cash, cash equivalents and restricted cash and equivalents from discontinued operations, beginning of period | — | 31,768 |
| **Cash, cash equivalents and restricted cash and equivalents, beginning of period** | 114,329 | 507,680 |
| Cash, cash equivalents and restricted cash and equivalents from continuing operations, end of period | 118,550 | 397,023 |
| Cash, cash equivalents and restricted cash and equivalents from discontinued operations, end of period | — | 7,371 |
| **Cash, cash equivalents and restricted cash and equivalents, end of period** | $ 118,550 | $ 404,394 |

See accompanying Notes to the Condensed Consolidated Financial Statements.

APP1075

**agilon health, inc.**
**NOTES TO THE CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(Unaudited)

## NOTE 1. Business

*Description of Business*

agilon health, inc., through its partnerships and platform, provides the necessary capabilities, capital, and business model for existing physician groups to create a Medicare-centric, globally capitated line of business. As of March 31, 2024, the Company, through its contracted physician networks, provided care to approximately 522,800 Medicare Advantage members enrolled with private health plans. Beginning January 1, 2024, the Company expanded its operations into: (i) Lexington, Kentucky and (ii) Augusta, Georgia, along with additional partnerships in the Company's existing Texas, Pennsylvania, and Michigan markets. Additionally, beginning January 1, 2024, the Company began participating in the Centers for Medicare & Medicaid Services' ("CMS") Shared Savings Program ("MSSP"), along with its existing participation in the Accountable Care Organization Realizing Equity, Access, and Community Health ("ACO REACH") Model, (collectively, "CMS ACO Models").

See Note 14 for additional discussions related to the Company's involvement with VIEs.

The Company's largest shareholder is an investment fund associated with Clayton Dubilier & Rice, LLC ("CD&R"), a private equity firm. All funds affiliated with CD&R are considered related parties.

## NOTE 2. Summary of Significant Accounting Policies

*Basis of Presentation*

The accompanying condensed consolidated financial statements have been prepared by management in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"). The condensed consolidated financial statements include the accounts of agilon health, inc., its wholly-owned subsidiaries, and both joint ventures and VIEs that it controls through voting rights or other means. Intercompany transactions and balances have been eliminated upon consolidation. All adjustments (consisting of normal recurring adjustments unless otherwise indicated), which the Company considers necessary to present fairly its financial position, results of operations, and cash flows, have been included. Operating results for the three months ended March 31, 2024 are not necessarily indicative of the results that may be expected for the year ending December 31, 2024. The accompanying condensed consolidated financial information should be read in conjunction with the consolidated financial statements and notes thereto for the year ended December 31, 2023 included in the Company's Annual Report on Form 10-K filed with the Securities and Exchange Commission.

*Use of Estimates*

Management is required to make estimates and assumptions in the preparation of financial statements. These estimates and assumptions affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities at the date of the condensed consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. Significant estimates can include, among other things, those used to determine revenues and related receivables from risk adjustments, medical services expense and related payables (including the reserve for incurred but not reported ("IBNR") claims), and valuation of long-lived assets, goodwill and intangible assets (acquired in business combinations and analysis of impairment). Management's estimates for revenue recognition, medical services expense, and other estimates, judgments, and assumptions, may be materially and adversely different from actual results. These estimates are based on knowledge of current events and anticipated future events, and accordingly, actual results may ultimately differ materially from those estimates.

*Property and Equipment*

As of March 31, 2024 and December 31, 2023, the Company's gross carrying amount of property and equipment was $44.3 million and $41.9 million, with accumulated depreciation of $16.8 million and $14.3 million, respectively. For the three months ended March 31, 2024 and 2023, the Company recognized $2.8 million and $1.7 million, respectively, in

APP1076

depreciation expense, which is included in depreciation and amortization expense in the condensed consolidated statements of operations.

*Income Taxes*

The Company determines the income tax provision for interim periods using an estimate of the Company's annual effective tax rate, applied to year-to-date results, adjusted for discrete items arising in that quarter. In each quarter, the Company updates its estimated annual effective tax rate, and if the estimated annual effective tax rate changes, a cumulative catch-up adjustment is recorded in that quarter. The Company applied the intra-period tax allocation rules to allocate income taxes between continuing operations and discontinued operations as prescribed in U.S. GAAP, where the tax effect of income (loss) before income taxes from continuing operations is computed without regard to the tax effects of income (loss) before income taxes from the other categories.

*Recent Accounting Pronouncements*

In November of 2023, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") 2023-07, *Segment Reporting—Improvements to Reportable Segment Disclosures* ("ASU 2023-07"), which amends certain reportable segment disclosure requirements, primarily through enhanced disclosures about significant segment expenses. Additionally, the amendments enhance interim disclosure requirements, clarify circumstances in which an entity can disclose multiple segment measures of profit or loss, provide new segment disclosure requirements for entities with a single reportable segment, and contain other disclosure requirements. The amendments in ASU 2023-07 are effective for fiscal years beginning after December 15, 2023, and interim periods within fiscal years beginning after December 15, 2024. The amendments in ASU 2023-07 are required to be applied retrospectively to all prior periods presented in the financial statements. Early adoption is permitted. The Company is currently evaluating the potential impact of the adoption of ASU 2023-07 on the disclosures in its condensed consolidated financial statements.

In December of 2023, the FASB issued ASU 2023-09, *Income Taxes—Improvements to Income Tax Disclosures* (*"*ASU 2023-09"), which amends certain disclosure requirements related to income taxes. The amendments in ASU 2023-09 require public business entities on an annual basis to: (i) disclose specific categories in the rate reconciliation and (ii) provide additional information for reconciling items that meet a quantitative threshold. The amendments in ASU 2023-09 are effective for annual periods beginning after December 15, 2024. The amendments in ASU 2023-09 can be applied on a prospective basis or retrospective application. Early adoption is permitted. The Company is currently evaluating the potential impact of the adoption of ASU 2023-09 on the disclosures in its condensed consolidated financial statements.

## NOTE 3. Revenue, Receivables, and Concentration of Credit Risk

*Medical Services Revenue*

Medical services revenue consists of capitation fees under contracts with various Medicare Advantage payors ("payors"). Under the typical capitation arrangement, the Company is entitled to monthly per-member, per-month ("PMPM") fees to provide a defined range of healthcare services for Medicare Advantage health plan members ("members") attributed to the Company's contracted primary care physicians. PMPM fees are determined as a percent of the premium payors receive from the Centers for Medicare & Medicaid Services' ("CMS") for these members. The Company generally accepts full financial risk for members attributed to its contracted primary care physicians and therefore is responsible for the cost of all healthcare services required by those members. Fees are generally recorded gross in revenue because the Company is acting as a principal in coordinating and controlling the range of services provided (other than clinical decisions) under its capitation contracts with payors. Capitation contracts with payors are generally multi-year arrangements and have a single performance obligation that constitutes a series, as defined by Accounting Standards Codification ("ASC") 606, *Revenue From Contracts With Customers* ("ASC 606"), to stand ready on a monthly basis to provide all aspects of necessary medical care to members for the contracted period. The Company recognizes revenue in the month in which eligible members are entitled to receive healthcare benefits during the contract term.

The transaction price for the Company's capitation contracts is variable, as the PMPM fees to which the Company is entitled are subject to periodic adjustment under CMS's risk adjustment payment methodology. CMS deploys a risk adjustment model that determines premiums paid to all payors according to each member's health status and certain demographic factors. Under this risk adjustment methodology, CMS calculates the risk adjusted premium payment using diagnosis data from various settings. The Company and healthcare providers collect and submit the necessary and available

9

APP1077

Table of Contents

diagnosis data to payors and such data is utilized by the Company to estimate risk adjustment payments to be received in subsequent periods. Risk adjustment-related revenues are estimated using the most likely amount methodology and amounts are only included in revenue to the extent that it is probable that a significant reversal of cumulative revenue will not occur once any uncertainty is resolved. PMPM fees are also subject to adjustment for incentives or penalties based on the achievement of certain quality metrics defined in the Company's contracts with payors. The Company recognizes incentive revenue as earned using the most likely amount methodology and only to the extent that it is probable that a significant reversal of cumulative revenue will not occur once any uncertainty is resolved.

Neither the Company nor any of its affiliates is a registered insurance company because state law in the states in which it operates does not require such registration for risk-bearing providers.

*Receivables*

Receivables primarily consist of amounts due under capitation contracts with various payors. Receivables due under capitation contracts are recorded monthly based on reports received from payors and management's estimate of risk adjustment payments to be received in subsequent periods for open performance years. Receivables are recorded at the amount expected to be realized.

*Concentration*

The Company contracts with various payors whereby the Company is entitled to monthly PMPM fees to provide a defined range of healthcare services for members attributed to its contracted primary care physicians. The Company generally accepts full financial risk for such members and therefore is responsible for the cost of all healthcare services required by them. Substantially all of the Company's receivable balances are from a small number of payors. Revenue from Medicare Advantage payors constitutes substantially all of the Company's total revenue for the three months ended March 31, 2024 and 2023.

The following table provides the Company's revenue concentration with respect to major payors as a percentage of the Company's total revenues:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| Payor A | 22 % | 20 % |
| Payor B | 15 % | 17 % |
| Payor C | 14 % | 13 % |
| Payor D | * | 10 % |

\*      Less than 10% of total revenues.

The following table provides the Company's concentration of credit risk with respect to major payors as a percentage of receivables, net:

| | March 31, 2024 | December 31, 2023 |
| --- | --- | --- |
| Payor A | 14 % | 13 % |
| Payor B | 14 % | 11 % |
| Payor C | 12 % | * |
| Payor D | 13 % | 21 % |

\*      Less than 10% of total receivables.

APP1078

**NOTE 4. Marketable Securities and Fair Value Measurements**

*Marketable Securities*

The following table summarizes the Company's marketable securities (in thousands):

| | March 31, 2024 | | | | December 31, 2023 | | | |
|---|---|---|---|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
| **Marketable securities:** | | | | | | | | |
| Corporate debt securities | $ 184,107 | $ 63 | $ (1,547) | $ 182,623 | $ 234,821 | $ 180 | $ (1,604) | $ 233,397 |
| U.S. Treasury notes | 126,085 | 53 | (1,402) | 124,736 | 138,329 | 261 | (1,206) | 137,384 |
| Other | — | — | — | — | 10,000 | — | (8) | 9,992 |
| | $ 310,192 | $ 116 | $ (2,949) | $ 307,359 | $ 383,150 | $ 441 | $ (2,818) | $ 380,773 |

For the three months ended March 31, 2024, the Company recognized total interest income of $5.4 million, of which $4.0 million was related to its marketable securities investments and $1.4 million was related to interest on cash and cash equivalent balances. For the three months ended March 31, 2023, the Company recognized total interest income of $8.3 million, of which $4.9 million was related to its marketable securities investments and $3.4 million was related to interest on cash and cash equivalent balances.

The following table summarizes the Company's marketable securities maturity as of March 31, 2024 (in thousands):

| Year | Amortized Cost | Fair Value |
|---|---|---|
| 2024 | $ 92,005 | $ 91,495 |
| 2025 | 176,926 | 174,802 |
| 2026 | 41,261 | 41,062 |
| | $ 310,192 | $ 307,359 |

The following table summarizes the Company's marketable securities with gross unrealized losses by security type aggregated by the length of time the investments have been in a continuous unrealized loss position as of March 31, 2024 (in thousands):

| | Less Than 12 Months | | 12 Months or Greater | |
|---|---|---|---|---|
| | Fair Value | Gross Unrealized Losses | Fair Value | Gross Unrealized Losses |
| **Marketable securities:** | | | | |
| Corporate debt securities | $ 50,514 | $ 212 | $ 101,513 | $ 1,335 |
| U.S. Treasury notes | 49,359 | 615 | 63,494 | 787 |
| | $ 99,873 | $ 827 | $ 165,007 | $ 2,122 |

11

The following table summarizes the Company's marketable securities with gross unrealized losses by security type aggregated by the length of time the investments have been in a continuous unrealized loss position as of December 31, 2023 (in thousands):

| | Less Than 12 Months | | 12 Months or Greater | |
| | Fair Value | Gross Unrealized Losses | Fair Value | Gross Unrealized Losses |
|---|---|---|---|---|
| **Marketable securities:** | | | | |
| Corporate debt securities | $ 55,343 | $ 167 | $ 126,189 | $ 1,437 |
| U.S. Treasury notes | 37,486 | 303 | 75,980 | 903 |
| Other | 9,992 | 8 | — | — |
| | $ 102,821 | $ 478 | $ 202,169 | $ 2,340 |

The Company's unrealized losses from marketable securities as of March 31, 2024 and December 31, 2023 were caused primarily by interest rate increases. The Company does not intend to sell marketable securities that are in an unrealized loss position, and it is not more likely than not that the Company will be required to sell the investments before recovery of their amortized cost bases, which may be maturity. There was no allowance for credit losses on available-for-sale marketable securities at March 31, 2024 and December 31, 2023.

*Fair Value Measurements*

The Company's financial instruments consist of cash and cash equivalents, restricted cash and cash equivalents, marketable securities, receivables, other liabilities, accounts payable, certain accrued expenses, and borrowings which consist of a term loan and a revolving credit facility. The carrying values of the financial instruments classified as current in the consolidated balance sheets approximate their fair values due to their short-term maturities. The Company's cash and cash equivalents are classified within Level 1 of the fair value hierarchy. The Company may be required, from time to time, to measure its loans to physician partner groups, primarily in connection with taxes payable on shares distributed to them upon completion of the Company's initial public offering ("IPO"), at fair value on a nonrecurring basis. Such measurements are classified within Level 2 of the fair value hierarchy. The carrying values of the term loan and revolving credit facility are a reasonable estimate of fair value because the interest rates on such borrowings approximate market rates as of the reporting date. Such borrowings are classified within Level 2 of the fair value hierarchy. During the three months ended March 31, 2024 and 2023, there were no material transfers of financial assets or liabilities within the fair value hierarchy.

The Company measures and discloses the fair value of nonfinancial and financial assets and liabilities utilizing a hierarchy of valuation techniques based on whether the inputs to a fair value measurement are considered to be observable or unobservable in a marketplace. Observable inputs reflect market data obtained from independent sources, while unobservable inputs reflect the Company's market assumptions. This hierarchy requires the use of observable market data when available. These inputs have created the following fair value hierarchy:

- Level 1—quoted prices for identical instruments in active markets;

- Level 2—quoted prices for similar instruments in active markets; quoted prices for identical or similar instruments in markets that are not active; and model-derived valuations in which significant inputs and significant value drivers are observable in active markets; and

- Level 3—fair value measurements derived from valuation techniques in which one or more significant inputs or significant value drivers are unobservable.

12

APP1080

The table below summarizes the Company's financial instruments measured at fair value on a recurring basis (in thousands):

| | March 31, 2024 | | | December 31, 2023 | | |
|---|---|---|---|---|---|---|
| | Level 1 | Level 2 | Level 3 | Level 1 | Level 2 | Level 3 |
| **Marketable securities:** | | | | | | |
| Corporate debt securities | $ — | $ 182,623 | $ — | $ — | $ 233,397 | $ — |
| U.S. Treasury notes | 124,736 | — | — | 137,384 | — | — |
| Other | — | — | — | 9,992 | — | — |
| | $ 124,736 | $ 182,623 | $ — | $ 147,376 | $ 233,397 | $ — |

## NOTE 5. Other Assets

The following table summarizes the Company's other assets (in thousands):

| | March 31, 2024 | December 31, 2023 |
|---|---|---|
| Loans to physician partners | $ 71,561 | $ 71,862 |
| Health plan deposits | 2,051 | 2,051 |
| Equity method investments[1] | 53,672 | 44,753 |
| Right-of-use lease assets | 13,092 | 13,411 |
| Other | 15,530 | 13,235 |
| | $ 155,906 | $ 145,312 |

_____
(1)    See Note 14 for additional discussion related to the Company's equity method investments.

*Loans to Physician Partners*

Loans to physician partners primarily represent loans in connection with taxes payable on shares distributed to them in connection with the IPO. These loans mature between 2026 and 2031 with nominal interest compounding annually and no prepayment penalties. Such loans are stated at the amount expected to be collected.

## NOTE 6. Medical Claims and Related Payables

Medical services expense represents costs incurred for medical services provided to members by physicians, hospitals and other ancillary providers for which the Company is financially responsible and that are paid either directly by the Company or by payors with whom the Company has contracted. Medical services expenses are recognized in the period in which services are provided and include estimates of claims that have been incurred but have either not yet been received, processed, or paid and as such, not reported.

Such estimates are developed using actuarial methods commonly used by health insurance actuaries that include a number of factors and assumptions including medical service utilization trends, changes in membership, observed medical cost trends, historical claim payment patterns and other factors. Generally, for the most recent months, the Company estimates claim costs incurred by applying observed medical cost trend factors to the average PMPM medical costs incurred in prior months for which more complete claims data are available.

Each period, the Company re-examines previously established medical claims payable estimates based on actual claim submissions and other changes in facts and circumstances. As more complete claims information becomes available, the Company adjusts its estimates and recognizes those changes in estimates in the period in which the change is identified. The difference between the estimated liability and the actual settlements of claims is recognized in the period the claims are settled. The Company's medical claims payable balance represents management's best estimate of its liability for unpaid medical costs as of March 31, 2024 and 2023. The Company uses judgment to determine the appropriate assumptions for developing the required estimates.

The following table presents the components of changes in medical claims and related payables (in thousands):

|  | March 31, | |
|  | 2024 | 2023 |
| --- | ---: | ---: |
| **Medical claims and related payables, beginning of the year** | $ 723,071 | $ 339,749 |
| Components of incurred costs related to: |  |  |
| Current year | 1,427,328 | 872,973 |
| Prior years | 16,514 | 24,599 |
| Discontinued operations - current year | — | 71,333 |
| Discontinued operations - prior years | — | 3,922 |
|  | 1,443,842 | 972,827 |
| Claims paid related to: |  |  |
| Current year | (316,779) | (223,425) |
| Prior years | (595,250) | (278,688) |
| Discontinued operations - current year | — | (34,793) |
| Discontinued operations - prior years | — | (42,140) |
|  | (912,029) | (579,046) |
| **Medical claims and related payables, end of the period** | $ 1,254,884 | $ 733,530 |

Medical claims and related payables also include $11.8 million and $14.7 million, as of March 31, 2024 and December 31, 2023, respectively, that is recoverable from other parties under risk sharing arrangements and is presented as prepaid expenses and other current assets, net in the condensed consolidated balance sheets. Medical claims and related payables presented in the periods above include immaterial balances related to claims liabilities associated with certain divested California businesses for which the Company has retained the liability for claims incurred prior to the date of divestiture.

## NOTE 7. Other Liabilities

The following table summarizes the Company's other liabilities (in thousands):

|  | March 31, 2024 | December 31, 2023 |
| --- | ---: | ---: |
| Other long-term contingencies | $ 49,000 | $ 49,000 |
| Lease liabilities, long-term | 10,618 | 10,905 |
| Equity method liabilities – CMS ACO Models | 2,284 | 1,199 |
| Other | 9,593 | 9,277 |
|  | $ 71,495 | $ 70,381 |

As of both March 31, 2024 and December 31, 2023, the Company's accruals for contingent liabilities related to unasserted claims were $49.0 million. The accrued amounts represent the Company's estimate of probable losses in accordance with ASC Topic 450, *Contingencies*.

See Note 14 for equity method liabilities related to the Company's CMS ACO Models investments.

## NOTE 8. Debt

On February 18, 2021, the Company executed a credit facility agreement (as amended by the First Amendment to Credit Agreement, dated as of March 1, 2021 and the Second Amendment to Credit Agreement, dated as of May 25, 2023, the "Credit Facility"). The Credit Facility includes: (i) a $100.0 million secured term loan (the "Secured Term Loan Facility") and (ii) a $100.0 million senior secured revolving credit facility (the "Secured Revolving Facility") with a capacity to issue standby letters of credit in certain circumstances up to a maximum of $100.0 million. Subject to specified

APP1082

Table of Contents

conditions and receipt of commitments, the Secured Term Loan Facility may be expanded (or a new term loan facility, revolving credit facility or letter of credit facility added) by up to (i) $50.0 million plus (ii) an additional amount determined in accordance with a formula tied to repayment of certain of the Company's indebtedness. The maturity date of the Credit Facility is February 18, 2026.

As of March 31, 2024, the Company had $37.5 million outstanding under the Secured Term Loan Facility and availability under the Secured Revolving Facility was $60.7 million, as the Company had outstanding letters of credit totaling $39.3 million. The standby letters of credit are automatically extended without amendment for one-year periods, unless the Company notifies the institution in advance of the expiration date that the letter will be terminated. No amounts have been drawn on the outstanding letters of credit as of March 31, 2024.

Effective with the Second Amendment to Credit Agreement on May 25, 2023, the Company transitioned to the Secured Overnight Financing Rate ("SOFR") as a benchmark interest rate used in the Credit Agreement. At the Company's option, borrowings under the Credit Agreement can be either: (i) SOFR Rate Loans, (ii) Daily Simple SOFR Rate Loans, or (iii) Base Rate Loans. Daily Simple SOFR Rate Loans and SOFR Rate Loans bear interest at a rate equal to the sum of 3.50% and the higher of (a) SOFR, as defined in the credit agreement, and (b) 0%. Base Rate Loans bear interest at a rate equal to the sum of 2.50% and the highest of: (a) 0.50% in excess of the overnight federal funds rate, (b) the prime rate established by the administrative agent from time to time, (c) the one-month SOFR rate (adjusted for maximum reserves) plus 1.00% and (d) 0%. Additionally, the Company pays a commitment fee on the unfunded Secured Revolving Facility amount of 0.375%. The Company must also pay customary letter of credit fees. As of March 31, 2024, the effective interest rate on the Secured Term Loan Facility was 9.394%.

The Credit Facility is guaranteed by certain of the Company's subsidiaries, including those identified as VIEs, and contain customary covenants including, among other things, limitations on restricted payments including: (i) dividends and distributions from restricted subsidiaries, (ii) requirements of minimum financial ratios, and (iii) limitation on additional borrowings based on certain financial ratios. Failure to meet any of these covenants could result in an event of default under the Credit Agreement. If an event of default occurs, the lenders could elect to declare all amounts outstanding under the Credit Agreement to be immediately due and payable. The Company was in compliance with all covenants under the Credit Facilities.

As of both March 31, 2024 and December 31, 2023, the Company had $25.1 million outstanding surety bonds related to health plan payor risk-bearing capital contributions.

## NOTE 9. Commitments and Contingencies

*Legal Proceedings*

From time to time, the Company is a party to, or has a significant relationship to, legal proceedings, lawsuits, and other claims that arise in the ordinary course of the Company's business. Except as described in this Note 9, the Company is not aware of any other legal proceedings or claims that it believes may have, individually or taken together, a material adverse effect on the Company's business, prospects, financial condition, results of operations or cash flows. The Company's policy is to expense legal costs as they are incurred.

In February and March 2024, three putative class action lawsuits, (1) *New England Teamsters Pension Fund v. agilon health, inc. et al.*, 1:24-cv-00297 (W.D. Tex., March 19, 2024); (2) *Hope v. agilon health, inc. et al.*, 1:24-cv-00305 (W.D. Tex., March 25, 2024); and (3) *Indiana Public Retirement System v. agilon health et al.*, 1:24-cv-02506 (S.D.N.Y., April 2, 2024), were filed. The lawsuits name the Company and certain current and former members of the Company's executive team and Board of Directors as defendants. The lawsuits generally assert securities fraud claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended and under Sections 11, 12(a)(2) and 15 of the Securities Act of 1933, as amended, in connection with statements made in the Company's annual and quarterly reports and earnings releases related to, among other things, the Company's medical utilization and claims rates, medical margin, incurred but not reported reserve, and profit margins between April 2021 to February 2024. The lawsuits seek compensatory damages, attorney's fees and other unspecified equitable and/or injunctive relief. The Company is unable to estimate the ultimate individual or aggregate amount of monetary liability or financial impact due to the early stages of the litigation.

APP1083

## NOTE 10. Common Stock

*Common Stock*

*2024.* During the three months ended March 31, 2024, the Company issued approximately 2.5 million shares of common stock primarily in connection with exercises and vesting of stock-based awards. Additionally, during the three months ended March 31, 2024, the Company issued approximately 2.0 million shares of common stock to settle liabilities related to the exchange of common stock for reduced physician partner compensation percentage in certain ACO REACH entities.

*2023.* During the three months ended March 31, 2023, the Company issued approximately 2.1 million shares of common stock primarily in connection with exercises and vesting of stock-based awards.

## NOTE 11. Net Income (Loss) Per Common Share

Basic net income (loss) per common share ("EPS") is computed based upon the weighted average number of common shares outstanding. Diluted net income (loss) per common share is computed based upon the weighted average number of common shares outstanding plus the impact of common shares issuable from the assumed conversion of stock options, certain performance restricted stock units, and unvested restricted stock units. Only those instruments having a dilutive impact on basic net income (loss) per share are included in diluted net income (loss) per share during the periods presented.

The following table illustrates the computation of basic and diluted EPS (in thousands, except per share amounts):

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | | 2024 | | 2023 |
| **Numerator** | | | | |
| Income (loss) from continuing operations | $ | 3,247 | $ | 9,951 |
| Noncontrolling interests' share in (earnings) loss from continuing operations | | (30) | | 63 |
| Net income (loss) attributable to common stockholders before discontinued operations | | 3,217 | | 10,014 |
| Income (loss) from discontinued operations | | (9,281) | | 6,008 |
| Net income (loss) attributable to common stockholders | $ | (6,064) | $ | 16,022 |
| **Denominator** | | | | |
| Weighted average shares outstanding – basic | | 408,938 | | 413,136 |
| Weighted average shares outstanding – diluted | | 413,437 | | 426,586 |
| **Net income (loss) per share attributable to common stockholders** | | | | |
| Net income (loss) per common share from continuing operations, basic and diluted | $ | 0.01 | $ | 0.02 |
| Net income (loss) per common share from discontinued operations, basic and diluted | $ | (0.02) | $ | 0.02 |

The following table provides the weighted-average potential shares of common stock that were excluded from the calculation of diluted net income (loss) per share attributable to common stockholders because their effect would have been anti-dilutive (in thousands):

| | March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| Stock options | 6,616 | 2,098 |
| Restricted stock units | 9,657 | 4,592 |

16

## NOTE 12. Goodwill and Amortizable Intangible Assets

As of both March 31, 2024 and December 31, 2023, the Company's goodwill balance was $24.1 million. There were no events or circumstances that warranted an interim impairment test for goodwill during the three months ended March 31, 2024.

As of March 31, 2024 and December 31, 2023, the Company's gross carrying amount of amortizable intangible assets was $119.2 million and $108.0 million, with accumulated amortization of $47.1 million and $44.2 million, respectively. For the three months ended March 31, 2024 and 2023, the Company recognized $2.9 million and $1.3 million, respectively, in amortization expense, which is included in depreciation and amortization expense in the condensed consolidated statements of operations.

*Acquisition*

On February 28, 2023, the Company completed the acquisition of My Personal Health Record Express, Inc. (the "Acquisition"), a leading provider of value-based care technology and interoperability solutions for cash consideration of $45.3 million, net of cash acquired and subject to certain post-closing adjustments. The Company accounted for the Acquisition utilizing the acquisition method of accounting, which requires assets and liabilities to be recognized based on estimates of their acquisition date fair values. The determination of the values of the acquired assets and assumed liabilities, including other intangible assets and deferred taxes, requires significant judgment. While the Company uses its best estimates and assumptions to accurately value assets acquired and liabilities assumed at the acquisition date, the Company estimates are inherently uncertain and subject to refinement. As a result, during the measurement period, which may be up to one year from the acquisition date, the Company may record adjustments to the assets acquired and liabilities assumed with the corresponding offset to goodwill. Measurement period adjustments are recorded in the period in which they are determined, as if they had been completed at the acquisition date. Upon the conclusion of the final determination of the values of assets acquired or liabilities assumed, or one year after the date of acquisition, whichever comes first, any subsequent adjustments are recorded within the Company's consolidated results of operations. The following allocation of the purchase price related to the Acquisition based upon the fair value of assets, which primarily included developed technology of $27.5 million, and assumed net liabilities of $3.8 million, with the residual amount being recorded as goodwill of $21.6 million. The intangible assets acquired have a weighted-average life of 10 years.

## NOTE 13. Supplemental Cash Flow Information

The following table provides supplemental cash flow information (in thousands):

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| *Supplemental cash flow information:* | | |
| Interest paid | $ 1,069 | $ 1,352 |
| Income taxes paid | 227 | 171 |
| *Supplemental disclosure of non-cash investing and financing activities:* | | |
| Right-of-use asset obtained in exchange for new operating lease liability | 326 | 435 |
| Settlement of liabilities through issuance of stock | 15,230 | — |

The following table summarizes cash, cash equivalents and restricted cash equivalents (in thousands):

| | March 31, 2024 | December 31, 2023 |
| --- | --- | --- |
| Cash and cash equivalents | $ 111,706 | $ 107,570 |
| Restricted cash and equivalents[1] | 6,844 | 6,759 |
| Cash, cash equivalents and restricted cash equivalents | $ 118,550 | $ 114,329 |

_____
(1)    Restricted cash and equivalents primarily consist of amounts used as collateral to secure letters of credit that the Company is required to maintain pursuant to contracts with payors.

APP1085

**NOTE 14. Variable Interest Entities**

*Consolidated Variable Interest Entities*

agilon health, inc.'s consolidated assets and liabilities as of March 31, 2024 and December 31, 2023 include certain assets of VIEs that can only be used to settle the liabilities of the related VIE. The VIE creditors do not have recourse to agilon health, inc.

agilon health, inc.'s consolidated assets and liabilities include VIE assets and liabilities as follows (in thousands):

|  | March 31, 2024 | December 31, 2023 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 59,680 | $ 62,154 |
| Restricted cash equivalents | 6,842 | 6,757 |
| Receivables, net | 1,569,319 | 940,618 |
| Prepaid expenses and other current assets, net | 21,926 | 21,907 |
| Property and equipment, net | 1,636 | 1,754 |
| Intangible assets, net | 46,578 | 25,561 |
| Other assets, net | 6,144 | 6,334 |
| **Liabilities** | | |
| Medical claims and related payables | 1,266,651 | 737,724 |
| Accounts payable and accrued expenses | 219,407 | 188,671 |
| Other liabilities | 5,062 | 4,184 |

*Risk-bearing Entities.* At March 31, 2024, the Company operates 34 wholly-owned risk-bearing entities ("RBEs") for the purpose of entering into risk-bearing contracts with payors. Each RBE's equity at risk is considered insufficient to finance its activities without additional support, and, therefore, each RBE is considered a VIE. The Company consolidates the RBEs as it has determined that it is the primary beneficiary because it has: (i) the ability to control the activities that most significantly impact the RBEs' economic performance; and (ii) the obligation to absorb losses or right to receive benefits that could potentially be significant to the RBEs. Specifically, the Company has the unilateral ability and authority, through the RBE governance and management agreements, to make significant decisions about strategic and operating activities of the RBEs, including negotiating and entering into risk-bearing contracts with payors, and approving the RBEs' annual operating budgets. The Company also has the obligation to fund losses of the RBEs and the right to receive a significant percentage of any financial surplus generated by the RBEs. The assets of the RBEs primarily consist of cash and cash equivalents, receivables, net, intangible assets, net, and other assets. Its obligations primarily consist of medical claims and related payables as well as operating expenses of the RBEs (accounts payable and accrued expenses), including incentive compensation obligations to the Company's physician partners. On February 18, 2021, the Company executed the Credit Facility, which is guaranteed by certain of the Company's VIEs. Assets generated by the RBEs (primarily from medical services revenues) may be used, in certain limited circumstances, to settle the Company's contractual debt obligations.

*Unconsolidated Variable Interest Entities*

As of March 31, 2024, the Company had 11 equity method investees that were deemed to be VIEs. The Company has determined that the activities that most significantly impact the performance of these VIEs consist of the allocation of resources to and other decisions related to clinical activities and provider contracting decisions. Because the Company does not have the ability to control these activities due to another party's control of the VIEs' board of directors, the Company has determined that it is not the primary beneficiary of and therefore does not consolidate these VIEs. The Company provided support to assist its CMS ACO Models investments in obtaining surety bonds related to risk-bearing capital contributions to CMS. As of March 31, 2024 and December 31, 2023, the ACOs had $103.0 million and $38.5 million outstanding surety bonds. The Company's maximum loss exposure as a result of the Company's involvement with the VIEs cannot be quantified as the Company has the obligation to provide ongoing operational support to the unconsolidated VIEs, as needed.

APP1086

*Equity Method Investments*

The following table summarizes the Company's equity method investees (in thousands):

|  | March 31, 2024 | December 31, 2023 |
|---|---|---|
| Equity method investments - Other[1] | $ 9,477 | $ 9,148 |
| Equity method investments - CMS ACO Models[1] | 44,195 | 35,605 |
| Equity method liabilities - CMS ACO Models[2] | (2,284) | (1,199) |

(1)  Included in Other assets, net in the condensed consolidated balance sheets.
(2)  Included in Other liabilities in the condensed consolidated balance sheets.

The Company is a partner in 10 wholly-owned CMS ACO Models entities in collaboration with 15 of its physician group partners operating in 13 geographies. The combined summarized operating results of the Company's CMS ACO Models entities are as follows (in thousands):

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2024 | 2023 |
| Medical services revenue | $ 440,160 | $ 280,529 |
| Medical services expense | (398,792) | (257,477) |
| Other medical expenses[1] | (25,405) | (15,744) |
| Income (loss) from operations | 9,532 | 2,001 |
| Net income (loss)[2] | 5,631 | 1,334 |

(1)  For the three months ended March 31, 2024 and 2023, includes physician incentive expenses of $16.7 million and $9.7 million, respectively.
(2)  Included in Income (loss) from equity method investments in the condensed consolidated statements of operations.

The combined summarized balance sheet of the Company's CMS ACO Models entities are as follows (in thousands):

|  | March 31, 2024 | December 31, 2023 |
|---|---|---|
| Current assets | $ 294,399 | $ 174,967 |
| Noncurrent assets | 3,341 | 3,341 |
| Total assets | 297,740 | 178,308 |
| Current and total liabilities | 255,829 | 142,027 |

## NOTE 15. Discontinued Operations

Discontinued operations is a component of an entity that has either been disposed of or is deemed held-for-sale and, (i) the operations and cash flows of the component have been or will be eliminated from ongoing operations as a result of the disposal transaction, and (ii) the entity will not have any significant continuing involvement in the operations of the component after the disposal transaction. On October 31, 2023, the Company completed the disposition of MDX Hawaii, Inc. and its related operations. The Company's decision to exit Hawaii and the Independent Practice Association line of business represents a strategic shift that will have a major effect on its operations and financial results. As such, the Company's Hawaii operations are reflected in the consolidated financial statements as discontinued operations for all periods presented.

19

**APP1087**

The results of discontinued operations are as follows (in thousands):

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| **Revenues:** | | |
| Medical services revenue | $ — | $ 81,711 |
| Other operating revenue | — | 124 |
| Total revenues | — | 81,835 |
| **Expenses:** | | |
| Medical services expense | — | 75,255 |
| Other medical expenses | — | 2,407 |
| General and administrative | 518 | (2,906) |
| Depreciation and amortization | — | 1,235 |
| **Income (loss) from operations** | (518) | 5,844 |
| Other income (expense), net | — | 204 |
| Gain (loss) on sales of assets, net | (8,763) | — |
| Interest expense | — | (40) |
| **Net income (loss) from discontinued operations attributable to common shares** | $ (9,281) | $ 6,008 |

The following table provides significant non-cash operating items for discontinued operations that are included in the consolidated statements of cash flows for the three months ended March 31, 2023 (in thousands):

| **Non-cash operating activities from discontinued operations:** | |
| --- | --- |
| Depreciation and amortization | $ 1,235 |
| Stock-based compensation expense | 87 |

20

APP1088

Table of Contents

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*All references in this report to "agilon," "the Company", "we," "us" or "our" mean agilon health, inc., together with its consolidated subsidiaries. Unless the context suggests otherwise, references to "agilon health, inc." mean the parent company without its subsidiaries.*

**Cautionary Language Regarding Forward-Looking Statements**

Statements in this Quarterly Report on Form 10-Q (the "Report") that are not historical factual statements are "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). Some of the forward-looking statements can be identified by the use of forward-looking terms such as "believes," "expects," "may," "will," "shall," "should," "would," "could," "seeks," "aims," "projects," "is optimistic," "intends," "plans," "estimates," "anticipates" or the negative versions of these words or other comparable terms. Forward-looking statements include, without limitation, all matters that are not historical facts. They appear in a number of places throughout this Report and include, without limitation, statements regarding our intentions, beliefs, assumptions or current expectations concerning, among other things, our financial position, results of operations, cash flows, prospects, and growth strategies.

Forward-looking statements are subject to known and unknown risks and uncertainties, many of which may be outside our control. We caution you that forward-looking statements are not guarantees of future performance or outcomes and that actual performance and outcomes, including, without limitation, our actual results of operations, financial condition and liquidity, and the development of the market in which we operate, may differ materially from those made in or suggested by the forward-looking statements contained in this Report. In addition, even if our results of operations, financial condition, and cash flows, and the development of the market in which we operate, are consistent with the forward-looking statements contained in this Report, those results or developments may not be indicative of results or developments in subsequent periods. A number of important factors, including, without limitation, the risks and uncertainties discussed under Part I, Item 1A. "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2023, could cause actual results and outcomes to differ materially from those reflected in the forward-looking statements. As explained in greater detail under Item 9A. "Controls and Procedures" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2023, we are undertaking a broad range of remedial procedures to address the material weaknesses in our internal control over financial reporting identified as of December 31, 2023. Our efforts to improve our internal controls are ongoing. Furthermore, new risks and uncertainties emerge from time to time, and it is not possible for us to predict all risks and uncertainties that could have an impact on the forward-looking statements contained in this Report. Factors that could cause actual results and outcomes to differ from those reflected in forward-looking statements include, without limitation:

- our history of net losses and the expectation that our expenses will increase in the future;

- failure to identify and develop successful new geographies, physician partners and payors, or execute upon our growth initiatives;

- success in executing our operating strategies or achieving results consistent with our historical performance;

- medical expenses incurred on behalf of our members may exceed revenues we receive;

- our ability to secure contracts with Medicare Advantage ("MA") payors;

- our ability to grow new physician partner relationships sufficient to recover startup costs;

- availability of additional capital, on acceptable terms or at all, to support our business in the future;

- significant reduction in our membership;

- transition to a Total Care Model may be challenging for physician partners;

- public health crises, such as COVID-19, could adversely affect us;

- inaccuracy in estimates of our members' risk adjustment factors, medical services expense, incurred but not reported claims, and earnings pursuant to payor contracts;

- the impact of restrictive clauses or exclusivity provisions in some of our contracts with physician partners;

- our ability to hire and retain qualified personnel;

21

APP1089

- our ability to realize the full value of our intangible assets;

- security breaches, cybersecurity attacks, loss of data and other disruptions to our information systems;

- our ability to protect the confidentiality of our know-how and other proprietary and internally developed information;

- reliance on our subsidiaries to perform and fund their operations;

- environmental, social, and governance issues;

- our reliance on a limited number of key payors;

- the limited terms of contracts with our payors and our ability to renew them upon expiration;

- reliance on our payors, physician partners and other providers to operate our business;

- our ability to obtain accurate and complete diagnosis data;

- reliance on third-party software, data, infrastructure and bandwidth;

- consolidation and competition in the healthcare industry;

- the impact of changes to, and dependence on, federal government healthcare programs;

- uncertain or adverse economic and macroeconomic conditions, including a downturn or decrease in government expenditures;

- regulation of the healthcare industry and our physician partners' ability to comply with such laws and regulations;

- federal and state investigations, audits and enforcement actions;

- repayment obligations arising out of payor audits;

- negative publicity regarding the managed healthcare industry generally;

- our use, disclosure and processing of personally identifiable information, protected health information, and de-identified data;

- our failure to obtain or maintain an insurance license, a certificate of authority or an equivalent authorization;

- lawsuits not covered by insurance;

- changes in tax laws and regulations, or changes in related judgments or assumptions;

- our indebtedness and our potential to incur more debt;

- dependence on our subsidiaries for cash to fund all of our operations and expenses;

- provisions in our governing documents;

- ability to achieve a return on investment depends on appreciation in the price of our common stock;

- the material weakness in our internal control over financial reporting and our ability to remediate such material weakness; and

- risks related to other factors discussed under Part I, Item 1A "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2023.

Except as required by law, we do not undertake, and hereby disclaim, any obligation to update any forward-looking statements, which speak only as of the date on which they are made.

The information set forth in this Item 2 is intended to provide readers with an understanding of our financial condition, changes in financial condition, and results of operations. We will discuss and provide our analysis in the following order:

- Overview and Recent Developments

- Key Financial and Operating Metrics

- Key Components of Our Results of Operations

APP1090

- Results of Operations

- Non-GAAP Financial Measures

- Liquidity and Capital Resources

- Critical Accounting Policies and Estimates

- Recent Accounting Pronouncements

## Overview and Recent Developments

Our business is transforming healthcare by empowering the primary care physicians ("PCPs") to be the agent for change in the communities they serve. We believe that PCPs, with their intimate patient-physician relationships, are best positioned to drive meaningful change in quality, cost, and patient experience when provided with the right infrastructure and payment model. Through our combination of the agilon platform, a long-term partnership model with existing physician groups and a growing network of like-minded physicians, we are poised to revolutionize healthcare for seniors across communities throughout the United States. Our purpose-built model provides the necessary capabilities, capital, and business model for existing physician groups to create a Medicare-centric, globally capitated line of business. Our model operates by forming risk-bearing entities ("RBEs") within local geographies, that enter into arrangements with payors providing for monthly payments to manage the total healthcare needs of our physician partners' attributed patients (or, global capitation arrangements). The RBEs also contract with agilon to perform certain functions and enter into long-term professional service agreements with one or more anchor physician groups pursuant to which the anchor physician groups receive a base compensation rate and share in the savings from successfully improving quality of care and reducing costs.

Our business model is differentiated by its focus on existing community-based physician groups and is built around three key elements: (1) agilon's platform; (2) agilon's long-term physician partnership approach; and (3) agilon's network. With our model, our goal is to remove the barriers that prevent community-based physicians from evolving to a Total Care Model, where the physician is empowered to manage health outcomes and the total healthcare needs of their attributed Medicare patients.

### First Quarter 2024 Results:

- Medicare Advantage members of approximately 522,800 as of March 31, 2024 increased 43% from March 31, 2023.

- CMS ACO Models attributed beneficiaries of approximately 131,000 as of March 31, 2024 increased 48% from March 31, 2023.

- Total revenue of $1.6 billion increased 52% from the first quarter of 2023.

- Gross profit of $75 million, compared to $73 million in the first quarter of 2023.

- Medical margin of $157 million, compared to $156 million in the first quarter of 2023.

- Net loss of $6 million, compared to net income of $16 million in the first quarter of 2023.

- Adjusted EBITDA of $29 million in the first quarter compared to $24 million in the first quarter 2023.

### Membership Details

Medicare Advantage members increased 43% from March 31, 2023, which includes contributions from new geographies and growth within geographies existing prior to 2023. Total members live on the platform includes 522,800 Medicare Advantage members and 131,000 attributed CMS ACO Models beneficiaries.

Average Medicare Advantage membership was 518,400 during the first quarter of 2024.

APP1091

Table of Contents

**Key Financial and Operating Metrics**

*All of our key metrics exclude historical results from our Hawaii operations (which are included as discontinued operations in our condensed consolidated financial statements).*

We monitor the following key financial and operating metrics to help us evaluate our business, identify trends affecting our business, formulate business plans and make strategic decisions. We believe the following key metrics are useful in evaluating our business (dollars in thousands):

| | As of and For the | | |
| --- | --- | --- | --- |
| | Three Months Ended March 31, | | |
| | 2024 | 2023 | % Change |
| MA members | 522,800 | 365,700 | 43 |
| Medical services revenue | $ 1,601,195 | $ 1,053,119 | 52 |
| Gross profit | $ 75,088 | $ 73,123 | 3 |
| Medical margin[1] | $ 157,353 | $ 155,547 | 1 |
| Platform support costs | $ 45,712 | $ 43,292 | 6 |
| Net income (loss) | $ (6,034) | $ 15,959 | (138) |
| Adjusted EBITDA[1] | $ 29,054 | $ 24,038 | 21 |

(1)    Medical margin and Adjusted EBITDA are non-GAAP financial measures. Gross profit is the most directly comparable financial measure calculated in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") to medical margin. Net income (loss) is the most directly comparable financial measure calculated in accordance with U.S. GAAP to Adjusted EBITDA. See "—Non-GAAP Financial Measures" for additional information.

*Medicare Advantage Members*

Our MA members include all individuals enrolled in an MA plan that are attributed to the PCPs on our platform at the end of a given period.

*Medical Services Revenue*

Our medical services revenue consists of capitation revenue under contracts with various payors. Under the typical capitation arrangement, we are entitled to per member per month ("PMPM") fees to provide a defined range of healthcare services for MA health plan members through our contracted physician partners and affiliated PCPs. Such fees are typically based on a defined percentage of corresponding premium that payors receive from the Centers for Medicare & Medicaid Services' ("CMS"). We recognize capitation revenue over the period eligible members are entitled to receive healthcare services.

*Gross Profit*

Gross profit represents the amount earned from total revenues less medical services expense and other medical expenses. Total revenues include medical services revenue and other operating revenue. The Company's costs of revenues consist of medical services expense and other medical expenses, which represents the costs that are directly related to providing the services that generate revenue.

The following table presents our gross profit (dollars in thousands):

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| Total revenues | $ 1,604,354 | $ 1,054,312 |
| Medical services expense | (1,443,842) | (897,572) |
| Other medical expenses[1] | (85,424) | (83,617) |
| Gross profit | $ 75,088 | $ 73,123 |

**APP1092**

(1)    Represents physician compensation expense related to surplus sharing and other care management expenses that help to create medical cost efficiency. Includes costs in geographies that are in implementation and are not yet generating revenue and investments to grow existing markets. For the three months ended March 31, 2024 and 2023, costs incurred in implementing geographies were $0.6 million and $2.3 million, respectively.

### Medical Margin

We define medical margin as medical services revenue after medical services expense is deducted. Medical services expense represents costs incurred for medical services provided to our members. As our platform matures over time, we expect medical margin to increase in absolute dollars. However, medical margin PMPM may vary as the percentage of new members brought onto our platform fluctuates. New membership added to the platform is typically dilutive to medical margin PMPM.

See "—Non-GAAP Financial Measures" for information regarding our use of medical margin and a reconciliation of gross profit to medical margin.

### Platform Support Costs

Our platform support costs, which include regionally-based support personnel and other operating costs to support our geographies, are expected to decrease over time as a percentage of revenue as our physician partners add members and our revenue grows. Our operating expenses at the enterprise level include resources and technology to support payor contracting, clinical program development, quality, data management, finance, and legal and compliance functions.

The table below represents costs to support our live geographies and enterprise functions, which are included in general and administrative expenses (dollars in thousands):

|  | Three Months Ended March 31, | | | |
|  | 2024 | | 2023 | |
| --- | --- | --- | --- | --- |
| Platform support costs | $ | 45,712 | $ | 43,292 |
| % of Revenue |  | 3 % |  | 4 % |

### Net Income (Loss) and Adjusted EBITDA

Net income (loss) is the most directly comparable U.S. GAAP measure to Adjusted EBITDA. We define Adjusted EBITDA as net income (loss) adjusted to exclude: (i) income (loss) from discontinued operations, net of income taxes, (ii) interest expense, (iii) income tax expense (benefit), (iv) depreciation and amortization, (v) stock-based compensation expense, (vi) severance and related costs, and (vii) certain other items that are not considered by us in the evaluation of ongoing operating performance. We reflect our share of Adjusted EBITDA for equity method investments by applying our actual ownership percentage for the period to the applicable reconciling items on an entity-by-entity basis.

See "—Non-GAAP Financial Measures" for information regarding our use of Adjusted EBITDA and a reconciliation of net income (loss) to Adjusted EBITDA.

### Key Components of Our Results of Operations

### Revenues

#### Medical Services Revenue

Our medical services revenue consists of capitation revenue under contracts with various payors. Under the typical capitation arrangement, we are entitled to PMPM fees to provide a defined range of healthcare services for MA health plan members through our contracted physician partners and affiliated PCPs. Such fees are typically based on a defined percentage of corresponding premium that payors receive from CMS. We recognize capitation revenue over the period eligible members are entitled to receive healthcare services.

Medical services revenue constitutes substantially all of our total revenue for the three months ended March 31, 2024 and 2023.

APP1093

***Operating Expenses***

*Medical Services Expense*

In each of our geographies, a network of physicians, hospitals, and other healthcare providers provide care to our members. Medical services expense represents costs incurred for medical services provided to our members. Our medical services expense trends primarily relate to changes in per visit costs incurred by our members, along with changes in health system and provider utilization of services. Medical services expenses are recognized in the period in which services are provided and include estimates of our obligations for medical services that have been rendered by third parties but for which claims have either not yet been received, processed, or paid.

*Other Medical Expenses*

Other medical expenses include: (i) partner physician compensation expense and (ii) other provider costs. Partner physician compensation expense represents obligations to our physician partners corresponding to a portion of the surplus generated in our geographies, which is a function of medical services revenues less the sum of medical services expenses, other provider costs and market operating costs, for the respective geography. Physician payment obligations are reconciled quarterly, and settlement payments are typically issued to providers on an annual basis in arrears, with interim payments issued periodically. Other provider costs include payments to support physician-patient engagement, certain other medical costs, and other care management expenses that help to create medical cost efficiency. Other provider costs include costs incurred for geographies that are in implementation and are not yet generating revenue.

*General and Administrative*

General and administrative expenses consist of market-based support personnel and other operating costs to support our geographies, personnel and other operating costs to support our enterprise functions, and investments to support development and expansion of our physician partners. Our enterprise functions include salaries and related expenses, stock-based compensation (including shares issued under partner physician group equity agreements), operational support expenses, technology infrastructure, finance, and legal, as well as other costs associated with the continued growth of our platform. For the purposes of calculating physician partner incentive expense, we allocate a portion of our enterprise general and administrative expenses to our geographies. General and administrative expenses also include severance and accruals for unasserted claims.

*Depreciation and Amortization*

Depreciation and amortization expenses are associated with our property and equipment and acquired intangible assets. Depreciation includes expenses associated with buildings, computer equipment and software, furniture and fixtures, and leasehold improvements. Amortization primarily includes expenses associated with acquired intangible assets.

***Other Income (Expense)***

*Income (loss) from equity method investments*

Income (loss) from equity method investments consists primarily of income associated with our participation in the CMS Shared Savings Program ("MSSP"), along with its existing participation in the Accountable Care Organization Realizing Equity, Access, and Community Health ("ACO REACH") Model, (collectively, "CMS ACO Models").

*Other Income (Expense), Net*

Other income (expense), net includes interest income, which consists primarily of interest earned on our cash and cash equivalents, restricted cash and cash equivalents, and marketable securities, including amortization/accretion of discount/premium.

*Interest Expense*

Interest expense consists primarily of interest expense associated with our outstanding debt, including amortization of debt discounts and costs.

APP1094

Table of Contents

*Income Tax Benefit (Expense)*

We are subject to corporate U.S. federal, state, and local income taxation. Deferred tax assets are reduced by a valuation allowance to the extent management believes it is not more likely than not to be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income. Management makes estimates and judgments about future taxable income based on assumptions that are consistent with our plans and estimates.

*Total Discontinued Operations*

Total discontinued operations consist of the results of our Hawaii operations. For certain of our divestiture transactions, we continue to be responsible for any liabilities arising from the business that were incurred prior to the closing date of such transaction, including any fines, penalties, and other sanctions, the payment of claims for medical services incurred prior to the effective date of each transaction, a liability for unrecognized tax benefits for which we are indemnified, and other contingent liabilities that we currently believe are remote. For additional discussion, see Note 15 to the Condensed Consolidated Financial Statements.

**Results of Operations**

The following table summarizes key components of our results of operations (dollars in thousands):

| | | Three Months Ended March 31, | | |
| --- | --- | --- | --- | --- |
| | | 2024 | | 2023 |
| **Revenues:** | | | | |
| Medical services revenue | $ | 1,601,195 | $ | 1,053,119 |
| Other operating revenue | | 3,159 | | 1,193 |
| Total revenues | | 1,604,354 | | 1,054,312 |
| **Expenses:** | | | | |
| Medical services expense | | 1,443,842 | | 897,572 |
| Other medical expenses | | 85,424 | | 83,617 |
| General and administrative (including noncash stock-based compensation expense of $16,909 and $13,585, respectively) | | 76,422 | | 69,752 |
| Depreciation and amortization | | 5,844 | | 2,954 |
| Total expenses | | 1,611,532 | | 1,053,895 |
| **Income (loss) from operations** | | (7,178) | | 417 |
| **Other income (expense):** | | | | |
| Income (loss) from equity method investments | | 5,684 | | 1,376 |
| Other income (expense), net | | 5,892 | | 7,892 |
| Interest expense | | (1,284) | | (1,493) |
| **Income (loss) before income taxes** | | 3,114 | | 8,192 |
| Income tax benefit (expense) | | 133 | | 1,759 |
| **Income (loss) from continuing operations** | | 3,247 | | 9,951 |
| **Discontinued operations:** | | | | |
| Income (loss) before gain (loss) on sales | | (518) | | 6,008 |
| Gain (loss) on sales of assets, net | | (8,763) | | — |
| **Total discontinued operations** | | (9,281) | | 6,008 |
| **Net income (loss)** | | (6,034) | | 15,959 |
| Noncontrolling interests' share in (earnings) loss | | (30) | | 63 |
| **Net income (loss) attributable to common shares** | $ | (6,064) | $ | 16,022 |

APP1095

The following table summarizes our results of operations as a percentage of total revenues:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| **Revenues:** | | |
| Medical services revenue | 100 % | 100 % |
| Other operating revenue | — | — |
| Total revenues | 100 | 100 |
| **Expenses:** | | |
| Medical services expense | 90 | 85 |
| Other medical expenses | 5 | 8 |
| General and administrative (including noncash stock-based compensation expense of 1% and 1%, respectively) | 5 | 7 |
| Depreciation and amortization | — | — |
| Total expenses | 100 | 100 |
| **Income (loss) from operations** | — | — |
| **Other income (expense):** | | |
| Income (loss) from equity method investments | — | — |
| Other income (expense), net | — | 1 |
| Interest expense | — | — |
| **Income (loss) before income taxes** | — | 1 |
| Income tax benefit (expense) | — | — |
| **Income (loss) from continuing operations** | — | 1 |
| Discontinued operations: | | |
| Income (loss) before gain (loss) on sales | — | 1 |
| Gain (loss) on sales of assets, net | (1) | — |
| Total discontinued operations | (1) | 1 |
| **Net income (loss)** | — | 2 |
| Noncontrolling interests' share in (earnings) loss | — | — |
| **Net income (loss) attributable to common shares** | — % | 2 % |

*Comparison of the Three Months Ended March 31, 2024 to the Three Months Ended March 31, 2023*

*Medical Services Revenue*

| | Three Months Ended March 31, | | Change | |
| --- | --- | --- | --- | --- |
| (dollars in thousands) | 2024 | 2023 | $ | % |
| Medical services revenue | $ 1,601,195 | $ 1,053,119 | $ 548,076 | 52 % |
| % of total revenues | *100 %* | *100 %* | | |

Medical services revenue increased for the three months ended March 31, 2024 due primarily to growth in average membership of 43%, which was attributable to seven new geographies that began to generate revenue in 2024 and growth

28

APP1096

in our existing geographies. The increase in medical services revenue for the three months ended March 31, 2024 was also driven, to a lesser extent, by an increase in PMPM capitation rates of 7%.

### Medical Services Expense

| (dollars in thousands) | Three Months Ended March 31, | | Change | |
| --- | --- | --- | --- | --- |
| | 2024 | 2023 | $ | % |
| Medical services expense | $ 1,443,842 | $ 897,572 | $ 546,270 | 61 % |
| % of total revenues | 90 % | 85 % | | |

Medical services expense increased for the three months ended March 31, 2024 due primarily to growth in average membership of 43%, which was attributable to seven new geographies that became operational in 2024 and growth in our existing geographies. The increase in medical services expense for the three months ended March 31, 2024 was also driven, to a lesser extent, by an increase in average medical services expense per member of 13%.

### Other Medical Expenses

| (dollars in thousands) | Three Months Ended March 31, | | Change | |
| --- | --- | --- | --- | --- |
| | 2024 | 2023 | $ | % |
| Other medical expenses | $ 85,424 | $ 83,617 | $ 1,807 | 2 % |
| % of total revenues | 5 % | 8 % | | |

Other medical expenses increased by $1.8 million, or 2%, for the three months ended March 31, 2024 compared to 2023. Partner physician incentive expense decreased by $7.9 million to $49.8 million in 2024 compared to $57.7 million in 2023. Other provider costs increased by $11.4 million to $35.0 million in 2024 compared to $23.6 million in 2023, resulting from the increase in the number of geographies and members on our platform. Other provider costs for the three months ended March 31, 2024 include $0.6 million of costs related to geographies that are expected to become operational in January 2025, while other provider costs for the three months ended March 31, 2023 include $2.3 million of costs related to geographies that became operational in 2024.

### General and Administrative

| (dollars in thousands) | Three Months Ended March 31, | | Change | |
| --- | --- | --- | --- | --- |
| | 2024 | 2023 | $ | % |
| General and administrative | $ 76,422 | $ 69,752 | $ 6,670 | 10 % |
| % of total revenues | 5 % | 7 % | | |

General and administrative expenses increased $6.7 million, or 10%, for the three months ended March 31, 2024 compared to 2023. Operating costs to support our live geographies and enterprise functions (platform support costs) increased by $2.4 million to $45.7 million in 2024 compared to $43.3 million in 2023 due primarily to growth in operating costs incurred to support geographies that became operational in 2024. Operating costs to support our live geographies and enterprise functions as a percentage of revenue decreased to 3% for the three months ended March 31, 2024 compared to 4% for the same period in 2023. Investments to support geography entry increased to $10.5 million in 2024, compared to $9.3 million in 2023 due to increased costs associated with our geographies that are expected to become operational in the following calendar year and expansion into existing geographies. Stock-based compensation expense increased $3.3 million in 2024 primarily due to the granting of certain stock-based instruments to third parties after the first quarter of 2023.

APP1097

*Income (loss) from equity method investments*

| (dollars in thousands) | Three Months Ended March 31, | | Change | |
| | 2024 | 2023 | $ | % |
|---|---|---|---|---|
| Income (loss) from equity method investments | $ 5,684 | $ 1,376 | $ 4,308 | 313 % |
| % of total revenues | — % | — % | | |

Income (loss) from equity method investments increased $4.3 million, or 313%, for the three months ended March 31, 2024 compared to 2023 primarily from two new equity investments that began to generate revenue in 2024 and growth in our existing CMS ACO Models investments.

*Other income (expense), net*

| (dollars in thousands) | Three Months Ended March 31, | | Change | |
| | 2024 | 2023 | $ | % |
|---|---|---|---|---|
| Other income (expense), net | $ 5,892 | $ 7,892 | $ (2,000) | (25)% |
| % of total revenues | — % | 1 % | | |

Other income (expense), net decreased $2.0 million, or 25%, for the three months ended March 31, 2024 compared to 2023 primarily from interest income as a result of the maturities of various marketable securities investments.

*Total Discontinued Operations*

| (dollars in thousands) | Three Months Ended March 31, | | Change | |
| | 2024 | 2023 | $ | % |
|---|---|---|---|---|
| Total discontinued operations | $ (9,281) | $ 6,008 | $ (15,289) | (254)% |
| % of total revenues | (1)% | 1 % | | |

Total discontinued operations is related to the sale of our Hawaii operations in October 2023. Total discontinued operations for the three months ended March 31, 2024 is primarily related to loss on sale of our Hawaii operations compared to income from discontinued operations for the three months ended March 31, 2023.

**Non-GAAP Financial Measures**

In addition to providing results that are determined in accordance with U.S. GAAP, we present medical margin and Adjusted EBITDA, which are non-GAAP financial measures.

We define medical margin as medical services revenue after medical services expense is deducted. Medical services expense represents costs incurred for medical services provided to our members. As our platform matures over time, we expect medical margin to increase in absolute dollars. However, medical margin PMPM may vary as the percentage of new members brought onto our platform fluctuates. New membership added to the platform is typically dilutive to medical margin PMPM. We believe this metric provides insight into the economics of our capitation arrangements as it includes all medical services expense directly associated with our members' care.

We define Adjusted EBITDA as net income (loss) adjusted to exclude: (i) income (loss) from discontinued operations, net of income taxes, (ii) interest expense, (iii) income tax expense (benefit), (iv) depreciation and amortization, (v) stock-based compensation expense, (vi) severance and related costs, and (vii) certain other items that are not considered by us in the evaluation of ongoing operating performance. We reflect our share of Adjusted EBITDA for equity method investments by applying our actual ownership percentage for the period to the applicable reconciling items on an entity-by-entity basis.

APP1098

Table of Contents

Gross profit is the most directly comparable U.S. GAAP measure to medical margin. Net income (loss) is the most directly comparable U.S. GAAP measure to Adjusted EBITDA.

We believe medical margin and Adjusted EBITDA help identify underlying trends in our business and facilitate evaluation of period-to-period operating performance of our operations by eliminating items that are variable in nature and not considered by us in the evaluation of ongoing operating performance, allowing comparison of our recurring core business operating results over multiple periods. We also believe medical margin and Adjusted EBITDA provide useful information about our operating results, enhance the overall understanding of our past performance and future prospects, and allow for greater transparency with respect to key metrics we use for financial and operational decision-making. We believe medical margin and Adjusted EBITDA or similarly titled non-GAAP measures are widely used by investors, securities analysts, ratings agencies, and other parties in evaluating companies in our industry as a measure of financial performance. Other companies may calculate medical margin and Adjusted EBITDA or similarly titled non-GAAP measures differently from the way we calculate these metrics. As a result, our presentation of medical margin and Adjusted EBITDA may not be comparable to similarly titled measures of other companies, limiting their usefulness as comparative measures.

Adjusted EBITDA is not considered a measure of financial performance under U.S. GAAP, and the items excluded therefrom are significant components in understanding and assessing our financial performance. Adjusted EBITDA has limitations as an analytical tool and should not be considered in isolation or as an alternative to such U.S. GAAP measures as net income (loss), cash flows provided by or used in operating, investing, or financing activities or other financial statement data presented in our consolidated financial statements as an indicator of financial performance or liquidity. Some of these limitations are:

- Adjusted EBITDA does not reflect changes in, or cash requirements for, working capital needs;

- Adjusted EBITDA does not reflect interest expense or the requirements necessary to service interest or principal payments on debt;

- Adjusted EBITDA does not reflect income tax expense (benefit) or the cash requirements to pay taxes;

- Adjusted EBITDA does not reflect historical cash expenditures or future requirements for capital expenditures or contractual commitments;

- Although depreciation and amortization charges are non-cash charges, the assets being depreciated and amortized will often have to be replaced in the future, and Adjusted EBITDA does not reflect any cash requirements for such replacements; and

- The expenses and other items that we exclude in our calculation of Adjusted EBITDA may differ from the expenses and other items, if any, that other companies may exclude from similarly titled non-GAAP financial measures.

The following table sets forth a reconciliation of gross profit to medical margin using data derived from our condensed consolidated financial statements for the periods indicated (dollars in thousands):

|  | Three Months Ended March 31, | |
|  | 2024 | 2023 |
| --- | --- | --- |
| Gross profit[1] | $ 75,088 | $ 73,123 |
| Other operating revenue | (3,159) | (1,193) |
| Other medical expenses | 85,424 | 83,617 |
| Medical margin | $ 157,353 | $ 155,547 |

(1)    Gross profit is defined as total revenues less medical services expense and other medical expenses.

31

**APP1099**

Table of Contents

The following table sets forth a reconciliation of net income (loss) to Adjusted EBITDA using data derived from our condensed consolidated financial statements for the periods indicated (dollars in thousands):

| | Three Months Ended March 31, | |
|---|---|---|
| | 2024 | 2023 |
| Net income (loss) | $ (6,034) | $ 15,959 |
| (Income) loss from discontinued operations, net of income taxes | 9,281 | (6,008) |
| Interest expense | 1,284 | 1,493 |
| Income tax expense (benefit) | (133) | (1,759) |
| Depreciation and amortization | 5,844 | 2,954 |
| Severance and related costs | 2,415 | 188 |
| Stock-based compensation expense | 16,909 | 13,585 |
| EBITDA adjustments related to equity method investments | 3,902 | 1,967 |
| Other[1] | (4,414) | (4,341) |
| Adjusted EBITDA | $ 29,054 | $ 24,038 |

_____

(1)    Includes interest income and transaction-related costs.

**Liquidity and Capital Resources**

We have historically financed our operations primarily through funds generated from our capitation arrangements with payors, issuances of equity securities, and borrowings under credit agreements. We generally invest any excess cash in money market accounts, which are classified as cash equivalents, and marketable securities. Our investment strategies are designed to provide safety and preservation of capital, sufficient liquidity to meet the cash flow needs of our business operations, and attainment of a competitive return. As of March 31, 2024, we had cash and cash equivalents and restricted cash and equivalents of $118.6 million and investments in marketable securities of $307.4 million.

We expect to continue to incur operating losses and generate negative cash flows from operations for the foreseeable future due to the investments we intend to continue to make in expanding our business and additional general and administrative costs we expect to incur related to our operation as a public company. As a result, we may require additional capital resources in the future to execute strategic initiatives to grow our business.

Our primary uses of cash include payments for medical claims and other medical expenses, general and administrative expenses, costs associated with the development of new geographies and expansion of existing geographies, debt service, and capital expenditures. Final reconciliation and receipt of amounts due from payors are typically settled in arrears, following completion of the contractual program year.

Based on our planned operations, we believe that our existing cash and cash equivalents, investments in marketable securities, as well as available borrowing capacity under the Credit Facility (defined below), will be sufficient to meet our working capital and capital expenditure needs over at least the next 12 months, though we may require additional capital resources in the future. We have based these estimates on assumptions that may prove to be wrong and we could utilize our available capital resources sooner than we expect.

We may require additional financing in the future to fund working capital and pay our obligations. We may seek to raise any necessary additional capital through a combination of public or private equity offerings and/or debt financings. There can be no assurance that we will be successful in acquiring additional funding at levels sufficient to fund our operations or on terms favorable to us, if at all. If adequate funds are not available on acceptable terms when needed, we may be required to significantly reduce operating expenses, which may have a material adverse effect on our business, financial condition, cash flows, and results of operations. If we do raise additional capital through public or private equity, the ownership interest of our existing stockholders will be diluted, and the terms of these securities may include liquidation or other preferences that adversely affect our existing stockholders' rights. If we raise additional capital through debt financing, we may be subject to covenants limiting or restricting our ability to take specific actions, such as incurring additional debt, making capital expenditures, or declaring dividends.

APP1100

Our ability to pay dividends to holders of our common stock is significantly limited as a practical matter by our growth plans as well as the Credit Facility insofar as we may seek to pay dividends out of funds made available to us by agilon health management, inc. ("agilon management") or its subsidiaries because the Credit Facility restricts agilon management's ability to pay dividends or make loans to us. The borrower on the Credit Facility is agilon management, our wholly-owned subsidiary. The Credit Facility is guaranteed by certain of our subsidiaries, including those identified as variable interest entities, and contain customary covenants including, among other things, limitations on restricted payments including: (i) dividends and distributions from restricted subsidiaries, (ii) requirements of minimum financial ratios, and (iii) limitation on additional borrowings based on certain financial ratios.

As of March 31, 2024, we had $25.1 million outstanding surety bonds related to health plan payor risk-bearing capital contributions.

## Cash Flows

The following summary discussion of our cash flows is based on the condensed consolidated statements of cash flows. The following table sets forth changes in cash flows (dollars in thousands):

| | Three Months Ended March 31, | | |
| --- | --- | --- | --- |
| | 2024 | 2023 | Change |
| Net cash provided by (used in) operating activities | $ (47,776) | $ (60,811) | $ 13,035 |
| Net cash provided by (used in) investing activities | 51,438 | (50,814) | 102,252 |
| Net cash provided by (used in) financing activities | 559 | 8,339 | (7,780) |

### Net Cash Provided By (Used In) Operating Activities

Net cash used in operating activities was $47.8 million for the three months ended March 31, 2024 compared to $60.8 million for the three months ended March 31, 2023. The decrease in net cash used in operating activities was primarily as a result of the timing of settlements with payors from new and existing geographies. Our cash flow from operations is dependent upon the number of members on our platform, the timing of settlements with payors, and the level of operating and general and administrative expenses necessary to operate and grow our business, among other factors.

### Net Cash Provided By (Used In) Investing Activities

Net cash provided by investing activities was $51.4 million for the three months ended March 31, 2024 compared to net cash used in investing activities of $50.8 million for the three months ended March 31, 2023. During the three months ended March 31, 2024, we received proceeds from the maturities of marketable securities of $74.5 million. During the three months ended March 31, 2023, we completed the acquisition of My Personal Health Record Express, Inc. for $44.4 million.

### Net Cash Provided By (Used In) Financing Activities

Net cash provided by financing activities was $0.6 million for the three months ended March 31, 2024 compared to $8.3 million for the three months ended March 31, 2023. During the three months ended March 31, 2024, we received proceeds from stock option exercises of $1.8 million compared to $9.6 million for the three months ended March 31, 2023.

### Debt Obligations

On February 18, 2021, we executed a credit facility agreement (as amended by the First Amendment to Credit Agreement, dated as of March 1, 2021 and the Second Amendment to Credit Agreement, dated as of May 25, 2023, the "Credit Facility"). The Credit Facility includes: (i) a $100.0 million senior secured term loan (the "Secured Term Loan Facility") and (ii) a $100.0 million senior secured revolving credit facility (the "Secured Revolving Facility") with a capacity to issue standby letters of credit in certain circumstances up to a maximum of $100.0 million. Subject to specified conditions and receipt of commitments, the Secured Term Loan Facility may be expanded (or a new term loan facility, revolving credit facility or letter of credit facility added) by up to (i) $50.0 million plus (ii) an additional amount determined in accordance with a formula tied to repayment of certain of our indebtedness. The maturity date of the Credit Facility was extended to February 18, 2026.

33

**APP1101**

Effective with the Second Amendment to Credit Agreement on May 25, 2023, we transitioned to the Secured Overnight Financing Rate ("SOFR") as a benchmark interest rate used in the Credit Agreement. At our option, borrowings under the Credit Facilities, as defined in the credit agreement, can be either: (i) SOFR Rate Loans, (ii) Daily Simple SOFR Rate Loans, or (iii) Base Rate Loans. Daily Simple SOFR Rate Loans and SOFR Rate Loans bear interest at a rate equal to the sum of 3.50% and the higher of (a) SOFR, as defined in the credit agreement, and (b) 0%. Base Rate Loans bear interest at a rate equal to the sum of 2.50% and the highest of: (a) 0.50% in excess of the overnight federal funds rate, (b) the prime rate established by the administrative agent from time to time, (c) the one-month SOFR rate (adjusted for maximum reserves) plus 1.00% and (d) 0%. Additionally, we pay a commitment fee on the unfunded 2021 Revolving Credit Facility amount of 0.375%. We must also pay customary letter of credit fees.

The Credit Facility contains customary covenants including, among other things, limitations on restricted payments including: (i) dividends and distributions from restricted subsidiaries, (ii) requirements of minimum financial ratios, and (iii) limitation on additional borrowings based on certain financial ratios.

For additional discussion on our debt obligations, see Note 8 to the Condensed Consolidated Financial Statements for additional information about our outstanding debt.

*Equity*

As of March 31, 2024, we had 410.8 million shares of common stock outstanding. See Note 10 to the Condensed Consolidated Financial Statements for additional information about our equity transactions.

**Critical Accounting Estimates**

Management's discussion and analysis of our financial condition and results of operations is based on our financial statements, which have been prepared in accordance with U.S. GAAP. The preparation of financial statements in conformity with U.S. GAAP requires us to use judgment in the application of accounting policies, including making estimates and assumptions. We base estimates on the best information available to us at the time, our historical experience, known trends and events, and various other assumptions that we believe are reasonable under the circumstances. These estimates affect the reported amounts of assets and liabilities, disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the reporting periods. If our judgment or interpretation of the facts and circumstances relating to various transactions or other matters had been different, it is possible that different accounting would have been applied, resulting in a different presentation of our condensed consolidated financial statements. From time to time, we re-evaluate our estimates and assumptions. In the event estimates or assumptions prove to be different from actual results, adjustments are made in subsequent periods to reflect more current estimates and assumptions about matters that are inherently uncertain. A summary of our critical accounting policies is included in our Annual Report on Form 10-K for the fiscal year ended December 31, 2023 in Part II, Item 7 "Management's Discussion and Analysis of Financial Conditions and Results of Operations - Critical Accounting Policies" and Note 2 to the Condensed Consolidated Financial Statements. There have been no significant changes to our critical accounting policies during 2024.

**Recent Accounting Pronouncements**

For the impact of new accounting standards, see Note 2 to the Condensed Consolidated Financial Statements.

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

We are exposed to various market risks, including the potential loss arising from adverse changes in interest rates. We do not use derivative financial instruments in the normal course of business or for speculative or trading purposes.

Our exposures to market risk for changes in interest expense relate primarily to the Credit Facility. Indebtedness under the Credit Facility is floating rate debt and is carried at amortized cost. Therefore, fluctuations in interest rates will impact our consolidated financial statements. A rising interest rate environment will increase the amount of interest paid on this debt. A hypothetical 100 basis point change in interest rates would not have a material impact on our interest expense.

We held cash, cash equivalents, restricted cash equivalents, and marketable securities of $425.9 million and $495.1 million as of March 31, 2024 and December 31, 2023, respectively, consisting of bank deposits, certificates of deposits, money market funds, U.S. Treasury notes, and corporate debt securities. Such interest-earning instruments carry a

34

degree of interest rate risk. A hypothetical 100 basis point change in interest rates would not have a material impact on the fair value of our marketable securities. Declines in interest rates over time will reduce our investment income. The goals of our investment policy are liquidity and capital preservation. We do not enter into investments for trading or speculative purposes.

## Item 4. Controls and Procedures

*Evaluation of Disclosure Controls and Procedures.* Our Chief Executive Officer ("CEO") and Chief Financial Officer ("CFO"), with the assistance of other members of management, have evaluated the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15(e) under the Exchange Act) as of the end of the period covered by this report. Our disclosure controls and procedures are intended to ensure that information required to be disclosed by us in the reports we file or submit under the Exchange Act is (1) recorded, processed, summarized and reported, within the time periods specified in the Securities and Exchange Commission's ("SEC") rules and forms and (2) accumulated and communicated to our management, including our CEO and CFO, as appropriate to allow timely decisions regarding required disclosure. Based on this review, although we continue to work to remediate the material weakness in internal control over financial reporting as described in our Annual Report on Form 10-K for the year ended December 31, 2023, and progress has been made to date, our CEO and CFO have concluded that the disclosure controls and procedures related to this material weakness were not effective as of March 31, 2024.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect every misstatement. An evaluation of effectiveness is subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with policies or procedures may decrease over time.

*Changes in Internal Control Over Financial Reporting.* Under applicable SEC rules (Exchange Act Rules 13a-15(d) and 15d-15(d)), management is required to evaluate any change in internal control over financial reporting that occurred during each fiscal quarter that had materially affected, or is reasonably likely to materially affect, our internal control over financial reporting. There were no changes in our internal control over financial reporting that occurred during our most recently completed fiscal quarter ended March 31, 2024 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting

As explained in greater detail under Part II, Item 9A. "Controls and Procedures" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2023, we are undertaking a broad range of remedial procedures to address the material weakness in our internal control over financial reporting identified as of December 31, 2023. Our efforts to improve our internal controls are ongoing. Therefore, while we determined, with the participation of our CEO and CFO, that there have been no changes in our internal control over financial reporting in the three-month period ended March 31, 2024, that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting, we continue to monitor the operation of these remedial measures through the date of this report.

APP1103

**PART II. OTHER INFORMATION**

**Item 1. Legal Proceedings**

See the "Legal Proceedings" section of Note 9 to the Condensed Consolidated Financial Statements for information regarding legal proceedings, which information is incorporated by reference in this Item 1.

**Item 1A. Risk Factors**

In addition to the information set forth in this Form 10-Q, you should carefully consider the risk factors disclosed in our Annual Report on Form 10-K for the fiscal year ended December 31, 2023. There have been no material changes to the risk factors disclosed in the Form 10-K.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

**(a)**

*None.*

**(b)**

*None.*

**(c)**

*None.*

**Item 5. Other Information**

On March 15, 2024, Veeral Desai, the registrant's Chief Strategy and Development Officer, adopted a Rule 10b5-1 plan intended to satisfy the affirmative defense of SEC Rule 10b5-1(c). The trading plan commences June 15, 2024, ends August 30, 2024 and covers 1,000,000 options to purchase common stock of the registrant.

APP1104

**Item 6. Exhibits**

| Exhibit Number | Description |
| --- | --- |
| 31.1 | Certification by Steven J. Sell, agilon's Principal Executive Officer, Pursuant to Securities Exchange Act Rule 13a-14(a).* |
| 31.2 | Certification by Timothy S. Bensley, agilon's Principal Financial Officer, Pursuant to Securities Exchange Act Rule 13a-14(a).* |
| 32.1 | Certification by Steven J. Sell, agilon's Principal Executive Officer, Pursuant to Securities Exchange Act Rule 13a-14(b) and 18 U.S.C. Section 1350.** |
| 32.2 | Certification by Timothy S. Bensley, agilon's Principal Financial Officer, Pursuant to Securities Exchange Act Rule 13a-14(b) and 18 U.S.C. Section 1350.** |
| 101.INS | Inline XBRL Instance Document – the instance document does not appear in the Interactive Data File because XBRL tags are embedded within the Inline XBRL document.* |
| 101.SCH | Inline XBRL Taxonomy Extension Schema Document.* |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase Document.* |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase Document.* |
| 101.LAB | Inline XBRL Taxonomy Extension Label Linkbase Document.* |
| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase Document.* |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document).* |

\*      Filed herewith.
\*\*    Furnished herewith.

APP1105

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Date: May 7, 2024

agilon health, inc.

(Registrant)

| | |
|---|---|
| | /s/ TIMOTHY S. BENSLEY |
| | Timothy S. Bensley |
| | *Chief Financial Officer* |
| | *(Principal Financial Officer)* |

38

**Exhibit 31.1**

**CERTIFICATION PURSUANT TO**
**RULES 13a-14(a) AND 15d-14(a) UNDER THE SECURITIES EXCHANGE ACT OF 1934,**
**AS ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Steven J. Sell, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of agilon health, inc. for the period ended March 31, 2024;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 7, 2024                    By:        /s/ STEVEN J. SELL

                                              Steven J. Sell
                                         *Chief Executive Officer*
                                        *(Principal Executive Officer)*

**APP1107**

**Exhibit 31.2**

**CERTIFICATION PURSUANT TO**
**RULES 13a-14(a) AND 15d-14(a) UNDER THE SECURITIES EXCHANGE ACT OF 1934,**
**AS ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Timothy S. Bensley, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of agilon health, inc. for the period ended March 31, 2024;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 7, 2024                                  By:  _____/s/ TIMOTHY S. BENSLEY_____

                                                              Timothy S. Bensley
                                                              *Chief Financial Officer*
                                                              *(Principal Financial Officer)*

APP1108

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report of agilon health, inc. (the "Company") on Form 10-Q for the period ending March 31, 2024 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Steven J. Sell, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, that:

(1)     The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(2)     The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: May 7, 2024                                              By:     _____/s/ STEVEN J. SELL_____

                                                                              Steven J. Sell
                                                                              *Chief Executive Officer*
                                                                              *(Principal Executive Officer)*

**APP1109**

**Exhibit 32.2**

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

      In connection with the Quarterly Report of agilon health, inc. (the "Company") on Form 10-Q for the period ending March 31, 2024 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Timothy S. Bensley, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, that:

(1)      The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(2)      The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: May 7, 2024

By:          /s/ TIMOTHY S. BENSLEY

                                Timothy S. Bensley
*Chief Financial Officer*
*(Principal Financial Officer)*

**APP1110**