**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**IN RE AGILON HEALTH, INC. SECURITIES
LITIGATION**

-vs-

**This Document Relates To:**

**ALL ACTIONS.**

**Case No.　1:24-cv-00297-DAE**

**O R D E R**

BE IT REMEMBERED on this the ___11th_____ day of _____April_____, 2025_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __**Evelyn Sanchez Gonzalez**__ ("Applicant"), counsel for ___**the Retirement Systems**___ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant behalf of ___~~**the Retirement Systems**~~___ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 11th day of _April 2025.

_____
UNITED STATES DISTRICT JUDGE