UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| IN RE AGILON HEALTH, INC. SECURITIES LITIGATION | Case No. 1:24-cv-00297-DAE |

**[PROPOSED] ORDER**

Having considered the motion of Defendants Clayton, Dubilier & Rice, LLC ("CD&R LLC"), CD&R Vector Holdings, L.P. ("Vector"), CD&R Investment Associates IX, Ltd. ("CD&R Investment Associates"), and CD&R Associates IX, L.P. ("CD&R Associates") for clarification and/or reconsideration of the Court's August 15, 2025 Order, IT IS HEREBY ORDERED:

1.      Plaintiffs' claims against CD&R LLC, CD&R Investment Associates, and CD&R Associates under Section 20(a) and Section 20A of the Exchange Act are DISMISSED WITHOUT PREJUDICE.

2.      Plaintiffs' claim against Vector under Section 20A of the Exchange Act is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.


DATED: _____          _____
                                        THE HONORABLE DAVID ALAN EZRA
                                        UNITED STATES DISTRICT JUDGE