## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |
|---|---|
| IN RE AGILON HEALTH, INC. SECURITIES LITIGATION | Case No. 1:24-cv-00297-DAE |

## [PROPOSED] ORDER

Having considered the motion filed by Defendants agilon health, inc. ("agilon"), Steven J. Sell, Timothy S. Bensley, Heidi Hittner, and Girish Venkatachaliah (together with agilon, the "agilon Defendants"), for clarification of the Court's August 15, 2025, Order, IT IS HEREBY ORDERED:

1. The Motion is GRANTED;

2. Pursuant to the Court's August 15, 2025 Order, Plaintiffs' claims against Defendants Heidi Hittner and Girish Venkatachaliah are DISMISSED WITHOUT PREJUDICE, including claims asserted against these two individuals under Section 20(a) of the Exchange Act.


IT IS SO ORDERED.


DATED: _____     _____
                                        THE HONORABLE DAVID ALAN EZRA
                                        SENIOR UNITED STATES DISTRICT JUDGE