# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § | Master File No. 1:24-cv-00297-DAE |
| | § | CLASS ACTION |
| This Document Relates To: | § | |
| ALL ACTIONS. | § | |
| | § | |

**<u>DECLARATION OF TIM GERTSCH</u>**

I, Tim Gertsch, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      My name is Tim Gertsch, and I am the Chief Accounting Officer at agilon health, inc. ("agilon").  The following facts are within my personal knowledge.

2.      agilon's mission is to promote value-based health care by providing primary care physicians the resources they need to focus on patient outcomes and preventative medicine. Generally speaking, this is how the business works: agilon enters long-term contracts with primary care physician (PCP) groups that have patients (called members) enrolled in Medicare Advantage plans.  agilon and the physician groups then enter into separate "capitation" agreements with health insurers, under which they receive fixed payments for each member in exchange for a commitment to financially cover a range of healthcare services for a period of time.  Both agilon and the physician groups share in cost savings from lowering members' healthcare costs (for example, by improving patient health), while agilon bears the financial risk of excess costs.

1

3.      Although conceptually straightforward, the mechanics of the business and the industry can be highly complex and involve a substantial volume of sensitive and proprietary information.   At an operational level, agilon relies on proprietary technology, systems, and processes to support the business, for example, in relation to gathering data, analyzing clinical outcomes, and providing clinical insights.  The data collected includes highly sensitive medical information.  At a financial reporting level, agilon evaluates future medical costs based on actuarial analysis of vast amounts of data from various sources.  The processes underlying this analysis are highly proprietary and involve sensitive medical information.

4.      I am generally familiar with the Complaint in the above-captioned action, and I have reviewed the Lead Plaintiffs' Notice of Issuance of Subpoenas to Non-Parties.  The Notice attaches subpoenas to two entities: Ernst & Young LLP ("EY") and Milliman, Inc.

5.      EY is agilon's independent auditor.  EY has access to agilon's confidential, proprietary, and trade secret information, which agilon provides based on an expectation, understanding, and obligation that such information will remain confidential.

6.      For example, EY receives or reviews information reflecting agilon's internal actuarial modeling, financial forecasting, and cost-analysis processes. These materials show agilon's proprietary processes for estimating, among other things, current-period claims activity and medical services costs.  Disclosure of this information would enable competitors or other market participants to reverse-engineer agilon's financial and actuarial methodologies, benchmark their own assumptions, or replicate aspects of agilon's pricing and risk-evaluation strategies, causing substantial competitive harm.

7.      Further, because of agilon's role in the health care industry, there is a strong possibility that certain information provided to EY may contain Protected Health Information

(PHI) as defined under HIPAA.  agilon is contractually and legally obligated to protect such information on behalf of third parties, meaning that compelled disclosure would risk violating confidentiality obligations owed to patients, providers, partners, and other stakeholders.

8.    With respect to EY, Plaintiffs broadly seek documents and communications consisting of or concerning indices, lists, or directories of workpapers prepared or maintained in connection with any audits, reviews, investigations, compliance, or other professional services provided by EY.  agilon does not know what documents and information are in EY's possession, but materials provided to EY during an audit include confidential and proprietary information regarding agilon's medical claims, "incurred but not reported" (IBNR) liabilities, medical margin, internal controls, and financial data systems.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6 day of November 2025.

*/s/ Tim Gertsch* _____
Tim Gertsch

3