# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| | § | |
| | § | |
| | § | |
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § | Master File No. 1:24-cv-00297-DAE |
| | § | CLASS ACTION |
| This Document Relates To: | § | |
| ALL ACTIONS. | § | |
| | § | |

**DECLARATION OF KRISTIN XANDERS**

I, Kristin Xanders, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Kristin Xanders, and I am the Vice President of Actuarial Services at agilon health, inc. ("agilon"). I have been in that position since December 2023. The following facts are within my personal knowledge based on the time period for which I have worked at agilon.

2. I have reviewed the Lead Plaintiffs' Notice of Issuance of Subpoenas to Non-Parties. The Notice attaches subpoenas to two entities: Ernst & Young LLP and Milliman, Inc. ("Milliman").

3. agilon has engaged Milliman to provide services regarding estimation of medical claims and revenue that we use for financial reporting purposes. Milliman has access to agilon's

1

confidential and proprietary information, which agilon provides based on an expectation, understanding, and obligation that such information will remain confidential.

4. For example, Milliman receives or reviews information reflecting agilon's internal actuarial modeling, financial forecasting, and medical cost-analysis processes. Disclosure of this information could enable competitors or other market participants to replicate aspects of agilon's medical cost and revenue estimation process.

5. Further, because of agilon's role in the health care industry, there is a possibility that certain information provided to Milliman may contain Protected Health Information (PHI) as defined under HIPAA. agilon is obligated to protect such information.

6. With respect to Milliman, Plaintiffs broadly seek every document related to consulting services that Milliman has provided to agilon, including, for example: the methods and considerations involved in calculating medical expenses and IBNR liabilities; all data and assumptions underlying agilon's IBNR liabilities; any documents concerning assessments, analyses, or estimates of agilon's medical claims, medical services expenses, or IBNR liabilities; all documents concerning healthcare utilization by agilon's members; and all documents concerning the purpose, creation or impact of agilon's financial data pipeline. Each of the requests implicates potentially sensitive information that belongs to agilon.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7 day of November 2025.

/s/ Kristin Xanders_____
Kristin Xanders

2