# EXHIBIT E

| Plaintiffs' Subpoena to EY | Plaintiffs' Subpoena to Milliman | Plaintiff's First Set of Requests for Production to Defendants |
|---|---|---|
| **Request No. 2:** All documents (including, but not limited to, audit documentation) concerning the calculation and financial reporting of agilon's medical claims **IBNR** liability, including, but not limited to:<br><br>(a) all documents and communications concerning **the persons, methods, and considerations involved in the calculation** and reporting **of** the medical claims **IBNR** liability;<br><br>(b) all documents and communications concerning the data and assumptions underlying the medical claims IBNR liability, including medical service utilization trends, changes in membership, observed medical cost trends, historical claims payment patterns, and other factors;<br><br>(c) all documents and communications concerning agilon's internal controls over financial reporting and disclosure controls and procedures related to the medical claims IBNR liability;<br><br>(d) all documents and communications concerning any inaccuracies, incompleteness, deficiencies, or unreliability in the methods, data, or information used in calculating and reporting the medical claims IBNR liability; and<br><br>(e) all documents and communications concerning EY's identification of the medical claims IBNR liability as a critical audit matter, as referenced in agilon's periodic filings with the SEC. | **Request No. 2:** All documents and communications concerning agilon's medical claims and **IBNR** liabilities, including, but not limited to:<br><br>(a) all documents and communications concerning **the persons, methods, and considerations involved in the calculation of, estimation of, or reserving for**, medical claims, medical services expenses, or **IBNR** liabilities;<br><br>(b) all documents and communications concerning the data and assumptions underlying agilon's IBNR liabilities, including medical service utilization trends, changes in membership, observed medical cost trends, historical claims payment patterns, and other factors;<br><br>(c) all documents and communications concerning any assessments, analyses, or estimates Milliman performed of agilon's medical claims, medical services expenses, or IBNR liabilities;<br><br>(d) all documents and communications concerning the actual or potential impact of agilon's medical claims, medical services expenses, or IBNR liabilities on agilon's business or financial results; and<br><br>(e) all documents and communications concerning any inaccuracies, incompleteness, deficiencies, or unreliability in the methods, data, or information used in calculating, estimating, or reserving for medical claims, medical services expenses, or IBNR liabilities. | **Request No 6:** All documents and communications concerning **IBNR**, including, but not limited to:<br><br>(a) **the persons, methods, and considerations involved in estimating and reserving for IBNR**;<br><br>(b) all documents and communications concerning the calculation, tracking, or reporting of IBNR;<br><br>(c) all documents and communications concerning the impact of IBNR on agilon's business or financial results; and<br><br>(d) **all documents and communications concerning agilon's accounting and financial reporting policies and procedures concerning IBNR**. |

| Plaintiffs' Subpoena to EY | Plaintiffs' Subpoena to Milliman | Plaintiff's First Set of Requests for Production to Defendants |
|---|---|---|
| **Request No. 4:** All documents (including, but not limited to, audit documentation) concerning agilon's **medical margin**. | **Request No. 3:** All documents and communications concerning **agilon's medical margin**, including, but not limited to:<br><br>(a) all documents and communications concerning the **methods, data, or assumptions underlying agilon's calculation, forecasting, or reporting of medical margin**;<br><br>(b) all documents and communications concerning any **inaccuracies,** incompleteness, deficiencies, or unreliability in the methods, data, or assumptions used in the **calculation, forecasting, or reporting of agilon's medical margin**; and<br><br>(c) all documents and communications concerning **agilon's lowering of (or withdrawing of) its publicly issued fiscal year forecasts for 2023 and 2024.** | **Request No. 2:** All documents and communications concerning the calculation and financial reporting of **agilon's medical margin**, including, but not limited to:<br><br>(a) all documents and communications concerning the persons, **methods, and considerations involved in the calculation and reporting of medical margin**;<br><br>(b) all documents and communications concerning the persons, methods, and considerations involved in the calculation and reporting of medical margin per-member-per-month;<br><br>(c) all documents and communications concerning agilon's visibility into the data or information used in calculating and reporting medical margin; and<br><br>(d) all documents and communications concerning any **inaccuracies, incompleteness, deficiencies, or unreliability in the data or information used in calculating and reporting medical margin.**<br><br>*See also* Request Nos. 4, 17. |

| Plaintiffs' Subpoena to EY | Plaintiffs' Subpoena to Milliman | Plaintiff's First Set of Requests for Production to Defendants |
|---|---|---|
| | **Request No 4:** All documents and communications concerning healthcare utilization by agilon's members, including, but not limited to:<br><br>(a) all documents and communications concerning the methods, data, or assumptions underlying agilon's **calculation, forecasting, tracking, or reporting of healthcare utilization or utilization trends**;<br><br>(b) all documents and communications concerning **changes in demand for, or utilization of, healthcare by agilon's members**; and<br><br>(c) all documents and communications concerning the actual or expected impact of changes in healthcare utilization on agilon's forecasts, financial results, medical margin, medical services expenses, or adjusted EBITDA. | **Request No. 9:** All documents and communications concerning **changes in demand for, or utilization of, medical services by members** during the period January 1, 2020 through May 31, 2024, including, but not limited to, all documents and communications concerning:<br><br>(a) the reasons for any changes in demand for, or utilization of, medical services;<br><br>(b) the actual, potential, or expected impact of changes in demand for, or utilization of, medical services on agilon's financial results;<br><br>(c) any spike in demand for, or utilization of, medical services (including, but not limited to, the "spike" referenced in ¶¶175-176, 179-180, 197 of the Complaint); and<br><br>(d) the actual, potential, or expected costs due to changes in demand for, or utilization of, medical services by members.<br><br>*See also* Request No. 8, 10. |
| | **Request No. 5:** All documents and communications concerning **agilon's financial data pipeline,** including, but not limited to:<br><br>(a) all documents and communications concerning the **creation of**, data population or data-onboarding of, or operation of agilon's financial data pipeline;<br><br>(b) all documents and communications concerning **agilon's reasons for implementing the financial data pipeline**; and<br><br>(c) all documents and communications concerning the **actual or expected impact of the financial data pipeline on agilon's reporting and forecasting of its financial results**. | **Request No 16:** All documents and communications concerning the **"financial data pipeline"** referenced during agilon's February 27, 2024 earnings call, including, but not limited to:<br><br>(a) **agilon's reasons for implementing the "financial data pipeline";** and<br><br>(b) the **actual or expected impact of the "financial data pipeline" on agilon's reporting and forecasting of its financial results**. |

| Plaintiffs' Subpoena to EY | Plaintiffs' Subpoena to Milliman | Plaintiff's First Set of Requests for Production to Defendants |
| --- | --- | --- |
| **Request No. 3:** All documents (including, but not limited to, audit documentation) concerning the **material weakness in agilon's internal controls** over financial reporting and disclosure controls and procedures, **referenced in the 2023 Form 10-K,** including, but not limited to:<br><br>(a) all documents and communications concerning the **identification and testing of the material weakness**;<br><br>(b) all documents and communications concerning the EY's Opinion on Internal Control Over Financial Reporting in agilon's FY 2023 Form 10-K, filed on February 27, 2024; and<br><br>(c) all documents and communications concerning the **remediation** of the material weakness, as referenced in agilon's FY 2024 Form 10-K, filed on February 25, 2025. | **Request No. 6:** All documents and communications concerning **agilon's material weakness referenced in the 2023 Form 10-K,** including, but not limited to, any services Milliman provided in connection with the **remediation of agilon's material weakness**. | **Request No. 31:** All documents and communications concerning agilon's **internal controls over financial reporting and disclosure controls and procedures**, including the **material weaknesses referenced in the 2023 Form 10-K,** and including, but not limited to:<br><br>(a) the process for identifying the material weaknesses;<br><br>(b) the reasons for, or causes of, the material weaknesses; and<br><br>(c) **any steps taken to remediate the material weaknesses.** |