**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § | Master File No. 1:24-cv-00297-DAE |
| | § | <u>CLASS ACTION</u> |
| This Document Relates To: | § | |
| ALL ACTIONS. | § | |
| | § | |
| | § | |

**[PROPOSED] ORDER**

Having considered Defendant agilon health, inc.'s ("agilon") Motion for Protective Order pursuant to Federal Rule of Civil Procedure 26(c), the Court finds that good cause exists to grant the relief requested:

1. Good cause exists under Federal Rule of Civil Procedure 26 to protect against disclosure of agilon's confidential, proprietary, and trade-secret information and to avoid unnecessary, cumulative, and duplicative discovery requests.

2. Plaintiffs' subpoenas to Ernst & Young LLP and Milliman, Inc. are unreasonably cumulative and duplicative, and impose undue burden and expense to the extent they seek production of agilon's documents and information outside the party-discovery processes under the Federal Rules.

3. agilon's Motion is GRANTED; Plaintiffs shall first seek agilon's documents and information through the ordinary party-discovery process under Rules 26 and 34.

4. The Court retains jurisdiction to enforce, modify, or clarify this Order as necessary.

IT IS SO ORDERED.

DATED:  _____      _____
THE HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE