UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:24-cv-00297-DAE <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br>     ALL ACTIONS. | | |

**AFFIDAVIT OF LUCAS F. OLTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO AGILON HEALTH INC.'S MOTION FOR PROTECTIVE ORDER**

I, LUCAS F. OLTS, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of California and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans, Indiana Public Retirement System, and the North Atlantic States Carpenters Pension Fund and Guaranteed Annuity Fund (collectively, the "Retirement Systems") and lead counsel for the class in the above-captioned securities class action.  I make this affidavit in support of Plaintiffs' Opposition to agilon health inc.'s Motion's for Protective Order.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      November 12, 2025 letter from Plaintiffs' counsel to counsel for Ernst & Young LLP;

Exhibit B:      Transcript of January 9, 2024 JPMorgan Healthcare Conference;

Exhibit C:      Transcript of March 5, 2024 TD Cowen Health Care Conference;

Exhibit D:      November 13, 2025 letter from Plaintiffs' counsel to counsel for Milliman, Inc.;

Exhibit E:      November 11, 2025 email and accompanying letter from Plaintiffs' counsel to counsel for Defendants;

Exhibit F:      September 30, 2025 email to Plaintiffs' counsel from counsel for agilon health, inc.;

Exhibit G:      October 9, 2025 letter to Plaintiffs' counsel from counsel for Defendants Clayton Dubilier & Rice, LLC, CD&R Vector Holdings, L.P., CD&R Investment Associates IX, Ltd., and CD&R Associates IX, L.P (the "CD&R Defendants");

Exhibit H:      October 30, 2025 letter from Plaintiffs' counsel to counsel for the CD&R Defendants; and

- 1 -

4916-6905-2282.v1

- 2 -

Exhibit I:       November 3, 2025 letter to Plaintiffs' counsel from counsel for the CD&R Defendants.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of November, 2025, at San Diego, California.

s/ Lucas F. Olts
_____
LUCAS F. OLTS

4916-6905-2282.v1