# EXHIBIT D

**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Christopher D. Stewart
cstewart@rgrdlaw.com

November 13, 2025

<u>VIA EMAIL</u>

Christopher Luhrs
WILLIAMS KASTNER
601 Union Street, Suite 4000
Seattle, WA  98101-2341

   Re:  *In re agilon health, inc. Sec. Litig.*,
      No. 1:24-cv-00297 (W.D. Tex.)

Dear Counsel:

   Thank you again for speaking with us on November 10, 2025 regarding the subpoena issued to Milliman, Inc. ("Milliman") in the above matter.  We understand from the call that the only engagement by agilon of Milliman during the relevant time period (as that period is defined in the subpoena to Milliman), of which you are aware is an engagement that began around October 2023.  This sounds to be the same late-2023 engagement that agilon publicly described during the investor calls identified in the subpoena.[1]  Accordingly, we believe that the scope of the requests may be narrowed to Milliman's work on that specific engagement.  We also understand from our call that Milliman has begun the process of identifying documents potentially responsive to Plaintiffs' document requests.

---

[1] *E.g.*, agilon's March 5, 2024 TD Cowen Health Care Conference investor call transcript at 8 ("[W]e brought Milliman in, in October . . . We continue to use them through, obviously, the close of the fourth quarter.  We're using them again in the first quarter.  We're also using them as an advisory on how we're setting up this new data pipeline."); agilon's January 9, 2024 JPMorgan Healthcare Conference investor call transcript at 3 ("We are presently building a digital financial data pipeline . . . to improve forecasting and operational insights."); agilon's May 7, 2024 Earnings Call transcript at 11 (agilon's "financial data pipeline" "will also give us a much cleaner way to utilize third-party data in relation to how we're booking our financials and use that to influence our financial estimates as well").

**Robbins Geller
Rudman & Dowd** LLP

Christopher Luhrs
November 13, 2025
Page 2

As discussed on Monday, November 10, 2025, we will plan to touch base again next week.

Very truly yours,

CHRISTOPHER D. STEWART

CDS:

4902-4871-0265.v1