# EXHIBIT F

| | |
|---|---|
| **From:** | Armbruster, Barret V. |
| **To:** | Luke Olts; Christopher Stewart; Justin Oetting; Evelyn Sanchez Gonzalez; "jkendall@kendalllawgroup.com"; "mloconnor@debevoise.com"; Greenfield, Elliot; Fetzer, Brandon; Santosh Aravind |
| **Cc:** | Garcia, Yolanda; Parham, Mason |
| **Subject:** | agilon Defendants Production - In re agilon health, inc. Securities Litigation, No. 1:24-cv-00297-DAE (W.D. Tex.) |
| **Date:** | Tuesday, September 30, 2025 1:23:09 PM |
| **Attachments:** | image001.png |

EXTERNAL SENDER
Counsel,

Defendants agilon health, inc., Steven Sell, Timothy Bensley, Heidi Hittner, and Girish Venkatachaliah's (together, the "agilon Defendants") first production of documents bearing Bates stamps AGL_00000001 through AGL_00000214 is available at the link below. The production is encrypted; password will be provided by separate email.

https://sidley.box.com/s/u3u7594m2earogdw3tn578b6clnx3c38

The documents in this production are marked "CONFIDENTIAL – ATTORNEYS' EYES ONLY." The agilon Defendants produce these documents subject to the parties' agreement to treat the documents as confidential and "Attorneys' Eyes Only" pending entry of an agreed confidentiality and protective order in the above-captioned matter.

The link above is subject to a 14-day file retention policy. Its contents will be deleted 14 days after today.

The agilon Defendants reserve all rights.

**BARRET V. ARMBRUSTER**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
+1 214 981 3434
barmbruster@sidley.com
www.sidley.com



**************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
**************************************************************************************************