# EXHIBIT H

**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Christopher D. Stewart
cstewart@rgrdlaw.com

October 30, 2025

<u>VIA EMAIL</u>

Brandon Fetzer
DEBEVOISE & PLIMPTON LLP
66 Hudson Blvd.
New York, NY  10001

  Re: *In re agilon health, inc. Securities Litigation*,
    No. 1:24-cv-00297 (W.D. Tex.)

Dear Counsel:

On October 9, 2025, the CD&R Defendants produced one insurance agreement pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv).  Today you disclosed for the first time that the CD&R Defendants have additional insurance agreements that have not been produced.  You identified this information only after plaintiffs inquired on October 23, 2025, whether any other insurance agreements exist. You could not explain why the CD&R Defendants had not disclosed these additional insurance agreements to plaintiffs prior to today.  As stated during today's call, Fed. R. Civ. P. 26(a)(1)(A)(iv) mandated the prompt production of these documents, and we requested your commitment to produce these additional insurance agreements by Monday, November 3, 2025.  You could not make that commitment during our call.  We suggest you reconsider our request and produce these documents by November 3.

    Very truly yours,

CHRISTOPHER D. STEWART

CDS:

4936-0429-0166.v1

655 West Broadway, Suite 1900   San Diego, CA  92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com