# EXHIBIT I



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

November 3, 2025

BY EMAIL

Lucas F. Olts
Christopher D. Stewart
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
lolts@rgrdlaw.com
cstewart@rgrdlaw.com

**Re: In re agilon health, inc. Securities Litigation, Case No. 1:24-cv-00297-DAE**

Dear Counsel:

You will be receiving today a secure file transfer containing a production on behalf of Defendants Clayton, Dubilier & Rice, LLC, CD&R Vector Holdings, L.P., CD&R Investment Associates IX, Ltd., CD&R Associates IX, L.P (the "CD&R Entities"). The documents in this production bear the Bates numbers CDR_AGILON0000056 – CDR_AGILON0000387.

This production is made pursuant to the parties' forthcoming Confidentiality and Protective Order. The documents in this production have been designated as Confidential – Attorney Eyes Only Information per the agreement of the parties.

In the event that any information subject to the attorney-client privilege, the work product doctrine, the common interest doctrine, the joint defense doctrine, or any other applicable evidentiary privilege or doctrine is inadvertently produced to you, the CD&R Entities do not waive or intend to waive any privilege, objection, or right of nondisclosure pertaining to such information and reserve the right to demand the return of any information inadvertently produced. Should you identify documents that appear to be privileged or otherwise inadvertently produced during your review, please notify us immediately and cease review of such documents.

Best regards,

*/s/ Brandon Fetzer*
Brandon Fetzer