UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re Agilon Health, Inc.                          §
Securities Litigation                              §          Case No. 1:24-cv-00297-DAE
                                                   §

## ORDER

Now before the Court are Agilon Health Inc.'s Motion for Protective Order, filed November 7, 2025 (Dkt. 75), and the Joint Motion for Entry of a Scheduling Order, filed November 17, 2025 (Dkt. 77).[1]

The Court **ORDERS** the parties, or counsel of record appearing on their behalf, to appear for a hearing on both motions at **11 a.m. Wednesday, December 10, 2025** in Courtroom Six on the Sixth Floor of the United States Courthouse, Austin, Texas 78701.

**SIGNED** on November 19, 2025.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] By Text Orders issued November 10 and 18, 2025, the Honorable David A. Ezra referred the motions to this Magistrate Judge for resolution, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.