# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re Agilon Health, Inc.** | § | **Case No. 1:24-cv-00297-DAE** |
| **Securities Litigation** | § | |
| | § | |
| | § | |

## ORDER

Now before the Court are Agilon Health Inc.'s Motion for Protective Order (Dkt. 75); Agilon Health Inc.'s Joint Proposed Scheduling Order, filed December 22, 2025 (Dkt. 84); and the Joint Status Report (Dkt. 86) and Joint Motion for Entry of a Confidentiality and Protective Order (Dkt. 87), both filed January 6, 2026.[1]

Pursuant to the Court's Order issued December 11, 2025 (Dkt. 82), the Court **ORDERS** the parties to refile their Joint Proposed Scheduling Order with a signature block for Judge Ezra, following his Proposed Scheduling Order.

The Court commends the parties for reaching agreement on all but one provision of their joint confidentiality and protective order. Having carefully considered their arguments, and finding good cause therefor, the Court on this date issued a Confidentiality and Protective Order adopting Plaintiffs' proposed language on the use of generative artificial intelligence to process information designated as Protected Information in Section 4. Dkt. 89.

Pursuant to the Joint Status Report, Dkt. 86 at 2, Agilon Health Inc.'s Motion for Protective Order (Dkt. 75) therefore is **WITHDRAWN**.

---

[1] By Text Orders issued November 10 and 18, 2025, the Honorable David A. Ezra referred Agilon's motion for protective order and the parties' Joint Motion for Entry of Scheduling Order Deadlines (Dkt. 77) to this Magistrate Judge for resolution, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

It is **ORDERED** that this case shall be removed from the docket of this Magistrate Judge and returned to the docket of the Honorable David A. Ezra.

**SIGNED** on January 7, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE