# EXHIBIT E

Case 1:24-cv-00297-DAE Document 95-5 Filed 02/13/26 Page 2 of 5

# CD&R

LP Login      Search      ≡ Menu

Press Release

# CD&R Exits Tech Solutions Leader in $2.5 Billion Transaction



December 02, 2021

Clayton, Dubilier & Rice today completed the previously announced sale of Sirius Computer Solutions, a leading provider of secure, mission-critical technology-based solutions for corporate and institutional customers, to CDW (Nasdaq: CDW). The total purchase price was $2.5 billion.

CD&R funds acquired Sirius in 2019 in a $1.5 billion transaction. CD&R Operating Partner Russ Fradin, the former President and CEO of SunGard Data Systems, served as Chairman of Sirius during CD&R's ownership, a period in which Sirius invested in key growth areas such as Security, Managed Services, and Cloud.

Over the past 5 years, CD&R funds have invested $4.1 billion in technology-enabled services and software businesses, representing approximately one third of total capital invested. The sale of Sirius is the third technology sector exit by CD&R since 2019, including the sale of Capco to Wipro in April 2021 and TRANZACT to Willis Towers Watson in July 2019.

**About Clayton, Dubilier & Rice**
Clayton, Dubilier & Rice is a private investment firm with a strategy

predicated on building stronger, more profitable businesses. Since inception, CD&R has managed the investment of more than $35 billion in over 100 companies with an aggregate transaction value of approximately $175 billion. CD&R's recent investments in technology-related businesses include Capco, Cloudera, Epicor, Sirius Computer Solutions, and TRANZACT. The Firm has offices in New York and London. For more information, please visit www.cdr-inc.com

### About Sirius Computer Solutions, Inc.

Founded in 1980 with headquarters in San Antonio, TX, Sirius is a privately held, leading national solutions integrator focused on helping organizations transform their business by managing their operations, optimizing their IT, and securing it all. With over 2,600 employees, multiple offices across the U.S., and a team of experts with more than 5,500 professional and technical certifications, the Sirius team specializes in Digital Infrastructure, Security, Cloud, Managed Services, and Business Innovation (Digital and Data). Sirius solutions are built on proven technologies from top strategic partners and delivered by the brightest minds in the business. Follow @SiriusNews on Twitter and visit siriuscom.com and siriuscom.com/blog for more information about Sirius.

### Share



### Team



Stephen W. Shapiro
Partner
North America

Case 1:24-cv-00297-DAE    Document 95-5    Filed 02/13/26    Page 4 of 5

Case 1:24-cv-00297-DAE    Document 95-5    Filed 02/13/26    Page 5 of 5