UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § § § § § § § § | Master File No. 1:24-cv-00297-DAE <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br>      ALL ACTIONS. | | |

**AFFIDAVIT OF CHRISTOPHER D. STEWART IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM THE AGILON DEFENDANTS**

I, CHRISTOPHER D. STEWART, declare, under penalty of perjury:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for Lead Plaintiffs.  I submit this affidavit in support of Plaintiffs' Opposed Motion to Compel the Production of Documents from the agilon Defendants.

2.      Attached is a true and correct copy of the following exhibits:

Exhibit A:    JPMorgan Healthcare Conference Transcript, dated January 9, 2024;

Exhibit B:    Plaintiffs' First Request for Production of Documents to agilon and Individual Defendants, dated September 12, 2025;

Exhibit C:    agilon Defendants' Responses and Objections to Plaintiffs' First Requests for Production, dated October 14, 2025;

Exhibit D:    agilon Health, Inc. Q1 2024 Earnings Call Transcript, dated May 7, 2024;

Exhibit E:    December 11, 2025 letter from Christopher Stewart to Mason Parham;

Exhibit F:    CD&R Entities Responses and Objections to Plaintiffs' First Set of Interrogatories, dated February 13, 2026 **[Filed Under Seal]**;

Exhibit G:    December 30, 2025 letter from Mason Parham to Chris Stewart;

Exhibit H:    agilon Health, Inc. Stockholders Agreement, dated April 16, 2021;

Exhibit I:    January 31, 2026 letter from Christopher Stewart to Mason Parham; and

Exhibit J:    February 2, 2026 email from Christopher Stewart to Brandon Fetzer.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 27, 2026, at San Diego, California.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

- 1 -

4900-6851-8546.v1