# EXHIBIT A

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

agilon health inc at JPMorgan Healthcare Conference

EVENT DATE/TIME: JANUARY 09, 2024 / 6:30PM GMT

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

1

## JANUARY 09, 2024 / 6:30PM GMT, agilon health inc at JPMorgan Healthcare Conference

### CORPORATE PARTICIPANTS

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*
**Timothy S. Bensley** *agilon health, inc. - CFO*

### CONFERENCE CALL PARTICIPANTS

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

### PRESENTATION

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

Good morning. My name is Lisa Gill, and I'm the Head of Healthcare Services here at JPMorgan. It is with great pleasure this morning that I have with me, Agilon Health. Presenting for Agilon Health will be Steve Sell, the CEO; and then Steve will join myself and Tim Bensley for a fireside chat here just for a few questions after the presentation. So with that, let me turn it over to Steve.

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

Thanks, Lisa. It's good to be back. Good morning, everyone, and thanks for being here. Before we dive in, I'd like to make a few key framing points for you to take away.

The first is when you look at primary care today, the demand for a strong alternative to fee-for-service and specifically fee-for-service and Medicare has never been stronger. Second, our business model is working for doctors, patients and payers, and we'll show you those results. Third, 2023 was definitely a challenging year. But in many ways, the work that we did this year has set the foundation for meaningful improvements in 2024 and beyond.

Our '24 guidance assumes the benefits from that work and a higher utilization trend continues through this year. And finally, the long-term thesis and opportunity remains firmly intact and the state of primary care and the overall health care system only reinforces that point.

So let's start with the problem. It's very challenging to be a primary care doctor in fee-for-service and particularly in the Medicare program in terms of fee-for-service. As we show you here, I don't know of another business that has seen a 20% decline in the effect of unit economics. But that's the reality for a primary care doctor in Medicare today. When you look at the fee schedule, when you look at the changing mix of their practice with more seniors growing as you see on the right, and the escalating cost of running a practice, not only are they upside down, it's getting worse.

Not surprisingly, doctors are burning out and 1 in 5 primary care doctors are considering leaving the practice in the next few years. At the same time, key stakeholders like CMS and health plans are saying the key to solve this is to make the move to value. There is incredible structural support from the nation's capital and beyond for this move and it lines up very well with the desire of primary care doctors to improve access and deliver high-quality, cost-effective care.

And while everyone says primary care doctors are the key, the problem is they don't have the business model to do it. They don't have the time nor do they have the capacity. We're solving that problem for primary care doctors and for the healthcare system. Our total care model takes the same doctors, the same patients and the same health plans and moves them from the challenges of fee-for-service into a total care relationship, in which there is a budget the ability to invest ahead of the outcome with additional resources and far more information than they've ever had.

When we talk about the model working, this is the one data point I constantly look at that gives me great confidence. Our ability to deliver consistent results across our network. To be successful in value-based care, you need to do a few things. You need to have high-quality access for senior patients. We're seeing a 2x to 3x increase in annual wellness visits relative to fee-for-service. From a quality perspective across these diverse geographies, across all types of groups, we are delivering quality scores at 4 and above. All of our year 2 partners, regardless of where they start, are getting across this critical threshold in which Medicare will pay health plans a 5% bonus, strengthening our value proposition to health plans. And better quality care translates into better cost care.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

We're driving significant reductions. Seniors are spending far less time in the hospital, far fewer seniors are accessing through the ER, which is really the last place that you want to enter the healthcare system unless it's absolutely necessary. And we're seeing a substantial reduction in terms of readmissions. An example of this great work is in the peer-reviewed palliative care study recently published in the Journal of Pain and Symptom Management. The survey looked at 900 patients treated by Agilon partner physicians and compared those enrolled in a palliative care program versus a control group. What the survey found was an alignment between the wishes of the senior patients and their family to have a passing at home and the outcomes that the program was able to generate. We saw a 65% reduction in hospital-based deaths, seniors able to spend an additional 5 days at home at the end of life and a 33% reduction in the total cost of care.

In our business, there is a natural flywheel in which better performance drives higher growth and it follows what you see here. Docs join. We make an investment in care delivery that keeps patients out of the ER and out of the hospital unnecessarily. And as a result, our physicians do better. It changes their practice. It changes their outlook. More doctors want to join. And you can see the impact, 31 markets, 2,400 primary care doctors and 650,000 senior patients.

These are the drivers of our long-term financial model. Growth, particularly of new partners and members, is tracking meaningfully ahead on the success of our model and the demand from PCPs for an alternative to fee-for-service is accelerating. Our ACO reach business tracked well ahead of our expectations in 2023, and we expect that to be strong again in 2024.

Operating leverage continues to be ahead of pace as we leverage investments we have made in technology and the ability to centralize and standardize many activities that previously occurred in our respective markets. I'll drill down now on medical margin and 2023 performance.

When we think about our '23 performance at a more detailed level, I would call out 2 components that sit in our '23 full year guide. First, medical margin was off by $172 million. This is a result of 2 factors: an initial forecast assumption of a net 2.3% expected medical and nonmedical cost trend that was too low and influenced by our recent experience and the expected in-year impact of our clinical initiatives.

And then are being slow to predict and adapt to the utilization surge that began in the second quarter around outpatient surgeries, Part B drugs and associated specialist costs. 2023 though was also a year of significant investment at the corporate and market level as we transition to a global center of excellence to improve performance. We expanded local market staffing for clinical programs and stood up a large year 1 class. Well, these costs created a greater burden on the '23 P&L. They have facilitated both medical margin expansion and greater operating expense leverage in 2024.

As we outlined on our call last Friday, we have taken a clear set of actions to improve our performance and enhance the predictability of our results against the market dynamic that is far more challenging. We believe our model provides us with a meaningful set of controllable levers that will allow us to buffer our performance against the potentially adverse set of uncontrollable factors like macro utilization. For example, on this page, I double-click into our changes to date and a '24 set of milestones that can be quite impactful.

First, from a data and analytics perspective. We have added new data and actuarial leadership and coupled that with a trusted third-party reviewer. We are presently building a digital financial data pipeline that will provide standardized and actionable data with our 7 largest payers covering 75% of our senior patients. This claims and eligibility data will be complemented by system-wide data to improve forecasting and operational insights.

From a physician education and onboarding standpoint, we are focused on 2 groups of new doctors, those joining in new markets with new partners and those joining veteran partner practices that have not had the benefit of an initial orientation on our partnership. For both, we've created a structured training.

In '23, 90% of the docs in our new markets went through the training and delivered outstanding results during their implementation year. In the first half of this year, we will similarly educate 90% of the docs in our targeted more mature markets, using the same

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**JANUARY 09, 2024 / 6:30PM GMT, agilon health inc at JPMorgan Healthcare Conference**

program, which had helped narrow the variability between newer and veteran primary care doctors.

I previously talked about our Global Center of Excellence and in '24, we will take more burden off of our primary care doctors and allow them to maximize their time with senior patients.

Finally, our strategic relationships with our payer partners are built around mutual need and candid exchange, allowing us to take on difficult topics like risk sharing and the division of financial responsibility.

This is a very important slide and it brings together many of the concepts we are discussing today, the effectiveness of our business model, the ability to take out variability across markets and the power of a standardized process to drive consistency in terms of medical margin performance across a disparate set of primary care doctors from different markets and medical group types. What this chart shows is one key process metric to identify, assess and ultimately manage complex chronic condition patients, and it shows the class of '18 on the left, up through our newest class on the right from '24.

In 2018, in the first year, our first market of Columbus, reached a CCR rate of 82%. In each year, they and every other market have progressed. But in 2023, as we standardize both information and process and aligned our doctors through consistent incentives and increased capacity, we have seen every market class reach at least 90%. That's an all-time high, many with meaningful improvements and both Columbus, our first market and our most recent new class of '24 have both reached 92-plus percent. This has meaningful implications for quality and cost management.

The better assessment I just showed you drives better clinical enrollment. Earlier, we talked about the strong results from our palliative care study published in 2023, a 65% reduction in hospital-based deaths, a 33% reduction in total cost of care in much greater satisfaction for the patient and the family.

Here, we show you a strong step-up in our earliest 2 markets with palliative care programs, reaching roughly 3.4% of the population which is impressive when you consider that the potential universe is somewhere between 4% and 6% of that population at any one time.

We attribute these strong results due to a combination of a better assessment process, combined with a long-term primary care doctor patient relationship that is built on trust. And a skilled palliative care discussion around personal and family goals and overall program options. And better enrollment in clinical programs for complex patients results in meaningful reductions in avoidable inpatient hospital spend, and in '23, through the effectiveness of our various clinical programs, we saw a 2.6% reduction in inpatient utilization. This outcome demonstrates our ability to move the needle when we identify and engage senior patients around a specific condition or need and lays out a road map for further expansion across our markets.

And so when we think about our '23 earnings and our '24 guide, we see a business that has well more than doubled our MA membership from 230,000 members in '22 to 550,000 members in '24. And next year, we will grow our reach membership north of 100,000 members.

We are very cognizant that utilization continues at elevated levels, and that has been reflected in our revised '23 outlook and our utilization assumptions for '24. The meaningful step-up in medical margin and adjusted EBITDA for 2024 is driven in large part by '23 actions in areas like chronic assessment and management, a '24 class that leverages all of these platform strengths and significant operating leverage that allows for a much greater pull-through of MA and REACH medical margin dollars to the adjusted EBITDA line.

When we think about the earnings power of our business and how we generate cash, it is important to break apart the market classes into a few key categories. Year 2 plus, year 1 and year 0. Well, the progression of these classes get shown to you in a composite medical margin. It is important to understand that year 2 plus classes drive the entirety of our adjusted EBITDA and cash flow power. Year 1 classes historically run just above or below breakeven although the class of 2024 is expected to contribute immediately. The year 0 implementation classes bring on a new class at roughly $500 per member to onboard. And in 2023, we spent $71 million to onboard the 140,000 members from the class of '24. And all of this lays across the corporate expense of roughly $100 million.

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

4

## JANUARY 09, 2024 / 6:30PM GMT, agilon health inc at JPMorgan Healthcare Conference

These dynamics set up a business in which, as we reach critical scale through both MA and REACH Medical margins, adjusted EBITDA will increase nicely, although there can be more difficult to see in our reported figures.

So in closing, from a macro perspective, when we look at the power of our business model, we see a strong long-term opportunity built around the following key factors: one, the demand for a new primary care model that rewards patient outcomes has never been higher, and the continuing pain of the fee-for-service system only accelerates that demand; two, the Agilon platform is driving more value each year to our existing primary care doctors, making the case even stronger for our prospective PCPs looking for an alternative: third, membership continues to accelerate, creating long-term value through more members on the platform earlier; and then finally, as we've talked about in our mature markets, Variability in the system creates a great opportunity.

And in fact, it's a central reason the company was created and the value proposition is so compelling for primary care doctors around the country in medical groups of every different kind. Thanks, Lisa.

### QUESTIONS AND ANSWERS

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

Thanks very much, Steve, and thanks for all the comments. Let's first start off when we think about 2024, maybe Tim, this is a question for you. When we think about the potential headwinds and tailwinds as you start to put together more of the detailed guidance. I know you've given us some preliminary numbers, but are there anything specifically we should be thinking about?

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

Yes. I mean I think, Lisa, in terms of the headwinds, I think the utilization assumption I just talked about, we see '24 is another high utilization year. I think B-28, everyone is balancing that, but -- we obviously see that as manageable. I think supplemental benefits year-over-year, we see as another step up, although not nearly as great as what we saw in 2023.

In terms of tailwinds, 270,000 members generating an incremental $150 million, these last 2 classes that have doubled the company, that's huge. Our platform just continues to get stronger in our clinical operations and the programs that we've got that expand around that. And then finally, as I just talked about, our operating expense leverage is great.

**Timothy S. Bensley** *agilon health, inc. - CFO*

And Steve, the only thing -- and the other thing that you mentioned in the presentation, just to tack on, in the 270,000 members that's half our -- 140 of that coming from the class of '24. That is going to contribute positively EBITDA. That's a tailwind versus what we would have had certainly in '23 or before.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

Just kind of digging in a little to the utilization comment, right? So if I go back to the third quarter, you had raised your MLR expectations by $50 million. And then we had to have a discussion on Friday as to where things actually come out thus far for the December quarter. Can you maybe just help us to understand -- I know you've talked about outpatient surgery, some inpatient volumes, et cetera, but was there something that really changed with your book of business? Was it just that you weren't capturing what was actually happening? How do I think about just that short period of time from when you reported at the beginning of November, right, to 2 months later?

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

Yes. I mean I think the goal with what we talked about on Friday in our revised '23 guide is to really set a solid foundation. We're trying to step off '23 in a good way and move into '24. That led to us as we saw higher paid claims come in really reintensifying our discussions with all of our payers looking at a variety of external data. We've just talked about some of the changes we've made in terms of our leadership and bringing in kind of a peer review third party. All of that led to a revised guide that had us see higher paid claims, revise those completion factors to Q2 and Q3 and elevate Q4 just based off that -- those higher utilization and what we saw around all of that, and that continues for Lisa into '24.

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

## JANUARY 09, 2024 / 6:30PM GMT, agilon health inc at JPMorgan Healthcare Conference

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

Data visibility has been a challenge this year, and you talked last week about getting payers that had previously been on a 2-month lag, when we took 1-month lag. You just talked about 75%, where you'll have better visibility. Can you maybe talk about, is there a difference in the type of payer? You said 75%, but is that -- were the large payers always giving you visibility and it was more of the small payers that there was a lag visibility or let's everybody is the same and you need to get everybody on the same plan?

**Timothy S. Bensley** *agilon health, inc. - CFO*

No, there's kind of a mix Lisa between some of our -- the big national payers are on very different lags. We have our largest payers actually our most current, but we have a couple of other large that are actually on quite a bit larger lag. And some of our regional payers are both as well. I mean, overall, our average lag across all of our payers is about 1.6 months. So it's not horrible, but obviously, it's a little bit slower than what you would have (inaudible) the actual payer.

I think one of the bigger things that we're doing moving forward is putting a lot more expertise and infrastructure in place to do more with that information that we're getting even on that one point. And that's one of the things that Steve talked about in taking the way that we ingest data today, which is we get, as you can imagine, an immense amount of data that we're dealing with every day, but really dealing with it in the format that each individual payer gives it to us and on a payer by payer, market by market basis (inaudible) estimates and using that (inaudible) operational, go-forward plans, et cetera, and really now putting that through a model that allows it to be in a standardized agilon format.

So it feels like our data, the way we want it, that we can drill down to, and it will give us the ability to do, I think, even more analysis and better -- a better job on our estimates going forward. And we'll have 50% of our payers on that by the end of Q1, 75% of them on the end of -- membership by the end of Q2.

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

And Lisa, I think if you -- at the macro level, if you think about (inaudible) we have a scaled multi-payer platform across 30 markets in 14 states. And so I don't know anyone else that has that. I think if you talk to us in 6 to 12 months, this is going to be a massive area of differentiation.

I mean I think not only are we getting the information in a standardized way with our payers, not only getting the surround elements around that, but we're able now to have a much more integrated conversation with our payer partners. I ran a payer for a long time. They're on a lag as well. And I think we're all managing through this utilization environment. And so the richness of that that's allowing us to -- with this team that I talked about really make these judgments and reads on it, I think, has been a step up.

But the inputs into that, not just the receipt and timing, but also just sort of the actionability around it and consistency, I think, is fairly unique. Looking across 30 payers, whole bunch of different claims systems being able to have that view, I think that's going to be a differentiator for us long term.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

Is there an opportunity, if I think about it from that data perspective, right? When you think about many of the medical procedures, there's a prior authorization, I would think that most of your primary care doctors have an idea of what's going on with the patient. Are you collecting that level of data to maybe preemptive...?

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

So one, there's typically a referral to the specialist, which is one. The prior office typically in an HMO product, right? And this is the new world of value-based care and which over half our membership sits within a PPO. So there's not always that indicator. Sometimes, there's something like hips and knees are an area that we talked about for a senior. There could be an echo test in front of that. That could be another indicator for that.

So I think there are a variety of those things. But I think getting data in from surgery centers, looking at what the manufacturers are talking about around -- somebody has to produce a hip and the knee. It's just all of that I think with our precision can get much better

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**JANUARY 09, 2024 / 6:30PM GMT, agilon health inc at JPMorgan Healthcare Conference**

and then can sort of tune things regionally because part of what we're seeing as the utilization is it's not equal everywhere. It varies across markets, et cetera.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

And I think that's part of one of my other questions like when I think about that $100 million of additional medical costs, is it concentrated with any single one payer or in any single one region?

**Timothy S. Bensley** *agilon health, inc. - CFO*

I think when you look at the difference between what we were saying when we guided in Q3 and what we're saying now is that incremental, it's about 40% of or so is actually in our new markets. So we do have, as we're getting more complete information and better information from the payers in the new market. We did see, obviously, a higher cost there, and we're recognizing that. And then the rest of it is essentially spread across the rest of our markets. I think if you go back to the very beginning of the year, and say, how does our expectation about claims expense and overall medical margin look across our markets, it's -- we have -- that difference is pretty well spread across our year 2 plus markets.

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

Yes. I mean I think it's distributed -- to your question about payers, distributed proportionately to sort of the membership mix that we've got. I think the concentration is in the categories, right, the hips and knees, the Part B drug, the oncology and orthopod specialists that sit within that. So that's a little bit more of it.

And I think part of that is this pent-up demand that we talked about on Friday. Our estimate is that we're 60% through the backlog of delayed outpatient procedures for things like hips and knees that maybe someone got a referral during COVID, but has taken time to sort of feel comfortable and pursue that. That factors into our guide for '24 that, that stays at a higher level, but it also factors into actions like we've entered into a value-based care relationship with a partner in one of our very large markets that saw a very elevated trend to take the risk around that, go to an alternative site of care and a subset of orthopedics.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

So just so I understand that, so you're subcapitating some of that risk when we think about certain categories. Is that...

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

Right. So just like we've done with partners around renal and palliative where we've done very well, and we showed you the inpatient results around that. Now as we pivot to the outpatient side, there are partners that we can work with around that. It can be a global cap. It can be kind of a corridor relationship. I mean, there's a lot of ways to pass risk. And so -- but that's the idea. And I guess my point going back to the scale we've got, that's the opportunity for us.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

Okay. Now, that makes sense. When I asked about headwinds or tailwinds, you talked about supplemental benefits, and that will be an area of continued pressure as we move into 2024. I know in the past, we've talked about maybe having conversations with payers around potential ways to restructure some of this and potentially mitigate this for 2025. Can you maybe talk about some of those discussions and opportunities that you see?

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

Yes. I mean I think I gave you the sense on the data side. But I think the richness of our discussion, maybe the intensity of our discussion with payer partners is pretty robust right now. And I think we sit in a very privileged seat. Our partners are the scaled groups in these communities, 25%, 30%, 35% of the adult primary care capacity and essential to network for different payer partners. And so I think that's really being recognized within these discussions.

And so I think we've been able to work with these payer partners. Some of it shows up in '24. We're projecting a 5% plus trend same geo. I think that's pretty strong. Part of that is increased percent of premium arrangements with payers, some of those relatively recently. But I think most of it's going to go towards 2025 in terms of how we look at that. But I think it does come back to -- this is not you have to wait

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

for a renewal discussion. These conversations go on all the time. It's so dynamic in terms of benefits that are being filed and how that flows through, that there's an opportunity for us to work on that.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

You talked about physician variability as contributing to some of the issues in '23. You've also talked about some of the educational programs and other things that you'll do when we think about doctors in the marketplace. Do you think that the rapid growth has contributed to that variability?

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

So I think one is, variability is just a massive opportunity for us, right? And it's everywhere in the healthcare system. When we grow and we enter a new market or new physicians come into one of our existing partner groups, by definition, there's going to be variability for us.

The slide that I showed, I call that as a really important slide. That's an example of narrowing variability across all of our markets. And so I think we've got a track record of being able to do a really good job around that. To be able to have that year 1 market start at that place that a veteran market is. That means you have to narrow the PCP variability within that market.

So I think it's something that we can really dig into. Your question about growth sort of leads me to we are growing really smartly. I think if you look at the class of '24 and their performance, not only is this the largest class, but it's the highest starting point of any class we've ever had. And that's a function of, a, they're fantastic groups, and they bring tremendous capabilities to the table, long history and value-based care, but also our platform is getting better. And so we're able to get them into clinical programs far earlier than they've ever been Lisa. That, coupled with the capabilities they bring, I think, is really distinctive.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

So when I -- you talked about that higher medical margin for this class, right? And so if we think about that delta between the $76 PMPM that you talked about for the Class of '24 versus call it, kind of average of $45 PMPM on the midpoint from previous classes, how much of that delta is from better risk coding versus better medical margin or something else that you would call out. So any additional detail you can give us to better understand that.

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

Yes. I mean, I think so the class of '24 is -- we're very lucky. I mean the best groups in the country are choosing to join us. These are in markets that everyone wants to be in, whether it's Georgia, whether it's Central Pennsylvania, whether it's Dallas, Texas, Catalysts in Dallas, Texas, as an example, that I'll call out, is, I mean, they are an incredibly reputable group. They bring 100-plus PCPs, so they're scaled. They've had a long history in value-based care. And so that helps all of that.

Two, long implementation cycle. So this class has had a longer implementation than any group we've ever had. Every month we always talk about is worth a lot as they work through that. That allows you to take advantage of your platform benefits earlier. So the chronic condition reassessment rate, this is the first class that's got the benefit of that. So that helps.

Two is, our clinical programs like renal, palliative, those were live this month as we go live. That has never happened in a year 1 class before. So I think the combination of all those things. But something that's really cool is our network just keeps getting better. So Catalyst has a medication adherence program called Stellus that they've had great success with. We've actually brought that in, and we're using that in multiple markets. And when you look at our quality scores, which I think are very distinctive, as I showed you, that's -- those are triple weighted measures, right? Those are super important. So I think it's a combination of those things. It's helping us to get better.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

You talked about the changes to the risk adjustment model that start here in 2024 called V-28. And I know we've talked in the past around where your PMPM came in more towards the lower end of the average versus some others that maybe had a lot of dual eligibles or have had some risk coding adjustments in there. Can you talk about the impact that you're projecting in 2024?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

Yes. I mean, again, our revenue trend is projected at 5%, and that's inclusive of a 2% impact from V-28. Benchmark bid rate or percent of premium is nice within that in terms part of that. But what I would say is all along, we said this was manageable for us. We do start to your point at a lower level. But with the work that we've been able to do, very detailed work we've been able to get that overall sort of outcome around that, the global center, the chronic condition reassessment rate, all feed that.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

Let's talk about health systems for a little bit. So can you spend a little time just talking about what's driving the interest from health systems more recently and what the pipeline of opportunity looks like?

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

Yes. So I mean, just for context, we have 3 health systems that we work with today. Main Health that went live in January of '23. And then we've just brought 2 health systems live Premier in Dayton and Holland in Western Michigan. I think for Maine and for the current 2 folks and the people that we're talking with, it's a combination of a structural thing in which they've got a large PCP base. Maybe they acquired it along the way or they've grown it, and it's becoming a challenge for them. Can they take that PC base and really turn it to an asset for them. So that there's that...

And then a Medicare strategy, right? So Medicare can be challenging. And so the ability to be able to enter into a partnership to really leverage these PCPs and put them at the front to reduce the amount of time that seniors are spending in beds and in the ER. And in the case of some of these replace that with a commercial mix. All of that is very attractive to them.

The 2 that are added this year, they're in existing markets that we've been in. And so they know the independent partner there, and they're able to leverage that, they're able to leverage all of the infrastructure and the team and the contracts. And so it's a comfort level with that. But it kind of goes back to those structural points.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

Is there one that you would prefer versus another, if I think about health systems versus independent physician practices?

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

So -- I mean the majority of our model is around independent groups. I mean I think the natural advantages they have is they're typically a single tin, many are on a single EMR or moving in that direction. They've got tight governance. They've got tight economics. So I think that will continue to be the majority, Lisa.

However, health systems face the structural challenges I talked about. And what we've learned from Maine is there are advantages they have that the independents do not. One is resources, the level of medical director resources in Maine is richer than any partner we've ever seen. And then their Epic EMRs, I mean it's kind of a beast to integrate with. But once you do that, I mean there's a real sort of step function improvement around that.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

Let's spend a couple of minutes to talk about ACO REACH which has actually been a bright spot, right? So ACO REACH has been a very strong performer and a big contributor to your adjusted EBITDA driver. Can you talk about what's driving the strength in that business?

**Timothy S. Bensley** *agilon health, inc. - CFO*

Sure Lisa. I mean a couple of things. One is, I mean, the overall strength of the performance is obviously being driven by everything that we're doing on the MA side, too. They're benefiting from everything that we do. All the programs that we have in place are just put right on top of the ACO REACH population in those markets where we have it. The -- a little bit of a difference this year in ACO REACH versus MA is in a higher utilization environment, the revenue rate for ACO REACH actually adjust within the year. So as long as we're continuing to have our cost trend to outperform the overall fee-for-service reference population. We're going to -- that gap is what's driving our -- essentially our profitability out of the model. And we're continuing to do that really well.

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

The other thing that maybe is worth mentioning for ACO REACH for us this year and one of the reasons why we remain confident in our outlook is, we also get really good current complete data from CMS. So as the year comes through both on the revenue side and on the claims side, they pay pretty quickly, and they give us really current information, so we can kind of keep up with that really well. But I mean, this overall idea of, hey, we're making an impact on those ACO REACH patients with the same techniques, the same clinical program to everything we're doing against MA. And then we're getting the benefit of the revenue rate kind of adjusting real time for the environment. So...

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

And Lisa, I guess what I would just add is our year 2 plus classes, both MA and REACH are running north of $100 PMPM in terms of medical margin. I think in terms of the way the financials come out, sometimes it can look like REACH is producing more than MAs, but the reality is they're getting a lot of OpEx leverage in terms of those corporate costs that are fully being charged against MA. So proportionally MA still drive that. So -- but it's super strategic for us for the doc, it's really value. If you got a full patient of 400 senior patients and you're able to get both of those and you're able to drive that $100, I mean you're talking about potentially $240,000 of incremental incentives that are going back to the practice per doctor. And so that value proposition across that, what we hear again and again continues to really differentiate -- be one of our differentiators that these groups are looking at.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

ACO REACH is projected to run through 2026. And it really started as direct contracting under Trump and the by kind of change it to ACO REACH. Any thoughts from a political perspective in D.C. as to what could change with this program post 2026?

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

Well, I think the partisan piece comes into what you name it, who sort of named it. So setting that piece aside, I think there's bipartisan support for a full risk program for the Medicare fee-for-service program. That could come through another innovation center program, whatever you would call it, or it could come through a full risk vehicle in the traditional Medicare program. But there is a lot of support and whether you talk to OMB, whether you talk to people on the hill and ways of means, energy and commerce, et cetera, people are very supportive of that.

And I think when you think about the long-term Medicare trust fund and sort of the budget implications of being able to move into a program like this, that program, just to remind you, is CMS takes 3.5% off the top. So they pay themselves first, and then you go earnings spend. So they really like the way the economics work in comparison to a lot of other programs. You don't have that sort of guarantee that's built into it. And obviously, if you're able to beat the national trend, that's a good thing.

**Lisa Christine Gill** *JPMorgan Chase & Co, Research Division - Analyst*

Well, we're out of time. Thank you very much, everyone, for joining us, and thank you Steve and Tim.

**Steven Jackson Sell** *agilon health, inc. - President, CEO & Director*

Thanks, Lisa. Appreciate it.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2024 Refinitiv. All Rights Reserved.

©2024 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.