# EXHIBIT J

| | |
|---|---|
| **From:** | Christopher Stewart |
| **To:** | "Fetzer, Brandon"; Luke Olts |
| **Cc:** | Jack Scott; "Greenfield, Elliot"; "O"Connor, Maeve"; Evelyn Sanchez Gonzalez; Shao-Jia Chang |
| **Subject:** | RE: In re agilon health, inc. Securities Litigation |
| **Date:** | Monday, February 2, 2026 5:21:51 PM |

Brandon,

Thank you for speaking with us on Thursday, January 29, 2026, regarding the matters below.  We write to memorialize our January 29 call.  If your understanding differs from ours stated below, please let us know immediately in writing so we may promptly discuss.

First, we understand that the CD&R Defendants are not standing on their objections to search for, review and produce documents with an agilon email address in the to/from/cc/bcc lines (this includes CD&R Defendants' General Objection No. 10), and documents in response to RFP Nos. 11-14.  You stated during the call that while the CD&R Defendants agree to review for production the approximately 13,447 documents you identified in your January 17, 2026 email as "documents with an agilon health email address in the to/from/cc/bcc lines plus any family members," you might raise these objections in the future with respect to additional emails between the CD&R Defendants and agilon (to which Plaintiffs reserve all rights).

Second, we understand from our call, and from your email from January 27 below, the CD&R Defendants no longer object to search for, review and produce "agilon board materials" (as previously asserted in your letter from January 5, 2026 at page 2).

Third, we understand that neither CD&R Vector Holdings, L.P., nor CD&R Associates IX, L.P., had any employees during the Class Period.

Fourth, we understand that you have been working with persons from CD&R LLC's human resources to understand whether organizational charts or directories for CD&R LLC exist from during the Class Period.  We understood that you planned to send us an update on this on Friday, January 30; we never received that update so please provide it tomorrow.

Best,

Chris

---

**From:** Christopher Stewart
**Sent:** Thursday, January 29, 2026 11:57 AM
**To:** 'Fetzer, Brandon' <bfetzer@debevoise.com>; Luke Olts <LOlts@rgrdlaw.com>
**Cc:** Jack Scott <JScott@rgrdlaw.com>; Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Subject:** RE: In re agilon health, inc. Securities Litigation

Yes, that number is pasted again below.  To streamline our discussion, please send ahead of the call the information that we had asked for during our call on Monday (Jan. 26) and reiterated in our email from Tuesday (Jan. 27) below.

Dial-in: (267) 930-4000
Participant Code: 627-522-230

---

**From:** Fetzer, Brandon <bfetzer@debevoise.com>
**Sent:** Thursday, January 29, 2026 8:26 AM
**To:** Luke Olts <LOlts@rgrdlaw.com>
**Cc:** Christopher Stewart <CStewart@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Subject:** RE: In re agilon health, inc. Securities Litigation

EXTERNAL SENDER
Same dial-in as Monday?

**Brandon Fetzer** | Counsel | Debevoise & Plimpton LLP | bfetzer@debevoise.com | +1 212 909 6880| www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Luke Olts <LOlts@rgrdlaw.com>