UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § | Master File No. 1:24-cv-00297-DAE |
| | § | <u>CLASS ACTION</u> |
| This Document Relates To: | § § § | |
| ALL ACTIONS. | § § § | |
| | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM THE AGILON DEFENDANTS**

4901-3015-8226.v1

THIS MATTER, having been brought before this Court by Plaintiffs for an order granting their Motion to Compel the Production of Documents from the agilon Defendants (the "Motion").[1] Having reviewed the Motion, and good cause appearing, the Court concludes that the Motion should be, and is hereby GRANTED.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiffs" are Lead Plaintiffs Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans, Indiana Public Retirement System, and the North Atlantic States Carpenters Pension Fund, and Guaranteed Annuity Fund. "agilon Defendants" are agilon health, inc., Steven J. Sell, Timothy S. Bensley, Heidi Hittner, and Girish Venkatachaliah.

4901-3015-8226.v1