**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

§
§
§
§

In re AGILON HEALTH, INC. SECURITIES
LITIGATION

Master File No. 1:24-cv-00297-DAE

This Document Relates To:

<u>CLASS ACTION</u>

ALL ACTIONS.

**DECLARATION OF MASON PARHAM IN SUPPORT OF AGILON**
**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL**

I, Mason Parham, declare as follows:

1.  I am a partner with Sidley Austin LLP, counsel for the agilon Defendants in the above-captioned action.  I am admitted to practice before this Court.  I submit this affidavit in support of agilon Defendants' Response to Plaintiffs' Motion to Compel.

2.  Attached hereto as Exhibit A is a true and correct copy of a letter dated December 30, 2025, from me to Plaintiffs' counsel.

3.  Attached hereto as Exhibit B is a true and correct copy of a letter dated March 2, 2026, from me to Plaintiffs' counsel.

4.  Attached hereto as Exhibit C is a true and correct copy of the agilon health, inc. Earnings Call Transcript dated February 27, 2024.

5.  Attached hereto as Exhibit D is a true and correct copy of an Email dated October 23, 2025, from me to Plaintiffs' counsel.

6.  Attached hereto as Exhibit E is a true and correct copy of a letter dated February 11, 2026, from me to Plaintiffs' counsel.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Mason Parham*
MASON PARHAM