# Exhibit E



SIDLEY AUSTIN LLP
2021 MCKINNEY AVENUE
SUITE 2000
DALLAS, TEXAS  75201
+1 214 981 3300
+1 214 981 3400 FAX

+1 214 969 3531
MPARHAM@SIDLEY.COM

February 11, 2026

**Via E-mail**

Lucas F. Olts
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900,
San Diego, CA 92101
lolts@rgrdlaw.com

Re:　*In re agilon health, inc. Securities Litigation*, No. 1:24-cv-00297 (W.D. Tex.)

Luke:

I write in response to your January 31, 2026 letter.

Per Plaintiffs' request, enclosed as Appendix A is a search-term report reflecting the results of Plaintiffs' Appendix A search terms run after global de-duplication across the ten custodians and the non-custodial sources identified in the agilon Defendants' January 17, 2026 letter. Note that (1) these results ***do not*** include and are ***in addition to*** the 170,988 hits (including family members) for the search terms proposed in the January 17 letter, nor do they incorporate any of Plaintiffs' 14 additional proposed custodians; (2) many of Plaintiffs' proposed terms could not be run due to the character limits for searches in Relativity, so we have broken out some of Plaintiffs' proposed terms into separate searches as set forth below; and (3) several of Plaintiffs' proposed terms included syntax errors, which we have corrected as highlighted in Appendix A.

As you can see, Plaintiffs' Appendix A search terms (as run over the ten custodians we proposed and non-custodial sources) produced a net increase of ***938,548*** documents over the 170,988 documents returned by the agilon Defendants' proposed search terms, resulting in a total of ***1,109,536*** documents. Even without adding a single one of Plaintiffs' 14 additional proposed custodians, this is an unworkably large volume of documents that is neither proportional to the needs of the case nor reasonably feasible to review in time for the parties' April 21, 2026 substantial-completion date.

Nonetheless, to move the discovery process forward in good faith, the agilon Defendants have taken Plaintiffs' proposed search terms and streamlined them to return a more reasonable and proportionate volume of documents. Enclosed as Appendix B is a search-term report reflecting the results of the agilon Defendants' revisions to Plaintiffs' proposal, incorporating many of Plaintiffs'

Sidley Austin (TX) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.



Lucas F. Olts
February 11, 2026
Page 2

changes and non-duplicative additions to the search terms while also including documents from two of Plaintiffs' proposed custodians: Kenny Bellendir and Matthew Gillmor.[1]

As you can see, the search terms in Appendix B returned 156,211 documents on top of the 170,988 documents the agilon Defendants initially proposed to review in their January 17 letter, nearly doubling the size of the review population.

Regarding the rest of your January 31 letter, agilon's substantive discovery positions have not changed. We stand on the objections and positions set forth in our December 30, 2025 correspondence and related responses (including the limits and clarifications reflected therein). As discussed, we believe the most efficient path remains finalizing custodians and search terms so that the parties can commence review and production in earnest. Please let us know if you would like to discuss further.

Sincerely,

*/s/ Mason Parham*

Mason Parham

MP

---

[1] With respect to Plaintiffs' 12 other additional proposed custodians, agilon has confirmed that it does not have possession, custody, or control of ESI for Ronald Williams, Richard Schnall, and Derek Strum from the alleged class period. And absent any further explanation from Plaintiffs justifying the necessity of adding further custodians, the agilon Defendants are not inclined to expand their collection to custodians who are peripheral to the issues in dispute and/or unlikely to possess unique, non-duplicative documents beyond what has already been captured through the existing proposed search terms, custodians, and non-custodial sources.



Lucas F. Olts
February 11, 2026
Page 3

## APPENDIX A

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 1 | 2/15/2021 – 5/31/2024 | (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins) W/25 (expense* OR cost* OR financ* OR forecast* OR fcst* OR guid*) | 31,217 | 62,918 |
| 1 | 2/15/2021 – 5/31/2024 | (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins) W/25 (project* OR model* OR predict* OR estimat* OR expect* OR target* OR report* OR calculat* OR track* OR trajector* OR visibil* OR progression OR grow* OR outlook OR "leading indicator*") | 41,302 | 100,344 |
| 2 | 2/15/2021 – 5/31/2024 | (("MA member*" OR "Medicare Advantage" OR "MA" OR "member months" OR "attributed lives" OR "covered lives" OR "attributed members" OR "covered members" OR "attributed patients" OR "covered patients") W/25 (forecast* OR fcst* OR project* OR predict* OR estimat* OR expect* OR outlook OR visibil* OR progression OR grow* OR enroll*)) | 24,644 | 52,648 |
| 3 | 2/15/2021 – 5/31/2024 | (("MA" OR Medicare*) W/5 (member* OR patient* OR lives OR enroll*)) W/25 (grow* OR forecast* OR fcst* OR predict* OR project* OR estimat* OR expect* OR visibil* OR risk* OR cost* OR expense* OR trend* OR utiliz*) | 11,329 | 25,468 |
| 4 | 2/15/2021 – 5/31/2024 | (IBNR OR "incurred but not reported" OR PYD OR "prior year development*" OR (("prior period*") W/3 develop*) OR PPD) W/25 ("medical margin*" OR margin OR margins OR reserv* OR EBITDA* OR EBIT* OR aebitda OR expense* OR cost* OR claim* OR guid* OR project* OR estimat* OR expect* OR predict* OR forecast* OR fcst* OR calculat* OR track* OR impact* OR policy OR policies OR report* OR procedur*) | 16,038 | 37,128 |
| 5 | 2/15/2021 – 5/31/2024 | utiliz* AND ((referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "outpatient" OR surger* OR "Part B*" OR claim* OR expense* OR cost*) W/25 ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins OR EBITDA* OR EBIT* OR aebitda)) | 7,541 | 16,559 |
| 6 | 2/15/2021 – 5/31/2024 | (payor* OR payer* OR "health plan*" OR "MA plan*" OR insurer* OR carrier* OR Aetna* OR Humana* OR Unitedhealth* OR "United Health*") W/25 (referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR procedure* OR outpatient* OR surger* OR "Part B*" OR claim* OR expense* OR cost* OR incomplet* OR deficien* OR inaccur* OR utiliz* OR demand OR covid* OR pandemic OR prepandemic OR postpandemic OR "pre-pandemic" OR "post-pandemic") | 38,623 | 101 |

**SIDLEY**

Lucas F. Olts
February 11, 2026
Page 4

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 7 | 2/15/2021 – 5/31/2024 | ("professional services" OR "professional services agreement" OR PSA OR "services agreement") W/10 (doctor* OR physician* OR provider* OR PCP* OR "primary care" OR "physician partner*") | 930 | 2,562 |
| 8 | 2/15/2021 – 5/31/2024 | (physician* OR doctor* OR provider* OR PCP* OR "medical care" OR "medical services") W/25 (utiliz* OR demand OR covid* OR pandemic OR prepandemic OR postpandemic OR "pre-pandemic" OR "post-pandemic") | 11,271 | 24,394 |
| 9 | 2/15/2021 – 5/31/2024 | (CMS OR "Centers for Medicare") AND (utiliz* OR ((demand W/5 (patient* OR member* OR medical* OR healthcare* OR care OR services OR procedure* OR outpatient* OR surger*)) OR ((Covid OR pandemic) W/10 (demand OR utiliz*)) OR referral* OR specialist* OR cost* OR expense* OR "Total Care Model" OR TCM)) | 16,404 | 37,503 |
| 10 | 2/15/2021 – 5/31/2024 | ((competitor* OR industr* OR benchmark* OR peer* OR "health system*" OR "health plan*" OR "MA plan*" OR payor* OR payer* OR insurer* OR carrier* OR Aetna* OR Humana* OR Unitedhealth* OR "United Health*") AND (trend* OR forecast* OR fcst* OR project* OR track* OR model* OR trajector* OR estimat* OR industr*)) W/25 (utiliz* OR demand) | 3,323 | 6,870 |
| 11 | 2/15/2021 – 5/31/2024 | ("Total Care Model" OR TCM OR hightouch OR "high touch" OR "high-touch" OR "business model" OR "AGL* model" OR "value based model" OR (agilon* W/3 model)) W/25 (cost* OR expense* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR utiliz* OR data OR analy* OR forecast* OR fcst* OR trend* OR perform* OR result* OR variabil* OR volatil* OR sustainab* OR unsustainab* OR durab* OR predict* OR report* OR profit* OR strength) | 4,324 | 9,318 |
| 12 | 1/1/2023 – 5/31/2024 | ("CY23" OR "CY 23" OR "CY 24" OR "CY24" OR "calendar year 23" OR "calendar year 24") W/10 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/10 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*)) | 26 | 92 |
| 12 | 2/15/2021 – 5/31/2024 | (financial OR fiscal OR agilon* OR AGL OR "FY23" OR "FY 23" OR "FY 24" OR "FY24") W/10 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/10 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*)) | 13,618 | 30,955 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 5

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 13 | 1/1/2023 – 5/31/2024 | ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins) AND (lower* OR retroactiv* OR adjust* OR revis* OR decreas* OR cut* OR down OR chang* OR estim* OR track* OR forecast* OR fcst* OR model* OR assumpt* OR sensitivit* OR analys* OR data OR financial* OR result*) | 33,264 | 98,834 |
| 14 [2] | 2/15/2021 – 5/31/2024 | (financial* OR "income statement" OR "cash flow*" OR CF OR earnings* OR "stockholders' equity" OR "business plan*" OR budget* OR forecast* OR fcst* OR project* OR report* OR data OR "Section 2.2" OR "Section 2.3" OR "Stockholder Agreement" OR (Stockholder* W/3 Agreement*) OR (Shareholder* W/3 Agreement*)) | 464,978 | 807,883 |
| 15 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR "MM" OR MMPM OR PMPM OR margin OR margins OR EBITDA* OR EBIT* OR aebitda) W/15 (guid* OR forecast* OR fcst* OR project* OR outlook OR estimat* OR predict* OR visibil*) | 16,207 | 33,086 |
| 16 | 2/15/2021 – 5/31/2024 | ("earnings call*" OR "press release*" OR "earnings release*" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K* OR "financial statement*" OR "MD A") W/15 (prepare* OR comment* OR draft* OR file* OR filing OR review* OR edit* OR modif* OR revis* OR chang* OR distribut* OR approv* OR final* OR "talking point*" OR script* OR disclos* OR withhold* OR conceal* OR omit* OR omission*) | 13,163 | 28,114 |
| 17 | 1/1/2023 – 5/31/2024 | ("November 3*" OR "11/03/2023" OR "Nov 3*" OR "Nov 3rd" OR "November 3rd" OR "November 6*" OR "Nov 6*" OR "Nov 6th" OR "11/06/2023" OR "January 5*" OR "01/05/2024" OR "February 28*" OR "02/28/2024" OR "February 29*" OR "02/29/2024" OR "March 1*" OR "03/01/2024") AND (analyst* OR "sell-side" OR "price target" OR target* OR PT OR "investor feedback" OR IR OR "investor relations" OR debrief* OR recap OR driv* OR factor* OR cause*) | 3,582 | 8,480 |
| 17 | 1/1/2023 – 5/31/2024 | ((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24" OR "calendar year 24")) AND (analyst* OR "sell-side" OR "price target" OR target* OR PT OR "investor feedback" OR IR OR "investor relations" OR debrief* OR recap OR driv* OR factor* OR cause*) | 4,890 | 10,017 |

---

[2] Original Term 14 was only run to/from/cc/bcc @CDR-inc.com.

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 6

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 18 | 1/1/2023 – 5/31/2024 | (earnings W/7 (statement* OR disclos* OR announc* OR releas* OR call*)) OR "earnings call" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K* OR transcript* OR script* OR "talking point*" OR (investor* W/7 (deck* OR slide* OR present*)) | 19,517 | 40,361 |
| 18 | 1/1/2023 – 5/31/2024 | (("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins OR EBITDA* OR "adjusted EBITDA" OR EBIT* OR aebitda OR guid* OR outlook OR project* OR results OR forecast* OR fcst*) W/7 (adjust* OR revis* OR lower* OR chang* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend*)) | 14,959 | 30,848 |
| 19 | 1/1/2023 – 5/31/2024 | ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin* OR "108 million" OR EBITDA* OR EBIT* OR aebitda OR guid* OR outlook OR project* OR results OR announce* OR forecast* OR fcst*) W/10 (reason* OR trend* OR driv* OR factor* OR cause*) | 10,716 | 21,029 |
| 20 | 2/15/2021 – 5/31/2024 | ((utiliz* OR "medical cost*" OR "cost trend*")) W/10 (cause* OR explain* OR explanation* OR impact* OR affect* OR effect* OR analys* OR model* OR forecast* OR fcst* OR trend* OR mem*)) W/15 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR "margins guid*" OR forecast* OR fcst* OR variance* OR differen*) | 2,334 | 5,433 |
| 20 | 2/15/2021 – 5/31/2024 | (("service volume" OR "outpatient surger*") W/10 (cause* OR explain* OR explanation* OR impact* OR affect* OR effect* OR analys* OR model* OR forecast* OR fcst* OR trend* OR mem*)) W/15 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR "margins guid*" OR forecast* OR fcst* OR variance* OR differen*) | 38 | 101 |
| 20 | 2/15/2021 – 5/31/2024 | (("outpatient procedure*" OR outpatient*) W/10 (cause* OR explain* OR explanation* OR impact* OR affect* OR effect* OR analys* OR model* OR forecast* OR fcst* OR trend* OR mem*)) W/15 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR "margins guid*" OR forecast* OR fcst* OR variance* OR differen*) | 111 | 364 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 7

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 20 | 2/15/2021 – 5/31/2024 | ((procedure* OR surger*) W/10 (cause* OR explain* OR explanation* OR impact* OR affect* OR effect* OR analys* OR model* OR forecast* OR fcst* OR trend* OR mem*)) W/15 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR "margins guid*" OR forecast* OR fcst* OR variance* OR differen*) | 583 | 1,208 |
| 20 | 2/15/2021 – 5/31/2024 | (("elective procedure*" OR "Part B*") W/10 (cause* OR explain* OR explanation* OR impact* OR affect* OR effect* OR analys* OR model* OR forecast* OR fcst* OR trend* OR mem*)) W/15 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR "margins guid*" OR forecast* OR fcst* OR variance* OR differen*)) | 101 | 330 |
| 20 | 2/15/2021 – 5/31/2024 | ((reserv* OR "30 million" OR "reserving posture") W/10 (cause* OR explain* OR explanation* OR impact* OR affect* OR effect* OR analys* OR model* OR forecast* OR fcst* OR trend* OR mem*)) W/15 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR "margins guid*" OR forecast* OR fcst* OR variance* OR differen*) | 1,618 | 3,504 |
| 20 | 2/15/2021 – 5/31/2024 | (("composite utilization" OR "May 2023" OR "PPO") W/10 (cause* OR explain* OR explanation* OR impact* OR affect* OR effect* OR analys* OR model* OR forecast* OR fcst* OR trend* OR mem*)) W/15 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR "margins guid*" OR forecast* OR fcst* OR variance* OR differen*) | 546 | 1,661 |
| 20 | 2/15/2021 – 5/31/2024 | (("HMO" OR (reserv* W/3 adjust*)) W/10 (cause* OR explain* OR explanation* OR impact* OR affect* OR effect* OR analys* OR model* OR forecast* OR fcst* OR trend* OR mem*)) W/15 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR "margins guid*" OR forecast* OR fcst* OR variance* OR differen*) | 358 | 1,053 |
| 21 | 1/1/2023 – 5/31/2024 | ((FY23 OR "fiscal year 2023" OR "fiscal 23" OR FY24 OR FY26 OR "fiscal year 2024" OR "fiscal 24" OR "fiscal year 2026" OR "fiscal 26") W/15 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | 209 | 419 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 8

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 21 | 1/1/2023 – 5/31/2024 | (("CY23" OR "CY 23" OR "CY 24" OR "CY24" OR "calendar year 23" OR "calendar year 24" OR "CY26" OR "CY 26" OR "calendar year 26") W/15 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | 18 | 32 |
| 22 | 1/1/2023 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 ("fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24" OR "calendar year 24")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) | 218 | 601 |
| 22 | 1/1/2023 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) | 2,571 | 5,498 |
| 23 | 2/15/2021 – 5/31/2024 | ((medical W/3 expense*) OR (medical W/3 cost*) OR (service* W/3 volume*) OR (patient* W/3 volume*) OR (specialist* W/3 visit*) OR "outpatient surger*" OR outpatient* OR procedure* OR elective OR surger* OR "Part B*" OR "supplemental benefit*") W/10 ((increas* OR rise OR risen OR rising OR rose OR spik* OR surge OR surged OR surging OR escalat* OR backlog* OR "back-log*") OR "back log*" OR "pent-up" OR "pent up") | 2,262 | 5,739 |
| 24 | 1/1/2023 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (results W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR "calendar year 2023"))) W/25 (basis* OR backup OR assumpt* OR model* OR forecast* OR fcst* OR guid* OR bridge* OR walk OR variance* OR "plan vs actual" OR "root cause*") | 277 | 937 |
| 25 | 1/1/2023 – 5/31/2024 | (utiliz* OR "cost trend*" OR "medical cost*" OR "medical expense*" OR "expense trend*" OR "cash flow*" OR EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR margin OR margins) W/10 (reason* OR trend* OR cause* OR explain* OR explanation* OR impact* OR affect* OR effect*) | 6,580 | 12,987 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 9

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 26 | 11/1/2023 – 5/31/2024 | (FY23 OR "fiscal year 2023" OR FY24 OR "fiscal year 2024" OR "CY23" OR "CY 23" OR "calendar year 23" OR "calendar year 2023" OR "CY24" OR "CY 24" OR "calendar year 24" OR "calendar year 2024" OR guid* OR "medical margin*") W/15 (lower* OR reduc* OR cut* OR revis* OR chang* OR impact* OR loss* OR analys* OR model* OR forecast* OR fcst* OR result* OR "FY23 10-K" OR 10K OR "10-K" OR "8-K" OR "8K" OR "financial report*" OR "earnings report*") | 4,722 | 8,289 |
| 26 | 11/1/2023 – 5/31/2024 | ("MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook") W/15 (lower* OR reduc* OR cut* OR revis* OR chang* OR impact* OR loss* OR analys* OR model* OR forecast* OR fcst* OR result* OR "FY23 10-K" OR 10K OR "10-K" OR "8-K" OR "8K" OR "financial report*" OR "earnings report*") | 5,999 | 11,540 |
| 27 | 1/1/2023 – 5/31/2024 | (guid* OR "medical margin*" OR EBITDA* OR EBIT* OR aebitda OR forecast* OR fcst* OR project* OR estimat*) W/25 (deck* OR slide* OR presentation* OR script* OR "talking point*" OR "Q-A" OR "Q A" OR transcript* OR "press release" OR release* OR "earnings call" OR "investor call" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K*) | 7,315 | 15,398 |
| 28 | After 1/1/2023 | (ICFR OR "internal control*" OR "disclosure control*" OR "SOX" OR Sarbanes*) W/15 (polic* OR guideline* OR procedure* OR weakness* OR MW OR deficien*) | 1,067 | 1,967 |
| 29 | After 1/1/2023 | ("material weakness*" OR weakness* OR MW OR deficien*) W/15 (remediat* OR identif* OR cause* OR reason* OR reporting OR visibil* OR reserve* OR "IPE" OR "information produced by the entity" OR claims OR payables OR expense*) | 1,464 | 2,967 |
| 30 | 2/15/2021 – 5/31/2024 | ("Form 4*" OR "Form 144" OR "trading window*" OR "open window*" OR "preclear*" OR "pre-clear*" OR "share sale*" OR "stock purchase*" OR "share purchase*" OR purchas* OR "trading polic*" OR ((stock OR share*) W/3 (sale* OR sell*))) AND ("CD R" OR "Clayton Dubilier" OR Vector* OR "CDR" OR "CDR" OR (Clayton* W/3 Dub*) OR (Ste* W/3 Sell) OR Bensley OR Hittner OR Venkatachalia) | 21,216 | 44,177 |
| 31 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "@cdr-inc.com") AND (prospectus OR "Form S-3" OR "Form 144" OR "stock liquidation" OR stock OR share*) AND (board OR approv* OR consent OR resolut* OR authoriz* OR closing OR pricing OR announcement OR "insider sale*" OR (insider* W/3 trad*) OR (insider* W/3 selling) OR "stockholder sale*" OR sale* OR sell*) | 10,703 | 20,896 |
| 32 | 2/15/2021 – 5/31/2024 | (("Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "@cdr-inc.com") AND ("stock sale" OR "share sale" OR sale OR sell* OR stock OR share* OR "secondary offering" OR "follow-on offering" OR offering*) AND (board OR approv* OR consent OR resolut* OR authoriz* OR closing OR pricing OR announcement OR | 12,577 | 22,883 |

**SIDLEY**

Lucas F. Olts
February 11, 2026
Page 10

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| | | "insider sale" OR (insider* W/3 trad*) OR (insider* W/3 selling) OR "stockholder sale")) | | |
| 33 | 4/15/2021 – 3/1/2024 | ((Bensley* OR Kasenchak* OR Richards* OR Schnall* OR Strum*) W/10 (depart* OR resign* OR retir* OR "step* down" OR terminat* OR fire* OR firing OR quit* OR leav* OR remov* OR "leadership transition" OR "succession plan" OR replac* OR announc* OR (chang* W/3 management))) | 1,357 | 2,541 |
| 34 | 4/15/2021 – 3/1/2024[3] | "medical margin*" OR margin OR margins OR EBITDA* OR utiliz* OR demand* OR earnings OR financial* OR guid* OR forecast* OR fcst* OR reserv* OR Vector* OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR @cdr-inc.com OR "MA" OR Medicare OR CMS OR "Centers for Medicare" OR ICFR OR "material weakness*" | 75,110 | 207,251 |
| 35 | 4/15/2021 – 3/1/2024 | (Sarbanes* OR SOX OR "Section 302" OR "Section 906" OR certification* OR "sub-cert*" OR subcert*) W/10 (Sell OR Bensley OR Hittner OR Venkatachaliah OR "10-K*" OR 10K* OR "10-Q*" OR 10Q* OR report*) | 2,614 | 6,541 |
| 36 | 4/15/2021 – 3/1/2024 | ("Barclay Pearce*" OR "@barclaypearce.com.au" OR "@benchmarkcompany.com" OR BofA OR "@bofa.com" OR BTIG OR "@btig.com") W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR "Q A" OR "FAQ*" OR script* OR "talking point*" OR debrief* OR recap* OR meeting* OR "follow* up" OR question* OR call* OR coverage* OR "price target*" OR PT OR consensus OR rating* OR upgrad* OR downgrad* OR buy* OR sell* OR hold*) | 1,977 | 3,252 |
| 36 | 4/15/2021 – 3/1/2024 | (JMP OR "@jmpsecurities.com" OR Cowen OR "@cowen.com" OR Deutsche OR "@db.com" OR Evercore OR "@evercoreisi.com" OR Goldman) W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR "Q A" OR "FAQ*" OR script* OR "talking point*" OR debrief* OR recap* OR meeting* OR "follow* up" OR question* OR call* OR coverage* OR "price target*" OR PT OR consensus OR rating* OR upgrad* OR downgrad* OR buy* OR sell* OR hold*) | 4,358 | 6,985 |
| 36 | 4/15/2021 – 3/1/2024 | ("@gs.com" OR Guggenheim OR "@guggenheimpartners.com" OR Jefferies OR "@jefferies.com" OR "J.P. Morgan" OR JPMorgan) W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR "Q A" OR "FAQ*" OR script* OR "talking point*" OR debrief* OR recap* OR meeting* OR "follow* up" OR question* OR call* OR coverage* OR "price target*" OR PT OR consensus OR rating* OR upgrad* OR downgrad* OR buy* OR sell* OR hold*) | 6,109 | 9,841 |

---

[3] This search string was only run against calendar items (+attachments).

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 11

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 36 | 4/15/2021 – 3/1/2024 | ("@jpmorgan.com" OR Leerink OR "@svbleerink.com" OR "@leerink.com" OR "@svbsecurities.com" OR "Morgan Stanley") W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR "Q A" OR "FAQ*" OR script* OR "talking point*" OR debrief* OR recap* OR meeting* OR "follow* up" OR question* OR call* OR coverage* OR "price target*" OR PT OR consensus OR rating* OR upgrad* OR downgrad* OR buy* OR sell* OR hold*) | 3,211 | 4,665 |
| 36 | 4/15/2021 – 3/1/2024 | ("@morganstanley.com" OR Nephron OR "@nephronresearch.com" OR RBC OR "@rbccm.com" OR Stifel OR "@stifel.com" OR Truist) W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR "Q A" OR "FAQ*" OR script* OR "talking point*" OR debrief* OR recap* OR meeting* OR "follow* up" OR question* OR call* OR coverage* OR "price target*" OR PT OR consensus OR rating* OR upgrad* OR downgrad* OR buy* OR sell* OR hold*) | 1,586 | 1,862 |
| 36 | 4/15/2021 – 3/1/2024 | ("@truist.com" OR UBS OR "@ubs.com" OR "Wells Fargo" OR "@wellsfargo.com" OR "William Blair" OR "@williamblair.com") W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR "Q A" OR "FAQ*" OR script* OR "talking point*" OR debrief* OR recap* OR meeting* OR "follow* up" OR question* OR call* OR coverage* OR "price target*" OR PT OR consensus OR rating* OR upgrad* OR downgrad* OR buy* OR sell* OR hold*) | 8,079 | 15,936 |
| 36 | 4/15/2021 – 3/1/2024 | ("@wolferesearch.com" OR analyst OR "sell-side" OR "buy-side") W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR "Q A" OR "FAQ*" OR script* OR "talking point*" OR debrief* OR recap* OR meeting* OR "follow* up" OR question* OR call* OR coverage* OR "price target*" OR PT OR consensus OR rating* OR upgrad* OR downgrad* OR buy* OR sell* OR hold*) | 8,555 | 16,372 |
| 37 | 4/15/2021 – 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/20 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/20 ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM) | 47 | 83 |
| 37 | 4/15/2021 – 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/20 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/20 (PMPM OR margin OR "margins EBITDA*" OR EBIT* OR aebitda OR "adjusted EBITDA" OR "financial forecast" OR visibil* OR "business model" OR utiliz* OR "Total Care Model" OR TCM) | 431 | 915 |
| 38 | 1/1/2023 – 5/31/2024 | (analyst* OR consensus OR "earnings estimate*" OR "price target*" OR "analyst note*" OR "sell-side") W/10 (miss* OR target* OR plan* OR achieve* OR expect* OR progress OR guid*) | 3,725 | 7,338 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 12

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 39 | 1/1/2023 – 5/31/2024 | ("buy-side" OR "research report" OR "research coverage") W/25 (meet* OR beat* OR miss* OR target* OR plan* OR achiev* OR expect* OR project* OR forecast* OR fcst* OR perform* OR progress OR "financial goal" OR "earnings target" OR "financial objective" OR guid*) | 356 | 946 |
| 40 | 1/1/2023 – 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/50 (EBITDA* OR "adjusted EBITDA" OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins) | 540 | 1,154 |
| 40 | 1/1/2023 – 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/50 (forecast* OR fcst* OR guid* OR visibil* OR "financial result*" OR "conference call*" OR "earnings call*" OR presentation OR deck OR slide* OR "Q-A" OR "Q A*" OR transcript*) | 2,290 | 4,660 |
| 41 | 1/1/2023 – 5/31/2024 | (miss* OR below OR under) W/5 (guid* OR expect* OR consensus OR plan OR target OR forcast* OR fcst*) | 6,250 | 15,392 |
| 42 | 2/15/2021 – 5/31/2024 | ((medical* OR healthcare* OR member* OR patient* OR care*) W/5 (cost* OR expense)) W/25 (forecast* OR fcst* OR guid* OR project* OR model* OR predict* OR estimat* OR expect* OR target* OR report* OR calculat* OR track* OR trajector* OR visibil* OR progression OR outlook OR "leading indicator*") | 12,544 | 26,895 |
| 43 | 2/15/2021 – 5/31/2024 | ("prior year" W/5 (cost* OR claim* OR expens*)) W/25 ("medical margin*" OR margin OR margins OR reserv* OR EBITDA* OR EBIT* OR aebitda OR guid* OR project* OR estimat* OR expect* OR predict* OR forecast* OR fcst* OR calculat*) | 351 | 877 |
| 44 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand OR cost* OR expense* OR outpatient OR surger* OR procedures) W/25 (pentup* OR "pent-up*" OR "pent up*" OR defer* OR backlog* OR "back-log*" OR "back log*" OR spike* OR surge OR surged OR surging OR "build up" OR "built up" OR "building up" OR stepup* OR "step-up" OR "step* up" OR accelerat* OR decelerat* OR moderat* OR "held off" OR wait*) | 11,914 | 28,489 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 13

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 45 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand) W/35 (guid* OR forecast* OR fcst* OR project* OR predict* OR estimat* OR expect* OR calculat* OR model* OR track* OR trajector* OR visibil* OR progression OR grow* OR outlook OR driv* OR shift* OR trend*) | 26,700 | 51,631 |
| 46 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand) W/35 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin" OR "per-per-month" OR MMPM OR PMPM OR margin OR margins) | 3,887 | 9,135 |
| 47 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand) W/25 (suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR "non-COVID*" OR prepandemic OR postpandemic OR "pre-pandemic" OR "post-pandemic") | 3,462 | 6,668 |
| 48 | 2/15/2021 – 5/31/2024 | insulat* W/10 (spik* OR surge OR surged OR surging) | 4 | 10 |
| 49 | 2/15/2021 – 5/31/2024 | (agilon* W/5 model*) W/35 (demand OR utiliz* OR suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR "non-COVID*") | 425 | 1,091 |
| 50 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "@cdr-inc.com") W/35 (control OR own* OR seats* OR position* OR percentage* OR stake* OR held* OR holding* OR nominat*) | 3,630 | 7,742 |
| 51 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "@cdr-inc.com") W/35 ("document request" OR "consolidated statement*" OR "business plan*" OR budget* OR forecast* OR fcst* OR projection* OR financial*) | 1,535 | 3,118 |
| 52 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "@cdr-inc.com") AND ((request OR provid* OR shar* OR send* OR sent*) W/20 (info* OR material* OR document* OR "financial statement*" OR "business plan*" OR "statement of operations" OR income OR "cash flow*" OR CF OR budget* OR forecast* OR fcst* OR projection*)) | 17,379 | 27,785 |
| 53 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "@cdr-inc.com") W/35 (meet OR call* OR attendees* OR discuss* OR conversation* OR email* OR text*) | 12,905 | 18,204 |
| 54 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "@cdr-inc.com") AND (stockholder W/3 agreement*) | 186 | 666 |

**SIDLEY**

Lucas F. Olts
February 11, 2026
Page 14

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 55 | 2/15/2021 – 5/31/2024 | reserv* W/10 ("MA" OR Medicare* OR conservativ* OR underaccr* OR (under* W/2 accru*) OR increas* OR decreas* OR margin OR margins) | 2,707 | 5,953 |
| 56 | 2/15/2021 – 5/31/2024 | (BOD OR (Board W/5 director*)) AND (EBITDA* OR "medical margin*" OR "Total Care Model" OR "business model" OR (agilon* W/3 model) OR "Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "@cdr-inc.com" OR "material weakness" OR utilization OR demand OR (Stockholder* W/3 Agreement*) OR (Shareholder* W/3 Agreement*) OR (insider* W/3 (sale* OR sell* OR trad*)) OR ICFR OR "internal control*") | 7,567 | 17,168 |
| 57 | 2/15/2021 – 5/31/2024 | ((Board OR BOD) W/10 (meet* OR minutes* OR presentation* OR deck* OR report*)) AND (EBITDA* OR "medical margin*" OR "Total Care Model" OR "business model" OR (agilon* W/3 model) OR "Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "@cdr-inc.com" OR "material weakness" OR utilization OR demand) | 11,303 | 18,721 |
| 57 | 2/15/2021 – 5/31/2024 | ((Board OR BOD) W/10 (meet* OR minutes* OR presentation* OR deck* OR report*)) AND ((Stockholder* W/3 Agreement*) OR (Shareholder* W/3 Agreement*) OR (insider* W/3 (sale* OR sell* OR trad*)) OR ICFR OR "internal control*") | 1,179 | 3,281 |
| 58 | 2/15/2021 – 5/31/2024 | ("Ernst Young" OR "EY" OR "E Y") W/35 ("IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins OR utiliz* OR weakness* OR MW OR deficien*) | 3,673 | 7,331 |
| 59 | 2/15/2021 – 5/31/2024 | ("@ey.com") AND ("IBNR" OR "Incurred But Not Reported" OR "medical margin" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins OR utiliz* OR weakness* OR MW OR deficien*) | 3,822 | 7,049 |
| 60 | 4/15/2021 – 5/31/2024 | (Sell OR Bensley) W/10 (comp* OR bonus* OR "salary" OR "incentive plan*" OR "severance") | 9,893 | 18,180 |
| 61 | 7/1/2023 – 5/31/2024 | ("Milliman" OR @milliman.com) AND (cost OR claim* OR expense* OR actuar* OR utiliz* OR "IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR | 1,435 | 2,738 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 15

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| | | MMPM OR PMPM OR margin OR margins OR EBITDA* OR guid* OR data OR pipeline OR weakness* OR MW OR controls* OR remediat* OR PPD OR "prior period development*" OR PYD OR "prior year development*") | | |
| 62 | 2/15/2021 – 5/31/2024 | (false OR misleading) W/10 (info* OR statement*) | 2,083 | 5,494 |
| 63 | 2/15/2021 – 5/31/2024 | (mislead* OR misled* OR misrepresent*) W/20 (public OR investor* OR statement* OR info*) | 2,730 | 6,015 |
| 64 | 2/15/2021 – 5/31/2024 | (risk OR risks) W/3 disclos* | 1,743 | 3,304 |
| 65 | 2/15/2021 – 5/31/2024 | (visibil* OR predictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR MA OR "Medicare Advantage" OR platform) | 7,773 | 17,067 |
| 66 | 2/15/2021 – 5/31/2024 | ((visibil* OR predictab*) W/10 (high* OR low* OR lack* OR reduc* OR deficient*)) AND (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR MA OR "Medicare Advantage" OR platform) | 3,017 | 6,943 |
| 67 | 2/15/2021 – 5/31/2024 | (unpredictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage") | 298 | 832 |
| 68 | 2/15/2021 – 3/1/2024 | (partner* AND agreement*) W/10 (doctor* OR physician* OR provider* OR PCP* OR "primary care") | 1,013 | 2,582 |
| 69 | 4/15/2024 – 5/31/2024 | (CMS OR "Centers for Medicare" OR "Brooks-LaSure") W/5 (letter* OR RFI OR "request for information") | 815 | 1,672 |



Lucas F. Olts
February 11, 2026
Page 16

**APPENDIX B**

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 1 | 2/15/2021 – 5/31/2024 | ("medical margin" OR "med margin" OR "medmargin") W/10 (expense* OR forecast* OR projection* OR target* OR report* OR calculat* OR trajector* OR "leading indicator*") | 13,891 | 31,754 |
| 2 | 2/15/2021 – 5/31/2024 | (("MA member*" OR "Medicare Advantage" OR "attributed lives" OR "covered lives") W/10 (forecast* OR projection* OR visibil* OR enrollment)) | 2,916 | 7,834 |
| 3 | 2/15/2021 – 5/31/2024 | (("MA" OR Medicare) W/5 (member* OR enrollment)) W/10 (forecast* OR visibil* OR trend* OR utilization) | 1,976 | 5,106 |
| 4 | 2/15/2021 – 5/31/2024 | (IBNR OR "incurred but not reported" OR PYD OR "prior year development") W/10 ("medical margin" OR EBITDA OR guidance OR project* OR estimate OR forecast*) | 4,237 | 11,457 |
| 5 | 2/15/2021 – 5/31/2024 | utiliz* AND ((referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR expense*) W/10 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM)) | 7,050 | 20,695 |
| 6 | 2/15/2021 – 5/31/2024 | (payor* OR "health plan" OR insurer* OR carrier* OR Aetna* OR Humana* OR Unitedhealth* OR "United Health*") W/10 (OR "elective procedure*" OR "outpatient surger*" OR "Part B drug*" OR "medical claim*" OR "medical expense*" OR utilization) | 7,192 | 20,020 |
| 7 | 2/15/2021 – 5/31/2024 | ("professional services" OR "professional services agreement" OR PSA OR "services agreement") W/10 (doctor* OR physician* OR provider* OR PCP* OR "primary care" OR "physician partner*") | 2,272 | 7,142 |
| 8 | 2/15/2021 – 5/31/2024 | (physician* OR doctor* OR provider* OR PCP* OR "medical care" OR "medical services") W/15 (utiliz* OR demand OR pandemic) | 16,610 | 41,172 |
| 9 | 2/15/2021 – 5/31/2024 | (CMS OR "Centers for Medicare") W/10 (utilization OR (demand W/5 (care OR services)) OR ((Covid OR pandemic) W/5 (demand OR utiliz*)) OR specialist* OR expense* OR "Total Care Model" OR TCM) | 1,937 | 5,887 |
| 10 | 2/15/2021 – 5/31/2024 | ((competitor* OR industry OR benchmark* OR peer* OR "health system") AND (trend* OR forecast* OR projection* OR estimate* OR industry)) W/15 (utilization OR demand) | 2,309 | 5,575 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 17

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 11 | 2/15/2021 – 5/31/2024 | ("Total Care Model" OR TCM OR hightouch OR "high touch" OR "high-touch") W/15 (cost* OR expense* OR "medical margin" OR EBITDA OR utiliz* OR analys* OR forecast* OR trend* OR perform* OR result* OR variabil* OR volatil* OR predict* OR report*) | 2,669 | 7,201 |
| 12 | 2/15/2021 – 5/31/2024 | ((financial OR fiscal) W/5 ((outlook OR estimat* OR projection OR forecast OR guidance) W/5 ("FY23" OR "FY24" OR 2023 OR 2024))) W/10 (lower* OR withdraw* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*) | 264 | 837 |
| 13 | 1/1/2023 – 5/31/2024 | ("medical margin" OR "medmargin" OR "med margin" OR "med. margin" OR "108 million" OR EBITDA OR "adjusted EBITDA" OR guidance) W/10 (reason* OR trend*) | 4,260 | 8,856 |
| 14 | 2/15/2021 – 5/31/2024 | **(limited to emails sent from/to/cc/bcc @CDR-inc.com)** (financial* OR "income statement" OR "cash flow" OR earnings OR "stockholders' equity" OR "business plan" OR "annual budget*" OR "forecast*" OR "projection*" OR "financial report*" OR "operational data" OR "Section 2.2" OR "Section 2.3" OR "Stockholder Agreement") | 2,880 | 5,261 |
| 15 | 2/15/2021 – 5/31/2024 | ("medical margin" OR EBITDA) W/5 (guidance OR forecast* OR projection* OR outlook) | 9,900 | 19,897 |
| 16 | 2/15/2021 – 5/31/2024 | ("earnings call*" OR "press release*" OR "earnings release*" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K* OR "financial statement*") W/10 ("talking point*" OR script* OR disclos* OR withhold* OR conceal* OR omit* OR omission*) | 6,998 | 14,773 |
| 17 | 1/1/2023 – 5/31/2024 | ("November 3 2023" OR "11/03/2023" OR "November 6 2023" OR "11/06/2023" OR "January 5 2024" OR "01/05/2024" OR "February 28 2024" OR "02/28/2024" OR "February 29 2024" OR "02/29/2024" OR "March 1 2024" OR "03/01/2024") AND (analyst OR "sell-side" OR "price target" OR "investor feedback" OR IR OR "investor relations" OR debrief OR recap OR driver* OR factor*) | 1,641 | 3,578 |
| 18 | 10/1/2023 - 11/2/2023 12/1/2023 - 1/5/2024 2/1/2024 - 2/27/2024 | (earnings W/5 (statement OR disclosure OR announcement OR release)) OR "earnings call" OR "10-Q" OR "10-K" OR transcript OR script OR "talking point*" OR (investor W/5(deck OR slide* OR presentation)) OR (("medical margin" OR EBITDA OR guidance) W/5 (adjust* OR revis* OR lower OR change)) | 4,657 | 7,824 |
| 19 | 1/1/2023 – 5/31/2024 | ("medical margin" OR "medmargin" OR "med margin" OR med. margin" OR "108 million" OR EBITDA* OR  aebitda OR guidance) W/10 (reason* OR trend* OR cause*) | 4,601 | 9,439 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 18

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 20 | 2/15/2021 – 5/31/2024 | ((utiliz* OR "medical cost*" OR "cost trend*") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 4,720 | 12,184 |
| 20 | 2/15/2021 – 5/31/2024 | (("service volume" OR "outpatient surger*") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 70 | 210 |
| 20 | 2/15/2021 – 5/31/2024 | (("outpatient procedure*" OR outpatient*) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 270 | 894 |
| 20 | 2/15/2021 – 5/31/2024 | ((procedure* OR surger*) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 600 | 1,237 |
| 20 | 2/15/2021 – 5/31/2024 | (("elective procedure*" OR "Part B") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 160 | 483 |
| 20 | 2/15/2021 – 5/31/2024 | ((reserv* OR "30 million" OR "reserving posture")W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 1,809 | 4,267 |
| 20 | 2/15/2021 – 5/31/2024 | (("composite utilization" OR "May 2023" OR "PPO")W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 675 | 2,169 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 19

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 20 | 2/15/2021 – 5/31/2024 | (("HMO" OR (reserv* W/3 adjust*)) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 300 | 1,298 |
| 21 | 1/1/2023 – 5/31/2024 | ((FY23 OR "fiscal year 2023" OR "fiscal 23" OR FY24 OR FY26 OR "fiscal year 2024" OR "fiscal 24" OR "fiscal year 2026" OR "fiscal 26") W/10 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/10 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | 670 | 1,535 |
| 21 | 1/1/2023 – 5/31/2024 | (("CY23" OR "CY 23" OR "CY 24" OR "CY24" OR "calendar year 23" OR "calendar year 24" OR "CY26" OR "CY 26" OR "calendar year 26") W/15 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | 66 | 161 |
| 22 | 1/1/2023 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024") AND (deck OR slide* OR presentation OR script OR "talking point*" OR transcript OR "press release" OR "earnings call" OR "investor call") | 37 | 166 |
| 23 | 2/15/2021 – 5/31/2024 | ((medical expense) OR (medical cost) OR (service volume) OR (patient volume) OR "outpatient surger*") W/10 ((increas* OR rise OR risen OR rising OR rose OR spik* OR surge OR surged OR surging OR escalat* OR backlog* OR "back-log*") OR "back log*" OR "pent-up" OR "pent up") | 2,341 | 6,699 |
| 24 | 1/1/2023 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (results W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR "calendar year 2023"))) W/15 (basis* OR backup OR assumpt* OR model* OR forecast* OR fcst* OR guid* OR bridge* OR walk OR variance* OR "plan vs actual" OR "root cause*") | 942 | 1,992 |
| 25 | 1/1/2023 – 5/31/2024 | (utilization OR "cost trend*" OR "medical cost*" OR "medical expense*" OR "expense trend*" OR "cash flow" OR "medical margin") W/10 (reason* OR trend* OR cause* OR effect* OR affect) | 11,333 | 23,573 |
| 26 | 11/1/2023 – 5/31/2024 | ((FY23 OR "fiscal year 2023" OR FY24 OR FY26 OR "fiscal year 2024" OR "fiscal year 2026") W/15 (guidance OR "medical margin" OR EBITDA OR "financial outlook")) W/15 (lower* OR reduc* OR cut* OR withdraw* OR suspend* OR revis* OR chang* OR driver* OR cause* OR impact) | 335 | 767 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 20

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 27 | 1/1/2023 – 5/31/2024 | (guidance OR "medical margin*" OR forecast* OR fcst*) W/10 (deck* OR slide* OR presentation* OR script* OR "talking point*" OR "Q-A" OR "Q A" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K*) | 3,760 | 7,517 |
| 28 | After 1/1/2023 | (ICFR OR "internal control*" OR "disclosure control*" OR "SOX" OR Sarbanes*) W/15 (polic* OR guideline* OR procedure* OR weakness* OR MW OR deficien*) | 1,527 | 3,237 |
| 29 | After 1/1/2023 | ("material weakness*" OR weakness* OR MW OR deficien*) W/15 (remediat* OR identif* OR cause* OR reason* OR reporting OR visibil* OR reserve* OR "IPE" OR "information produced by the entity" OR claims OR payables OR expense*) | 2,322 | 5,601 |
| 30 | 2/15/2021 – 5/31/2024 | ("Form 4" OR "Form 144" OR "trading window" OR "open window" OR "preclear*" OR "pre-clear*" OR "share sale*" OR "stock purchase*" OR "share purchase*" OR "trading policy") W/15 ("CD R" OR Sell OR Bensley OR Hittner OR Venkatachalia) | 322 | 1,076 |
| 31 | 2/15/2021 – 5/31/2024 | (("Clayton Dubilier" OR " Vector" OR "CD R" OR "CDR") AND ("prospectus supplement" OR "Form S-3" OR "Form 144" OR "stock liquidation") AND (board OR approv* OR consent OR resolut* OR authoriz* OR closing OR pricing OR announcement OR "insider sale" OR "stockholder sale")) | 380 | 981 |
| 32 | 2/15/2021 – 5/31/2024 | (("Clayton Dubilier" OR " Vector" OR "CD R" OR "CDR") AND ("stock sale" OR "share sale" OR "secondary offering" OR "follow-on offering") AND (board OR approv* OR consent OR resolut* OR authoriz* OR closing OR pricing OR announcement OR "insider sale" OR "stockholder sale")) AND ("September 14 2021" OR "09/14/2021" OR "August 11 2022" OR "08/11/2022" OR "May 18 2023" OR "05/18/2023") | 96 | 179 |
| 33 | 4/15/2021 – 3/1/2024 | ((Bensley* OR Kasenchak* OR Richards* OR Schnall* OR Strum*) W/10  (resign* OR retir* OR "step* down" OR terminat* OR fire* OR firing OR quit* OR remov* OR "leadership transition" OR "succession plan" OR replac* OR (chang* W/3 management))) | 1,071 | 2,218 |
| 34 | 4/15/2021 – 3/1/2024 | **(calendars only)**<br>medical margin OR EBITDA OR utilization OR earnings | 3,630 | 6,273 |
| 35 | 4/15/2021 – 3/1/2024 | (Sarbanes* OR SOX OR "Section 302" OR "Section 906" OR certification* OR "sub-cert*" OR subcert*) W/5 (Sell OR Bensley OR Hittner OR Venkatachaliah OR "10-K*" OR 10K* OR "10-Q*" OR 10Q*) | 128 | 238 |
| 36 | 4/15/2021 – 3/1/2024 | ("Barclay Pearce*" OR "@barclaypearce.com.au" OR "@benchmarkcompany.com" OR BofA OR "@bofa.com" OR BTIG OR "@btig.com" OR JMP OR "@jmpsecurities.com" OR Cowen OR "@cowen.com" OR Deutsche OR "@db.com" OR Evercore OR "@evercoreisi.com") W/10 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap) | 986 | 2,106 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 21

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 36 | 4/15/2021 – 3/1/2024 | (Goldman OR "@gs.com" OR Guggenheim OR "@guggenheimpartners.com" OR Jefferies OR "@jefferies.com" OR "J.P. Morgan" OR JPMorgan OR "JP Morgan" OR "@jpmorgan.com" OR Leerink OR "@svbleerink.com" OR "@leerink.com") W/10 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap) | 1,417 | 2,338 |
| 36 | 4/15/2021 – 3/1/2024 | ("@svbsecurities.com" OR "Morgan Stanley" OR "@morganstanley.com" OR Nephron OR "@nephronresearch.com" OR RBC OR "@rbccm.com" OR Stifel OR "@stifel.com" OR Truist OR "@truist.com" OR UBS OR "@ubs.com" OR "Wells Fargo" OR "@wellsfargo.com" OR "William Blair" OR "@williamblair.com" OR "@wolferesearch.com") W/10 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap) | 1,639 | 2,898 |
| 37 | 4/15/2021 – 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM) | 331 | 809 |
| 37 | 4/15/2021 – 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 (PMPM OR margin OR "margins EBITDA*" OR EBIT* OR aebitda OR "adjusted EBITDA" OR "financial forecast" OR visibil* OR "business model" OR utiliz* OR "Total Care Model" OR TCM) | 1,280 | 3,516 |
| 38 | 1/1/2023 – 5/31/2024 | ((agilon* OR AGL) W/15 (analyst* OR consensus OR "earnings estimate*" OR "price target*" OR "analyst note*" OR "sell-side")) W/10 (miss* OR target* OR plan* OR guidance) | 1,353 | 3,505 |
| 39 | 1/1/2023 – 5/31/2024 | ("buy-side" OR "research report" OR "research coverage") W/15 (meet* OR beat* OR miss* OR target* OR plan* OR achiev* OR expect* OR project* OR forecast* OR fcst* OR perform* OR progress OR "financial goal" OR "earnings target" OR "financial objective" OR guid*) | 1,155 | 3,380 |
| 40 | 1/1/2023 – 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/20 (EBITDA* OR "adjusted EBITDA" OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins) | 632 | 1,502 |

# SIDLEY

Lucas F. Olts
February 11, 2026
Page 22

| Term No. | Date Range | Search Term | Search Hits | Search Hits+FAM |
|---|---|---|---|---|
| 40 | 1/1/2023 – 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/20 (forecast* OR fcst* OR guid* OR visibil* OR "financial result*" OR "conference call*" OR "earnings call*" OR presentation OR deck OR slide* OR "Q-A" OR "Q A" OR transcript*) | 1,445 | 2,947 |
| 43 | 2/15/2021 – 5/31/2024 | ("prior year" W/5 (cost* OR claim* OR expens*)) W/15 ("medical margin*" OR margin OR margins OR reserv* OR EBITDA* OR EBIT* OR aebitda OR guid* OR project* OR estimat* OR expect* OR predict* OR forecast* OR fcst* OR calculat*) | 968 | 2,144 |
| 48 | 2/15/2021 – 5/31/2024 | insulat* W/10 (spik* OR surge OR surged OR surging) | 34 | 96 |
| 49 | 2/15/2021 – 5/31/2024 | (agilon* W/5 model*) W/15 (demand OR utiliz* OR suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR "non-COVID*") | 602 | 1,778 |
| 67 | 2/15/2021 – 5/31/2024 | (unpredictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage") | 589 | 1,692 |
| 69 | 4/15/2024 – 5/31/2024 | (CMS OR "Centers for Medicare" OR "Brooks-LaSure") W/5 (letter* OR RFI OR "request for information") | 1,838 | 4,638 |