# EXHIBIT A

**Robbins Geller**
**Rudman & Dowd** LLP

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Christopher D. Stewart
cstewart@rgrdlaw.com

February 23, 2026

<u>VIA EMAIL</u>

Mason Parham
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX  75201

      Re:    *In re agilon health, inc. Securities Litigation*,
              No. 1:24-cv-00297 (W.D. Tex.)

Dear Counsel:

Counsel for non-party Milliman Inc. ("Milliman") has indicated to us that counsel for the agilon Defendants have begun the process of reviewing – for agilon's "privilege" – the documents that Milliman has identified as responsive to Plaintiffs' October 17, 2025 subpoena to Milliman (the "Milliman Documents").  As you know, the agilon Defendants have already delayed Milliman's production by filing a motion for a protective order in November 2025, stalling Milliman's production while insisting to the Court that agilon pre-screen all non-party documents before their disclosure to Plaintiffs.  There is no legitimate reason why the agilon Defendants must unnecessarily delay Milliman's production even further through a drawn-out document-by-document review of each and every one of the Milliman Documents for agilon's privilege, particularly given that Milliman is a non-attorney consulting firm that was engaged for non-legal purposes.

We request that you:

1.     confirm that your review of the Milliman Documents will be completed by March 2, 2026 so that the documents can be promptly produced to Plaintiffs; and

**Robbins Geller**
**Rudman & Dowd** LLP

Mason Parham
February 23, 2026
Page 2


     2.     confirm that you will notify Milliman on a rolling basis which of the Milliman Documents you have reviewed so that Milliman may produce those reviewed documents to Plaintiffs on a rolling basis (as opposed to agilon notifying Milliman once, following the completion of your privilege review, which documents agilon is and is not asserting privilege over).

                          Sincerely,

                          CHRISTOPHER D. STEWART

CDS:

4906-2062-0688.v1