UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § § § § § § § § | Master File No. 1:24-cv-00297-DAE CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | | |

AFFIDAVIT OF CHRISTOPHER D. STEWART IN SUPPORT OF PLAINTIFFS' OPPOSED
MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM THE AGILON
DEFENDANTS

4908-7543-0557.v1

I, CHRISTOPHER D. STEWART, declare, under penalty of perjury:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for Lead Plaintiffs.  I submit this affidavit in support of Plaintiffs' Opposed Motion to Compel the Production of Documents from the agilon Defendants.

2.      Attached is a true and correct copy of the following exhibits:

Exhibit A:      January 17, 2026 letter from Mason Parham to Lucas Olts;

Exhibit B:      January 31, 2026 letter from Christopher Stewart to Mason Parham;

Exhibit C:      February 17, 2026 letter from Christopher Stewart to Mason Parham;

Exhibit D:      agilon Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories, dated February 13, 2026;

Exhibit E:      February 23, 2026 letter from Christopher Stewart to Mason Parham;

Exhibit F:      February 26, 2026 letter from Christopher Stewart to Mason Parham;

Exhibit G:      March 4, 2026 letter from Christopher Stewart to Mason Parham;

Exhibit H:      March 6, 2026 letter from Christopher Stewart to Mason Parham;

Exhibit I:      agilon health, inc. organizational charts dated April 1, 2021 to April 1, 2024 **[Filed Under Seal]**;

Exhibit J:      LinkedIn profile of Lauren Polt;

Exhibit K:      LinkedIn profile of Sam Rowland;

Exhibit L:      Comparison chart of search term proposals;

Exhibit M:      March 2, 2026 letter from Mason Parham to Lucas Olts; and

Exhibit N:      Excerpt from agilon health, inc. Form 10-K, dated March 3, 2022.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 3, 2026, at San Diego, California.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

- 1 -