EXHIBIT J

## Contact

www.linkedin.com/in/lauren-
polt-034a1723 (LinkedIn)

## Top Skills

Statistics

Data Mining

Analytics

# Lauren Polt

VP, Healthcare Economics @ Millennium Physician Group |
Analytics and Insights, VBC Expert
St. Petersburg, Florida, United States

## Summary

Leading the Clinical Analytics team at agilon health, my role
encompasses being the company's guiding force in identifying
medical expense trends, unveiling revenue opportunities,
and conducting comprehensive ROI studies. With an intricate
understanding of healthcare analytics and data science, my focus
is on strategic development and implementation of cost-saving
initiatives.

At the core of my professional dedication lies the mission to craft
a data-informed approach to healthcare, ensuring robust insights
influence both business and clinical decisions. Our team's expertise
in predictive modeling and statistics is integral to agilon health's
growth, as we navigate the complexities of Value Based Care and
strive to enhance patient outcomes.

─────

## Experience

Millennium Physician Group
VP, Healthcare Economics
October 2024 - Present (1 year 5 months)

agilon health
5 years 6 months

Sr. Director, Clinical Analytics
April 2022 - October 2024 (2 years 7 months)

Company-wide expert on medical expense trends, revenue and cost
opportunities, and evaluation of programs; Built from a startup environment a
robust and skilled team of managers, data scientists and BI developers that
provide insight on all areas of the company; Responsible for full life cycle of
cost saving initiatives – evaluation of opportunity, build or buy, evaluation of
vendors, financial contracting of sub-cap providers, measuring leading and
lagging indicators, and full ROI studies on effectiveness; Provide the business

strategy in building out our data lake in-house, and directed team on the suite of analytical tables and processes needed for health plan claims data; Lead capability of reporting out real-time insights for clinical operations, and financial projections; Led analysis of academic studies for publication and partnered with experts in the field;

Director, Clincal and Quality Analytics
May 2019 - April 2022 (3 years)

ConnectiCare
Senior Data Scientist
June 2013 - May 2019 (6 years)

Develop all reports, dashboards, and predictive modeling for Medicare, Commercial, and Exchange membership; Assessed opportunities for future cost savings including End of Life programs, Readmission avoidance, and Disease management; Held meetings with key stakeholders to provide guidance on needed reports and projects; Developed ROI studies on health management programs; Subject matter expert in predictive modeling, statistics and ROI methodologies in the Analytics department; Provided guidance to team members on proper statistical analysis using SAS.
In addition to my analyst responsibilities, I managed several college interns and a junior analyst; Delegate projects and keep timelines; Provide guidance and suggestions to employees in order to complete their projects efficiently and accurately;

Humana
Metrician
October 2010 - June 2013 (2 years 9 months)
St. Petersburg, FL

Create propensity matched ROI's; analyze, interpret, and report on both Medicare and Commercial claims data; build complex statistical models; research medical management programs and their performance; perform trend and outcome analysis for Dual and Special Need Plan Medicare members; create and prepare variety of monthly and ad hoc requests; extract and manipulate large amounts of data for analysis; report findings and solutions to upper management

University of South Florida
Graduate Assistant
August 2009 - May 2011 (1 year 10 months)

Assist with teaching, grading, planning, and management in math classes

Cracker Barrel
Par 4 Server
January 2007 - May 2010 (3 years 5 months)

Provide service to customers in a high-traffic, fast-paced environment. Extra duties include supervising and training new employees

New York Life Insurance Company
Research Intern
2010 - 2010 (less than a year)

Preformed research projects such as exploratory data analysis, logistic regression modeling, and extraction and manipulation of data from large warehouses for direct marketing purposes

———

## Education

University of South Florida
MA, Mathematics, Statistics · (2007 - 2011)