# EXHIBIT K

## Contact

www.linkedin.com/in/samrowland (LinkedIn)

## Top Skills

Key Metrics

Investment Valuation

G&A

# Sam Rowland

Sr. Director, Finance | MBA

Irvine, California, United States

## Summary

With over a decade of finance experience, Sam is a results-driven, strategic leader and thought partner to the C-Suite. Skilled in areas such as financial planning and reporting, financial statement analysis, automation, financial systems, ROI analysis, and creating scalable financial solutions for growing enterprises, Sam also brings experience in project management, mergers and acquisitions, and integrations. He has an established track record of building world-class FP&A teams from inception. Sam employs a cross-functional approach to identify business risks and opportunities, leveraging his expertise in planning, cost analysis, and revenue drivers to drive strategic resource allocation and foster sustainable business growth and profitability.

---

## Experience

**agilon health**

6 years 11 months

**Sr. Director, Finance**

January 2023 - Present (3 years 1 month)

• Integration Lead for $45M healthcare technology company acquisition. Led pre-close, close, and integration phases. Managed company-wide integration efforts across all functional departments

• Led project management office oversight, facilitated discussions and milestone tracking, provided practical and strategic solutions to navigate through challenges, and advised executive sponsors on risks and opportunities during steering committee meetings

• Responsible for managing and reporting target company's P&L and proposed operational and financial process improvements to Leadership, resulting in significantly surpassing internal financial targets.

• Led M&A diligence, collaborating with seller's investment bank, legal counsel, and both leadership teams to achieve all closing conditions within 3 weeks.

• Developed robust financial data model and visualization tool to analyze actuarial claims files, enhancing time series trend analysis of claims PMPM, completion factors, and prior period development. Improved actuarial processes, enabling faster and more accurate claims accrual assessments.

### Director, FP&A
November 2021 - January 2023 (1 year 3 months)
Long Beach, California, United States

• Onboarded, managed, and mentored a global (US and India) FP&A team of 8 employees.
• Standardized company-wide management reporting, consolidated and business segment P&L reporting, identified risks and opportunities, and presented findings and recommendations to senior management.
• Managed financial systems team. Optimized data integration, created more robust reporting hierarchies and dimensions, automated reports, and unified financial and operational data into one centralized source of truth.
• Partnered closely with department heads, HR, and Finance leadership on strategic resource planning and alignment.
• Led quarterly reporting to PE firm as well as debt covenant reporting to lenders.
• Developed global reporting and planning for fully burdened labor costs. Synchronized planning assumptions with Global (US and India) HR teams, resulting in robust and extremely precise labor cost estimates. Streamlined planning interface to reduce input needs, saving users significant time.

### Manager, FP&A
March 2019 - November 2021 (2 years 9 months)
Long Beach, CA

• Led Corporate FP&A responsibilities, such as monthly operating reviews, consolidated and business segment reporting, KPI performance tracking and analysis, budgeting/forecasting, and variance analysis. Presented financial results to senior leadership.
• Successfully spearheaded automation efforts to scale financial reporting during rapid company growth.
• Implemented the company's first enterprise-wide financial planning and reporting system (Workday Adaptive Planning, formerly Adaptive Insights) in 3 months.
• Contributed to the company's successful IPO process by providing financial diligence and support.
• Participated in the sales of the company's CA market, cost-saving opportunities, and numerous strategic and highly visible projects.

• Managed a team of 3 employees.

## Kaiser Permanente
Sr. Lead Analyst, National Pharmacy Finance
January 2018 - March 2019 (1 year 3 months)
Greater Los Angeles Area

• Led financial forecasting for clinically administered drugs ($2.5B yearly spend), emphasizing vaccines and oncology. Collaborated with clinical teams for dynamic financial models.

• Oversaw financial analysis for the 2017 blockbuster shingles vaccine, Shingrix.

• Created KPIs and a dashboard ranking pharmacy costs by patient, across multiple dimensions (line of business, drug category, region).  Enhanced leadership's visibility to physician variability and yielded actionable clinical insights.

• Expert in financial planning tools; collaborated with the systems team to unify GL report formats. Developed standardized financial reports, covering consolidated pharmacy costs ($10B yearly spend) and variance analysis.

## SCAN Health Plan
Sr. Financial Analyst, FP&A
April 2016 - December 2017 (1 year 9 months)
Long Beach, California

• Headed SG&A modeling for the 2018 Centers for Medicare and Medicaid (CMS) bid cycle.

• Collaborated with department leaders on P&L oversight. Presented variance analysis and provided recommendations to department heads and C-Suite.

• Spearheaded company-wide allocation modeling. Presented results to senior leadership as well as proposed and implemented methodology recommendations considering competing incentives.

• Trained the broader finance and accounting team on best practices and helped standardize/automate critical financial reports; IBM Cognos TM1 power-user.

## Billabong
Financial Consolidation Analyst
August 2014 - April 2016 (1 year 9 months)
Irvine, CA

## Spectrum Brands

Financial Analyst
July 2013 - August 2014 (1 year 2 months)
Lake Forest

US International Media
Analyst & Operations Coordinator
January 2012 - July 2013 (1 year 7 months)
Irvine, CA

Stanley Black & Decker, Inc.
International Product Marketing Intern
September 2011 - December 2011 (4 months)

Western Digital
Marketing Intern
July 2010 - September 2010 (3 months)

Western Digital
Customer Quality Engineering Intern
June 2009 - August 2009 (3 months)

─────

## Education

UCLA Anderson School of Management
Master of Business Administration - MBA  · (September 2021 - December 2023)

University of California, Irvine
Bachelor of Arts (B.A.), Double Major in Business Economics & Sociology · (2007 - 2011)