# EXHIBIT L

**Comparison of Plaintiffs' March 6 Proposal with Defendants' March 2 Proposal**[1]

| Term No. | Date Range | Search Term | Date Range | Search Term |
|---|---|---|---|---|
| | **Plaintiffs' March 6 Proposal** | | **Defendants' March 2 Proposal** | |
| 1 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM) W/7 (expense* OR cost* OR forecast* OR fcst* OR guidance OR visibil*) | 2/15/2021 – 3/1/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM) W/5 (expense* OR forecast* OR fcst* OR guidance OR visibil*) |
| 1 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM) W/7 (model* OR prediction* OR estimat* OR expectation* OR target* OR calculat* OR track* OR trajector* OR progression OR "leading indicator*") | 2/15/2021 – 3/1/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM) W/5 (model* OR prediction* OR estimat* OR expectation* OR target* OR calculat* OR track* OR trajector* OR progression OR "leading indicator*") |
| 2 | 2/15/2021 – 5/31/2024 | (("MA member*" OR "Medicare Advantage" OR "attributed lives" OR "covered lives" OR "attributed members" OR "covered members") W/7 (forecast* OR fcst* OR projection* OR projected OR prediction* OR estimat* OR expectation* OR outlook OR visibil* OR enrollment*)) | 2/15/2021 – 3/1/2024 | (("MA member*" OR "Medicare Advantage" OR "attributed lives" OR "covered lives" OR "attributed members" OR "covered members") W/5 (forecast* OR fcst* OR projection* OR projected OR prediction* OR estimat* OR expectation* OR outlook OR visibil* OR enrollment*)) |
| 3 | 2/15/2021 – 5/31/2024 | ("MA" OR Medicare) W/3 (member* OR patient* OR enrollment)) W/7 (forecast* OR fcst* OR prediction* OR projection* OR projected OR estimat* OR expectation* OR visibil* OR cost* OR expense* OR trend* OR utilization) | 2/15/2021 – 3/1/2024 | ("Medicare Advantage" OR Medicare) W/5 (member* OR patient* OR enrollment)) W/5 (forecast* OR fcst* OR prediction* OR projection* OR projected OR estimat* OR expectation* OR visibil* OR cost* OR expense* OR trend* OR utilization) |

[1]    Highlights denote the differences between Plaintiffs' and Defendants' search term proposals from March 6 and 2, respectively.  *See* Ex. H, "APPENDIX A – March 6, 2026" (Plaintiffs' proposal), Ex. M at 13-25, "APPENDIX B" (Defendants' proposal).  Search terms in black strikethrough denote terms Plaintiffs withdrew during conferral, and text in red strikethrough (*see infra* Terms 17 and 37) denotes additional narrowing revisions to Plaintiffs' March 6 Proposal for purposes of the relief sought.  For rows denoted as "No change" under "Defendants' March 2 Proposal" (for example, Term 10), the agreed upon search term is that which appears under "Plaintiffs' March 6 Proposal."  Search terms Defendants omitted from their March 2 proposal (Ex. M at 13-25) appear under "Defendants' March 2 Proposal" as empty cells (for example, Term 42).

4928-1063-2605.v1

| Term No. | Plaintiffs' March 6 Proposal | | | Defendants' March 2 Proposal | |
| --- | --- | --- | --- | --- | --- |
| | Date Range | Search Term | | Date Range | Search Term |
| 4 | 2/15/2021 – 5/31/2024 | (IBNR OR "incurred but not reported" OR PYD OR "prior year development*" OR "prior period development*" OR PPD) W/10 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR reserve* OR reserving OR EBITDA* OR aebitda OR guidance* OR projection* OR estimat* OR expectation* OR prediction* OR forecast* OR fcst*) | | 2/15/2021 – 3/1/2024 | (IBNR OR "incurred but not reported" OR PYD OR "prior year development*" OR "prior period development*" OR PPD) W/5 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR reserve* OR reserving OR EBITDA* OR aebitda OR guidance* OR projection* OR estimat* OR expectation* OR prediction* OR forecast* OR fcst*) |
| 5 | 2/15/2021 – 5/31/2024 | utiliz* AND ((referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "outpatient procedure*" OR "elective surger*" OR outpatient* OR "Part B drug*" OR expense* OR cost*) W/10 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM)) | | 2/15/2021 – 3/1/2024 | utiliz* AND ((referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "outpatient procedure*" OR "elective surger*" OR outpatient* OR "Part B drug*" OR expense* OR cost*) W/5 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM)) |
| 6 | 2/15/2021 – 5/31/2024 | (payor* OR payer* OR "health plan*" OR "MA plan*" OR insurer* OR carrier* OR Aetna* OR Humana* OR Unitedhealth* OR "United Health*") W/7 (referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "elective surger*" OR "outpatient procedure*" OR "Part B drug*" OR "medical claim*" OR "medical expense*" OR "medical cost*" OR incomplet* OR deficien* OR inaccur* OR utiliz* OR covid* OR pandemic) | | 2/15/2021 – 3/1/2024 | (payor* OR payer* OR "health plan*" OR "MA plan*" OR insurer* OR carrier* OR Aetna* OR Humana* OR Unitedhealth* OR "United Health*") W/5 (referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "elective surger*" OR "outpatient procedure*" OR "Part B drug*" OR "medical claim*" OR "medical expense*" OR "medical cost*" OR incomplet* OR deficien* OR inaccur* OR utiliz* OR covid* OR pandemic) |
| 7 | 2/15/2021 – 5/31/2024 | ("professional services" OR "professional services agreement" OR PSA OR "services agreement") W/10 (doctor* OR physician* OR provider* OR PCP* OR "primary care" OR "physician partner*") | | 2/15/2021 – 3/1/2024 | ("professional services" OR "professional services agreement" OR PSA OR "services agreement") W/5 (doctor* OR physician* OR provider* OR PCP* OR "primary care" OR "physician partner*") |
| 8 | 2/15/2021 – 5/31/2024 | (physician* OR doctor* OR provider* OR PCP* OR "medical care" OR "medical services") W/15 (utiliz* OR demand OR pandemic) | | 2/15/2021 – 3/1/2024 | (physician* OR doctor* OR provider* OR PCP* OR "medical care" OR "medical services") W/5 (utiliz* OR demand OR pandemic) |

2

| Term No. | Plaintiffs' March 6 Proposal | | | Defendants' March 2 Proposal | |
| --- | --- | --- | --- | --- | --- |
| | Date Range | Search Term | | Date Range | Search Term |
| 9 | 2/15/2021 – 5/31/2024 | (CMS OR "Centers for Medicare") W/10 ((utilization OR ((demand W/3 (medical* OR healthcare* OR care OR services OR procedure* OR outpatient* OR surger*)) OR ((Covid OR pandemic) W/3 (demand OR utiliz*)) OR referral* OR specialist* OR cost* OR expense* OR "Total Care Model" OR TCM)) | | 2/15/2021 – 3/1/2024 | (CMS OR "Centers for Medicare") W/10 ((utilization OR ((demand W/3 (medical* OR healthcare* OR care OR services OR procedure* OR outpatient* OR surger*)) OR ((Covid OR pandemic) W/3 (demand OR utiliz*)) OR referral* OR specialist* OR "medical cost" OR expense* OR "Total Care Model" OR TCM)) |
| 10 | 2/15/2021 – 5/31/2024 | ((competitor* OR industry OR benchmark* OR peer* OR "health system") AND (trend* OR forecast* OR projection* OR estimate*)) W/15 (utilization OR demand) | | 2/15/2021 – 3/1/2024 | No change |
| 11 | 2/15/2021 – 5/31/2024 | ("Total Care Model" OR TCM OR hightouch OR "high touch" OR "high-touch" OR "AGL* model" OR (agilon* W/1 model)) W/10 (cost* OR expense* OR "medical margin*" OR EBITDA* OR utiliz* OR analys* OR forecast* OR fcst* OR trend* OR perform* OR result* OR variabil* OR volatil* OR sustainab* OR unsustainab* OR durab* OR predict* OR report* OR profit* OR strength) | | 2/15/2021 – 3/1/2024 | ("Total Care Model" OR TCM OR hightouch OR "high touch" OR "high-touch" OR "AGL* model" OR (agilon* W/1 model)) W/5 (cost* OR expense* OR "medical margin*" OR EBITDA* OR utiliz* OR analys* OR forecast* OR fcst* OR trend* OR perform* OR result* OR variabil* OR volatil* OR sustainab* OR unsustainab* OR durab* OR predict* OR report* OR profit* OR strength) |
| 12 | 1/1/2023 – 5/31/2024 | ("(""CY23"" OR ""CY 23"" OR ""CY 24"" OR ""CY24"" OR ""calendar year 23"" OR ""calendar year 24"") W/10 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/10 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*))" | | 1/1/2023 – 3/1/2024 | No change |
| 12 | 1/1/2023 – 5/31/2024 | (financial OR fiscal OR agilon* OR AGL OR "FY23" OR "FY 23" OR "FY 24" OR "FY24") W/7 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/7 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*)) | | 1/1/2023 – 3/1/2024 | (financial OR fiscal OR agilon* OR AGL OR "FY23" OR "FY 23" OR "FY 24" OR "FY24") W/5 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/5 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*)) |

3

| Term No. | Plaintiffs' March 6 Proposal | | | Defendants' March 2 Proposal | |
| --- | --- | --- | --- | --- | --- |
| | Date Range | Search Term | | Date Range | Search Term |
| 13 | 12/1/2023 – 3/1/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM) W/10 (lower* OR retroactiv* OR adjust* OR revis* OR chang* OR estim* OR track* OR forecast* OR fcst* OR model* OR assumpt* OR sensitivit* OR analys* OR data OR financial* OR result*) | | 12/1/2023 – 3/1/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM) W/5 (lower* OR retroactiv* OR adjust* OR revis* OR chang* OR estim* OR track* OR forecast* OR fcst* OR model* OR assumpt* OR sensitivit* OR analys* OR financial* OR result*) |
| 14 | 2/15/2021 – 5/31/2024 | *Limited to: (1) emails sent from/to/cc/bcc \*@CDR-inc.com; and (2) emails containing \*@CDR-inc.com within the text.*<br><br>(financial* OR "consolidated statement*" OR "income statement*" OR "cash flow*" OR earnings* OR "statement of operations" OR "stockholders' equity" OR "business plan*" OR budget* OR forecast* OR fcst* OR projection* OR "Section 2.2" OR "Section 2.3" OR "Stockholder* Agreement") | | 2/15/2021 – 3/1/2024 | *Limited to: (1) emails sent from/to/cc/bcc \*@CDR-inc.com; and (2) emails containing \*@CDR-inc.com within the text.*<br><br>(financial* OR "consolidated statement*" OR "income statement*" OR "statement of operations" OR "cash flow*" OR earnings* OR "stockholders' equity" OR "business plan*" OR budget* OR forecast* OR fcst* OR projection* OR "Section 2.2" OR "Section 2.3" OR "Stockholder Agreement") |
| 15 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR EBITDA* OR aebitda) W/10 (guidance* OR forecast* OR fcst* OR projection* OR outlook OR estimate* OR prediction* OR visibil*) | | 2/15/2021 – 3/1/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR EBITDA* OR aebitda) W/5 (guidance* OR forecast* OR fcst* OR projection* OR outlook OR estimate* OR prediction* OR visibil*) |
| 16 | 2/15/2021 – 5/31/2024 | ("earnings call*" OR "press release*" OR "earnings release*" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K* OR "financial statement*") W/5 (prepare* OR draft* OR review* OR edit* OR modif* OR revis* OR chang* OR approv* OR finaliz* OR "talking point*" OR script*) | | 2/15/2021 – 3/1/2024 | ("earnings call*" OR "press release*" OR "earnings release*" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K* OR "financial statement*") W/5 (prepare* OR draft* OR review* OR edit* OR modif* OR revis* OR chang* OR approv* OR finaliz* OR "talking point*" OR script*) |

4

4928-1063-2605.v1

| | | Plaintiffs' March 6 Proposal | | | Defendants' March 2 Proposal |
|---|---|---|---|---|---|
| Term No. | Date Range | Search Term | Date Range | | Search Term |
| 17 | 10/1/2023 – 3/1/2024 | ("November 3" OR "11/03/2023" OR "Nov 3" OR "Nov 3rd" OR "November 3rd" OR "November 6" OR "Nov 6" OR "Nov 6th" OR "11/06/2023" OR "January 5" OR "01/05/2024" OR "February 28*" OR "02/28/2024" OR "February 29*" OR "02/29/2024" OR "March 1*" OR "03/01/2024") W/15 (analyst* OR "sell-side" OR "price target*" OR "investor feedback" OR IR OR "investor relations" OR debrief* OR recap OR driver* OR factor* OR cause*) | 10/1/2023 – 3/1/2024 | | ("November 3" OR "11/03/2023" OR "Nov 3" OR "Nov 3rd" OR "November 3rd" OR "November 6" OR "Nov 6" OR "Nov 6th" OR "11/06/2023" OR "January 5" OR "01/05/2024" OR "February 28" OR "02/28/2024" OR "February 29" OR "02/29/2024" OR "March 1" OR "03/01/2024") W/15 (analyst* OR "sell-side" OR "price target*" OR "investor feedback" OR "investor relations" OR debrief* OR recap OR driver* OR factor* OR cause*) |
| 17 | 10/1/2023 – 3/1/2024 | ((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24")) W/15 (analyst* OR "sell-side" OR "price target*" OR "investor feedback" OR IR OR "investor relations" OR debrief* OR recap OR driver* OR factor* OR cause*) | 10/1/2023 – 3/1/2024 | | ((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24")) W/15 (analyst* OR "sell-side" OR "price target*" OR "investor feedback" OR "investor relations" OR debrief* OR recap OR driver* OR factor* OR cause*) |
| 18 | 10/1/2023 - 11/8/2023; 12/1/2023 - 1/7/2024; 2/1/2024 - 3/1/2024 | ((earnings W/5 (statement OR disclosure OR announcement OR release)) OR "earnings call" OR "10-Q" OR "10-K" OR "talking point*" OR (investor W/5 (deck OR slide* OR presentation))) AND (("medical margin" OR EBITDA OR guidance) W/5 (adjust* OR revis* OR lower* OR chang*)) | 10/1/2023 - 11/8/2023; 12/1/2023 - 1/7/2024; 2/1/2024 - 3/1/2024 | | ((earnings W/5 (statement OR disclosure OR announcement OR release)) OR "earnings call" OR "10-Q" OR "10-K" OR "talking point*" OR (investor W/5 (deck OR slide* OR presentation))) AND (("medical margin" OR EBITDA OR guidance) W/5 (adjust* OR revis* OR lower* OR change*)) |

5

| Term No. | Plaintiffs' March 6 Proposal | | | Defendants' March 2 Proposal | |
| --- | --- | --- | --- | --- | --- |
| | Date Range | Search Term | | Date Range | Search Term |
| 18 | 10/1/2023 - 11/8/2023; 12/1/2023 - 1/7/2024; 2/1/2024 - 3/1/2024 | (("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR EBITDA* OR "adjusted EBITDA" aebitda OR guidance* OR outlook OR projection* OR forecast* OR fcst*) W/7 (adjust* OR revis* OR lower* OR chang* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend*)) | | 10/1/2023 - 11/8/2023; 12/1/2023 - 1/7/2024; 2/1/2024 - 3/1/2024 | (("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR EBITDA* OR "adjusted EBITDA" aebitda OR guidance* OR outlook OR projection* OR forecast* OR fcst*) W/5 (adjust* OR revis* OR lower* OR chang* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend*)) |
| 19 | 1/1/2023 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "108 million" OR EBITDA* OR aebitda OR guidance  OR forecast* OR fcst*) W/7 (reason* OR trend* OR cause*) | | 1/1/2023 – 3/1/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "108 million" OR EBITDA* OR aebitda OR guidance OR forecast* OR fcst*) W/5 (reason* OR trend* OR cause*) |
| 20 | 2/15/2021 – 5/31/2024 | ((utiliz* OR "medical cost*" OR "cost trend*") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | | 2/15/2021 – 3/1/2024 | No change |
| 20 | 2/15/2021 – 5/31/2024 | (("service volume" OR "outpatient surger*") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | | 2/15/2021 – 3/1/2024 | No change |

6

| Term No. | | Plaintiffs' March 6 Proposal | | Defendants' March 2 Proposal | |
|---|---|---|---|---|---|
| | Date Range | Search Term | Date Range | Search Term | |
| 20 | 2/15/2021 – 5/31/2024 | (("outpatient procedure*" OR outpatient*) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 2/15/2021 – 3/1/2024 | No change | |
| 20 | 2/15/2021 – 5/31/2024 | ((procedure* OR surger*) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 2/15/2021 – 3/1/2024 | No change | |
| 20 | 2/15/2021 – 5/31/2024 | (("elective procedure*" OR "Part B") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 2/15/2021 – 3/1/2024 | No change | |
| 20 | 2/15/2021 – 5/31/2024 | ((reserv* OR "30 million" OR "reserving posture")W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 2/15/2021 – 3/1/2024 | No change | |

7

| Term No. | Plaintiffs' March 6 Proposal | | Defendants' March 2 Proposal | |
|---|---|---|---|---|
| | Date Range | Search Term | Date Range | Search Term |
| 20 | 2/15/2021 – 5/31/2024 | (("composite utilization" OR "May 2023" OR "PPO")W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 2/15/2021 – 3/1/2024 | No change |
| 20 | 2/15/2021 – 5/31/2024 | (("HMO" OR (reserv* W/3 adjust*)) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 2/15/2021 – 3/1/2024 | No change |
| 21 | 1/1/2023 – 5/31/2024 | ((FY23 OR "fiscal year 2023" OR "fiscal 23" OR FY24 OR FY26 OR "fiscal year 2024" OR "fiscal 24" OR "fiscal year 2026" OR "fiscal 26") W/10 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/10 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | 1/1/2023 – 3/1/2024 | ((FY23 OR "fiscal year 2023" OR "fiscal 23" OR FY24 OR FY26 OR "fiscal year 2024" OR "fiscal 24" OR "fiscal year 2026" OR "fiscal 26") W/10 (guid* OR "medical margin*" OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/10 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) |
| 21 | 1/1/2023 – 5/31/2024 | (("CY23" OR "CY 23" OR "CY 24" OR "CY24" OR "calendar year 23" OR "calendar year 24" OR "CY26" OR "CY 26" OR "calendar year 26") W/15 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | 1/1/2023 – 3/1/2024 | (("CY23" OR "CY 23" OR "CY 24" OR "CY24" OR "calendar year 23" OR "calendar year 24" OR "CY26" OR "CY 26" OR "calendar year 26") W/15 (guid* OR "medical margin*" OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) |

4928-1063-2605.v1

| | Plaintiffs' March 6 Proposal | | Defendants' March 2 Proposal | |
|---|---|---|---|---|
| Term No. | Date Range | Search Term | Date Range | Search Term |
| 22 | 1/1/2024 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 ("fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24" OR "calendar year 24")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) | 1/1/2024 – 3/1/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 ("fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24" OR "calendar year 24")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) |
| 22 | 1/1/2024 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) | 1/1/2024 – 3/1/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR 2024 OR "FY24" OR "FY 24"OR "fiscal 2024")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) |
| 23 | 2/15/2021 – 5/31/2024 | (("medical expense*") OR ("medical cost*") OR ("service volume") OR ("patient volume*") OR "outpatient surger*" OR "outpatient procedur*" OR "elective surger*" OR "elective procedur*")  OR "Part B drug*" OR "supplemental benefit*") W/10 ((increas* OR rise OR risen OR rising OR rose OR spik* OR surge OR surged OR surging OR escalat* OR backlog* OR "back-log*" OR "back log*" OR "pent-up" OR "pent up") | 2/15/2021 – 3/1/2024 | (("medical expense*") OR ("medical cost*") OR ("service volume") OR ("patient volume*") OR "outpatient surger*" OR "outpatient procedur*" OR "elective surger*" OR "elective procedur*") OR "Part B drug*" OR "supplemental benefit*") W/5 ((increas* OR rise OR risen OR rising OR rose OR spik* OR surge OR surged OR surging OR escalat* OR backlog* OR "back-log*" OR "back log*" OR "pent-up" OR "pent up") |
| 24 | 1/1/2023 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (results W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR "calendar year 2023"))) W/15 (basis* OR backup OR assumpt* OR model* OR forecast* OR fcst* OR guid* OR bridge* OR walk OR variance* OR "plan vs actual" OR "root cause*") | 1/1/2023 – 3/1/2024 | No change |

9

4928-1063-2605.v1

| | | Plaintiffs' March 6 Proposal | | Defendants' March 2 Proposal | |
|---|---|---|---|---|---|
| Term No. | Date Range | Search Term | Date Range | Search Term |
| 25 | 1/1/2023 – 5/31/2024 | (utilization OR "cost trend*" OR "medical cost*" OR "medical expense*" OR "expense trend*" OR "cash flow" OR "medical margin") W/10 (reason* OR trend* OR cause* OR effect* OR affect*) | 1/1/2023 – 3/1/2024 | (utilization OR "cost trend*" OR "medical cost*" OR "medical expense*" OR "expense trend*" OR "cash flow" OR "medical margin") W/5 (reason* OR trend* OR cause* OR effect* OR affect*) |
| 26 | 11/1/2023 – 5/31/2024 | (FY23 OR "fiscal year 2023" OR FY24 OR FY26 OR "FY 26" OR "fiscal year 2024" OR "CY23" OR "CY 23" OR "CY24" OR "CY 24") W/15 (guidance* OR forecast* OR fcst* OR "medical margin*") W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR impact*) | 11/1/2023 – 3/1/2024 | No change |
| 26 | 11/1/2023 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM OR EBITDA* OR EBIT* OR aebitda OR "financial outlook") W/7 (lower* OR reduc* OR cut* OR revis* OR chang* OR impact* OR loss* OR analys* OR model* OR forecast* OR fcst*) | 11/1/2023 – 3/1/2024 | ("medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM OR EBITDA* OR EBIT* OR aebitda OR "financial outlook") W/5 (lower* OR reduc* OR cut* OR revis* OR chang* OR impact* OR loss* OR analys* OR model* OR forecast* OR fcst*) |
| 27 | 1/1/2023 – 5/31/2024 | (guidance OR "medical margin*" OR forecast* OR fcst*) W/10 (deck* OR slide* OR presentation* OR script* OR "talking point*" OR "Q-A" OR "Q A" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K*) | 1/1/2023 – 3/1/2024 | (guidance OR "medical margin*" OR forecast* OR fcst*) W/5 (deck* OR slide* OR presentation* OR script* OR "talking point*" OR "Q-A" OR "Q A" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K*) |
| 28 | 1/1/2023 – 5/31/2024 | (ICFR OR "internal control*" OR "disclosure control*" OR "SOX" OR Sarbanes*) W/15 (polic* OR guideline* OR procedure* OR weakness* OR MW OR deficien*) | 1/1/2023 – 3/1/2024 | (ICFR OR "internal control*" OR "disclosure control*" OR "SOX" OR Sarbanes*) W/10 (polic* OR guideline* OR procedure* OR "material weakness*" OR deficien*) |
| 29 | 1/1/2023 – 5/31/2024 | ("material weakness*" OR MW OR deficien*) W/10 (remediat* OR identif* OR cause* OR reason* OR reporting OR visibil* OR reserve* OR "IPE" OR "information produced by the entity" OR claims OR payables OR expense*) | 1/1/2023 – 3/1/2024 | ("material weakness*" OR deficien*) W/10 (remediat* OR identif* OR cause* OR reason* OR reporting OR visibil* OR reserve* OR "IPE" OR "information produced by the entity" OR claims OR payables OR expense*) |

4928-1063-2605.v1

| | Plaintiffs' March 6 Proposal | | | Defendants' March 2 Proposal | |
|---|---|---|---|---|---|
| Term No. | Date Range | Search Term | Date Range | Search Term | |
| 30 | 2/15/2021 – 5/31/2024 | ("Form 4*" OR "Form 144" OR "trading window*" OR "open window*" OR "preclear*" OR "pre-clear*" OR "share sale*" OR "stock purchase*" OR "share purchase*" OR "trading polic*") W/20 ("CD R" OR "Clayton Dubilier" OR Vector* OR "CDR" OR "CDR" OR (Clayton* W/3 Dub*)) | 2/15/2021 – 3/1/2024 | No change | |
| 31 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*)) AND ((prospectus OR "Form S-3" OR "Form 144" OR "stock liquidation" OR "secondary offering" OR "follow-on offering") W/25 (board OR approv* OR consent OR resolut* OR authoriz* OR closing OR pricing OR announcement)) | 2/15/2021 – 3/1/2024 | No change | |
| 32 | 2/15/2021 – 5/31/2024 | (("Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "Ste* Sell") W/25 ("stock sale*" OR "sell* stock" OR "sold stock" OR "share sale*" OR "sell* share*" OR "sold share*" OR "insider* trad*" OR "insider* sell*" OR "insider* sale*" OR "sold agilon" OR "sell agilon" OR "sold AGL" OR "sell AGL") | 2/15/2021 – 3/1/2024 | No change | |
| 33 | 4/15/2021 – 3/1/2024 | ((Bensley* OR Kasenchak* OR Richards* OR Schnall* OR Strum*) W/10 (departure* OR departed OR resign* OR retir* OR "step* down" OR terminat* OR fire* OR firing OR quit* OR remov* OR "leadership transition" OR "succession plan" OR replac* OR (chang* W/3 management)) | 4/15/2021 – 3/1/2024 | No change | |
| 34 | 4/15/2021 – 3/1/2024 | *(calendars only)* "medical margin*" OR EBITDA* OR utilization OR earnings OR "material weakness*" | 4/15/2021 – 3/1/2024 | *(calendars only)* "medical margin*" OR EBITDA* OR utilization OR earnings OR "material weakness*" | |
| 35 | 4/15/2021 – 3/1/2024 | (Sarbanes* OR SOX OR "Section 302" OR "Section 906" OR certification* OR "sub-cert*" OR subcert*) W/7 (Sell OR Bensley OR "10-K*" OR 10K* OR "10-Q*" OR 10Q*) | 4/15/2021 - 3/1/2024 | No change | |

11

| | Plaintiffs' March 6 Proposal | | Defendants' March 2 Proposal | |
|---|---|---|---|---|
| Term No. | Date Range | Search Term | Date Range | Search Term |
| 36 | 4/15/2021 – 3/1/2024 | ("Barclay Pearce*" OR Cowen OR Deutsche OR JMP OR Evercore OR Goldman OR BofA OR BTIG) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 4/15/2021 – 3/1/2024 | ("Barclay Pearce*" OR Cowen OR Deutsche OR JMP OR Evercore OR Goldman OR BofA OR BTIG) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) |
| 36 | 4/15/2021 – 3/1/2024 | (*@jmpsecurities.com OR @cowen.com OR *@db.com OR *@evercoreisi.com OR *@barclaypearce.com.au OR *@benchmarkcompany.com OR *@bofa.com OR *@btig.com) W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 4/15/2021 – 3/1/2024 | (*@jmpsecurities.com OR @cowen.com OR *@db.com OR *@evercoreisi.com OR *@barclaypearce.com.au OR *@benchmarkcompany.com OR *@bofa.com OR *@btig.com) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) |
| 36 | 4/15/2021 – 3/1/2024 | (Guggenheim OR Leerink OR Jefferies OR "Morgan Stanley" OR "J.P. Morgan" OR JPMorgan) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 4/15/2021 – 3/1/2024 | (Guggenheim OR Leerink OR Jefferies OR "Morgan Stanley" OR "J.P. Morgan" OR JPMorgan) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) |
| 36 | 4/15/2021 – 3/1/2024 | (*@jpmorgan.com OR *@gs.com OR *@jefferies.com OR *@svbleerink.com OR *@leerink.com OR *@svbsecurities.com* OR @guggenheimpartners.com) W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 4/15/2021 – 3/1/2024 | (*@jpmorgan.com OR *@gs.com OR *@jefferies.com OR *@svbleerink.com OR *@leerink.com OR *@svbsecurities.com* OR @guggenheimpartners.com) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) |
| 36 | 4/15/2021 – 3/1/2024 | (Nephron OR RBC OR UBS OR Stifel OR Truist OR "William Blair" OR "Wells Fargo") W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 4/15/2021 – 3/1/2024 | (Nephron OR RBC OR UBS OR Stifel OR Truist OR "William Blair" OR "Wells Fargo") W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) |

4928-1063-2605.v1

| | | Plaintiffs' March 6 Proposal | | | Defendants' March 2 Proposal | |
|---|---|---|---|---|---|---|
| Term No. | Date Range | Search Term | | Date Range | Search Term | |
| 36 | 4/15/2021 – 3/1/2024 | (*@morganstanley.com OR *@nephronresearch.com OR *@rbccm.com OR *@stifel.com OR *@truist.com OR *@ubs.com OR *@wellsfargo.com OR *@williamblair.com) W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | | 4/15/2021 – 3/1/2024 | (*@morganstanley.com OR *@nephronresearch.com OR *@rbccm.com OR *@stifel.com OR *@truist.com OR *@ubs.com OR *@wellsfargo.com OR *@williamblair.com) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 36 | 4/15/2021 – 3/1/2024 | (*@wolferesearch.com) W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | | 4/15/2021 – 3/1/2024 | (*@wolferesearch.com) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 37 | 4/15/2021 – 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM) | | 4/15/2021 – 3/1/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM) | |
| 37 | 4/15/2021 – 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 (PMPM OR margin OR "margins EBITDA*" OR EBIT* OR aebitda OR "adjusted EBITDA" OR "financial forecast" OR visibil* OR "business model" OR utiliz* OR "Total Care Model" OR TCM) | | 4/15/2021 – 3/1/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 (PMPM OR "margins EBITDA*" OR EBIT* OR aebitda OR "adjusted EBITDA" OR "financial forecast" OR visibil* OR "business model" OR utiliz* OR "Total Care Model" OR TCM) | |

13

| Term No. | Plaintiffs' March 6 Proposal | | | Defendants' March 2 Proposal | |
| --- | --- | --- | --- | --- | --- |
| | Date Range | Search Term | | Date Range | Search Term |
| 38 | 10/1/2023 – 3/1/2024 | (analyst* OR consensus OR "earnings estimate*" OR "price target*" OR "analyst note*" OR "sell-side") W/5 (miss OR missed OR meet OR met OR beat) | | 1/1/2023 – 3/1/2024 | (analyst* OR consensus OR "earnings estimate*" OR "price target*" OR "analyst note*" OR "sell-side") W/5 ("meet expectation*" OR "met expectation*" OR "miss expectation*" OR "missed expectation*" OR "meet guidance" OR "met guidance" OR "miss guidance" OR "missed guidance" OR "beat expectation*" OR "beat guidance") |
| 39 | 10/1/2023 – 3/1/2024 | ("buy-side" OR "research report*" OR "research coverage" OR meet* OR beat* OR miss*) W/5 (target* OR plan* OR expection* OR projection* OR forecast* OR fcst* OR performance* OR progress OR "financial objective" OR guidance*) | | 1/1/2023 – 3/1/2024 | ("buy-side" OR "research report*" OR "research coverage" OR analyst* OR "sell-side") W/5 ("meet expectation*" OR "met expectation*" OR "miss expectation*" OR "missed expectation*" OR "beat expectation*" OR "meet guidance" OR "met guidance" OR "miss guidance" OR "missed guidance" OR "beat guidance") |
| 40 | 1/1/2023 – 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/10 (EBITDA* OR "adjusted EBITDA" OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM OR margin OR margins) | | 1/1/2023 – 3/1/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/10 (EBITDA* OR "adjusted EBITDA" OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM) |
| 40 | 1/1/2023 – 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/20 (forecast* OR fcst* OR guid* OR visibil* OR "financial result*" OR "conference call*" OR "earnings call*" OR presentation OR deck OR slide* OR "Q-A" OR "Q A*" OR transcript*) | | 1/1/2023 – 3/1/2024 | No change |
| 41 | | ~~(miss* OR below) W/5 (guidance* OR expectation* OR consensus OR plan OR target OR forecast* OR fcst*)~~ | | | |

4928-1063-2605.v1

| Term No. | Plaintiffs' March 6 Proposal | | | Defendants' March 2 Proposal | |
|---|---|---|---|---|---|
| | Date Range | Search Term | | Date Range | Search Term |
| 42 | 2/15/2021 – 5/31/2024 | ((medical* OR healthcare* OR member* OR patient* OR care*) W/3 (cost* OR expense)) W/7 (forecast* OR fcst* OR guidance* OR projection* OR model* OR prediction* OR estimat* OR expection* OR calculat* OR track* OR trajector* OR visibil* OR progression OR outlook OR "leading indicator*") | | | |
| 43 | 2/15/2021 – 5/31/2024 | ("prior year" W/5 (cost* OR claim* OR expens*)) W/10 ("medical margin*" OR reserv* OR EBITDA* OR EBIT* OR aebitda OR guid* OR project* OR estimat* OR expect* OR predict* OR forecast* OR fcst* OR calculat*) | | 2/15/2021 – 3/1/2024 | ("prior year" W/5 (cost* OR claim* OR expens*)) W/10 ("medical margin*" OR reserv* OR EBITDA* OR EBIT* OR aebitda OR guid* OR project* OR estimat* OR expect* OR predict* OR forecast* OR fcst* OR calculat*) |
| 44 | 2/15/2021 – 5/31/2024 | (utilization* OR demand OR cost* OR expense* OR outpatient OR surger* OR procedures) W/7 (pentup* OR "pent-up*" OR "pent up*" OR defer* OR backlog* OR "back-log*" OR "back log*" OR spike* OR surge OR surged OR surging OR "build up" OR "built up" OR "building up" OR stepup* OR "step-up" OR "step* up" OR accelerat* OR decelerat* OR moderat* OR "held off") | | | |
| 45 | 2/15/2021 – 5/31/2024 | (utilization* OR demand) W/7 (guidance* OR forecast* OR fcst* OR projection* OR prediction* OR estimat* OR model* OR track* OR trajector* OR visibil* OR progression OR grow* OR outlook OR driving OR driver* OR shift*) | | | |
| 46 | 2/15/2021 – 5/31/2024 | (utilization* OR demand) W/7  (EBITDA* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin" OR MMPM OR PMPM) | | | |
| 47 | 2/15/2021 – 5/31/2024 | (utilization* OR demand) W/7 (suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR "non-COVID*" OR prepandemic OR postpandemic OR "pre-pandemic" OR "post-pandemic") | | | |

15

| Term No. | Plaintiffs' March 6 Proposal | | | Defendants' March 2 Proposal | |
| --- | --- | --- | --- | --- | --- |
| | Date Range | Search Term | | Date Range | Search Term |
| 48 | 2/15/2021 – 5/31/2024 | insulat* W/10 (spik* OR surge OR surged OR surging) | | 2/15/2021 – 3/1/2024 | No change |
| 49 | 2/15/2021 – 5/31/2024 | (agilon* W/5 model*) W/15 (demand OR utiliz* OR suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR "non-COVID*") | | 2/15/2021 – 3/1/2024 | No change |
| 50 | 2/15/2021 – 5/31/2024 | (Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*)) W/7 (control* OR own* OR seats* OR percentage* OR stake* OR holding* OR nominat*) | | | |
| 51 | 2/15/2021 – 5/31/2024 | (Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*)) W/7 (financial* OR "consolidated statement*" OR "income statement*" OR "cash flow*" OR earnings* OR "statement of operations" OR "stockholders' equity" OR "business plan*" OR budget* OR forecast* OR fcst* OR projection* OR "Section 2.2" OR "Section 2.3" OR "Stockholder* Agreement") | | | |
| 52 | | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) W/25 ((request OR provid* OR shar* OR deliver*) W/10 (info* OR material* OR document* OR "financial statement*" OR "business plan*" OR "statement of operations" OR income OR "cash flow*" OR budget* OR forecast* OR fcst* OR projection*)) | | | |
| 53 | 2/15/2021 – 5/31/2024 | ((Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*)) W/5 (meet OR meeting OR call* OR attendees* OR discuss* OR conversation*)) AND (agilon or AGL) | | | |
| 54 | 2/15/2021 – 5/31/2024 | ("Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*)) AND (stockholder* W/3 agreement*) | | | |
| 55 | 2/15/2021 – 5/31/2024 | reserv* W/7 ("MA" OR Medicare* OR conservativ* OR underaccr* OR (under* W/2 accru*) OR increas* OR decreas*) | | 2/15/2021 – 3/1/2024 | reserv* W/5 ("Medicare Advantage" OR Medicare* OR conservativ* OR underaccr* OR (under* W/2 accru*) OR increas* OR decreas*) |

16

4928-1063-2605.v1

| Term No. | Plaintiffs' March 6 Proposal | | | Defendants' March 2 Proposal | |
|---|---|---|---|---|---|
| | Date Range | | Search Term | Date Range | Search Term |
| 56 | 2/15/2021 – 5/31/2024 | | (("Board of Directors" OR BOD) W/10 (meeting OR minutes OR agenda* OR presentation* OR deck* OR "board book" OR "board package" OR report* OR materials)) AND (EBITDA* OR "medical margin*" OR guidance* OR forecast* OR utilization OR "material weakness*" OR ICFR OR (insider* W/3 (sale* OR sell* OR trad*)))) | 2/15/2021 – 3/1/2024 | (("Board of Directors" OR BOD) W/10 (meeting OR minutes OR agenda* OR presentation* OR deck* OR "board book" OR "board package" OR report* OR materials)) AND (EBITDA* OR "medical margin*" OR guidance* OR forecast* OR utilization OR "material weakness*" OR ICFR OR (insider* W/3 (sale* OR sell* OR trad*))) |
| 57 | | | ~~((Board OR BOD) W/10 (meet* OR minutes* OR presentation* OR deck* OR report*)) W/50 (EBITDA* OR "medical margin*" OR "Total Care Model" OR "business model" OR "Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "material weakness*" OR utilization OR demand)~~ | | |
| 57 | | | ~~((Board OR BOD) W/10 (meet* OR minutes* OR presentation* OR deck* OR report*)) W/50 ((Stockholder* W/3 Agreement*) OR (insider* W/3 (sale* OR sell* OR trad*)) OR ICFR OR "internal control*")~~ | | |
| 58 | 2/15/2021 – 5/31/2024 | | ("Ernst Young" OR "EY" OR "E Y") W/10 ("IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*"  OR utilization OR deficien*) | | |
| 59 | 2/15/2021 – 5/31/2024 | | (*@ey.com) AND ("IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*"  OR utilization OR deficien*) | | |
| 60 | | | ~~(Sell OR Bensley) W/10 (comp* OR bonus* OR "salary" OR "incentive plan*" OR "severance")~~ | | |

| | | Plaintiffs' March 6 Proposal | Defendants' March 2 Proposal | |
|---|---|---|---|---|
| Term No. | Date Range | Search Term | Date Range | Search Term |
| 61 | 7/1/2023 – 5/31/2024 | ("Milliman" OR *@milliman.com) AND (financial* OR forecast* OR cost* OR claim* OR expense* OR actuar* OR utilization OR "IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR margin OR margins OR EBITDA* OR guidance* OR controls* OR remediat* OR PPD OR "prior period development*" OR PYD OR "prior year development*") | | |
| 62 | | ~~(false OR misleading) W/5 (info* OR statement*)~~ | | |
| 63 | | ~~(mislead* OR misled* OR misrepresent*) W/5 (public OR investor* OR statement* OR info*)~~ | | |
| 64 | | ~~(risk OR risks) W/3 disclos*~~ | | |
| 65 | 2/15/2021 – 5/31/2024 | (predictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage")<br><br>(visibil*) W/7 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage" | | |
| 66 | 2/15/2021 – 5/31/2024 | ((predictab*) W/3 (high* OR low* OR lack* OR reduce* OR deficient*)) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage")<br><br>((visibil*) W/3 (high* OR low* OR lack* OR reduce* OR deficient*)) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage" | | |

18

| Term No. | Plaintiffs' March 6 Proposal | | Defendants' March 2 Proposal | |
| --- | --- | --- | --- | --- |
| | Date Range | Search Term | Date Range | Search Term |
| 67 | 2/15/2021 – <mark>5/31/2024</mark> | (unpredictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage") | 2/15/2021 – <mark>3/1/2024</mark> | No change |
| 68 | | ~~(partner* AND agreement*) W/10 (doctor* OR physician* OR provider* OR PCP* OR "primary care")~~ | | |
| 69 | 4/15/2024 – 5/31/2024 | (CMS OR "Centers for Medicare" OR "Brooks-LaSure") W/5 (letter* OR RFI OR "request for information") | 4/15/2024 – 5/31/2024 | No change |

19

4928-1063-2605.v1