# EXHIBIT M



SIDLEY AUSTIN LLP
2021 MCKINNEY AVENUE
SUITE 2000
DALLAS, TEXAS  75201
+1 214 981 3300
+1 214 981 3400 FAX

+1 214 969 3531
MPARHAM@SIDLEY.COM

March 2, 2026

**Via E-mail**

Lucas F. Olts
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900,
San Diego, CA 92101
lolts@rgrdlaw.com

Re:    *In re agilon health, inc. Securities Litigation*, No. 1:24-cv-00297 (W.D. Tex.)

Luke:

I write in response to your February 23, 2026, letter. Per Plaintiffs' request, enclosed as Appendix A is a search-term report reflecting the results of Plaintiffs' search terms run after global de-duplication across fifteen custodians and the non-custodial sources identified in the agilon Defendants' January 17, 2026, letter.  As reflected in that report, Plaintiffs' proposed search terms produced **717,830** documents.

As with Plaintiffs' prior proposals, this is an unworkably large volume that is neither proportional to the needs of the case nor reasonably feasible to review in advance of the parties' April 21, 2026, substantial-completion deadline.  There are also substantive deficiencies.  Many of Plaintiffs' proposals improperly extend beyond the subject matter of the RFPs.  This process is necessarily limited by those RFPs and our previous conferrals; it may not be used to make supplemental discovery requests.  Furthermore, a significant number of Plaintiffs' proposals call for applying exceedingly broad and generic terminology across expansive date ranges and with large proximity windows.  That approach is all but guaranteed to materially and unnecessarily increase the volume of documents subject to review and is disproportionate to the needs of the case.

Nonetheless, in an effort to move the discovery process forward, the agilon Defendants accepted many of Plaintiffs' proposals while undertaking to streamline certain aspects of those proposals. Enclosed as Appendix B is a search-term report reflecting the results.  The revised search set returned **366,515** documents across the same custodians and sources.  This includes the five custodians referenced in our letter dated February 23.  As we previously noted, we will agree to include these five additional custodians provided there is no further dispute regarding the custodian list.   At a high level, agilon Defendants' revisions include the following

Sidley Austin (TX) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 2

- Narrowing proximity limiters to ensure that hits reflect meaningful conceptual linkage rather than incidental word adjacency within lengthy email chains, spreadsheets, or attachments;

- Removing ambiguous abbreviations such as "MM," "MA," "MW," and standalone "IR," which hit on things like timestamps, numeric abbreviations (e.g., "5MM"), spreadsheet columns, and unrelated internal codes;

- Deleting overly broad generic terms such as "margin," "margins," "business model," "data," and "weakness*" that materially expand the population to include routine operational, regulatory, or strategic discussions untethered to the specific subject matter of the Complaint;

- Replacing broad connectors (e.g., "AND") with more targeted proximity operators;

- Eliminating duplicative search strings that substantially overlap with more targeted searches already in place, and removing search strings that are not tied to any specific RFP;

- Aligning all search date ranges to end no later than March 1, 2024, consistent with the February 27, 2024 close of the alleged Class Period (Compl. ¶ 1).

Finally, your commentary regarding the February 19 conferral is disappointing in two respects. First, agilon Defendants have timely accepted every one of your requests for conferrals and have, in good faith, spent many hours on calls with you in the interest of constructively resolving discovery disagreements. The suggestion that we, at any point, "refused to discuss any of Plaintiffs' proposed terms or how those terms would be applied" is outright false.

Second, your letter consistently mischaracterizes the substance of our discussion. For example, you suggest that "Defendants were generally unable to explain the reasoning behind their deletions to Plaintiffs' proposed terms." That is not accurate. We explained on multiple occasions that our modifications followed a thorough analysis of the RFPs, our responses to the RFPs and related conferrals, and other search terms, and that they were intended to make the terms more precise, conform to the substance of the requests and the scope of what agilon Defendants agreed to produce, and minimize duplication. I am not sure how that equates with an inability to explain the reasoning behind our modifications, as you suggest. Moreover, our last conversation focused on a relatively small number of discrete modifications, so the implication that we discussed all of our comments to the search terms is flatly untrue. For some of the modifications we did discuss, your questions suggested you did not meaningfully review our proposal, as when you asked why terms were removed only for us to point to other terms that clearly addressed the concern. In other instances, we agreed to further evaluate questions you raised for the first time about specific modifications. These discussions reflected our ongoing good faith engagement in this process.



That you would suggest otherwise confirms what has become increasingly obvious during our numerous conferrals: Plaintiffs are interested in manufacturing disputes, not trying to avoid them.

You also criticize what you describe as a "results-driven approach," and assert that it is not uncommon for defendants to review "hundreds of thousands of documents . . . in document—intensive securities class actions." In support, you cite a handful of wholly unrelated out-of-circuit cases. The volume of documents we have been discussing *is* substantial, and we are not inclined to artificially increase that volume to better align with discovery in matters that have no relationship to this case. Nor are we going to engage with your suggestion that agilon Defendants' discovery burden should be increased based on the allegation that "it is they who chose to engage in securities fraud." Needless to say, this puts the cart before the horse. This discussion concerns search methodology and proportionality—not the adjudication of Plaintiffs' claims.

Given the time expended during multiple rounds of negotiations, our agreement to a substantial number of Plaintiffs' proposed search terms, and the approaching April 21, 2026, substantial-completion deadline, agilon Defendants plan to proceed with document review based on the search terms set forth in Appendix B. We remain willing to meet and confer regarding discrete issues, but review must now move forward.

Pursuant to Section III.E of the Electronic Discovery Agreement, which requires advance notice if a party intends to use predictive coding, technology-assisted review, or AI-assisted search or review, the agilon Defendants hereby provide notice that they intend to utilize AI-assisted review tools provided by Relativity, including Relativity aiR.

Please let us know if you would like to discuss any of the foregoing further.

Sincerely,

*/s/ Mason Parham*

Mason Parham



Lucas F. Olts
March 2, 2026
Page 4

## APPENDIX A

| Term No. | Date Range | Search Term | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 1 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM) W/10 (expense* OR cost* forecast* OR fcst* OR guidance OR visibil*) | 69,313 | 154,608 |
| 1 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM) W/10 (model* OR prediction* OR estimat* OR expectation* OR target* OR calculat* OR track* OR trajector* OR progression OR "leading indicator*") | 51,864 | 120,172 |
| 2 | 2/15/2021 – 5/31/2024 | (("MA member*" OR "Medicare Advantage" OR "attributed lives" OR "covered lives" OR "attributed members" OR "covered members") W/10 (forecast* OR fcst* OR projection* OR projected OR prediction* OR estimat* OR expectation* OR outlook OR visibil* OR enrollment*)) | 15,947 | 38,160 |
| 3 | 2/15/2021 – 5/31/2024 | ("MA" OR Medicare) W/5 (member* OR patient* OR enrollment)) W/10 (forecast* OR fcst* OR prediction* OR projection* OR projected OR estimat* OR expectation* OR visibil* OR cost* OR expense* OR trend* OR utilization) | 19,076 | 48,862 |
| 4 | 2/15/2021 – 5/31/2024 | (IBNR OR "incurred but not reported" OR PYD OR "prior year development*" OR "prior period development*" OR PPD) W/15 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR reserve* OR reserving OR EBITDA* OR aebitda OR guidance* OR projection* OR estimat* OR expectation* OR prediction* OR forecast* OR fcst*) | 24,547 | 63,378 |
| 5 | 2/15/2021 – 5/31/2024 | utiliz* AND ((referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "outpatient procedure*" OR "elective surger*" OR outpatient* OR "Part B drug*" OR expense* OR cost*) W/10 ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM)) | 26,324 | 69,903 |
| 6 | 2/15/2021 – 5/31/2024 | (payor* OR payer* OR "health plan*" OR "MA plan*" OR insurer* OR carrier* OR Aetna* OR Humana* OR Unitedhealth* OR "United Health*") W/10 (referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "elective surger*" OR "outpatient procedure*" OR "Part B drug*" OR "medical claim*" OR "medical expense*" OR "medical cost*" OR incomplet* OR deficien* OR inaccur* OR utiliz* OR covid* OR pandemic) | 36,531 | 94,144 |
| 7 | 2/15/2021 – 5/31/2024 | ("professional services" OR "professional services agreement" OR PSA OR "services agreement") W/10 (doctor* OR physician* OR provider* OR PCP* OR "primary care" OR "physician partner*") | 7,800 | 24,670 |
| 8 | 2/15/2021 – 5/31/2024 | (physician* OR doctor* OR provider* OR PCP* OR "medical care" OR "medical services") W/15 (utiliz* OR demand OR pandemic) | 37,139 | 97,139 |
| 9 | 2/15/2021 – 5/31/2024 | (CMS OR "Centers for Medicare") W/40 ((utilization OR ((demand W/5 (medical* OR healthcare* OR care OR services OR procedure* OR outpatient* OR surger*)) OR ((Covid OR pandemic) W/5 (demand OR utiliz*)) OR referral* OR specialist* OR cost* OR expense* OR "Total Care Model" OR TCM)) | 31,764 | 85,539 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 5

| Term No. | Date Range | Search Term | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 10 | 2/15/2021 – 5/31/2024 | ((competitor* OR industry OR benchmark* OR peer* OR "health system") AND (trend* OR forecast* OR projection* OR estimate*)) W/15 (utilization OR demand) | 1,563 | 5,502 |
| 11 | 2/15/2021 – 5/31/2024 | ("Total Care Model" OR TCM OR hightouch OR "high touch" OR "high-touch" OR "business model" OR "AGL* model" OR (agilon* W/1 model)) W/15 (cost* OR expense* OR "medical margin*" OR EBITDA* OR utiliz* OR analys* OR forecast* OR fcst* OR trend* OR perform* OR result* OR variabil* OR volatil* OR sustainab* OR unsustainab* OR durab* OR predict* OR report* OR profit* OR strength) | 14,352 | 35,537 |
| 12 | 1/1/2023 – 5/31/2024 | (("CY23" OR "CY 23" OR "CY 24" OR "CY24" OR "calendar year 23" OR "calendar year 24") W/10 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/10 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*)) | 269 | 916 |
| 12 | 1/1/2023 – 5/31/2024 | (financial OR fiscal OR agilon* OR AGL OR "FY23" OR "FY 23" OR "FY 24" OR "FY24") W/10 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/10 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*)) | 22,374 | 53,598 |
| 13 | 12/1/2023 – 3/1/2024 | ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM) W/10 (lower* OR retroactiv* OR adjust* OR revis* chang* OR estim* OR track* OR forecast* OR fcst* OR model* OR assumpt* OR sensitivit* OR analys* OR data OR financial* OR result*) | 8,955 | 19,728 |
| 14 | 2/15/2021 – 5/31/2024 (limited to emails sent from/to/cc/bcc @CDR-inc.com) AND (2) emails containing *@CDR-inc.com within the text | (financial* OR "income statement*" OR "cash flow*" OR earnings* OR "stockholders' equity" OR "business plan*" OR budget* OR forecast* OR fcst* OR projection* OR "financial report*" OR data OR "Section 2.2" OR "Section 2.3" OR "Stockholder Agreement") | 12,761 | 18,805 |
| 15 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR EBITDA* OR aebitda) W/10 (guidance* OR forecast* OR fcst* OR projection* OR outlook OR estimate* OR prediction* OR visibil*) | 39,509 | 77,440 |
| 16 | 2/15/2021 – 5/31/2024 | ("earnings call*" OR "press release*" OR "earnings release*" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K* OR "financial statement*") W/10 (prepare* OR comment* OR draft* OR review* OR edit* OR modif* OR revis* OR chang* OR approv* OR finaliz* OR "talking point*" OR script* OR disclos* OR withhold* OR conceal* OR omit* OR omission*) | 38,690 | 87,850 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 6

| Term No. | Date Range | Search Term | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 17 | 10/1/2023 – 3/1/2024 | ("November 3" OR "11/03/2023" OR "Nov 3" OR "Nov 3rd" OR "November 3rd" OR "November 6" OR "Nov 6" OR "Nov 6th" OR "11/06/2023" OR "January 5" OR "01/05/2024" OR "February 28" OR "02/28/2024" OR "February 29" OR "02/29/2024" OR "March 1" OR "03/01/2024") AND (analyst* OR "sell-side" OR "price target*" OR "investor feedback" OR IR OR "investor relations" OR debrief* OR recap OR driver* OR factor* OR cause*) | 4,468 | 11,605 |
| 17 | 10/1/2023 – 3/1/2024 | ((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24")) AND (analyst* OR "sell-side" OR "price target*" OR "investor feedback" OR IR OR "investor relations" OR debrief* OR recap OR driver* OR factor* OR cause*) | 10,517 | 20,974 |
| 18 | 10/1/2023 - 11/8/2023 12/1/2023 - 1/7/2024 2/1/2024 - 3/1/2024 | (earnings W/5 (statement OR disclosure OR announcement OR release)) OR "earnings call" OR "10-Q" OR "10-K" OR transcript OR script OR "talking point*" OR (investor W/5 (deck OR slide* OR presentation)) OR (("medical margin" OR EBITDA OR guidance) W/5 (adjust* OR revis* OR lower OR change)) | 13,848 | 24,866 |
| 18 | 10/1/2023 - 11/8/2023 12/1/2023 - 1/7/2024 2/1/2024 - 3/1/2024 | (("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR EBITDA* OR "adjusted EBITDA" aebitda OR guidance* OR outlook OR projection* OR forecast* OR fcst*) W/7 (adjust* OR revis* OR lower* OR chang* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend*)) | 10,746 | 22,287 |
| 19 | 1/1/2023 – 5/31/2024 | ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "108 million" OR EBITDA* OR aebitda OR guidance OR forecast* OR fcst*) W/10 (reason* OR trend* OR cause*) | 14,915 | 32,830 |
| 20 | 2/15/2021 – 5/31/2024 | ((utiliz* OR "medical cost*" OR "cost trend*") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 12,365 | 31,341 |
| 20 | 2/15/2021 – 5/31/2024 | (("service volume" OR "outpatient surger*") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 185 | 527 |
| 20 | 2/15/2021 – 5/31/2024 | (("outpatient procedure*" OR outpatient*) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 475 | 1,539 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 7

| Term No. | Date Range | Search Term | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 20 | 2/15/2021 – 5/31/2024 | ((procedure* OR surger*) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 1,248 | 3,013 |
| 20 | 2/15/2021 – 5/31/2024 | (("elective procedure*" OR "Part B") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 271 | 855 |
| 20 | 2/15/2021 – 5/31/2024 | ((reserv* OR "30 million" OR "reserving posture")W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 4,156 | 9,470 |
| 20 | 2/15/2021 – 5/31/2024 | (("composite utilization" OR "May 2023" OR "PPO")W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 2,359 | 6,622 |
| 20 | 2/15/2021 – 5/31/2024 | (("HMO" OR (reserv* W/3 adjust*)) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | 868 | 3,603 |
| 21 | 1/1/2023 – 5/31/2024 | ((FY23 OR "fiscal year 2023" OR "fiscal 23" OR FY24 OR FY26 OR "fiscal year 2024" OR "fiscal 24" OR "fiscal year 2026" OR "fiscal 26") W/10 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/10 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | 1,108 | 2,605 |
| 21 | 1/1/2023 – 5/31/2024 | (("CY23" OR "CY 23" OR "CY 24" OR "CY24" OR "calendar year 23" OR "calendar year 24" OR "CY26" OR "CY 26" OR "calendar year 26") W/15 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | 109 | 351 |
| 22 | 1/1/2024 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 ("fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24" OR "calendar year 24")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) | 499 | 1,509 |
| 22 | 1/1/2024 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" | 6,670 | 13,832 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 8

| Term No. | Date Range | Search Term | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| | | OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) | | |
| 23 | 2/15/2021 – 5/31/2024 | (("medical expense*") OR ("medical cost*") OR ("service volume") OR ("patient volume*") OR "outpatient surger*" OR "outpatient procedur*" OR "elective surger*" OR "elective procedur*")  OR "Part B drug*" OR "supplemental benefit*") W/10 ((increas* OR rise OR risen OR rising OR rose OR spik* OR surge OR surged OR surging OR escalat* OR backlog* OR "back- log*" OR "back log*" OR "pent-up" OR "pent up") | 11,384 | 29,172 |
| 24 | 1/1/2023 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (results W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR "calendar year 2023"))) W/15 (basis* OR backup OR assumpt* OR model* OR forecast* OR fcst* OR guid* OR bridge* OR walk OR variance* OR "plan vs actual" OR "root cause*") | 2,268 | 5,399 |
| 25 | 1/1/2023 – 5/31/2024 | (utilization OR "cost trend*" OR "medical cost*" OR "medical expense*" OR "expense trend*" OR "cash flow" OR "medical margin") W/10 (reason* OR trend* OR cause* OR effect* OR affect) | 23,276 | 47,687 |
| 26 | 11/1/2023 – 5/31/2024 | (FY23 OR "fiscal year 2023" OR FY24 OR FY26 OR "FY 26" OR "fiscal year 2024" OR "CY23" OR "CY 23" OR "CY24" OR "CY 24") W/15 (guidance* OR forecast* OR fcst* OR "medical margin*") W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR impact*) | 476 | 1,204 |
| 26 | 11/1/2023 – 5/31/2024 | ("MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook") W/15 (lower* OR reduc* OR cut* OR revis* OR chang* OR impact* OR loss* OR analys* OR model* OR forecast* OR fcst*) | 25,172 | 52,054 |
| 27 | 1/1/2023 – 5/31/2024 | (guidance OR "medical margin*" OR forecast* OR fcst*) W/10 (deck* OR slide* OR presentation* OR script* OR "talking point*" OR "Q-A" OR "Q A" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K*) | 8,071 | 17,719 |
| 28 | After 1/1/2023 | (ICFR OR "internal control*" OR "disclosure control*" OR "SOX" OR Sarbanes*) W/15 (polic* OR guideline* OR procedure* OR weakness* OR MW OR deficien*) | 6,559 | 13,921 |
| 29 | After 1/1/2023 | ("material weakness*" OR weakness* OR MW OR deficien*) W/15 (remediat* OR identif* OR cause* OR reason* OR reporting OR visibil* OR reserve* OR "IPE" OR "information produced by the entity" OR claims OR payables OR expense*) | 8,093 | 20,802 |
| 30 | 2/15/2021 – 5/31/2024 | ("Form 4" OR "Form 144" OR "trading window*" OR "open window*" OR "preclear*" OR "pre-clear*" OR "share sale*" OR "stock purchase*" OR "share purchase*" OR "trading polic*") W/20 ("CD R" OR "Clayton Dubilier" OR Vector* OR "CDR" OR "CDR" OR (Clayton* W/3 Dub*)) | 127 | 243 |
| 31 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*)) AND ((prospectus OR "Form S-3" OR "Form 144" OR "stock liquidation" OR "secondary offering" OR "follow- on offering") W/25 (board OR approv* OR consent OR resolut* OR authoriz* OR closing OR pricing OR announcement)) | 1,499 | 3,485 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 9

| Term No. | Date Range | Search Term | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 32 | 2/15/2021 – 5/31/2024 | (("Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "Ste* Sell") W/25 ("stock sale*" OR "sell* stock" OR "sold stock" OR "share sale*" OR "sell* share*" OR "sold share*" OR "insider* trad*" OR "insider* sell*" OR "insider* sale*" OR "sold agilon" OR "sell agilon" OR "sold AGL" OR "sell AGL") | 1,446 | 3,459 |
| 33 | 4/15/2021 – 3/1/2024 | ((Bensley* OR Kasenchak* OR Richards* OR Schnall* OR Strum*) W/10 (departure* OR departed OR resign* OR retir* OR "step* down" OR terminat* OR fire* OR firing OR quit* OR remov* OR "leadership transition" OR "succession plan" OR replac* OR (chang* W/3 management))) | 2,734 | 7,257 |
| 34 | 4/15/2021 – 3/1/2024 - (calendars only) | "medical margin*" OR EBITDA* OR utilization OR earnings OR OR Vector* OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR "material weakness*" | 22,050 | 41,563 |
| 35 | 4/15/2021 - 3/1/2024 | (Sarbanes* OR SOX OR "Section 302" OR "Section 906" OR certification* OR "sub-cert*" OR subcert*) W/7 (Sell OR Bensley OR "10-K*" OR 10K* OR "10-Q*" OR 10Q*) | 2,588 | 5,979 |
| 36 | 4/15/2021 – 3/1/2024 | ("Barclay Pearce*" OR Cowen OR Deutsche OR JMP OR Evercore OR Goldman OR BofA OR BTIG) W/10 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 6,803 | 14,212 |
| 36 | 4/15/2021 – 3/1/2024 | (*@jmpsecurities.com OR @cowen.com OR *@db.com OR *@evercoreisi.com OR *@barclaypearce.com.au OR *@benchmarkcompany.com OR *@bofa.com OR *@btig.com) W/25 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 2,104 | 4,351 |
| 36 | 4/15/2021 – 3/1/2024 | (Guggenheim OR Leerink OR Jefferies OR "Morgan Stanley" OR "J.P. Morgan" OR JPMorgan) W/10 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 7,560 | 16,067 |
| 36 | 4/15/2021 – 3/1/2024 | (*@jpmorgan.com OR *@gs.com OR *@jefferies.com OR *@svbleerink.com OR *@leerink.com OR *@svbsecurities.com* OR @guggenheimpartners.com) W/25 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 3,706 | 6,500 |
| 36 | 4/15/2021 – 3/1/2024 | (Nephron OR RBC OR UBS OR Stifel OR Truist OR "William Blair" OR "Wells Fargo") W/10 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 8,543 | 18,777 |
| 36 | 4/15/2021 – 3/1/2024 | (*@morganstanley.com OR *@nephronresearch.com OR *@rbccm.com OR *@stifel.com OR *@truist.com OR *@ubs.com OR *@wellsfargo.com OR *@williamblair.com) W/25 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 3,507 | 7,521 |
| 36 | 4/15/2021 – 3/1/2024 | (*@wolferesearch.com) W/25 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 1,100 | 1,453 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 10

| Term No. | Date Range | Search Term | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 37 | 4/15/2021 – 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM) | 577 | 1,438 |
| 37 | 4/15/2021 – 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 (PMPM OR margin OR "margins EBITDA*" OR EBIT* OR aebitda OR "adjusted EBITDA" OR "financial forecast" OR visibil* OR "business model" OR utiliz* OR "Total Care Model" OR TCM) | 2,240 | 6,036 |
| 38 | 1/1/2023 – 5/31/2024 | (analyst* OR consensus OR "earnings estimate*" OR "price target*" OR "analyst note*" OR "sell-side") W/10 (miss* OR target* OR plan* OR guidance*) | 18,447 | 36,740 |
| 39 | 1/1/2023 – 5/31/2024 | ("buy-side" OR "research report*" OR "research coverage" OR meet* OR beat* OR miss*) W/15 (target* OR plan* OR expect* OR project* OR forecast* OR fcst* OR perform* OR progress OR "financial OR "financial objective" OR guid*) | 98,889 | 195,276 |
| 40 | 1/1/2023 – 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/20 (EBITDA* OR "adjusted EBITDA" OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM OR margin OR margins) | 1,072 | 2,991 |
| 40 | 1/1/2023 – 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/20 (forecast* OR fcst* OR guid* OR visibil* OR "financial result*" OR "conference call*" OR "earnings call*" OR presentation OR deck OR slide* OR "Q-A" OR "Q A" OR transcript*) | 2,810 | 6,740 |
| 41 | 1/1/2023 – 5/31/2024 | (miss* OR below) W/5 (guidance* OR expectation* OR consensus OR plan OR target OR forecast* OR fcst*) | 14,847 | 35,763 |
| 42 | 2/15/2021 – 5/31/2024 | ((medical* OR healthcare* OR member* OR patient* OR care*) W/5 (cost* OR expense)) W/10 (forecast* OR fcst* OR guidance* OR projection* OR model* OR prediction* OR estimat* OR expection* OR calculat* OR track* OR trajector* OR visibil* OR progression OR outlook OR "leading indicator*") | 29,748 | 73,726 |
| 43 | 2/15/2021 – 5/31/2024 | ("prior year" W/5 (cost* OR claim* OR expens*)) W/25 ("medical margin*" OR margin OR margins OR reserv* OR EBITDA* OR EBIT* OR aebitda OR guid* OR project* OR estimat* OR expect* OR predict* OR forecast* OR fcst* OR calculat*) | 4,052 | 9,531 |
| 44 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand OR cost* OR expense* OR outpatient OR surger* OR procedures) W/10 (pentup* OR "pent-up*" OR "pent up*" OR defer* OR backlog* OR "back-log*" OR "back log*" OR spike* OR surge OR surged OR surging OR "build up" OR "built up" OR "building up" OR stepup* OR "step-up" OR "step* up" OR accelerat* OR decelerat* OR moderat* OR "held off") | 26,844 | 64,748 |
| 45 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand) W/10 (guidance* OR forecast* OR fcst* OR projection* OR prediction* OR estimat* OR expect* OR model* OR track* OR trajector* OR visibil* OR progression OR grow* OR outlook OR driv* OR shift* OR trend*) | 54,265 | 122,274 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 11

| Term No. | Date Range | Search Term | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 46 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand) W/10 (EBITDA* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin" OR MMPM OR PMPM OR margin OR margins) | 12,495 | 32,736 |
| 47 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand) W/10 (suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR "non-COVID*" OR prepandemic OR postpandemic OR "pre-pandemic" OR "post-pandemic") | 17,569 | 39,914 |
| 48 | 2/15/2021 - 5/31/2024 | insulat* W/10 (spik* OR surge OR surged OR surging) | 91 | 203 |
| 49 | 2/15/2021 – 5/31/2024 | (agilon* W/5 model*) W/15 (demand OR utiliz* OR suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR "non-COVID*") | 1,320 | 4,740 |
| 50 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) W/10 (control* OR own* OR seats* OR position* OR percentage* OR stake* OR held* OR holding* OR nominat*) | 7,193 | 19,582 |
| 51 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) W/25 ("document request*" OR "consolidated statement*" OR "business plan*" OR budget* OR forecast* OR fcst* OR projection* OR financial*) | 5,534 | 13,757 |
| 52 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) AND ((request OR provid* OR shar* OR deliver*) W/10 (info* OR material* OR document* OR "financial statement*" OR "business plan*" OR "statement of operations" OR income OR "cash flow*" OR budget* OR forecast* OR fcst* OR projection*)) | 41,301 | 81,347 |
| 53 | 2/15/2021 – 5/31/2024 | (("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) W/5 (meet OR call* OR attendees* OR discuss* OR conversation* OR email* OR text*)) AND (agilon or AGL) | 9,926 | 15,737 |
| 54 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) AND (stockholder W/3 agreement*) | 656 | 2,102 |
| 55 | 2/15/2021 – 5/31/2024 | reserv* W/10 ("MA" OR Medicare* OR conservativ* OR underaccr* OR (under* W/2 accru*) OR increas* OR decreas* OR margin OR margins) | 9,997 | 25,191 |
| 56 | 2/15/2021 – 5/31/2024 | (BOD OR (Board W/2 director*)) W/50 (EBITDA* OR "medical margin*" OR "Total Care Model" OR "business model" OR "Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com OR "material weakness*" OR utilization OR demand OR "Stockholder Agreement*" OR (insider* W/3 (sale* OR sell* OR trad*)) OR ICFR OR "internal control*") | 26,746 | 70,221 |
| 57 | 2/15/2021 – 5/31/2024 | ((Board OR BOD) W/10 (meet* OR minutes* OR presentation* OR deck* OR report*)) AND (EBITDA* OR "medical margin*" OR "Total Care Model" OR "business model" OR "Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "material weakness*" OR utilization OR demand) | 30,548 | 71,029 |
| 57 | 2/15/2021 – 5/31/2024 | ((Board OR BOD) W/10 (meet* OR minutes* OR presentation* OR deck* OR report*)) AND ((Stockholder* W/3 Agreement*) OR (insider* W/3 (sale* OR sell* OR trad*)) OR ICFR OR "internal control*") | 4,605 | 13,313 |
| 58 | 2/15/2021 – 5/31/2024 | ("Ernst Young" OR "EY" OR "E Y") W/35 ("IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR utilization OR weakness* OR MW OR deficien*) | 7,617 | 15,384 |



Lucas F. Olts
March 2, 2026
Page 12

| Term No. | Date Range | Search Term | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 59 | 2/15/2021 – 5/31/2024 | (*@ey.com) AND ("IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR utilization OR weakness* OR MW OR deficien*) | 5,562 | 12,315 |
| 60 | | [Term withdrawn by Plaintiffs] | | |
| 62 | 2/15/2021 – 5/31/2024 | (false OR misleading) W/5 (info* OR statement*) | 4,096 | 14,918 |
| 63 | 2/15/2021 – 5/31/2024 | (mislead* OR misled* OR misrepresent*) W/5 (public OR investor* OR statement* OR info*) | 4,625 | 12,705 |
| 64 | 2/15/2021 – 5/31/2024 | (risk OR risks) W/3 disclos* | 6,030 | 16,338 |
| 65 | 2/15/2021 – 5/31/2024 | (visibil* OR predictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR MA OR "Medicare Advantage" OR platform) | 29,612 | 72,238 |
| 66 | 2/15/2021 – 5/31/2024 | ((visibil* OR predictab*) W/5 (high* OR low* OR lack* OR reduc* OR deficient*)) AND (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR MA OR "Medicare Advantage" OR platform) | 12,152 | 32,633 |
| 67 | 2/15/2021 – 5/31/2024 | (unpredictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage") | 1,344 | 3,757 |
| 68 | | [Term withdrawn by Plaintiffs] | | |
| 69 | 4/15/2024 - 5/31/2024 | (CMS OR "Centers for Medicare" OR "Brooks-LaSure") W/5 (letter* OR RFI OR "request for information") | 2,656 | 8,140 |



Lucas F. Olts
March 2, 2026
Page 13

**APPENDIX B**

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 1 | 2/15/2021 – 3/1/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM) W/5 (expense* OR forecast* OR fcst* OR guidance OR visibil*) | 39,991 | 93,571 |
| 1 | 2/15/2021 – 3/1/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM) W/5 (model* OR prediction* OR estimat* OR expectation* OR target* OR calculat* OR track* OR trajector* OR progression OR "leading indicator*") | 35,211 | 82,345 |
| 2 | 2/15/2021 – 3/1/2024 | (("MA member*" OR "Medicare Advantage" OR "attributed lives" OR "covered lives" OR "attributed members" OR "covered members") W/5 (forecast* OR fcst* OR projection* OR projected OR prediction* OR estimat* OR expectation* OR outlook OR visibil* OR enrollment*)) | 9,637 | 23,853 |
| 3 | 2/15/2021 – 3/1/2024 | ("Medicare Advantage" OR Medicare) W/5 (member* OR patient* OR enrollment)) W/5 (forecast* OR fcst* OR prediction* OR projection* OR projected OR estimat* OR expectation* OR visibil* OR cost* OR expense* OR trend* OR utilization) | 3,655 | 10,168 |
| 4 | 2/15/2021 – 3/1/2024 | (IBNR OR "incurred but not reported" OR PYD OR "prior year development*" OR "prior period development*" OR PPD) W/5 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR reserve* OR reserving OR EBITDA* OR aebitda OR guidance* OR projection* OR estimat* OR expectation* OR prediction* OR forecast* OR fcst*) | 15,562 | 41,258 |
| 5 | 2/15/2021 – 3/1/2024 | utiliz* AND ((referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "outpatient procedure*" OR "elective surger*" OR outpatient* OR "Part B drug*" OR expense* OR cost*) W/5 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM)) | 20,322 | 54,718 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 14

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 6 | 2/15/2021 – 3/1/2024 | (payor* OR payer* OR "health plan*" OR "MA plan*" OR insurer* OR carrier* OR Aetna* OR Humana* OR Unitedhealth* OR "United Health*") W/5 (referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "elective surger*" OR "outpatient procedure*" OR "Part B drug*" OR "medical claim*" OR "medical expense*" OR "medical cost*" OR incomplet* OR deficien* OR inaccur* OR utiliz* OR covid* OR pandemic) | 19,817 | 58,302 |
| 7 | 2/15/2021 – 3/1/2024 | ("professional services" OR "professional services agreement" OR PSA OR "services agreement") W/5 (doctor* OR physician* OR provider* OR PCP* OR "primary care" OR "physician partner*") | 5,450 | 18,104 |
| 8 | 2/15/2021 – 3/1/2024 | (physician* OR doctor* OR provider* OR PCP* OR "medical care" OR "medical services") W/5 (utiliz* OR demand OR pandemic) | 17,833 | 51,964 |
| 9 | 2/15/2021 – 3/1/2024 | (CMS OR "Centers for Medicare") W/10 ((utilization OR ((demand W/3 (medical* OR healthcare* OR care OR services OR procedure* OR outpatient* OR surger*)) OR ((Covid OR pandemic) W/3 (demand OR utiliz*)) OR referral* OR specialist* OR "medical cost" OR expense* OR "Total Care Model" OR TCM)) | 6,884 | 22,510 |
| 10 | 2/15/2021 – 3/1/2024 | No change | 1,295 | 4,840 |
| 11 | 2/15/2021 – 3/1/2024 | ("Total Care Model" OR TCM OR hightouch OR "high touch" OR "high-touch" OR "AGL* model" OR (agilon* W/1 model)) W/5 (cost* OR expense* OR "medical margin*" OR EBITDA* OR utiliz* OR analys* OR forecast* OR fcst* OR trend* OR perform* OR result* OR variabil* OR volatil* OR sustainab* OR unsustainab* OR durab* OR predict* OR report* OR profit* OR strength) | 3,803 | 11,717 |
| 12 | 1/1/2023 – 3/1/2024 | No change | 242 | 808 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 15

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 12 | 1/1/2023 – 3/1/2024 | (financial OR fiscal OR agilon* OR AGL OR "FY23" OR "FY 23" OR "FY 24" OR "FY24") W/5 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/5 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*)) | 9,201 | 24,081 |
| 13 | 12/1/2023 – 3/1/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM) W/5 (lower* OR retroactiv* OR adjust* OR revis* OR chang* OR estim* OR track* OR forecast* OR fcst* OR model* OR assumpt* OR sensitivit* OR analys* OR financial* OR result*) | 7,477 | 17,956 |
| 14 | 2/15/2021 – 3/1/2024 (limited to emails sent from/to/cc/bcc @CDR-inc.com) AND (2) emails containing *@CDR-inc.com within the text | (financial* OR "consolidated statement*" OR "income statement*" OR "statement of operations" OR "cash flow*" OR earnings* OR "stockholders' equity" OR "business plan*" OR budget* OR forecast* OR fcst* OR projection* OR "Section 2.2" OR "Section 2.3" OR "Stockholder Agreement") | 9,084 | 14,553 |
| 15 | 2/15/2021 – 3/1/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR EBITDA* OR aebitda) W/5 (guidance* OR forecast* OR fcst* OR projection* OR outlook OR estimate* OR prediction* OR visibil*) | 28,791 | 56,224 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 16

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 16 | 2/15/2021 – 3/1/2024 | ("earnings call*" OR "press release*" OR "earnings release*" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K* OR "financial statement*") W/5 (prepare* OR draft* OR review* OR edit* OR modif* OR revis* OR chang* OR approv* OR finaliz* OR "talking point*" OR script*) | 21,742 | 48,997 |
| 17 | 10/1/2023 – 3/1/2024 | ("November 3" OR "11/03/2023" OR "Nov 3" OR "Nov 3rd" OR "November 3rd" OR "November 6" OR "Nov 6" OR "Nov 6th" OR "11/06/2023" OR "January 5" OR "01/05/2024" OR "February 28" OR "02/28/2024" OR "February 29" OR "02/29/2024" OR "March 1" OR "03/01/2024") W/15 (analyst* OR "sell-side" OR "price target*" OR "investor feedback" OR "investor relations" OR debrief* OR recap OR driver* OR factor* OR cause*) | 290 | 814 |
| 17 | 10/1/2023 – 3/1/2024 | ((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24")) W/15 (analyst* OR "sell-side" OR "price target*" OR "investor feedback" OR "investor relations" OR debrief* OR recap OR driver* OR factor* OR cause*) | 2,079 | 4,537 |
| 18 | 10/1/2023 - 11/8/2023 12/1/2023 - 1/7/2024 2/1/2024 - 3/1/2024 | ((earnings W/5 (statement OR disclosure OR announcement OR release)) OR "earnings call" OR "10-Q" OR "10-K" OR "talking point*" OR (investor W/5 (deck OR slide* OR presentation))) AND (("medical margin" OR EBITDA OR guidance) W/5 (adjust* OR revis* OR lower* OR change*)) | 2,688 | 5,925 |
| 18 | 10/1/2023 - 11/8/2023 12/1/2023 - 1/7/2024 2/1/2024 - 3/1/2024 | (("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR EBITDA* OR "adjusted EBITDA" aebitda OR guidance* OR outlook OR projection* OR forecast* OR fcst*) W/5 (adjust* OR revis* OR lower* OR chang* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend*)) | 9,611 | 20,498 |
| 19 | 1/1/2023 – 3/1/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "108 million" OR EBITDA* OR aebitda OR guidance  OR forecast* OR fcst*) W/5 (reason* OR trend* OR cause*) | 7,045 | 15,956 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 17

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 20 | 2/15/2021 – 3/1/2024 | No change | 11,200 | 28,841 |
| 20 | 2/15/2021 – 3/1/2024 | No change | 187 | 530 |
| 20 | 2/15/2021 – 3/1/2024 | No change | 451 | 1,459 |
| 20 | 2/15/2021 – 3/1/2024 | No change | 1,141 | 2,759 |
| 20 | 2/15/2021 – 3/1/2024 | No change | 265 | 842 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 18

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 20 | 2/15/2021 – 3/1/2024 | No change | 4,161 | 9,519 |
| 20 | 2/15/2021 – 3/1/2024 | No change | 2,133 | 6,067 |
| 20 | 2/15/2021 – 3/1/2024 | No change | 831 | 3,539 |
| 21 | 1/1/2023 – 3/1/2024 | ((FY23 OR "fiscal year 2023" OR "fiscal 23" OR FY24 OR FY26 OR "fiscal year 2024" OR "fiscal 24" OR "fiscal year 2026" OR "fiscal 26") W/10 (guid* OR "medical margin*" OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/10 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | 872 | 2,057 |
| 21 | 1/1/2023 – 3/1/2024 | (("CY23" OR "CY 23" OR "CY 24" OR "CY24" OR "calendar year 23" OR "calendar year 24" OR "CY26" OR "CY 26" OR "calendar year 26") W/15 (guid* OR "medical margin*" OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | 90 | 289 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 19

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 22 | 1/1/2024 – 3/1/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 ("fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24" OR "calendar year 24")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) | 332 | 819 |
| 22 | 1/1/2024 – 3/1/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) | 4,071 | 8,653 |
| 23 | 2/15/2021 – 3/1/2024 | (("medical expense*") OR ("medical cost*") OR ("service volume") OR ("patient volume*") OR "outpatient surger*" OR "outpatient procedur*" OR "elective surger*" OR "elective procedur*")  OR "Part B drug*" OR "supplemental benefit*") W/5 ((increas* OR rise OR risen OR rising OR rose OR spik* OR surge OR surged OR surging OR escalat* OR backlog* OR "back-log*" OR "back log*" OR "pent-up" OR "pent up") | 6,627 | 18,647 |
| 24 | 1/1/2023 – 3/1/2024 | No change | 2,141 | 5,220 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 20

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 25 | 1/1/2023 – 3/1/2024 | (utilization OR "cost trend*" OR "medical cost*" OR "medical expense*" OR "expense trend*" OR "cash flow" OR "medical margin") W/5 (reason* OR trend* OR cause* OR effect* OR affect*) | 17,069 | 38,141 |
| 26 | 11/1/2023 – 3/1/2024 | No change | 313 | 847 |
| 26 | 11/1/2023 – 3/1/2024 | ("medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM OR EBITDA* OR EBIT* OR aebitda OR "financial outlook") W/5 (lower* OR reduc* OR cut* OR revis* OR chang* OR impact* OR loss* OR analys* OR model* OR forecast* OR fcst*) | 8,625 | 20,192 |
| 27 | 1/1/2023 – 3/1/2024 | (guidance OR "medical margin*" OR forecast* OR fcst*) W/5 (deck* OR slide* OR presentation* OR script* OR "talking point*" OR "Q-A" OR "Q A" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K*) | 4,510 | 10,218 |
| 28 | 1/1/2023 – 3/1/2024 | (ICFR OR "internal control*" OR "disclosure control*" OR "SOX" OR Sarbanes*) W/10 (polic* OR guideline* OR procedure* OR "material weakness*" OR deficien*) | 4,815 | 10,498 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 21

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 29 | 1/1/2023 – 3/1/2024 | ("material weakness*" OR deficien*) W/10 (remediat* OR identif* OR cause* OR reason* OR reporting OR visibil* OR reserve* OR "IPE" OR "information produced by the entity" OR claims OR payables OR expense*) | 5,105 | 14,236 |
| 30 | 2/15/2021 – 3/1/2024 | No change | 127 | 243 |
| 31 | 2/15/2021 – 3/1/2024 | No change | 1,482 | 3,397 |
| 32 | 2/15/2021 – 3/1/2024 | No change | 1,350 | 3,338 |
| 33 | 4/15/2021 – 3/1/2024 | No change | 2,745 | 7,287 |
| 34 | 4/15/2021 – 3/1/2024 - (calendars only) | "medical margin*" OR EBITDA* OR utilization OR earnings OR "material weakness*" | 12,877 | 32,785 |
| 35 | 4/15/2021 - 3/1/2024 | No change | 2,588 | 5,979 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 22

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 36 | 4/15/2021 – 3/1/2024 | ("Barclay Pearce*" OR Cowen OR Deutsche OR JMP OR Evercore OR Goldman OR BofA OR BTIG) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 5,218 | 9,917 |
| 36 | 4/15/2021 – 3/1/2024 | (*@jmpsecurities.com OR @cowen.com OR *@db.com OR *@evercoreisi.com OR *@barclaypearce.com.au OR *@benchmarkcompany.com OR *@bofa.com OR *@btig.com) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 535 | 891 |
| 36 | 4/15/2021 – 3/1/2024 | (Guggenheim OR Leerink OR Jefferies OR "Morgan Stanley" OR "J.P. Morgan" OR JPMorgan) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 6,023 | 13,275 |
| 36 | 4/15/2021 – 3/1/2024 | (*@jpmorgan.com OR *@gs.com OR *@jefferies.com OR *@svbleerink.com OR *@leerink.com OR *@svbsecurities.com*  OR @guggenheimpartners.com) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 1,017 | 1,470 |
| 36 | 4/15/2021 – 3/1/2024 | (Nephron OR RBC OR UBS OR Stifel OR Truist OR "William Blair" OR "Wells Fargo")  W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 6,812 | 14,310 |
| 36 | 4/15/2021 – 3/1/2024 | (*@morganstanley.com OR *@nephronresearch.com OR *@rbccm.com OR *@stifel.com OR *@truist.com OR *@ubs.com OR *@wellsfargo.com OR *@williamblair.com) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 1,288 | 3,100 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 23

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 36 | 4/15/2021 – 3/1/2024 | (*@wolferesearch.com) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | 793 | 967 |
| 37 | 4/15/2021 – 3/1/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM) | 551 | 1,400 |
| 37 | 4/15/2021 – 3/1/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 (PMPM OR "margins EBITDA*" OR EBIT* OR aebitda OR "adjusted EBITDA" OR "financial forecast" OR visibil* OR "business model" OR utiliz* OR "Total Care Model" OR TCM) | 1,640 | 4,196 |
| 38 | 1/1/2023 – 3/1/2024 | (analyst* OR consensus OR "earnings estimate*" OR "price target*" OR "analyst note*" OR "sell-side") W/5 ("meet expectation*" OR "met expectation*" OR "miss expectation*" OR "missed expectation*" OR "meet guidance" OR "met guidance" OR "miss guidance" OR "missed guidance" OR "beat expectation*" OR "beat guidance") | 11 | 18 |
| 39 | 1/1/2023 – 3/1/2024 | ("buy-side" OR "research report*" OR "research coverage" OR analyst* OR "sell-side") W/5 ("meet expectation*" OR "met expectation*" OR "miss expectation*" OR "missed expectation*" OR "beat expectation*" OR "meet guidance" OR "met guidance" OR "miss guidance" OR "missed guidance" OR "beat guidance") | 2 | 2 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 24

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 40 | 1/1/2023 – 3/1/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/10 (EBITDA* OR "adjusted EBITDA" OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM) | 315 | 1,236 |
| 40 | 1/1/2023 – 3/1/2024 | No change | 2,365 | 5,906 |
| 43 | 2/15/2021 – 3/1/2024 | ("prior year" W/5 (cost* OR claim* OR expens*)) W/10 ("medical margin*" OR reserv* OR EBITDA* OR EBIT* OR aebitda OR guid* OR project* OR estimat* OR expect* OR predict* OR forecast* OR fcst* OR calculat*) | 1,375 | 3,187 |
| 48 | 2/15/2021 – 3/1/2024 | No change | 86 | 191 |
| 49 | 2/15/2021 – 3/1/2024 | No change | 1,283 | 4,686 |
| 55 | 2/15/2021 – 3/1/2024 | reserv* W/5 ("Medicare Advantage" OR Medicare* OR conservativ* OR underaccr* OR (under* W/2 accru*) OR increas* OR decreas*) | 3,918 | 11,584 |

# SIDLEY

Lucas F. Olts
March 2, 2026
Page 25

| Term No. | Revised Date Range | Proposed Revisions | Search Hits | Search Hits + FAM |
|---|---|---|---|---|
| 56 | 2/15/2021 – 3/1/2024 | (("Board of Directors" OR BOD) W/10 (meeting OR minutes OR agenda* OR presentation* OR deck* OR "board book" OR "board package" OR report* OR materials)) AND (EBITDA* OR "medical margin*" OR guidance* OR forecast* OR utilization OR "material weakness*" OR ICFR OR (insider* W/3 (sale* OR sell* OR trad*))) | 6,776 | 22,460 |
| 67 | 2/15/2021 – 3/1/2024 | No change | 1,243 | 3,461 |
| 69 | 4/15/2024 - 5/31/2024 | No change | 2,950 | 8,869 |