UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § | Master File No. 1:24-cv-00297-DAE |
| | § | <u>CLASS ACTION</u> |
| This Document Relates To: | § § § | |
| ALL ACTIONS. | § § § | |
| | § | |

**AFFIDAVIT OF LUCAS F. OLTS IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION FOR CLASS CERTIFICATION**

4924-5941-4173.v1

- 1 -

I, Lucas F. Olts, declare, under penalty of perjury:

1.    I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for Lead Plaintiffs Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans, Indiana Public Retirement System, and the North Atlantic States Carpenters Pension Fund and Guaranteed Annuity Funds (collectively, "Plaintiffs").  I submit this affidavit in support of Plaintiffs' Opposed Motion for Class Certification.

2.    Attached is a true and correct copy of the following exhibits:

Exhibit A:    Declaration of Nicola Favorito in Support of Plaintiffs' Motion for Class Certification;

Exhibit B:    Declaration of Jeffery M. Gill in Support of Plaintiffs' Motion for Class Certification;

Exhibit C:    Joint Declaration of William Watts and Timothy Melton in Support of Plaintiffs' Motion for Class Certification;

Exhibit D:    Firm Resume of Robbins Geller Rudman & Dowd LLP; and

Exhibit E:    Expert Report of Matthew D. Cain, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 6, 2026.

_____
LUCAS F. OLTS

- 1 -

4924-5941-4173.v1