# EXHIBIT B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § | Master File No. 1:24-cv-00297-DAE |
| | § | <u>CLASS ACTION</u> |
| This Document Relates To: | § § § | |
| ALL ACTIONS. | § § § | |
| | § | |

DECLARATION OF JEFFREY M. GILL IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

I, Jeffrey M. Gill, hereby declare as follows:

1.      I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am the Chief Legal and Compliance Officer for and am authorized to make this declaration on behalf of Lead Plaintiff Indiana Public Retirement System ("Indiana").  Indiana manages more than $50 billion in assets and administers pension benefits for more than 500,000 members.

3.      Indiana purchased shares of agilon common stock during the proposed Class Period of May 27, 2021 through February 27, 2024, inclusive, as set forth in the certifications previously filed with the Court and incorporated herein, and suffered substantial losses as a result of the alleged violations of the federal securities laws in this case.  ECF 11-3.

4.      Indiana selected Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as proposed class counsel to represent Indiana and the Class based on Robbins Geller's expertise and extensive experience in prosecuting such claims on behalf of investors. Further, Indiana believes that Robbins Geller has the necessary financial and human resources to prosecute this case effetely, as reflected in its representation in other cases and this case to date.

5.      On June 6, 2024, the Court appointed Indiana to serve as one of the Lead Plaintiffs in this action.  *See* ECF 14.  Since its appointment as Lead Plaintiff in this action, Indiana has demonstrated its willingness and ability to serve an active role in this case, and protect the interests of the members of the proposed Class.  Indiana has done so by, among other things: (i) filing the Complaint; (ii) defending Lead Plaintiffs' and the proposed Class' claims through the motion to dismiss stage (ECF 55, 63); (iii) exchanging initial disclosures with Defendants pursuant to Federal Rule of Civil Procedure 26(a)(1)(A); and (iv) vigorously pursuing document and other discovery

- 1 -

from Defendants, as well as third parties.  In addition to pursuing discovery from Defendants and third parties, Indiana has also received, and submitted responses and objections to, 51 document requests propounded by Defendants, as well as gathered and produced documents in response to Defendants' requests to Indiana.

6.      Indiana, along with the other Court-appointed Lead Plaintiffs, is seeking to represent a class of agilon investors for the Class Period above.  Indiana understands its duty as Lead Plaintiff and a proposed Class Representative to provide fair and adequate representation to the proposed Class. Indiana is committed to continuing to direct the efforts of counsel to obtain the maximum recovery possible consistent with good faith and meritorious advocacy.

7.      Indiana will not accept any payment for serving as Class Representative beyond their *pro rata* share of any recovery, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the Class as ordered and approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this __2nd__ day of __April__, 2026, at __Indianapolis, Indiana__.

Signed by:

_____

Jeffrey M. Gill

296FE2138E584D2...

JEFFREY M. GILL

Chief Legal and Compliance Officer