# EXHIBIT C

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § § | Master File No. 1:24-cv-00297-DAE |
| | | CLASS ACTION |
| This Document Relates To: | § § § § | |
| ALL ACTIONS. | § § § | |

JOINT DECLARATION OF WILLIAM WATTS AND TIMOTHY MELTON IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

We, William Watts and Timothy Melton, hereby declare as follows:

1.    I, William Watts, am the General Counsel of the North Carolina Investment Authority.  The North Carolina Investment Authority is the investment fiduciary for the investments held by the Treasurer of the State of North Carolina, including the North Carolina Retirement Systems.

2.    I, Timothy Melton, am the Interim General Counsel for the North Carolina Department of State Treasurer.

3.    We have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

4.    We respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification, on behalf of Lead Plaintiff Treasurer of the State of North Carolina, on behalf of North Carolina Retirement Systems ("NCRS"), and the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans ("NCSRP", together with NCRS, "North Carolina Funds").

5.    North Carolina Funds provide retirement benefits for state and local governmental employees in North Carolina.  North Carolina Funds manage more than $150 billion in assets for approximately one million members and distribute billions of dollars annually to retirees.

6.    North Carolina Funds purchased shares of agilon common stock during the proposed Class Period of May 27, 2021 through February 27, 2024, inclusive, as set forth in the certifications previously filed with the Court and incorporated herein, and suffered substantial losses as a result of the alleged violations of the federal securities laws in this case.  ECF 11-3.

7.    North Carolina Funds selected Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as proposed class counsel to represent North Carolina Funds and the Class based on

- 1 -

Robbins Geller's expertise and extensive experience in prosecuting such claims on behalf of investors. Further, North Carolina Funds believes that Robbins Geller has the necessary financial and human resources to prosecute this case effetely, as reflected in its representation in other cases and this case to date.

8.      On June 6, 2024, the Court appointed North Carolina Funds to serve as one of the Lead Plaintiffs in this action. *See* ECF 14. Since its appointment as Lead Plaintiff in this action, North Carolina Funds have demonstrated their willingness and ability to serve an active role in this case, and protect the interests of the members of the proposed Class. North Carolina Funds have done so by, among other things: (i) filing the Complaint; (ii) defending Lead Plaintiffs' and the proposed Class' claims through the motion to dismiss stage (ECF 55, 63); (iii) exchanging initial disclosures with Defendants pursuant to Federal Rule of Civil Procedure 26(a)(1)(A); and (iv) vigorously pursuing document and other discovery from Defendants, as well as third parties. In addition to pursuing discovery from Defendants and third parties, North Carolina Funds have also received, and submitted responses and objections to, 51 document requests propounded by Defendants, as well as gathered and produced documents in response to Defendants' requests to North Carolina Funds.

9.      North Carolina Funds, along with the other Court-appointed Lead Plaintiffs, seek appointment as Class Representative to represent a class of agilon investors for the Class Period above. North Carolina Funds understand its duty as Lead Plaintiff and a proposed Class Representative to provide fair and adequate representation to the proposed Class. North Carolina Funds are committed to continuing to diligently supervise and direct the efforts of proposed class counsel to obtain the maximum recovery possible for the proposed Class.

10.    Beyond their *pro rata* share of any recovery, North Carolina Funds will not accept any payment for serving as Class Representative, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the Class as ordered and approved by the Court.

I, William Watts, declare under penalty of perjury that the foregoing is true and correct. Executed this 6ᵗʰ day of April, 2026, at 11:14 am.

_William Watts_
WILLIAM WATTS
General Counsel, North Carolina Investment
Authority

I, Timothy Melton, declare under penalty of perjury that the foregoing is true and correct. Executed this 6ᵗʰ day of APRIL, 2026, at 7:10 AM.

TIMOTHY MELTON
Interim General Counsel, North Carolina
Department of State Treasurer