UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:24-cv-00297-DAE<br><br>CLASS ACTION |
| This Document Relates To:<br><br>　　ALL ACTIONS. | | |

**[PROPOSED] ORDER CERTIFYING THE CLASS AND APPOINTING CLASS REPRESENTATIVES AND CLASS COUNSEL**

Before the Court is Lead Plaintiffs Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, the North Carolina Department of State Treasurer and the North Carolina Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans, Indiana Public Retirement System, and the North Atlantic States Carpenters Pension Fund and Guaranteed Annuity Funds' (collectively, "Plaintiffs") Opposed Motion for Class Certification ("Motion"). Having reviewed the Motion, and good cause appearing, the Court concludes that the Motion should be, and is hereby **GRANTED**.

Pursuant to Federal Rule of Civil Procedure ("Rule") 23(a), the Court finds that: (i) the Class (as defined below) is so numerous that joinder of all members is impracticable; (ii) there are questions of law and fact common to the Class; (iii) the proposed Class Representatives' claims are typical of the Class; and (iv) the proposed Class Representatives and their counsel will fairly and adequately protect the interests of the Class.

Pursuant to Rule 23(b)(3), the Court finds that questions of law or fact common to members of the Class will predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating this controversy.

Pursuant to Rule 23(g), the Court finds that Robbins Geller Rudman & Dowd LLP ("Robbins Geller") will fairly and adequately represent the interests of the Class as Class Counsel.

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. This action is hereby certified to proceed as a class action pursuant to Rule 23(a) and (b)(3) on behalf of a Class that is defined as follows:

> All persons and entities that purchased or acquired agilon health, inc. ("agilon") common stock between May 27, 2021 and February 27, 2024, inclusive (the "Class Period"), and were damaged thereby. Excluded from the Class are Defendants and their families, legal representatives, heirs, successors, or assigns; officers and directors of agilon during the Class Period; any entity in which Defendants have a controlling interest; and any judicial officer to whom this litigation is assigned.

- 1 -

4917-1902-3255.v1

- 2 -

2.        Plaintiffs are hereby appointed as Class Representatives pursuant to Rule 23(a).

3.        Robbins Geller is hereby appointed as Class Counsel pursuant to Rule 23(g).

*     *     *

**O R D E R**

IT IS SO ORDERED.

DATED: _____      _____

                                                      THE HONORABLE DAVID ALAN EZRA
                                                      SENIOR UNITED STATES DISTRICT JUDGE

- 2 -