# EXHIBIT F

**Robbins Geller Rudman & Dowd LLP**

| | | | | |
|---|---|---|---|---|
| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Lucas F. Olts
lolts@rgrdlaw.com

March 5, 2026

<u>VIA EMAIL</u>
mparham@sidley.com

Mason Parham
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201

Re:    *In re agilon health, inc. Securities Litigation*,
No. 1:24-cv-00297 (W.D. Tex.)

Dear Counsel:

We write in response to your February 10, 2026 letter (the "Letter") and the parties' ongoing discussions regarding Lead Plaintiffs' Responses and Objections ("R&Os") to the agilon Defendants' First Request for Production (the "Requests").

First, Plaintiffs disagree that any of the R&Os are deficient, and the Letter does not present any reason for Plaintiffs to serve amended responses. Further, although we strongly disagree with various characterizations in the Letter purporting to describe our February 6 discussion and the R&Os, we will not address your characterizations on a point-by-point basis here.

Second, while we continue to believe that a search of Plaintiffs' documents is not necessary for the reasons set forth in the R&Os, in my February 3, 2026 letter, and during the February 6, 2026 call, in the spirit of compromise and in an effort to move discovery forward, Plaintiffs are willing to run the following searches for Plaintiffs Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans (collectively, "North Carolina"), and the North Atlantic States Carpenters Pension Fund and Guaranteed Annuity Fund (collectively "North Atlantic"). We will follow up with possible searches for Indiana Public Retirement System.

**North Carolina**

1.    Custodians and non-custodial sources:

(a)    Kristopher Byrd (Portfolio Manager, 2023-present);

(b)    Rhonda Smith (Director, Public Equity, 2002-present); and

4926-6011-5604.v1

655 West Broadway, Suite 1900    San Diego, CA 92101    Tel 619-231-1058    Fax 619-231-7423    rgrdlaw.com

**Robbins Geller
Rudman & Dowd LLP**

March 5, 2026
Page 2

(c)    Investment shared drive, the storage drive for North Carolina's investment team, including reporting, analysis, operations, and legal documents.

2.    Time period: February 1, 2021 through February 27, 2024.

3.    Search terms: (("Agilon" or "agl") and (invest* or stock or Wellington or "Brown Advisory" or Blackrock)).

**North Atlantic**

1.    Custodians and non-custodial sources:

(a)    Suzanne Smith (Chief Financial Officer, 2004-present);

(b)    Chris Mason  (Finance/Investment Manager, 2008-present); and

(c)    investments@carpentersfund.org.  This is a central email account used for investment-related communications.

2.    Time period:  December 1, 2022 through February 27, 2024.

3.    Search terms: (("Agilon" or "agl") and (invest* or stock or Artisan)).

Pursuant to Section III.D. of the parties' Electronic Discovery Agreement, please provide any proposal for additional or alternative search terms within 14 days of receipt of this letter.  We are available to discuss.

Very truly yours,

LUCAS F. OLTS

LFO:cac

4926-6011-5604.v1