# EXHIBIT K

**Robbins Geller Rudman & Dowd LLP**

Chicago    Melville    Nashville    San Diego    Wilmington

Boca Raton    Manhattan    Philadelphia    San Francisco    Washington, D.C.

Lucas F. Olts
lolts@rgrdlaw.com

March 19, 2026

<u>VIA EMAIL</u>
<u>mparham@sidley.com</u>

Mason Parham
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201

Re: *In re agilon health, inc. Securities Litigation*,
No. 1:24-cv-00297 (W.D. Tex.)

Dear Counsel:

I write to follow up my March 5, 2026 letter.

While we continue to believe that a search of Plaintiffs' documents is not necessary for the reasons set forth in the R&Os, in my February 3, 2026 letter, and during the February 6, 2026 call, in the spirit of compromise and in an effort to move discovery forward, Plaintiffs are willing to run the following searches for Indiana Public Retirement System:

1.    Custodians:

    (a)    David Stelsel (Director of Public Equity, 2021-present); and

    (b)    Scott Davis (Chief Investment Officer 2021-present).

2.    Time period: February 1, 2021 through February 27, 2024.

3.    Search terms: (("Agilon" or "agl") and (invest* or stock or Rhumbline)).

Pursuant to Section III.D. of the parties' Electronic Discovery Agreement, please provide any proposal for additional or alternative search terms within 14 days of receipt of this letter. We are available to discuss.

Sincerely,

LUCAS F. OLTS

LFO:cac

4932-6988-5849.v1

655 West Broadway, Suite 1900   San Diego, CA 92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com