**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § | Master File No. 1:24-cv-00297-DAE |
| | § | |
| | | <u>CLASS ACTION</u> |
| This Document Relates To: | § | |
| | § | |
| ALL ACTIONS. | § | |
| | § | |
| | § | |

**[PROPOSED] ORDER GRANTING AGILON DEFENDANTS' OPPOSED MOTION TO COMPEL**

THIS MATTER, having been brought before this Court by agilon Defendants for an order granting their Motion to Compel (the "Motion").[1]  Having reviewed the Motion, and good cause appearing, the Court concludes that the Motion should be, and is hereby GRANTED.

IT IS SO ORDERED.

DATED: _____        _____
THE HONORABLE DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

---

[1] "agilon Defendants" are agilon health, inc., Steven J. Sell, Timothy S. Bensley, Heidi Hittner, and Girish Venkatachaliah.