UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:24-cv-00297-DAE |
| | | CLASS ACTION |
| This Document Relates To: | | |
| ALL ACTIONS. | | |

AFFIDAVIT OF LUCAS F. OLTS IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM THE CD&R DEFENDANTS

4921-6677-3406.v1

I, LUCAS F. OLTS, declare, under penalty of perjury:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am Lead Counsel for Lead Plaintiffs.  I submit this Affidavit in Support of Plaintiffs' Opposed Motion to Compel the Production of Documents from the CD&R Defendants.

2.      Attached is a true and correct copy of the following exhibits:

Exhibit A:      Plaintiffs' First Request for Production of Documents to CD&R Defendants dated September 12, 2025;

Exhibit B:      Lead Plaintiffs' First Set of Interrogatories to the CD&R Defendants dated January 14, 2026;

Exhibit C:      agilon Proxy Statement dated April 11, 2022;

Exhibit D:      agilon Proxy Statement dated April 14, 2023;

Exhibit E:      agilon Proxy Statement dated April 18, 2024;

Exhibit F:      February 9, 2026 email from Christopher Stewart to Brandon Fetzer;

Exhibit G:      January 17, 2026 email from Brandon Fetzer to Christopher Stewart;

Exhibit H:      February 5, 2026 email from Brandon Fetzer to Christopher Stewart;

Exhibit I:      Register of Directors and Officers of CD&R Investment Associates IX, LTD [**Filed Under Seal**];

Exhibit J:      December 11, 2025 letter from Christopher Stewart to Brandon Fetzer;

Exhibit K:      January 27, 2026 email from Lucas Olts to Brandon Fetzer;

Exhibit L:      February 2, 2026 email from Christopher Stewart to Brandon Fetzer;

Exhibit M:      February 17, 2026 email from Christopher Stewart to Brandon Fetzer;

Exhibit N:      February 26, 2026 email from Christopher Stewart to Brandon Fetzer;

Exhibit O:      January 31, 2026 letter from Christopher Stewart to Brandon Fetzer;

Exhibit P:      February 10, 2026 email from Brandon Fetzer to Christopher Stewart;

Exhibit Q:      The CD&R Entities' Responses and Objections to Plaintiffs' First Set of Interrogatories dated February 13, 2026 [**Filed Under Seal**];

- 1 -

4921-6677-3406.v1

- 2 -

Exhibit R:     March 11, 2026 email from Brandon Fetzer to Christopher Stewart;

Exhibit S:     Donald Gogel biography on website;

Exhibit T:     Nathan Sleeper biography on website;

Exhibit U:     Exhibit 16 to Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, ECF 52;

Exhibit V:     agilon SEC Form 8-K dated April 19, 2021;

Exhibit W:     SEC Form 4, signed May 17, 2023;

Exhibit X:     SEC Form 4, signed May 18, 2023; and

Exhibit Y:     February 20, 2026 email from Christopher Stewart to Brandon Fetzer.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 8, 2026, at San Diego, California.

s/ Lucas F. Olts
_____
LUCAS F. OLTS

- 2 -

4921-6677-3406.v1