# EXHIBIT O

# Robbins Geller Rudman & Dowd LLP

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Christopher D. Stewart
cstewart@rgrdlaw.com

January 31, 2026

<u>VIA EMAIL</u>

Brandon Fetzer
DEBEVOISE & PLIMPTON LLP
66 Hudson Blvd.
New York, NY  10001

      Re:    *In re agilon health, inc. Securities Litigation*,
              No. 1:24-cv-00297 (W.D. Tex.)

Dear Counsel:

I write with regard to the following matters.

## A.      Search Terms and Custodians

Pursuant to Section III.D. of the Parties' Electronic Discovery Agreement ("EDA"), and in response to CD&R Defendants' email dated January 17, 2026, proposing five custodians and five search terms, Plaintiffs are providing their revisions to the CD&R Defendants' January 17, 2026 search terms and Plaintiffs' additional search terms that are necessary to identify documents responsive to Plaintiffs' First Request for Production of Documents to the CD&R Defendants ("First RFP").

Plaintiffs' Appendix A, attached hereto, lists the revised and additional search terms Plaintiffs propose to be run across the custodial and non-custodial sources during the date range specified.

We request you provide a hit report after global de-duplication for the terms in Appendix A, including the number of documents that hit on each term, the number of unique documents that hit on each term (documents that hit on a particular term and no other term on the list), and the total number of documents that would be returned by using the proposed search term list, with and without families.

Although the CD&R Defendants have produced just one document to date (other than insurance agreements pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv)), in an effort to move discovery along, we identify below the following additional proposed custodians.  We propose these

**Robbins Geller
Rudman & Dowd** LLP

Brandon Fetzer
January 31, 2026
Page 2

custodians in addition to the five you identified on January 17, 2026, while reserving the right to propose additional or different custodians as you provide additional documents and information:

1. ***The "Investment Committee" members during the Class Period***: agilon's public filings during the Class Period represented that "[i]nvestment and voting decisions with respect to the shares of common stock held by the [defendant CD&R Vector Holdings, L.P.] are made by an investment committee of limited partners of CD&R Associates IX, L.P., currently consisting of more than ten individuals, each of whom is also an investment professional of CD&R."[1]   We request you identify those individuals;

2. ***The members of the agilon "deal team"***: Counsel for the CD&R Defendants stated on January 26, 2026, there was an agilon "deal team," which included Messrs. Sachdev, Strum, Schnall, Richards, and Williams.  We request you identify the other members of this "deal team;"

3. Donald Gogel;

4. Jillian Griffiths;

5. David Novak;

6. Nathan Sleeper;

7. Rima Simson; and

8. Theresa Gore.

---

[1]   *E.g.* agilon Proxy Statement dated April 11, 2022, at 35 ("Investment and voting decisions with respect to the shares of common stock held by the CD&R Investor [Vector] are made by an investment committee of limited partners of CD&R Associates IX, L.P., currently consisting of more than ten individuals, each of whom is also an investment professional of CD&R"); agilon Proxy Statement dated April 14, 2023, at 70 ("Investment and voting decisions with respect to the shares held by CD&R Vector Holdings, L.P. are made by an investment committee of limited partners of CD&R Associates IX, L.P., currently consisting of more than ten individuals, each of whom is also an investment professional of Clayton, Dubilier & Rice, LLC"); agilon Proxy Statement dated April 18, 2024, at 55 ("Investment and voting decisions with respect to the shares held by CD&R Vector Holdings, L.P. are made by an investment committee of limited partners of CD&R Associates IX, L.P., currently consisting of more than ten individuals, each of whom is also an investment professional of Clayton, Dubilier & Rice, LLC").

4901-4695-1819.v2

**Robbins Geller**
**Rudman & Dowd** LLP

Brandon Fetzer
January 31, 2026
Page 3

### B.    Outstanding Disputes Regarding Document Requests

Based on the Parties' meet-and-confer sessions and written correspondence, there remain certain outstanding disputes with respect to the CD&R Defendants' responses and objections to Plaintiffs' document requests to the CD&R Defendants.  Specifically, the Parties disagree on whether the CD&R Defendants will search for and produce documents in response to Request Nos. 7-8, 10, and 16.[2]  C. Stewart 12-11-25 Ltr. at 2-7; E. Greenfield 1-5-26 Ltr. at 3-4.  The Parties also disagree on the beginning and end of the Relevant Time Period ("RTP") for purposes of document discovery from the CD&R Defendants.  The First RFP included an RTP of January 1, 2021 through May 31, 2024 – 3.5 months before the Class Period begins, and 3 months after the Class Period ends.  CD&R Defendants are refusing to search for and produce documents dated before April 15, 2021 or after May 31, 2023.  While Plaintiffs are willing to shorten the RTP to begin on February 15, 2021, the RTP should extend to May 31, 2024 so as to capture relevant documents.  In securities fraud cases such as this one, courts recognize that information relevant to the required elements of proof are often found before and after the Class Period.  *See, e.g.*, *In re Toyota Motor Corp. Sec. Litig.*, 2012 WL 3791716, at *4 (C.D. Cal. Mar. 12, 2012) (holding the Class Period "'does not determine the period of relevancy for discovery purposes'" and noting pre- and post-Class Period documents can lead to "the discovery of potentially admissible evidence of scienter, falsity, materiality and loss causation"); *In re FirstEnergy Corp. Sec. Litig.*, 2023 WL 8100096, at *3 (S.D. Ohio Nov. 20, 2023) ("'[i]n general, courts allow discovery to extend to events before and after the period of actual liability so as to provide context'") (citing cases); *Ind. Pub. Ret. Sys. v. Pluralsight, Inc.*, 2024 WL 495965, at *1 (D. Utah Feb. 8, 2024) (finding six months after the Class Period relevant in securities action); *Toyota*, 2012 WL 3791716, at *4, *8 (ordering RTP of four years before and two months after the Class Period).  Here, documents dated before April 15, 2021 and after May 31, 2023 are clearly relevant.  For example, Vector continued to maintain significant holdings of agilon stock following May 31, 2023 (24.7%, *see* Complaint, ¶55), three CD&R insiders resigned from agilon's Board of Directors after May 2023 (*id.*, ¶¶33, 39, 41, 240), and two CD&R insiders presided as Chairman and Vice Chairman of agilon's Board throughout the Class Period (*id.*, ¶303).  Such documents are also relevant to the CD&R Defendants' defenses, which concern facts and events post-dating May 31, 2023.  ECF 74 at 54-56.

As explained during the Parties' conferral and in correspondence, Plaintiffs strongly disagree with Defendants' positions with regard to the above matters, and believe motion practice will be necessary to resolve the Parties' differences.  Please let us know when you are available

---

[2]    The details of the Parties' positions with respect to these requests are more fully set forth in the Parties' respective correspondence cited below and will not be repeated here.  Plaintiffs reserve all rights with respect to any other requests not specifically identified herein.

**Robbins Geller
Rudman & Dowd LLP**

Brandon Fetzer
January 31, 2026
Page 4

early next week to meet and confer regarding the Parties' collective list of search terms, and regarding the outstanding disputes listed above, in order to determine whether we may promptly reach an agreement on the search terms, and to determine which of the disputes above will require motion practice.

Sincerely,

CHRISTOPHER D. STEWART

CDS:lls

4901-4695-1819.v2

**PLAINTIFFS' APPENDIX A**

| Term No. | Search Term [1] |
|---|---|
| 1 | (agilon* OR agl* OR *@agilonhealth.com) AND ((nominat* OR design* OR appoint* OR reappoint* OR re-appoint* OR propos* OR recommend* OR select* OR submit* OR suggest* OR choos* OR choice*) W/50 (board* OR director* OR BOD OR member* OR seat* OR chair*)) |
| 2 | (agilon* OR agl* OR *@agilonhealth.com) AND ((purchas* OR buy* OR bought* OR sale* OR sell* OR sold* OR acquir* OR trade* OR traded OR trading OR transact* OR offer* OR dispos* OR unload* OR offload* OR divest* OR liquidat* OR shed* OR dump* OR exit* OR gain* OR loss*) W/50 (stock* OR share* OR holding* OR stake*)) |
| 3 | (agilon* OR agl* OR *@agilonhealth.com) AND ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM* OR PMPM* OR margin* OR EBIT* OR EBITDA* OR aebitda OR utiliz* OR demand* OR spik* OR partnership* OR model* OR visibil* OR predict* OR results OR backlog*) |
| 4 | (agilon* OR agl* OR *@agilonhealth.com) W/50 (lock-up* OR "lock up*") |
| 5 | (Richards* OR Schnall* OR Strum*) AND ((depart* OR leav* OR left* OR terminat* OR resign* OR remov* OR reorg* OR transition* OR (step* W/2 down*)W/50 (board* OR BOD OR seat* OR chair* OR director* OR member*)) AND (agilon* OR agl* OR *@agilonhealth.com) |
| 6 | (Richards* OR Schnall* OR Strum*) W/10 ((depart* OR leav* OR left* OR terminat* OR resign* OR remov* OR reorg* OR transition* OR (step* w/2 down*)) W/10 (agilon* OR agl*)) |
| 7 | (agilon* OR agl* OR *@agilonhealth.com) W/50 (control* OR vot* OR own*) |
| 8 | (agilon* OR agl* OR *@agilonhealth.com) AND ((control* OR vot* OR own*) W/25 (issuer* OR stock* OR shares* OR shareholder* OR equity)) |
| 9 | (agilon* OR agl* OR *@agilonhealth.com) AND ("Investment Committee" or "deal team") |
| 10 | (agilon* OR agl* OR *@agilonhealth.com) AND ((valu* OR apprais*) W/50 (stock* OR share* OR holding* OR position* OR stake*) |
| 11 | (agilon* OR agl* OR *@agilonhealth.com) W/50 (forecast* OR fcst* OR guid* OR project* OR predict* OR estimat* OR target* OR outlook* OR announc*) |
| 12 | (agilon* OR agl* OR *@agilonhealth.com) W/50 (reserv* OR financ* OR income* OR revenue* OR profit* OR "cash flow*" OR "CF" OR earning* OR equity OR budget* OR report* OR expense* OR cost* OR (consolid* W/3 statement*) OR (business* W/3 plan*)) |
| 13 | (agilon* OR agl* OR *@agilonhealth.com) AND ((request* OR provid* OR share* OR sharing OR send* OR sent* OR deliver*) W/20 (info* OR material* OR document* OR data* OR report* OR books OR records) |
| 14 | (agilon* OR agl* OR *@agilonhealth.com) AND ((stockholder* W/3 s agreement*) OR (shareholder* W/3 agreement*) OR MNPI OR (material* W/4 nonpublic*) OR (material* W/4 info*)) |
| 15 | (agilon* OR agl* OR *@agilonhealth.com) W/50 (meet* OR call* OR attend* OR discuss* OR conversation* OR calendar* OR Zoom* OR invit*) |
| 16 | (agilon* OR agl* OR *@agilonhealth.com) AND ((utiliz* OR demand OR cost* OR expense* OR outpatient* OR surger* OR procedure*) W/25 (pentup* OR pent-up* OR "pent up*" OR defer* OR backlog* OR back-log* OR "back log*" OR spik* OR surge OR surged OR surging OR stepup* OR "step-up" OR "step* up" OR accelerat* OR decelerat* OR increas* OR decreas* OR slow* OR declin* OR moderat* OR trend*)) |
| 17 | (agilon* OR agl* OR *@agilonhealth.com) AND ((utiliz* OR demand) W/25 (medical* OR healthcare* OR care*)) |

[1] Search Terms to be run across all custodians and non-custodial sources. Date range for terms is 2/15/2021 – 5/31/2024