# EXHIBIT S

# CD&R

LP Login       Search       ☰ Menu

# Donald J. Gogel

Chairman



Donald J. Gogel joined the Firm in 1989. He was Chief Executive Officer from 1998 to 2019 and has served as Chairman since 2012. He is a member of the Investment Committee and plays an active role in shaping the Firm's strategy, recruiting talent, sourcing new investment opportunities, participating in portfolio company operating reviews, and leading portfolio company CEO roundtables. Donald led several of the Firm's reference transactions, including the acquisition of Lexmark from IBM Corp., establishing the Firm's reputation as a catalyst for constructive change and a provider of strategic capital. Donald is Chair of the CD&R Foundation Board. He is also Senior Vice Chairman of the Mount Sinai Medical System, Vice Chairman of the Cancer Research Institute, a former Trustee of The Rhodes Trust, and Vice Chairman of the Board of The SeriousFun Children's Network. Donald holds a B.A. from Harvard College, an M. Phil. in Politics from Balliol College, Oxford University, where he was a Rhodes Scholar, and a J.D. from Harvard Law School.

## Experience

- Kidder, Peabody & Company, Inc. | Managing Director
- McKinsey & Company | Partner

**Education**

- Harvard Law School | J.D.
- Balliol College, University of Oxford | M.Phil., Politics, Rhodes Scholar
- Harvard College | B.A., Social Studies, International Relations