# EXHIBIT T

# CD&R

LP Login     Search     ☰ Menu

# Nate Sleeper

Chief Executive Officer

Connect 🔗



Nate Sleeper joined CD&R in 2000. He serves as the Firm's CEO, chairs its Executive Committee and is a member of its Investment, Operating Review and Compliance committees. He also leads the firm's industrials investment vertical and is responsible for firm operations. He has been involved in a significant number of the Firm's investments and currently serves on the boards of many of its industrial portfolio companies. Prior to CD&R, he worked in the investment banking division of Goldman Sachs and at the investment firm Tiger Management. He is a member of the Business Council, serves on the Williams College Board of Trustees and is Chair of the Investment Committee for the college's endowment. Nate has an M.B.A from Harvard Business School and a B.A. from Williams College.

## CD&R Investments

- Artera Services
- Atkore
- Beacon Roofing Supply
- Brakes Group
- Brand Industrial Services, Inc.

- Core & Main
- Cornerstone Building Brands
- Culligan
- FBM
- HD Supply (debt)
- Hertz
- Hussmann
- Indicor
- Multi-Color Corporation
- Resideo
- RSG
- SunSource
- US Foods
- Veritiv
- Whitcraft Group/Paradigm Precision
- White Cap
- Wilsonart

**Directorships**
- Artera Services
- Brand Industrial Services, Inc.
- Core & Main
- Cornerstone Building Brands
- FBM
- indicor
- Multi-Color Corporation
- Pursuit Aerospace
- Resideo
- SunSource
- Veritiv
- White Cap

**Experience**
- Goldman Sachs & Co.
- Tiger Management

**Education**
- Harvard Business School | M.B.A.
- Williams College | B.A.