# EXHIBIT W

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person [*]<br><br>**CD&R Investment Associates IX, Ltd.** | 2. Issuer Name **and** Ticker or Trading Symbol<br><br>**agilon health, inc. [ AGL ]** | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)  (First)  (Middle)<br><br>**C/O CLAYTON, DUBILIER & RICE, LLC, 375 PARK AVENUE** | 3. Date of Earliest Transaction (MM/DD/YYYY)<br><br>**5/15/2023** | ___ Director    _X_ 10% Owner<br>___ Officer (give title below)   ___ Other (specify below) |
| (Street)<br><br>**NEW YORK, NY 10152** | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>___ Form filed by One Reporting Person<br>_X_ Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | Rule 10b5-1(c) Transaction Indication<br>☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| **Common Stock** | 5/15/2023 | | J [(1)] | | 437504 | D | $0.00 | 194173804 | I [(2)(3)] | By affiliate |

**Table II - Derivative Securities Beneficially Owned** (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

(1)  On May 15, 2023, 437,504 shares of Common Stock directly owned by CD&R Vector Holdings, L.P. ("CD&R Stockholder") were distributed to certain investment professionals who are direct and indirect limited partners of CD&R Associates IX, L.P., the general partner of each limited partner of CD&R Vector Holdings, L.P., in connection with certain charitable gifts made by such investment professionals on May 15, 2023.

(2)  Following the transaction reported herein, CD&R Stockholder directly owns 194,173,804 shares of the Issuer's Common Stock. CD&R Investment Associates IX, Ltd., as the general partner of CD&R Stockholder, may be deemed to beneficially own the shares of Common Stock held by CD&R Stockholder.

(3)  CD&R Investment Associates IX, Ltd. expressly disclaims beneficial ownership of the shares of Common Stock held by CD&R Stockholder, except to the extent of its pecuniary interest therein.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **CD&R Investment Associates IX, Ltd.**<br>**C/O CLAYTON, DUBILIER & RICE, LLC**<br>**375 PARK AVENUE**<br>**NEW YORK, NY 10152** | | X | | |
| **CD&R Vector Holdings, L.P.**<br>**C/O CLAYTON, DUBILIER & RICE, LLC**<br>**375 PARK AVENUE**<br>**NEW YORK, NY 10152** | | X | | |

**Signatures**

**CD&R Investment Associates IX, Ltd.; by Jillian C. Griffiths, Chief Financial Officer and Vice President**

| | **5/17/2023** |
|---|---|
| \*\*Signature of Reporting Person | Date |

**CD&R Vector Holdings, L.P; by CD&R Investment Associates IX, Ltd., general partner; by Jillian C. Griffiths, Chief Financial Officer and Vice President**

| | **5/17/2023** |
|---|---|
| \*\*Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*          If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*        Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:    File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.