# EXHIBIT Y

| | |
|---|---|
| **From:** | Christopher Stewart |
| **To:** | "Fetzer, Brandon" |
| **Cc:** | Greenfield, Elliot; O'Connor, Maeve; Luke Olts; Jack Scott; Evelyn Sanchez Gonzalez; Shao-Jia Chang |
| **Subject:** | RE: agilon |
| **Date:** | Friday, February 20, 2026 5:26:46 PM |
| **Attachments:** | 2026.02.20 CS ltr to BF re 1st Rogs.pdf |
| | 2026.02.20 Appendix A _ CD&R Defendants.pdf |

Brandon,

Thank you for getting back to us.

While we had hoped to have the benefit of speaking with you regarding your last search term proposal before sending you our counter-proposal, we accept that you were out of the office last week and could not speak with us this week.  Per your request below, attached please find our search term counter-proposal.

Let's plan to talk at 10:30 am PT / 1:30 ET on Monday 2/23, using the below dial in.  If you have any of the information we have been seeking, including for the items listed in my 2/17 email below and in Plaintiffs' letters from 1/27 and 2/9, please send it ahead of the call.

Finally, please see the attached letter regarding the CD&R Defendants' February 13, 2026 Responses and Objections to Interrogatory No. 1 of Plaintiffs' First Set of Interrogatories dated January 14, 2026.  We are available to discuss the CD&R Defendants' Responses and Objections during our call on Monday as well.

Dial-in: (267) 930-4000
Participant Code: 627-522-230

Best,
Chris

---

**From:** Fetzer, Brandon <bfetzer@debevoise.com>
**Sent:** Friday, February 20, 2026 7:34 AM
**To:** Christopher Stewart <CStewart@rgrdlaw.com>
**Cc:** Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Luke Olts <LOlts@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Subject:** RE: agilon

EXTERNAL SENDER
I'm generally available on Monday.  As I said before, if you have a counterproposal for us to consider, please send it before the call.  By that point, you'll have had our revised terms for nearly two weeks (on top of the two weeks it took you to respond to our initial proposal).

**Brandon Fetzer** | Counsel | Debevoise & Plimpton LLP | bfetzer@debevoise.com | +1 212 909 6880| www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Wednesday, February 18, 2026 6:39 PM
**To:** Fetzer, Brandon <bfetzer@debevoise.com>
**Cc:** Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Luke Olts <LOlts@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>

**Subject:** RE: agilon

*EXTERNAL*

Brandon,

We think a call would be productive and would help us understand the reasoning behind your search term proposal, and why you believe the custodians we proposed do not possess responsive information.  To the extent you are still "looking into" certain items listed below (some of which have been outstanding for weeks), we can address that on the call.

What times work for you this week?

Chris

---

**From:** Fetzer, Brandon <bfetzer@debevoise.com>
**Sent:** Wednesday, February 18, 2026 3:28 PM
**To:** Christopher Stewart <CStewart@rgrdlaw.com>
**Cc:** Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Luke Olts <LOlts@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Subject:** RE: agilon

EXTERNAL SENDER
Hi Chris,

I was out last week and am still looking into the items you flagged below.  If you have an alternative search term/custodian proposal you'd like us to consider, please send it over as soon as you have it.

Brandon

**Brandon Fetzer** | Counsel | Debevoise & Plimpton LLP | bfetzer@debevoise.com | +1 212 909 6880| www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Tuesday, February 17, 2026 6:28 PM
**To:** Fetzer, Brandon <bfetzer@debevoise.com>
**Cc:** Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Luke Olts <LOlts@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Subject:** RE: agilon

*EXTERNAL*

Counsel,

We would like to set a time to discuss the parties' respective search term and custodian proposals.  Are you available tomorrow for a call?

We would like to include the following items as part of our call:

1. **Names of the Investment Committee members (Plaintiffs' Feb. 9 letter, §E)**:  You have identified one of the 11 Investment Committee members from during the Class Period: Rick Schnall.  CDR LLC's website identifies proposed custodians Donald Gogel (who, along with proposed custodian Nate Sleeper, managed the General Partner of CD&R Vector, ¶¶52, 54) and David Novak (Co-President of

CD&R Investment Associates IX, Ltd.) as Investment Committee members. We are awaiting:

    a. identification of the other members of the Investment Committee from during the Class Period; and

    b. information pertaining to bullet "(ii)" in §F of the Feb. 9 letter (*i.e.* "whether the Investment Committee received or produced documents concerning meetings held with the Deal Team, such as meeting minutes or board materials concerning agilon.")

2. **Sharepoint folder (Feb. 9 letter, §F)**: As noted in the Feb. 9 letter, you agreed during our Feb. 6 call to provide more details regarding the contents and production of materials from the SharePoint folder you first referenced in your Feb. 5 email – we wish to discuss what information you have identified pertaining to the inquiries in pages 4-5 of the Feb. 9 letter.

3. **Data Collection (Feb. 9 letter, §F)**: We would like confirmation that the hit report you sent on Feb 10 includes (with the exception as to one CD&R individual's personal emails) hit counts of personal emails and cell phone data of the five CD&R individuals who sat on agilon's Board of Directors during the Class Period, and confirmation as to whose personal emails were not collected as of the date of our Feb. 6 call.

4. **Custodians**: You rejected wholesale each of the proposed custodians listed on page 2 of Plaintiffs' Jan 31 letter.  We wish to discuss the individuals you rejected in order to understand why you believe those custodians do not possess responsive information.

5. **Directory of CDR LLC's employees**:  We have not yet received the directory(ies) of CD&R LLC's employees from during the Class Period, *see* L. Olts Jan. 27, 2026 Email, B. Fetzer Jan. 27, 2026 Email, and wish to discuss where things stand on this issue.

Best,

Chris

---

**From:** Fetzer, Brandon <bfetzer@debevoise.com>
**Sent:** Tuesday, February 10, 2026 12:37 PM
**To:** Christopher Stewart <CStewart@rgrdlaw.com>
**Cc:** Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Luke Olts <LOlts@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Subject:** RE: agilon

EXTERNAL SENDER
Hi Chris,

We disagree with how you've characterized our position on the issues, but agree we're at an impasse on A-D in your letter.

Below are (*i*) hits counts for the terms plaintiffs' proposed in their January 31 letter and (*ii*) the CD&R Entities' counterproposal.  We have proposed revised terms because the number of hits generated by plaintiffs' terms would require the CD&R Entities to review far more documents than is reasonable under the circumstances and many of terms are so generic that they are generating false hits.  For example, searching for the word "sent*" doesn't work because the extracted text of every email is going to include that term.  Moreover, the terms should be designed to target subject matter areas and not just every time the CD&R Entities and agilon may have exchanged information.

For both (i) and (ii), the terms were run on custodial files for the following individuals:

- Ravi Sachdev
- Richard Schnall
- Derek Strum
- Clay Richards
- Ron Williams

The terms also were run across documents in the non-custodial SharePoint folder used by the agilon deal team.  During the April 15, 2021 to May 31, 2023 period, the following individuals were on the agilon deal team for at least some portion of the time:

- Ravi Sachdev (partner)
- Richard Schnall (co-president)
- Derek Strum (partner)
- Clay Richards (operating partner)
- Ron Williams (operating advisor)
- Dan Malconian (principal)
- Arjun Bakre (associate)
- Steph Huang (associate)
- Jared Rock (associate)

In terms of hierarchy, the order is as follows:  associate → principal → partner.  We have no objection to providing the names of the members of the investment committee during the relevant period.  I'm working on pulling the names together.

To the extent I haven't addressed something in your letter, I'm working on tracking down additional information and will circle back when I have it.

    **I.**      **Plaintiffs' Proposed Terms**

Date range:  4/15/21-5/31/23
Total document with hits:  62,872
Total documents with hits plus families:  88,186

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| (agilon* OR agl* OR *@agilonhealth.com) AND ((control* OR vot* OR own*) W/25 (issuer* OR stock* OR shares* OR shareholder* OR equity)) | 5,388 | 13,427 | 3 |
| (agilon* OR agl* OR *@agilonhealth.com) AND ((nominat* OR design* OR appoint* OR reappoint* OR re-appoint* OR propos* OR recommend* OR select* OR submit* OR suggest* OR choos* OR choice*) W/50 (board* OR director* OR BOD OR member* OR seat* OR chair*)) | 8,781 | 21,365 | 99 |
| (agilon* OR agl* OR *@agilonhealth.com) AND ((purchas* OR buy* OR bought* OR sale* OR sell* OR sold* OR acquir* OR trade* OR traded OR trading OR transact* OR offer* OR dispos* OR unload* OR offload* OR divest* OR liquidat* OR shed* OR dump* OR exit* OR gain* OR loss*) W/50 (stock* OR share* OR holding* OR stake*)) | 13,431 | 28,593 | 153 |
| (agilon* OR agl* OR *@agilonhealth.com) AND ((request* OR provid* OR share* OR sharing OR send* OR sent* OR deliver*) W/20 (info* OR material* OR document* OR data* OR report* OR books OR records)) | 43,292 | 63,737 | 3,427 |
| (agilon* OR agl* OR *@agilonhealth.com) AND ((stockholder* W/3 s agreement*) OR (shareholder* W/3 agreement*) OR MNPI OR (material* W/4 nonpublic*) OR (material* W/4 info*)) | 1,221 | 2,740 | 3 |
| (agilon* OR agl* OR *@agilonhealth.com) AND ((utiliz* OR demand OR cost* OR expense* OR outpatient* OR surger* OR | | | |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| procedure*) W/25 (pentup* OR pent-up* OR "pent up*" OR defer* OR backlog* OR back-log* OR "back log*" OR spik* OR surge OR surged OR surging OR stepup* OR "step-up" OR "step* up" OR accelerat* OR decelerat* OR increas* OR decreas* OR slow* OR declin* OR moderat* OR trend*)) | 7,517 | 22,566 | 3 |
| (agilon* OR agl* OR *@agilonhealth.com) AND ((utiliz* OR demand) W/25 (medical* OR healthcare* OR care*)) | 5,937 | 23,772 | 0 |
| (agilon* OR agl* OR *@agilonhealth.com) AND ((valu* OR apprais*) W/50 (stock* OR share* OR holding* OR position* OR stake*)) | 11,981 | 29,370 | 75 |
| (agilon* OR agl* OR *@agilonhealth.com) AND ("Investment Committee" or "deal team") | 2,932 | 10,841 | 24 |
| (agilon* OR agl* OR *@agilonhealth.com) AND ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM* OR PMPM* OR margin* OR EBIT* OR EBITDA* OR aebitda OR utiliz* OR demand* OR spik* OR partnership* OR model* OR visibil* OR predict* OR results OR backlog*) | 32,806 | 57,933 | 1,090 |
| (agilon* OR agl* OR *@agilonhealth.com) W/50 (control* OR vot* OR own*) | 8,024 | 20,350 | 95 |
| (agilon* OR agl* OR *@agilonhealth.com) W/50 (forecast* OR fcst* OR guid* OR project* OR predict* OR estimat* OR target* OR outlook* OR announc*) | 17,911 | 33,334 | 571 |
| (agilon* OR agl* OR *@agilonhealth.com) W/50 (lock-up* OR "lock up*") | 431 | 592 | 8 |
| (agilon* OR agl* OR *@agilonhealth.com) W/50 (meet* OR call* OR attend* OR discuss* OR conversation* OR calendar* OR Zoom* OR invit*) | 37,963 | 57,326 | 5,729 |
| (agilon* OR agl* OR *@agilonhealth.com) W/50 (reserv* OR financ* OR income* OR revenue* OR profit* OR "cash flow*" OR "CF" OR earning* OR equity OR budget* OR report* OR expense* OR cost* OR (consolid* W/3 statement*) OR (business* W/3 plan*)) | 21,565 | 40,204 | 684 |

Date range:  4/15/21-6/30/23
Total documents with hits:  1,889
Total documents with hits plus families:  4,706

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| (Richards* OR Schnall* OR Strum*) AND ((depart* OR leav* OR left* OR terminat* OR resign* OR remov* OR reorg* OR transition* OR (step* W/2 down*)) W/50 (board* OR BOD OR seat* OR chair* OR director* OR member*)) AND (agilon* OR agl* OR *@agilonhealth.com) | 1,788 | 4,533 | 1,747 |
| (Richards* OR Schnall* OR Strum*) W/10 ((depart* OR leav* OR left* OR terminat* OR resign* OR remov* OR reorg* OR transition* OR (step* w/2 down*)) W/10 (agilon* OR ag*)) | 142 | 268 | 101 |

II.    **CD&R Entities' Counterproposal**

Date range:  4/15/21-5/31/23
Total document with hits:  21,329

Total documents with hits plus families:  42,538

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| (agilon* OR agl* OR *@agilonhealth.com) W/25 ((control* OR own*) W/25 (stock* OR shares*)) | 460 | 1,105 | 49 |
| (agilon* OR agl* OR *@agilonhealth.com) W/25 ((utiliz* OR demand) W/25 (medical* OR healthcare* OR care*)) | 1,566 | 10,481 | 0 |
| (agilon* OR agl* OR *@agilonhealth.com) W/25 ((utiliz* OR demand) W/25 (pentup* OR pent-up* OR "pent up*" OR defer* OR backlog* OR back-log* OR "back log*" OR spik* OR surge OR surged OR surging OR stepup* OR "step-up" OR "step* up" OR accelerat* OR decelerat* OR increas* OR decreas* OR slow* OR declin* OR moderat* OR trend*)) | 563 | 2,482 | 0 |
| (agilon* OR agl* OR *@agilonhealth.com) W/50 ((nominat* OR design* OR appoint* OR reappoint* OR re-appoint* OR propos* OR recommend* OR select* OR submit* OR suggest* OR choos* OR choice*) W/50 (board* OR director* OR BOD OR seat* OR chair*)) | 2,311 | 4,988 | 1,238 |
| (agilon* OR agl* OR *@agilonhealth.com) W/50 ((purchas* OR buy* OR bought* OR sale* OR sell* OR sold* OR acquir* OR dispos* OR unload* OR offload* OR divest* OR liquidat* OR shed* OR dump* OR exit*) W/50 (stock* OR share* OR holding* OR stake*)) | 4,442 | 9,497 | 1,682 |
| (agilon* OR agl* OR *@agilonhealth.com) W/50 ((stockholder* W/3 s agreement*) OR (shareholder* W/3 agreement*) OR MNPI OR (material* W/4 nonpublic*) OR (material* W/4 info*)) | 269 | 367 | 104 |
| (agilon* OR agl* OR *@agilonhealth.com) W/50 ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM* OR PMPM* OR margin* OR EBIT* OR EBITDA* OR aebitda OR utiliz* OR demand* OR spik* OR "partnership model" OR visibil* OR predict* OR backlog*) | 14,399 | 34,229 | 7,474 |
| (agilon* OR agl* OR *@agilonhealth.com) W/50 (forecast* OR fcst* OR guid* OR projection OR predict* OR target*) | 8,648 | 21,101 | 2,824 |
| (agilon* OR agl* OR *@agilonhealth.com) W/50 (lock-up* OR "lock up*") | 431 | 592 | 151 |

Date range: 4/15/21-6/30/23
Total documents with hits:  42
Total documents with hits plus families:  96

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| (Richards* OR Schnall* OR Strum*) W/10 ((depart* OR leav* OR left* OR terminat* OR resign* OR remov* OR reorg* OR transition* OR (step* w/2 down*)) W/10 (agilon* OR agl*)) | 42 | 96 | 42 |

**Brandon Fetzer** | Counsel | Debevoise & Plimpton LLP | bfetzer@debevoise.com | +1 212 909 6880 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Monday, February 9, 2026 6:04 PM
**To:** Fetzer, Brandon <bfetzer@debevoise.com>
**Cc:** Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Luke Olts <LOlts@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Subject:** RE: agilon

**\*EXTERNAL\***

Counsel, please see the attached letter following our call on Friday, February 6.

Best,
Chris

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Friday, February 6, 2026 8:10 AM
**To:** Brandon Fetzer <bfetzer@debevoise.com>
**Cc:** Elliot Greenfield <egreenfield@debevoise.com>; Maeve O'Connor <mloconnor@debevoise.com>; Luke Olts <LOlts@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Subject:** Re: agilon

Thanks, let's plan to talk at 1115 pt today. We can use this dial in:

Dial-in: (267) 930-4000
Participant Code: 627-522-230

On Feb 5, 2026, at 5:32 PM, Fetzer, Brandon <bfetzer@debevoise.com> wrote:

 EXTERNAL SENDER
Hi Chris,

We write to respond to your January 31, 2026 letter, which addresses the search terms and custodians the CD&R Entities proposed on January 17.  As I mentioned then, we were waiting for some additional data to be processed and therefore the hits associated with the terms proposed on January 17 were likely to change.  That data has since been processed and we are working through the terms plaintiffs proposed on January 31.  We'll share a hit report and a counterproposal in short order.

As it relates to custodians, the CD&R Entities proposed five individuals, comprising every senior member of the agilon deal team and everyone who sat on agilon's board during the relevant time period.  We understand your counterproposal to require the addition of every member of the investment committee pertaining to the agilon investment, every member of the agilon deal team and six specifically identified individuals, which could bring the total number of custodians to over 20 individuals.  That's entirely unreasonable and designed solely to unduly burden the CD&R Entities.

While we believe that the addition of more custodians is disproportionate to the needs of this action, the CD&R Entities would be willing to add Dan Malconian as a custodian if the parties are otherwise able to reach agreement on search terms and custodians.  Mr. Malconian was a member of the agilon deal team; his title was "Principal".  The only other members of the deal team were "associates" and we fail to see how collecting their documents is proportional to the needs of the case, particularly when the CD&R Entities have already collected and will search documents from the senior members of the team and the Sharepoint folder corresponding to the agilon investment.  Our understanding is that the senior members of the deal team decided whether and when agilon stock would be sold.  Accordingly, there is no need to add additional members of the investment committee as custodians (Rick Schnall is a member).

With respect to the applicable time period, the CD&R Entities see no basis to depart from April 15, 2021 to May 31, 2023, except as it relates to searches designed to target documents concerning the resignations from agilon's board in June 2023.  For that subset of information, the CD&R Entities will extend the end date to June 30, 2023.  For all other searches, May 31, 2023 is the appropriate end date because the Court has already determined that the CD&R Entities no longer can be considered control persons after that date and the last stock sale at issue occurred on May 18, 2023.  *See In re agilon health, inc. Sec. Litig.*, 2025 WL 2388183, at \*33 (W.D. Tex. Aug. 15, 2025).  The duration of the class period is of no moment because the claims asserted against the CD&R Entities do not run

through the entire period and plaintiffs can obtain any relevant information directly from agilon itself.

With respect to the parties' disagreements over RFP Nos. 7-8, 10 and 16, the CD&R Entities respond as follows:

1. RFP 7: The CD&R Entities stand on their objections for the reasons stated in their R&Os and their January 5, 2026 letter. Of course, if valuation is discussed in connection with any of the pertinent stock sales, those discussions would be produced in response to other RFPs.

2. RFP 8: The CD&R Entities maintain their objection to producing all communications with "investors, clients or partners concerning agilon." However, in the spirit of compromise, if the CD&R Entities discussed the sale of agilon stock with investors, clients or partners, the CD&R Entities will produce those materials. That would be on top of any communications concerning the specific sales at issue, which would be produced in response to other RFPs.

3. RFP 10: We still do not understand what "exit" or "potential exit" mean in this context and why they are relevant. The CD&R Entities have agreed to produce documents concerning the pertinent stock sales. If there are other instances in which the CD&R Entities specifically discussed the sale of agilon stock to an identifiable third party, the CD&R Entities will produce them. The CD&R Entities otherwise stand on their objections.

4. RFP 16: The CD&R Entities stand on their objections for the reasons stated in their R&Os and their January 5, 2026 letter.

For the sake of completeness, I'll note that the parties are continuing to discuss RFP Nos. 11-14 and will address the CD&R Entities' objections to those requests in connection with the negotiation of search terms.

I'm generally available tomorrow if you'd like to discuss.

Brandon

**Brandon Fetzer** | Counsel | Debevoise & Plimpton LLP | bfetzer@debevoise.com | +1 212 909 6880| www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Thursday, February 5, 2026 6:16 PM
**To:** Fetzer, Brandon <bfetzer@debevoise.com>; Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>
**Cc:** Luke Olts <LOlts@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Subject:** RE: agilon

**\*EXTERNAL\***

Counsel, following up on the below correspondence from Jan 31 and Feb 4, asking to meet and confer. What is your availability?

Christopher D. Stewart
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**From:** Christopher Stewart
**Sent:** Wednesday, February 4, 2026 1:52 PM
**To:** 'Fetzer, Brandon' <bfetzer@debevoise.com>; 'Greenfield, Elliot' <egreenfield@debevoise.com>; 'O'Connor, Maeve' <mloconnor@debevoise.com>
**Cc:** Luke Olts <LOlts@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Subject:** RE: agilon

Counsel,

I am following up on the Jan 31 letter sent below.  The letter asked for your availability to meet and confer early this week, but we never received a response.  What is your availability to discuss the Jan 31 letter?

Best,
Chris

---

**From:** Christopher Stewart
**Sent:** Saturday, January 31, 2026 4:20 PM
**To:** 'Fetzer, Brandon' <bfetzer@debevoise.com>; Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>
**Cc:** Luke Olts <LOlts@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Subject:** agilon

Counsel,

Please see attached.

Best,
Chris

**Christopher D. Stewart**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.