**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

§
§
§
§

In re AGILON HEALTH, INC. SECURITIES
LITIGATION

Master File No. 1:24-cv-00297-DAE

CLASS ACTION

This Document Relates To:

ALL ACTIONS.

**DECLARATION OF MASON PARHAM IN SUPPORT OF AGILON
DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL**

I, Mason Parham, declare as follows:

1. I am a partner with Sidley Austin LLP, counsel for the agilon Defendants in the above-captioned action. I am admitted to practice before this Court. I submit this affidavit in support of agilon Defendants' Response to Plaintiffs' Motion to Compel.

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated January 17, 2026, from me to Plaintiffs' counsel.

3. Attached hereto as Exhibit B is a true and correct copy of a letter dated January 31, 2026, from Plaintiffs' counsel to me.

4. Attached hereto as Exhibit C is a true and correct copy of a letter dated February 11, 2026, from me to Plaintiffs' counsel.

5. Attached hereto as Exhibit D is a true and correct copy of a letter dated February 23, 2026, from Plaintiffs' counsel to me.

6. Attached hereto as Exhibit E is a true and correct copy of a letter dated March 2, 2026, from me to Plaintiffs' counsel.

7. Attached hereto as Exhibit F is a true and correct copy of a letter dated March 6, 2026, from Plaintiffs' counsel to me.

8. Attached hereto as Exhibit G is a true and correct copy of a letter dated March 13, 2026, from me to Plaintiffs' counsel.

9. Attached hereto as Exhibit H is a true and correct copy of a letter dated February 17, 2026, from Plaintiffs' counsel to me.

10. Attached hereto as Exhibit I is a true and correct copy of a letter dated February 23, 2026, from me to Plaintiffs' counsel.

11. Attached hereto as Exhibit J is a true and correct copy of a letter dated February 26, 2026, from Plaintiffs' counsel to me.

12. Attached hereto as Exhibit K is a true and correct copy of a letter dated March 4, 2026, from Plaintiffs' counsel to me.

I declare under penalty of perjury that the foregoing is true and correct.



/s/ Mason Parham
MASON PARHAM