# EXHIBIT A



SIDLEY AUSTIN LLP
2021 MCKINNEY AVENUE
SUITE 2000
DALLAS, TEXAS  75201
+1 214 981 3300
+1 214 981 3400 FAX

+1 214 969 3531
MPARHAM@SIDLEY.COM

January 17, 2026

**Via E-mail**

Lucas F. Olts
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900,
San Diego, CA 92101
lolts@rgrdlaw.com

Re:    *In re agilon health, inc. Securities Litigation*, No. 1:24-cv-00297 (W.D. Tex.)

Dear Luke:

I write in response to your January 7, 2026 letter and January 14, 2026 email. In accordance with Section III.B. of the parties' Electronic Discovery Agreement ("EDA"),[1] Defendant agilon health, inc. ("agilon") identifies the following custodians:

1. Steven J. Sell – Former Chief Executive Officer (CEO), President and Director of the Board
   Dates: June 2020 – August 2025

2. Timothy S. Bensley – Former Chief Financial Officer (CFO)
   Dates: January 2021 – July 8, 2024

3. Girish Venkatachaliah – Chief Technology Officer (CTO)
   Dates: January 2021 – Present

4. Heidi Hittner – Chief of Staff; Interim EVP, Centralized Operations
   Interim EVP, Centralized Ops: June 2024 – Present
   Chief Experience Officer: February 2022 – June 2024
   SVP, Provider Strategies & Growth: January 2019 – February 2022

5. Tim Gertsch – Chief Accounting Officer (CAO)
   CAO: August 2023 – Present
   VP, Controller: April 2022 – August 2023
   Sr. Director of Accounting: April 2021 – April 2022
   Director of Accounting: June 2020 – April 2021

---

[1] Capitalized terms have the meanings ascribed in the EDA unless otherwise defined herein.

Sidley Austin (TX) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

Lucas F. Olts
January 17, 2026
Page 2

6.  Glenn Sobotka – Former CAO
    Dates: May 2019 – May 2022

7.  Priscilla Kasenchak – Former CAO
    Dates: September 2022 – September 2023

8.  Veeral Desai – Chief Strategy and Development Officer
    Dates: September 2020 – Present

9.  Ravi Sachdev – Founder, Director, Vice Chairman of the Board (CD&R)
    Dates: 2016 – Present

10. Clay Richards – Former Agilon Board Member
    Dates: April 2021 – June 2023

Moreover, in accordance with Section III.D. of the EDA, below is the list of proposed search terms that agilon intends to apply to filter the ESI of the abovementioned custodians, along with certain non-custodial shared drives. The following list returns 170,988 hits (including family members) after global de-duplication.

| Date Range | Search Term |
|---|---|
| 02/01/2023 - 02/27/2024 | ("adjusted EBITDA" OR "medical margin") W/10 (expense* OR cost* OR financ* OR forecast* OR projection* OR model* OR target* OR report* OR calculat*) |
| 04/15/2021 - 02/27/2024 | (("MA member*" OR "Medicare Advantage" OR "member months" OR "attributed lives" OR "covered lives") W/10 (forecast* OR projection* OR outlook OR visibil* OR growth OR enrollment)) |
| 04/15/2021 - 02/27/2024 | ((MA OR Medicare) W/5 (member* OR enrollment)) W/10 (growth OR forecast* OR visibil* OR risk OR cost* OR expense* OR trend* OR utilization) |
| 02/01/2023 - 02/27/2024 | (IBNR OR "incurred but not reported" OR PYD OR "prior year development") W/10 ("medical margin" OR reserv* OR EBITDA OR guidance OR project* OR estimate OR forecast* OR calculat*) |
| 04/15/2021 - 02/27/2024 | ((utilization W/10 (referral* OR specialist* OR "elective procedure*")) OR "outpatient surger*" OR "Part B drug*" OR "medical claim*" OR "medical expense*") W/25 ("medical margin" OR EBITDA) |
| 04/15/2021 - 02/27/2024 | (payor* OR "health plan" OR insurer* OR carrier*) W/15 (referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "Part B drug*" OR "medical claim*" OR "medical expense*" OR incomplet* OR deficien* OR inaccur* OR utilization OR covid OR pandemic) |

# SIDLEY

Lucas F. Olts
January 17, 2026
Page 3

| Date Range | Search Term |
|---|---|
| 04/15/2021 - 02/27/2024 | ("professional services" OR "professional services agreement" OR PSA OR "services agreement") W/10 (physician* OR provider* OR PCP OR "primary care" OR "physician partner*") |
| 04/15/2021 - 02/27/2024 | (physician* OR doctor* OR provider* OR PCP) W/15 (utilization OR covid OR pandemic) |
| 04/15/2021 - 02/27/2024 | ((CMS OR "Centers for Medicare") W/10 (utilization OR (demand W/5 (care OR services)) OR ((Covid OR pandemic) W/10 (demand OR utiliz*)) OR referral* OR specialist* OR cost* OR expense* OR "Total Care Model") |
| 04/15/2021 - 02/27/2024 | ((competitor* OR industry OR benchmark* OR peer* OR "health system") AND (trend* OR forecast* OR projection* OR estimate* OR industry)) W/15 (utilization OR demand) |
| 02/01/2023 - 02/27/2024 | ("Total Care Model" OR TCM) W/15 (cost* OR expense* OR "medical margin" OR EBITDA OR utiliz* OR data OR analys* OR forecast* OR trend* OR perform* OR result* OR variabil* OR volatil* OR predict* OR report*) |
| 04/15/2021 - 02/27/2024 | ((financial OR fiscal) W/5 ((outlook OR estimat* OR projection OR forecast OR guidance) W/5 ("FY23" OR "FY24" OR 2023 OR 2024))) W/10 (lower* OR withdraw* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*)) |
| 12/01/2023 - 01/05/2024 | "medical margin" AND (lower* OR retroactiv* OR adjust* OR revis* OR change* OR estim* OR track* OR forecast* OR model* OR assumpt* OR sensitivit* OR analys* OR data OR financial* OR result*)) |
| 04/15/2021 - 02/27/2024 (CD&R comms) | (financial* OR "income statement" OR "cash flow" OR earnings OR "stockholders' equity" OR "business plan" OR "annual budget*" OR "forecast*" OR "projection*" OR "financial report*" OR "operational data" OR "Section 2.2" OR "Section 2.3" OR "Stockholder Agreement") |
| 04/15/2021 - 02/27/2024 | ("medical margin" OR EBITDA) W/5 (guidance OR forecast* OR projection* OR outlook) |
| 04/15/2021 - 02/27/2024 | ("earnings call" OR "press release" OR "earnings release" OR (10Q OR "10-Q") OR (10K OR "10-K")) W/15 (prepare* OR comment OR draft* OR review* OR edit* OR modif* OR revis* OR change* OR distribut* OR approv* OR final* OR "talking point*" OR script) |
| 02/01/2023 - 03/01/2024 | ("November 3 2023" OR "11/03/2023" OR "November 6 2023" OR "11/06/2023" OR "January 5 2024" OR "01/05/2024" OR "February 28 2024" OR "02/28/2024" OR "February 29 2024" OR "02/29/2024" OR "March 1 2024" OR "03/01/2024") AND (analyst OR "sell-side" OR "price target" OR "investor feedback" OR IR OR "investor relations" OR debrief OR recap OR driver* OR factor*) |

# SIDLEY

Lucas F. Olts
January 17, 2026
Page 4

| Date Range | Search Term |
|---|---|
| 10/26/2023 - 11/02/2023; 12/30/2023 - 01/05/2024; 02/20/2024 - 02/27/2024 | (earnings W/7 (statement OR disclosure OR announcement OR release)) OR "earnings call" OR "10-Q" OR "10-K" OR transcript OR script OR "talking point*" OR (investor W/7 (deck OR slide* OR presentation)) OR (("medical margin" OR EBITDA OR guidance) W/7 (adjust* OR revis* OR lower OR change)) |
| 10/12/2023 - 11/09/2023 | ("medical margin" OR "108 million" OR EBITDA OR guidance) W/10 (reason* OR trend* OR cause*) |
| 02/01/2023 - 02/27/2024 | ((utiliz* OR "medical cost*" OR "cost trend*" OR "service volume" OR "outpatient surgery" OR "outpatient procedure" OR "elective procedure*" OR "Part B drug*" OR reserve* OR "add 30 million" OR "reserving posture" OR "composite utilization" OR "May 2023" OR "PPO" OR "HMO" OR "reserve adjustment") W/10 (cause* OR explain* OR impact OR analys* OR model* OR forecast* OR trend* OR memorandum*)) W/15 (EBITDA OR guidance OR forecast* OR variance) |
| 02/01/2023 - 02/27/2024 | ((FY23 OR "fiscal year 2023" OR FY24 OR FY26 OR "fiscal year 2024" OR "fiscal year 2026") W/15 (guidance OR "medical margin" OR EBITDA OR "financial outlook")) W/15 (lower* OR reduc* OR cut* OR withdraw* OR suspend* OR revis* OR chang* OR driver* OR cause* OR impact) |
| 04/15/2021 - 02/27/2024 | ("01/05/2024" OR "Jan 5 2024") AND (deck OR slide* OR presentation OR script OR "talking point*" OR transcript OR "press release" OR "earnings call" OR "investor call") |
| 02/01/2023 - 02/27/2024 | ("medical expense*" OR "medical cost*" OR "service volume" OR "specialist visit*" OR "outpatient surgery" OR "Part B drug" OR "supplemental benefit*") W/10 (increase* OR rise OR spike OR surge OR escalat* OR backlog OR "pent-up demand") |
| 04/15/2021 - 02/27/2024 | ("01/05/2024" OR "Jan 5 2024") AND (basis OR backup OR assumpt* OR model* OR forecast* OR "guidance bridge" OR bridge OR walk OR variance OR "plan vs actual" OR "root cause") |
| 12/15/2023 - 01/12/2024 | (utilization OR "cost trend*" OR "medical cost*" OR "medical expense*" OR "expense trend*" OR "cash flow" OR EBITDA OR "medical margin") W/10 (reason* OR trend* OR cause*) |
| 02/01/2024 - 02/27/2024 | (FY23 OR "fiscal year 2023" OR FY24 OR "fiscal year 2024" OR guidance OR "medical margin" OR EBITDA OR "financial outlook") W/15 (lower* OR reduc* OR cut* OR revis* OR chang* OR impact OR loss OR analys* OR model* OR forecast* OR result* OR "FY23 10-K" OR "financial report" OR "earnings report") |
| 02/01/2024 - 02/27/2024 | (guidance OR "medical margin" OR EBITDA OR forecast OR projection OR estimate) AND (deck OR slide* OR presentation OR script OR "talking point*" OR "Q-A" OR transcript OR "press release" OR "earnings call" OR "investor call" OR "10-K" OR "10-Q") |
| After 01/01/2023 | (ICFR OR "internal control*" OR "disclosure control*") W/15 (polic* OR guideline* OR procedure*) |
| After 01/01/2023 | "material weakness" W/15 (remediat* OR identif* OR cause OR reasons) |

# SIDLEY

Lucas F. Olts
January 17, 2026
Page 5

| Date Range | Search Term |
|---|---|
| 04/15/2021 - 02/27/2024 | ("Form 4" OR "Form 144" OR "trading window" OR "open window" OR "preclear*" OR "pre-clear*" OR "share sale*" OR "stock purchase*" OR "share purchase*" OR "trading policy") W/15 ("CD R" OR Sell OR Bensley OR Hittner OR Venkatachalia) |
| 09/01/2021 - 09/28/2021; 07/25/2022 - 08/25/2022; 04/25/2023 - 05/31/2023 | (("Clayton Dubilier" OR " Vector" OR "CD&R" OR "CDR") AND ("prospectus supplement" OR "Form S-3" OR "Form 144" OR "stock liquidation") AND (board OR approv* OR consent OR resolut* OR authoriz* OR closing OR pricing OR announcement OR "insider sale" OR "stockholder sale")) |
| 04/15/2021 - 02/27/2024 | (("Clayton Dubilier" OR " Vector" OR "CD&R" OR "CDR") AND ("stock sale" OR "share sale" OR "secondary offering" OR "follow-on offering") AND (board OR approv* OR consent OR resolut* OR authoriz* OR closing OR pricing OR announcement OR "insider sale" OR "stockholder sale")) AND ("September 14 2021" OR "09/14/2021" OR "August 11 2022" OR "08/11/2022" OR "May 18 2023" OR "05/18/2023") |
| 04/15/2021 - 02/27/2024 | ((Bensley OR Kasenchak OR "Clay Richards" OR Schnall OR Strum) W/10 (depart* OR resign* OR retire* OR "step down" OR termination OR "leadership transition" OR "succession plan" OR replacement OR announcement OR "management change")) |
| 04/15/2021 - 02/27/2024 (calendars only) | "medical margin" OR EBITDA OR utilization OR earnings |
| 04/15/2021 - 02/27/2024 | ("Sarbanes-Oxley" OR SOX OR "Section 302" OR "Section 906" OR certification OR "sub-certification" OR subcertification) W/10 (Sell OR Bensley OR Hittner OR Venkatachaliah OR "10-K" OR 10K OR "10-Q" OR 10Q OR "quarterly report" OR "annual report") |
| 02/01/2023 - 02/27/2024 | (analyst OR "sell-side" OR "buy-side" OR "research" ) W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap) |
| 04/15/2021 - 02/27/2024 | ((conference OR meeting OR "investor day" OR presentation OR earnings OR roadshow) W/20 ("shareholder" OR "investor" OR "financial analyst" OR "institutional investor" OR "investment bank" OR "financial publication" OR journalist OR reporter)) W/20 ("medical margin" OR EBITDA OR "adjusted EBITDA" OR "financial forecast" OR visibil* OR "business model" OR utilization OR "Total Care Model") |
| 02/01/2023 - 02/27/2024 | ("financial analyst" OR "analyst expectation*" OR "consensus estimate*" OR "earnings estimate*" OR "price target" OR "analyst note" OR "sell-side") W/10 (miss OR target* OR plan* OR achieve* OR expect* OR progress OR guidance) |
| 02/01/2023 - 02/27/2024 | ("buy-side" OR "research report" OR "research coverage") AND (meet OR beat OR miss* OR target* OR plan* OR achieve* OR expect* OR project* OR forecast* OR perform* OR progress OR "financial goal" OR "earnings target" OR "financial objective" OR guidance) |



Lucas F. Olts
January 17, 2026
Page 6

| Date Range | Search Term |
|---|---|
| 02/01/2023 - 02/27/2024 | ("analyst report" OR "equity research" OR "sell-side report" OR "research note" OR "analyst coverage" OR "analyst model") W/50 (agilon OR EBITDA OR "medical margin" OR forecast* OR guidance OR visibil* OR "financial result*" OR "conference call" OR "earnings call" OR presentation OR deck OR slide* OR "Q-A" OR transcript) |

Please provide any proposal for additional or alternative search terms within 14 days of receipt of this letter, as required under Section III.D. of the EDA.

I'm available if you wish to discuss.

Sincerely,

Mason Parham