# EXHIBIT B

**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
|---------|----------|-----------|-----------|------------|
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Christopher D. Stewart
cstewart@rgrdlaw.com

January 31, 2026

<u>VIA EMAIL</u>

Mason Parham
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, IL  60603

      Re:    *In re agilon health, inc. Securities Litigation*,
             No. 1:24-cv-00297 (W.D. Tex.)

Dear Counsel:

I write with regard to the following matters.

**A.**      **Search Terms and Custodians**

Pursuant to Section III.D. of the Parties' Electronic Discovery Agreement ("EDA"), and in response to Defendants' letter dated January 17, 2026 proposing search terms, Plaintiffs are providing their revisions to Defendants' January 17, 2026 search terms and Plaintiffs' additional search terms that are necessary to identify documents responsive to Plaintiffs' First Request for Production of Documents to agilon and the Individual Defendants ("First RFP").

Plaintiffs' Appendix A, attached hereto, lists the revised and additional search terms Plaintiffs propose to be run across the custodial and non-custodial sources during the date ranges specified.

We request you provide a hit report after global de-duplication for the terms in Appendix A, including the number of documents that hit on each term, the number of unique documents that hit on each term (documents that hit on a particular term and no other term on the list), and the total number of documents that would be returned by using the proposed search term list, with and without families.  Please provide the same term-level report with respect to the terms Defendants proposed on January 17, 2026.

With regard to the ten custodians identified in your January 17, 2026 letter, Defendants have produced zero documents to date (other than insurance agreements pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv)), including any documents identifying agilon's employees, lines of reporting within

**Robbins Geller
Rudman & Dowd** LLP

Mason Parham
January 31, 2026
Page 2

agilon, etcetera, during the Relevant Time Period ("RTP"), leaving Plaintiffs to negotiate agilon's custodians in the dark.  Although your January 27, 2026 email states agilon has "organizational charts" responsive to Plaintiffs' Request No. 44, reflecting agilon's "Leadership Team, Centralized Operations, Payer, Technology, and Finance" groups/teams" and "two reporting levels down from the top for each identified team during the relevant period," we have not yet received those documents from you.

Nonetheless, in an effort to move discovery along, we identify below the following additional proposed custodians.  We propose these custodians in addition to the ten you identified on January 17, 2026, while reserving the right to propose additional or different custodians once you begin producing documents (including the above-referenced "organizational charts") and other information regarding agilon's employees and lines of reporting:

1.    Albert de Hombre;

2.    Ben Shaker;

3.    Benjamin Kornitzer, M.D.;

4.    Claire Mulhearn;

5.    Derek Strum;

6.    Katie Boyer;

7.    Kenny Bellendir;

8.    Kevin Spencer, M.D.;

9.    Kristin Xanders;

10.    Matthew Gillmor;

11.    Richard Schnall;

12.    Ronald Williams;

13.    Sam Rowland; and

14.    Sarah Mokover.

**B.    Outstanding Disputes Regarding Certain Document Requests**

Based on the Parties' meet-and-confer sessions and written correspondence, there remain certain outstanding disputes with respect to Defendants' responses and objections to Plaintiffs'

Robbins Geller
Rudman & Dowd LLP

Mason Parham
January 31, 2026
Page 3

document requests to Defendants, including:[1]

**Request Nos. 1-4, 6, 10-12, 14-15, 31, 49, and 50-51**: Defendants are standing on their objection that their search and production of documents in response to Request Nos. 1-4, 6, 10, 15, 31, and 50-51 will be limited to documents dated from February 1, 2023, through February 27, 2024, and their search and production of documents in response to Request Nos. 11-12, 14, and 49 will be limited to a similarly narrowed time period.  C. Stewart 12-11-25 Ltr. at 2-6; M. Parham 12-30-25 Ltr. at 2-4.

**Request Nos. 16-17, 29, 36-37**: Defendants are standing on their objection that no documents will be searched for or produced in response to these requests.  C. Stewart 12-11-25 Ltr. at 7-8; M. Parham 12-30-25 Ltr. at 5-7.

**Request Nos. 19-21**: Defendants are standing on their objections to these requests.  C. Stewart 12-11-25 Ltr. at 6-7; M. Parham 12-30-25 Ltr. at 4.

**Request No. 33**: Defendants are standing on their objection that their production in response to this request will be limited to: "final board of directors meeting presentations, minutes, or materials from the pleaded class period that reflect, discuss, or analyze the preparation, basis, or content of the specific challenged statements that remain at issue."  C. Stewart 12-11-25 Ltr. at 8;[2] M. Parham 12-30-25 Ltr. at 6.

**Request No. 31-32, 34**: Defendants are standing on their objections to these requests.  C. Stewart 12-11-25 Ltr. at 13-14; M. Parham 12-30-25 Ltr. at 9.

---

[1]    The details of the Parties' positions with respect to these requests are more fully set forth in the Parties' respective correspondence cited below and will not be repeated here.  Plaintiffs reserve all rights with respect to any other requests not specifically identified herein.

[2]    Plaintiffs' December 11, 2025 letter proposed to narrow the scope of Request No. 33 to Board materials "in which one or more of the following topics were addressed: (1) agilon's medical margin guidance or the bases of agilon's financial projections; (2) agilon's business model; (3) patient utilization trends; (4) agilon's reported financial results; (5) sales of agilon stock by any of the Defendants; (6) communications with any CD&R Defendants; (7) any CD&R Defendants' ownership stake in agilon, or ability to operate, influence, or control agilon; (8) records of any CD&R Defendants' attendance or participation at agilon board of directors meetings; (9) the Stockholder Agreement dated April 16, 2021; (10) agilon's public statements on November 2, 2023, January 5, 2024, or February 27, 2024; (11) the Company's internal controls over financial reporting, and material weakness(es) in agilon's internal controls; or (12) the departures of Timothy S. Bensley, Priscilla Kasenchak, Glenn Sobotka, Clay Richards, Richard J. Schnall, and Derek L. Strum."

**Robbins Geller
Rudman & Dowd** LLP

Mason Parham
January 31, 2026
Page 4

The Parties also disagree on the beginning and end of the RTP for purposes of documents responsive to the First RFP.  The First RFP included an RTP of January 1, 2021 through May 31, 2024 – 3.5 months before the Class Period begins, and 3 months after the Class Period ends.  With the exception of Request No. 23, Defendants are refusing to search for and produce documents dated outside the Class Period (April 15, 2021 to February 27, 2024).  Plaintiffs are willing to shorten the RTP to begin on February 15, 2021, but maintain that the RTP should extend to May 31, 2024, so as to capture relevant documents.  *See, e.g.*, Complaint, ¶¶211, 241-246 (alleging facts and events post-dating the Class Period); agilon health, inc. 2024 Report on Form 10-K at 76 (stating agilon continued to take steps after the end of the Class Period to address the "material weakness" disclosed during the Class Period and alleged in the Complaint at ¶¶91, 207).  In securities fraud cases such as this one, courts recognize that information relevant to the required elements of proof are often found before and after the Class Period.  *See, e.g.*, *In re Toyota Motor Corp. Sec. Litig.*, 2012 WL 3791716, at *4, *6 (C.D. Cal. Mar. 12, 2012) (holding the Class Period "'does not determine the period of relevancy for discovery purposes'" and noting pre- and post-Class Period documents can lead to "the discovery of potentially admissible evidence of scienter, falsity, materiality and loss causation"); *In re FirstEnergy Corp. Sec. Litig.*, 2023 WL 8100096, at *3 (S.D. Ohio Nov. 20, 2023) ("'[i]n general, courts allow discovery to extend to events before and after the period of actual liability so as to provide context'") (citing cases); *Ind. Pub. Ret. Sys. v. Pluralsight, Inc.*, 2024 WL 495965, at *1 (D. Utah Feb. 8, 2024) (finding six months after the Class Period relevant in securities action); *Toyota*, 2012 WL 3791716, at *4, *8 (ordering RTP of four years before and two months after the Class Period).

As explained during the Parties' conferral and in correspondence, Plaintiffs strongly disagree with Defendants' positions with regard to the above matters, and believe motion practice will be necessary to resolve the Parties' differences.  Please let us know when you are available early next week to meet and confer regarding the Parties' collective list of search terms, and regarding the outstanding disputes listed above, in order to determine whether we may promptly reach an agreement on the search terms, and to determine which of the disputes above will require motion practice.

Sincerely,

CHRISTOPHER D. STEWART

CDS:lls

**PLAINTIFFS' APPENDIX A**

| Term No. | Date Range | Search Term [1] |
|---|---|---|
| 1 | 2/15/2021 – 5/31/2024 | (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins) W/25 (expense* OR cost* OR financ* OR forecast* OR fcst* OR guid* OR project* OR model* OR predict* OR estimat* OR expect* OR target* OR report* OR calculat* OR track* OR trajector* OR visibil* OR progression OR grow* OR outlook OR "leading indicator*") |
| 2 | 2/15/2021 – 5/31/2024 | (("MA member*" OR "Medicare Advantage" OR "MA" OR "member months" OR "attributed lives" OR "covered lives" OR "attributed members" or "covered members" OR "attributed patients" or "covered patients") W/25 (forecast* OR fcst* OR project* OR predict* OR estimat* OR expect* OR outlook OR visibil* OR progression OR grow* OR enroll*)) |
| 3 | 2/15/2021 – 5/31/2024 | (("MA" OR Medicare*) W/5 (member* OR patient* OR lives OR enroll*)) W/25 (grow* OR forecast* OR fcst* OR predict* OR project* OR estimat* OR expect* OR visibil* OR risk* OR cost* OR expense* OR trend* OR utiliz*) |
| 4 | 2/15/2021 – 5/31/2024 | (IBNR OR "incurred but not reported" OR PYD OR "prior year development*" OR (("prior period*") W/3 develop*) OR PPD) W/25 ("medical margin*" OR margin OR margins OR reserv* OR EBITDA* OR EBIT* OR aebitda OR expense* OR cost* OR claim* OR guid* OR project* OR estimat* OR expect* OR predict* OR forecast* OR fcst* OR calculat* OR track* OR impact* OR policy OR policies OR report* OR procedur*) |
| 5 | 2/15/2021 – 5/31/2024 | utiliz* AND ((referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "outpatient" OR surger* OR "Part B*" OR claim* OR expense* OR cost*) W/25 ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins OR EBITDA* OR EBIT* OR aebitda)) |
| 6 | 2/15/2021 – 5/31/2024 | (payor* OR payer* OR "health plan*" OR "MA plan*" OR insurer* OR carrier* OR Aetna* OR Humana* OR Unitedhealth* OR "United Health*") W/25 (referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR procedure* OR outpatient* OR surger* OR "Part B*" OR claim* OR expense* OR cost* OR incomplet* OR deficien* OR inaccur* OR utiliz* OR demand OR covid* OR pandemic OR prepandemic OR postpandemic OR pre-pandemic OR post-pandemic) |
| 7 | 2/15/2021 – 3/1/2024 | ("professional services" OR "professional services agreement" OR PSA OR "services agreement") W/10 (doctor* OR physician* OR provider* OR PCP* OR "primary care" OR "physician partner*") |

---

[1] Search Terms to be run across all custodians and non-custodial sources. Term Nos. 1-40 are Defendants' terms as revised by Plaintiffs. Term Nos. 41-69 are Plaintiffs' additional terms.

| | | |
|---|---|---|
| 8 | 2/15/2021 – 5/31/2024 | (physician* OR doctor* OR provider* OR PCP* OR "medical care" OR "medical services") W/25 (utiliz* OR demand OR covid* OR pandemic OR prepandemic OR postpandemic OR pre-pandemic OR post-pandemic) |
| 9 | 2/15/2021 – 5/31/2024 | ((CMS OR "Centers for Medicare") AND (utiliz* OR (demand W/5 (patient* or member* OR medical* or healthcare* OR care OR services OR procedure* OR outpatient* OR surger*) OR ((Covid OR pandemic) W/10 (demand OR utiliz*)) OR referral* OR specialist* OR cost* OR expense* OR "Total Care Model" OR TCM) |
| 10 | 2/15/2021 – 5/31/2024 | ((competitor* OR industr* OR benchmark* OR peer* OR "health system*" OR "health plan*" OR "MA plan*" OR payor* OR payer* OR insurer* OR carrier* OR Aetna* OR Humana* OR Unitedhealth* OR "United Health*") AND (trend* OR forecast* OR fcst* OR project* OR track* OR model* OR trajector* OR estimat* OR industr*)) W/25 (utiliz* OR demand) |
| 11 | 2/15/2021 – 5/31/2024 | ("Total Care Model" OR TCM OR hightouch OR "high touch" OR "high-touch" OR "business model" OR "AGL* model" OR "value based model" OR (agilon* W/3 model)) W/25 (cost* OR expense* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR utiliz* OR data OR analy* OR forecast* OR fcst* OR trend* OR perform* OR result* OR variabil* OR volatil* OR sustainab* OR unsustainab* OR durab* OR predict* OR report* OR profit* OR strength) |
| 12 | 2/15/2021 – 5/31/2024 | ((financial OR fiscal OR agilon* OR AGL OR "FY23" OR "FY 23" OR "FY 24" OR "FY24" OR "CY23" OR "CY 23" OR "CY 24" OR "CY24" OR "calendar year 23" OR "calendar year 24") W/10 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/10 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*)) |
| 13 | 1/1/2023 – 5/31/2024 | ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins) AND (lower* OR retroactiv* OR adjust* OR revis* OR decreas* OR cut* OR down OR chang* OR estim* OR track* OR forecast* OR fcst* OR model* OR assumpt* OR sensitivit* OR analys* OR data OR financial* OR result*)) |
| 14 | 2/15/2021 – 5/31/2024 [2] | (financial* OR "income statement" OR "cash flow*" OR CF OR earnings* OR "stockholders' equity" OR "business plan*" OR budget* OR forecast* OR fcst* OR project* OR report* OR  data OR "Section 2.2" OR "Section 2.3" OR "Stockholder Agreement" OR (Stockholder* W/3 Agreement*) OR (Shareholder* W/3 Agreement*)) |
| 15 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR "MM" OR MMPM OR PMPM OR margin OR margins OR EBITDA* OR EBIT* OR aebitda) W/15 (guid* OR forecast* OR fcst* OR project* OR outlook OR estimat* OR predict* OR visibil*) |

---

[2]     The Parties should discuss this term, which Defendants' proposal noted as "CD&R Comms."

| 16 | 2/15/2021 – 5/31/2024 | ("earnings call*" OR "press release*" OR "earnings release*" OR 10Q* OR 10-Q* OR 10K* OR 10-K* OR 8-K* OR 8K* OR "financial statement*"  OR "MD&A") W/15 (prepare* OR comment* OR draft* OR file* OR filing OR review* OR edit* OR modif* OR revis* OR chang* OR distribut* OR approv* OR final* OR "talking point*" OR script* OR disclos* OR withhold* OR conceal* OR omit* OR omission*) |
| --- | --- | --- |
| 17 | 1/1/2023 - 5/31/2024 | ("November 3*" OR "11/03/2023" OR "Nov 3*" OR "Nov 3rd" OR "November 3rd" OR "November 6*" OR "Nov 6*" OR "Nov 6th" OR "11/06/2023" OR "January 5*" OR "01/05/2024" OR "February 28*" OR "02/28/2024" OR "February 29*" OR "02/29/2024" OR "March 1*" OR "03/01/2024" OR ((results or guid* or forecast* or fcst*) W/5 (2023 or "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR 2024 or "FY24" OR "FY 24" OR "fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24" OR "calendar year 24")) AND (analyst* OR "sell-side" OR "price target" OR target* OR PT OR "investor feedback" OR IR OR "investor relations" OR debrief* OR recap OR driv* OR factor* OR cause*) |
| 18 | 1/1/2023 - 5/31/2024 | (earnings W/7 (statement* OR disclos* OR announc* OR releas* OR call*)) OR "earnings call" OR 10Q* OR 10-Q* OR 10K* OR 10-K* OR 8-K* OR 8K* OR transcript* OR script* OR "talking point*" OR (investor* W/7 (deck* OR slide* OR present*)) OR (("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins OR EBITDA* OR "adjusted EBITDA" OR EBIT* OR aebitda OR guid* OR outlook OR project* OR results OR forecast* OR fcst*) W/7 (adjust* OR revis* OR lower* OR chang* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend*)) |
| 19 | 1/1/2023 - 5/31/2024 | ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin* OR "108 million" OR EBITDA* OR EBIT* OR aebitda OR guid* OR outlook OR project* OR results OR announce* OR forecast* OR fcst*) W/10 (reason* OR trend* OR driv* OR factor* OR cause*) |
| 20 | 2/15/2021 – 5/31/2024 | ((utiliz* OR "medical cost*" OR "cost trend*" OR "service volume" OR "outpatient surger*" OR "outpatient procedure*" OR outpatient* OR procedure* OR surger* OR "elective procedure*" OR "Part B*" OR reserv* OR "30 million" OR "reserving posture" OR "composite utilization" OR "May 2023" OR "PPO" OR "HMO" OR (reserv* W/3 adjust*)) W/10 (cause* OR explain* OR explanation* OR impact* OR affect* OR effect* OR analys* OR model* OR forecast* OR fcst* OR trend* OR mem*)) W/15 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins guid* OR forecast* OR fcst* OR variance* OR differen*) |
| 21 | 1/1/2023 - 5/31/2024 | ((FY23 OR "fiscal year 2023" OR "fiscal 23" OR FY24 OR FY26 OR "fiscal year 2024" OR "fiscal 24" OR "fiscal year 2026" OR "fiscal 26" OR "CY23" OR "CY 23" OR "CY 24" OR "CY24" OR "calendar year 23" OR "calendar year 24" OR "CY26" OR "CY 26" OR "calendar year 26") W/15 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) |
| 22 | 1/1/2023 - 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR ((results or guid* or forecast* or fcst*) W/5 (2023 or "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR 2024 or "FY24" OR "FY 24" OR "fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24" OR "calendar year 24")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)) |

| 23 | 2/15/2021 – 5/31/2024 | ((medical W/3 expense*)  OR (medical W/3 cost*) OR (service* W/3 volume*) OR (patient* W/3 volume*) OR (specialist* W/3 visit*) OR "outpatient surger*" OR outpatient* OR procedure* OR elective OR surger* OR "Part B*" OR "supplemental benefit*") W/10 (increas* OR rise OR risen OR rising OR rose OR spik* OR surge OR surged OR surging OR escalat* OR backlog* OR back-log* ) OR "back log*"OR "pent-up" OR "pent up") |
|----|----|----|
| 24 | 1/1/2023 - 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (results W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR "calendar year 2023")) W/25 (basis* OR backup OR assumpt* OR model* OR forecast* OR fcst* OR "guid* OR bridge* OR walk OR variance* OR "plan vs actual" OR "root cause*") |
| 25 | 1/1/2023 - 5/31/2024 | (utiliz* OR "cost trend*" OR "medical cost*" OR "medical expense*" OR "expense trend*" OR "cash flow*" OR EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR margin OR margins) W/10 (reason* OR trend* OR cause* OR explain* OR explanation* OR impact* OR affect* OR effect*) |
| 26 | 11/1/2023 - 5/31/2024 | (FY23 OR "fiscal year 2023" OR FY24 OR "fiscal year 2024" OR "CY23" OR "CY 23" OR "calendar year 23" OR "calendar year 2023" OR "CY24" OR "CY 24" OR "calendar year 24" OR "calendar year 2024" OR guid* OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook") W/15 (lower* OR reduc* OR cut* OR revis* OR chang* OR impact* OR loss* OR analys* OR model* OR forecast* OR fcst* OR result* OR "FY23 10-K" OR 10K OR "10-K" OR "8-K" OR "8K" OR "financial report*" OR "earnings report*") |
| 27 | 1/1/2023 - 5/31/2024 | (guid* OR "medical margin*" OR EBITDA*  OR EBIT* OR aebitda  OR forecast* OR fcst* OR project* OR estimat*) W/25 (deck* OR slide* OR presentation* OR script* OR "talking point*" OR "Q-A" OR Q&A OR transcript* OR "press release" OR release* OR "earnings call" OR "investor call" OR 10Q* OR 10-Q* OR 10K* OR 10-K* OR 8-K* OR 8K*) |
| 28 | After 1/1/2023 | (ICFR OR "internal control*" OR "disclosure control*" OR "SOX" OR Sarbanes* OR COSO) W/15 (polic* OR guideline* OR procedure* OR weakness* OR MW OR deficien*) |
| 29 | After 1/1/2023 | ("material weakness*" OR weakness* OR MW OR deficien*) W/15 (remediat* OR identif* OR cause* OR reason* OR reporting OR visibil* OR reserve* OR "IPE" OR "information produced by the entity" OR claims OR payables OR expense*) |
| 30 | 2/15/2021 – 5/31/2024 | ("Form 4*" OR "Form 144" OR "trading window*" OR "open window*" OR "preclear*" OR "pre-clear*" OR "share sale*" OR "stock purchase*" OR "share purchase*" OR purchas* OR "trading polic*" OR (stock or share*) W/3 (sale* OR sell*))) W/35 ("CD R" OR "Clayton Dubilier" OR Vector* OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR (Ste* W/3 Sell) OR Bensley OR Hittner OR Venkatachalia) |
| 31 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR "Vector" OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) AND (prospectus* OR "Form S-3" OR "Form 144" OR "stock liquidation" OR stock OR share*) AND (board OR approv* OR consent OR resolut* OR authoriz* OR closing OR pricing OR announcement OR "insider sale*" OR (insider* W/3 trad*) OR (insider* W/3 selling) OR "stockholder sale*" OR sale* or sell*) |

| 32 | 2/15/2021 – 5/31/2024 | (("Clayton Dubilier" OR "Vector" OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*)) OR *@cdr-inc.com) AND ("stock sale" OR "share sale" OR sale* OR sell* OR stock OR share* OR "secondary offering" OR "follow-on offering" OR offering*) AND (board OR approv* OR consent OR resolut* OR authoriz* OR closing OR pricing OR announcement OR "insider sale" OR (insider* W/3 trad*) OR (insider* W/3 selling) OR "stockholder sale")) |
|---|---|---|
| 33 | 4/15/2021 - 3/1/2024 | ((Bensley* OR Kasenchak* OR Richards* OR Schnall* OR Strum*) W/10 (depart* OR resign* OR retir* OR "step* down" OR terminat* OR fire* OR firing OR quit* OR resign* OR leav* OR remov* OR "leadership transition" OR "succession plan" OR replac* OR announc* OR (chang* W/3 management)) |
| 34 | 4/15/2021 - 3/1/2024 [3] | "medical margin*" OR margin OR margins OR EBITDA* OR utiliz* OR demand* OR earnings OR financial* OR guid* OR forecast* OR fcst* OR reserv* OR Vector* OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com OR "MA" OR Medicare* OR CMS OR "Centers for Medicare" OR ICFR OR "material weakness*" |
| 35 | 4/15/2021 - 3/1/2024 | (Sarbanes* OR SOX OR "Section 302" OR "Section 906" OR certification* OR sub-cert* OR subcert*) W/10 (Sell OR Bensley OR Hittner OR Venkatachaliah OR 10-K* OR 10K* OR 10-Q* OR 10Q* OR  report*) |
| 36 | 4/15/2021 - 3/1/2024 | ("Barclay Pearce*" OR *@barclaypearce.com.au OR *@benchmarkcompany.com OR BofA* OR *@bofa.com OR BTIG* OR *@btig.com OR JMP* OR *@jmpsecurities.com OR Cowen* OR *@cowen.com OR Deutsche* OR *@db.com OR Evercore* OR *@evercoreisi.com OR Goldman* OR *@gs.com OR Guggenheim* OR *@guggenheimpartners.com OR Jefferies* OR *@jefferies.com OR "J.P. Morgan*" OR JPMorgan* OR "JP Morgan" OR *@jpmorgan.com OR Leerink* OR *@svbleerink.com OR *@leerink.com OR *@svbsecurities.com OR "Morgan Stanley"* OR *@morganstanley.com OR Nephron* OR *@nephronresearch.com OR RBC* OR *@rbccm.com OR Stifel* OR *@stifel.com OR Truist* OR *@truist.com OR UBS* OR *@ubs.com OR "Wells Fargo*" OR *@wellsfargo.com OR "William Blair*" OR *@williamblair.com OR *@wolferesearch.com OR analyst* OR "sell-side" OR "buy-side") W/20 ("earnings call" OR "conference call*" OR "investor call*" OR transcript* OR "Q-A" OR "Q&A" OR "FAQ*" OR script* OR "talking point*" OR debrief* OR recap* OR meeting* OR "follow* up" OR question* OR call* OR coverage* OR "price target*" OR PT OR consensus OR rating* OR upgrad* OR downgrad* OR buy* OR sell* OR hold*) |
| 37 | 4/15/2021 - 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/20 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/20 ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins EBITDA* OR EBIT* OR aebitda OR  OR "adjusted EBITDA" OR "financial forecast" OR visibil* OR "business model" OR utiliz* OR "Total Care Model" OR TCM) |
| 38 | 1/1/2023 - 5/31/2024 | (analyst* OR OR consensus OR "earnings estimate*" OR "price target*" OR "analyst note*" OR "sell-side") W/10 (miss* OR target* OR plan* OR achieve* OR expect* OR progress OR guid*) |

---

[3]    The Parties should discuss this term, which Defendants' proposal notated as "calendars only."

| 39 | 1/1/2023 - 5/31/2024 | ("buy-side" OR "research report" OR "research coverage") W/25 (meet* OR beat* OR miss* OR target* OR plan* OR achiev* OR expect* OR project* OR forecast* OR fcst* OR perform* OR progress OR "financial goal" OR "earnings target" OR "financial objective" OR guid*) |
|---|---|---|
| 40 | 1/1/2023 - 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side* W/3 report*") OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/50 (EBITDA* OR "adjusted EBITDA" OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins OR forecast* OR fcst* OR guid* OR visibil* OR "financial result*" OR "conference call*" OR "earnings call*" OR presentation OR deck OR slide* OR "Q-A" OR Q&A* OR transcript*) |
| 41 | 1/1/2023 – 5/31/2024 | (miss* OR below OR under) W/5 (guid* OR expect* OR consensus OR plan OR target OR forcast* OR fcst*) |
| 42 | 2/15/2021 – 5/31/2024 | ((medical* OR healthcare* OR member* OR patient* OR care*) W/5 (cost* OR expense)) W/25 (forecast* OR fcst* OR guid* project* OR model* predict* OR estimat* OR expect* OR target* OR report* OR calculat* OR track* OR trajector* OR visibil* OR progression OR outlook OR "leading indicator*") |
| 43 | 2/15/2021 – 5/31/2024 | ("prior year" W/5 (cost* OR claim* OR expens*)) W/25 ("medical margin*" OR margin OR margins OR reserv* OR EBITDA* OR EBIT* OR aebitda OR guid* OR project* OR estimat* OR expect* OR predict* OR forecast* OR fcst* OR calculat*) |
| 44 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand OR cost* OR expense* OR outpatient OR surger* OR procedures) W/25 (pentup* OR pent-up* OR "pent up*" OR defer* OR backlog* OR back-log* OR "back log*" OR spike* OR surge OR surged OR surging OR "build up" OR "built up" OR "building up" OR stepup* OR "step-up" OR "step* up" OR accelerat* OR decelerat* OR moderat* OR "held off" OR wait*) |
| 45 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand) W/35 (guid* OR forecast* OR fcst* OR project* OR predict* OR estimat* OR expect* OR calculat* OR model* OR track* OR trajector* OR visibil* OR progression OR grow* OR outlook OR driv* OR shift* OR trend*) |
| 46 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand) W/35 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin" OR "per-per-month" OR MMPM OR PMPM OR margin OR margins) |
| 47 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand) W/25 (suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR non-COVID* OR prepandemic OR postpandemic OR pre-pandemic OR post-pandemic) |
| 48 | 2/15/2021 – 5/31/2024 | insulat* W/10 (spik* OR surge OR surged OR surging) |

| 49 | 2/15/2021 – 5/31/2024 | (agilon* W/5 model*) W/35 (demand or utiliz* OR suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR non-COVID*) |
|---|---|---|
| 50 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) W/35 (control* OR own* OR seats* OR position* OR percentage* OR stake* OR held* or holding* OR nominat*) |
| 51 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) W/35 ("document request*" OR "consolidated statement*" OR "business plan*" OR budget* OR forecast* OR fcst* OR projection* OR financial*) |
| 52 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) AND ((request* OR provid* OR shar* OR send* OR sent*) W/20 (info* OR material* OR document* OR "financial statement*" OR "business plan*" OR "statement of operations" OR income OR "cash flow*" OR CF OR budget* OR forecast* OR fcst* OR projection*) |
| 53 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) W/35 (meet* OR call* OR attendees* OR discuss* OR conversation* OR email* OR text*) |
| 54 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) AND (stockholder* W/3 agreement*) |
| 55 | 2/15/2021 – 5/31/2024 | reserv* W/10 ("MA" OR Medicare* OR conservativ* OR underaccr* OR (under* W/2 accru*) OR increas* OR decreas* OR margin OR margins) |
| 56 | 2/15/2021 – 5/31/2024 | (BOD OR (Board W/5 director*)) W/20 (EBITDA* OR "medical margin*" OR "Total Care Model" OR "business model" OR (agilon* W/3 model) OR "Clayton Dubilier" OR "Vector" OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com OR "material weakness*" OR utilization OR demand OR (Stockholder* W/3 Agreement*) OR (Shareholder* W/3 Agreement*) OR (insider* (sale* OR sell* OR trad*)) OR ICFR OR "internal control*") |
| 57 | 2/15/2021 – 5/31/2024 | (Board OR BOD) W/10 (meet* OR minutes* OR presentation* OR deck* OR report*)) AND (EBITDA* OR "medical margin*" OR "Total Care Model" OR "business model" OR (agilon* W/3 model) OR "Clayton Dubilier" OR "Vector" OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com OR "material weakness*" OR utilization OR demand OR (Stockholder* W/3 Agreement*) OR (Shareholder* W/3 Agreement*) OR (insider* (sale* OR sell* OR trad*)) OR ICFR OR "internal control*") |
| 58 | 2/15/2021 – 5/31/2024 | ("Ernst Young" OR "Ernst & Young" OR "EY" OR "E&Y") W/35 ("IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR margin OR margins OR utiliz* OR weakness* OR MW OR deficien*) |

| | | |
|---|---|---|
| 59 | 2/15/2021 – 5/31/2024 | (*@ey.com) AND (“IBNR” OR “Incurred But Not Reported” OR “medical margin*” OR “MM” OR “medmargin*” OR “med margin*” OR “med. margin*” OR “per-per-month” OR “per member per month” OR MMPM OR PMPM OR margin OR margins OR utiliz* OR weakness* OR MW OR deficien*) |
| 60 | 4/15/2021 – 5/31/2024 | (Sell OR Bensley) W/10 (comp* OR bonus* OR “salary” OR “incentive plan*” OR “severance”) |
| 61 | 7/1/2023 – 5/31/2024 | (“Milliman” OR *@milliman.com) AND (cost* OR claim* OR expense* OR actuar* OR utiliz* OR “IBNR” OR “Incurred But Not Reported” OR “medical margin*” OR “MM” OR “medmargin*” OR “med margin*” OR “med. margin*” OR “per-per-month” OR “per member per month” OR MMPM OR PMPM OR margin OR margins OR EBITDA* OR guid* OR data OR pipeline OR weakness* OR MW OR controls* OR remediat* OR PPD OR “prior period development*” OR PYD OR “prior year development*”) |
| 62 | 2/15/2021 – 5/31/2024 | (false OR misleading) W/10 (info* OR statement*) |
| 63 | 2/15/2021 – 5/31/2024 | (mislead* OR misled* OR misrepresent*) W/20 (public OR investor* OR statement* OR info*) |
| 64 | 2/15/2021 – 5/31/2024 | (risk OR risks) W/3 disclos* |
| 65 | 2/15/2021 – 5/31/2024 | (visibil* OR predictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR MA OR “Medicare Advantage” OR platform) |
| 66 | 2/15/2021 – 5/31/2024 | ((visibil* OR predictab*) W/10 (high* OR low* OR lack* OR reduc* OR deficient*)) AND (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR MA OR “Medicare Advantage” OR platform) |
| 67 | 2/15/2021 – 5/31/2024 | (unpredictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR “Medicare Advantage”) |
| 68 | 2/15/2021 – 3/1/2024 | (partner* AND agreement*) W/10 (doctor* OR physician* OR provider* OR PCP* OR “primary care”) |
| 69 | 4/15/2024 – 5/31/2024 | (CMS OR “Centers for Medicare” OR “Brooks-LaSure”) W/5 (letter* OR RFI OR “request for information”) |