# EXHIBIT D

**Robbins Geller
Rudman & Dowd** LLP

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Christopher D. Stewart
cstewart@rgrdlaw.com

February 23, 2026

<u>VIA EMAIL</u>

Mason Parham
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX  75201

> Re:    *In re agilon health, inc. Securities Litigation*,
>        No. 1:24-cv-00297 (W.D. Tex.)

Dear Counsel:

I write in response to Defendants' February 11, 2026 letter ("February 11 Letter"), which responded to Plaintiffs' January 31, 2026 letter ("January 31 Letter") containing proposed additional search terms and custodians, and following our meet and confer regarding the February 11 Letter on February 19, 2026.

As a preliminary matter, the February 11 Letter's contention that Plaintiffs' proposed additional terms "produced a net increase of *938,548* documents" is grossly misleading, as that figure is vastly inflated due to an apparent failure to apply Plaintiffs' and Defendants' search terms consistently.

Defendants proposed the following Term 14 on January 17, 2026 – "(financial* OR "income statement" OR "cash flow" OR earnings OR "stockholders' equity" OR "business plan" OR "annual budget*" OR "forecast*" OR "projection*" OR "financial report*" OR "operational data" OR "Section 2.2" OR "Section 2.3" OR "Stockholder Agreement")" – which Defendants' vaguely notated in the letter as "CD&R comms."

Plaintiffs' January 31 Letter proposed revisions to the term, while explicitly requesting that the "Parties [] discuss this term, which Defendants' proposal notated as 'CD&R Comms.'" Defendants did not respond to our January 31 request to confer on this term, and refused to discuss any of Plaintiffs' proposed terms or how those terms would be applied prior to sending Defendants' February 11 Letter.

The February 11 Letter clarified that Defendants' "Original Term 14 [*i.e.*, the term quoted above] was only run to/from/cc/bcc @CDR-inc.com." Defendants, however, ran Plaintiffs' revised version across the entire database, yielding 800,000 documents – *85%* of the "net increase" cited in above.  The true volume of documents yielded by Plaintiffs' proposed terms would have been

**Robbins Geller
Rudman & Dowd** LLP

Mason Parham
February 23, 2026
Page 2

significantly lower had Defendants run the parties' respective proposed terms consistently.  Thus, we reject Defendants' contention that Plaintiffs' proposed terms were unreasonable.

Plaintiffs attempted during the February 19 call to understand the bases for Defendants' revisions to Plaintiffs' proposed search terms from January 31.  As explained during the February 19 call, Defendants' February 11 revisions to Plaintiffs' proposed terms were often inconsistent and made without a clear basis.  Defendants, for example:

- Repeatedly deleted "cost*", while retaining "expense*", even though the agilon Defendants publicly used the terms "cost" and "costs" in the context of discussing agilon's financial results and performance, *see, e.g.*, ¶113 ("We've been able to manage *costs* and deliver predictable results through each one of these surges."); ¶129 ("we have great visibility from a *cost* perspective"); ¶134 ("really predictable *costs* kind of quarter in, quarter out"); ¶151 ("[O]ur model is so geared to improving the quality and outcome for our patients that actually drives *cost* down."); ¶161 ("agilon's model is distinctively different and more durable and predictable in driving *cost* and quality results"); ¶163 ("We have not seen any meaningful change in our expected *cost* trend, including outpatient procedures."); ¶171 ("And by the way, of course, inpatient is by far the largest part of our *cost* basis."); *id.* ("That's a smaller portion of the overall *cost* pie.  And so the inpatient decrease is more than offsetting that."); ¶172 ("inpatient, which is by far the largest bucket of *cost* for us"); October 29, 2021 earnings call (Sell: "results were especially encouraging given broader dynamics around medical *costs*");

- Deleted such words as "med. margin*", on the premise it "could" result in "false hits," while retaining "med. margin".  Defendants' deletions were also inconsistent – they deleted "med. margin*" in some terms but retained it in others;

- Deleted "payer*", while retaining "payor*", despite the two words' synonymous usage by the agilon Defendants, *see e.g.*, ¶172 ("commentary from the *payers* . . . notwithstanding any commentary from the *payers* and utilization leads us to believe we're well reserved"); ¶180 ("We didn't have enough information from May or June to really see what some of the *payers* were referring to. . . .  Compared to some of the comments that I've made from some of the big *payers* . . . ."); ¶181 ("large *payer* with a broad network versus our high-touch PCP patient model"); ¶227 ("was almost entirely isolated to system issues with a single *payer*"); and

4917-1824-2448.v2

**Robbins Geller**
**Rudman & Dowd** LLP

Mason Parham
February 23, 2026
Page 3

- Deleted words unmistakably designed to identify the CD&R Defendants, such as "CD&R", "CDR" "Vector*", and "Clayton Dubilier" (while arbitrarily retaining only "CD R").

During the February 19 call, Defendants were generally unable to explain the reasoning behind their deletions to Plaintiffs' proposed terms, other than to vaguely speculate that words (*e.g.*, "med. margin*") "could" result in "false hits," or state that words were deleted because they appeared in "other terms." Defendants confirmed during the February 19 call that they had not actually undertaken the analysis of determining whether the terms they deleted in fact resulted in "false hits." Although Defendants indicated their revisions were driven by their goal to get the hit count down to a "manageable level," Plaintiffs disagree that such an arbitrary, results-driven approach justifies the deletion of terms and phrases that would yield swaths of responsive documents.

Further, even if Defendants are required to review hundreds of thousands of documents in connection with this litigation, that is hardly uncommon in document-intensive securities class actions such as this one, which allege an intricate fraud that spans a three-year Class Period and involves multiple claims and . *See, e.g.*, *N.Y. State Tchrs.' Ret. Sys. v. Gen. Motors Co.*, 315 F.R.D. 226, 231 (E.D. Mich. 2016), *aff'd sub nom. Marro v. N.Y. State Tchrs.' Ret. Sys.*, 2017 WL 6398014 (6th Cir. Nov. 27, 2017) (defendants produced over "13 million" documents); *In re Citigroup Inc. Sec. Litig.*, 965 F. Supp. 2d 369, 376 (S.D.N.Y. 2013) ("Defendants produced approximately 35 million pages"); *In re Marsh & McLennan Cos., Inc. Sec. Litig.*, 2009 WL 5178546, at *5 (S.D.N.Y. Dec. 23, 2009) (defendants produced "over thirty-four million pages of documents"); *In re Flag Telecom Holdings, Ltd. Sec. Litig.*, 2010 WL 4537550, at *1 (S.D.N.Y. Nov. 8, 2010) (defendants produced "more than 2.4 million pages of documents"); *In re Am. Apparel, Inc. S'holder Litig.*, 2014 WL 10212865, at *3 (C.D. Cal. July 28, 2014) ("defendants produced more than 1.5 million pages of documents"); *Herrera v. Wells Fargo Bank, N.A.*, 2021 WL 9374975, at *5 (C.D. Cal. Nov. 16, 2021) (defendants produced "more than a million pages of documents"); *Freedman v. Weatherford Int'l Ltd.*, 2014 WL 4547039, at *3 (S.D.N.Y. Sep. 12, 2014) (defendants "reviewed 'millions of documents . . . and [produced] hundreds of thousands'"). Moreover, that Defendants may need to review hundreds of thousands of documents evidencing their fraud is entirely a problem of Defendants' own making, as it is they who chose to engage in securities fraud in the first place.

Although Plaintiffs continue to believe their proposed search terms are reasonable and proportional, per your request, Plaintiffs have undertaken additional efforts to further revise their proposed terms from January 31, including by proposing narrower search strings and/or time periods for certain searches. While Defendants' February 11 Letter did not propose edits to approximately 24 of the 37 additional terms Plaintiffs proposed on January 31, Plaintiffs have nonetheless undertaken to narrow many of those terms as well.

4917-1824-2448.v2

**Robbins Geller**
**Rudman & Dowd** LLP

Mason Parham
February 23, 2026
Page 4

Plaintiffs' revised search terms are attached as Appendix A.  While Plaintiffs' January 31 Letter listed 69 discrete search terms, Defendants "broke[] out some of Plaintiffs' [January 31] proposed terms into 92 separate searches as set forth in [Defendants' February 11 Letter]."  Plaintiffs' attached Appendix A retains this 92-term structure so as to maintain consistency with Defendants' division of those terms, and allow for reliable hit count comparisons across the proposals.  As the attached Appendix A notes, Plaintiffs have agreed to approximately 23 of the search terms as Defendants proposed them in their February 11, 2026 counter-proposal.

Regarding Term 14, consistent with our February 19 call, the attached Appendix A proposes applying Term 14 to: "(1) emails sent from/to/cc/bcc *@CDR-inc.com; and (2) emails containing *@CDR-inc.com within the text."  Additionally, for comparative purposes, we request you also run the same Term 14 across the following two document subsets, and provide us with the hit counts specific to Term 14 using these two alternative subsets (differences between the above and below subsets are bolded/italicized):

i.  "(1) emails ***and attachments*** sent from/to/cc/bcc *@CDR-inc.com; and (2) emails containing *@CDR-inc.com within the text."

ii.  "(1) emails ***and attachments*** sent from/to/cc/bcc *@CDR-inc.com; (2) emails containing *@CDR-inc.com within the text; ***and (3) the custodial files of CD&R insiders Clay Richards and Ravi Sachdev, whom Defendants confirmed during the February 19, 2026 call that agilon has possession of their ESI***."

We reiterate our request from January 31 and February 19 that Defendants provide the unique hit counts corresponding to the parties' respective proposed terms, so that the parties can mutually understand the unique number of hits that each search term yields.  We understand from our call you are considering our request.

Finally, you indicated during our February 19 call that you will provide a counter-proposal to Plaintiffs' February 17, 2026 amended list of proposed custodians, and we await that counter-proposal.

Sincerely,

CHRISTOPHER D. STEWART

4917-1824-2448.v2

APPENDIX A

| Term No. | Date Range | Search Term | Notation |
|---|---|---|---|
| 1 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM) W/10 (expense* OR cost* forecast* OR fcst* OR guidance OR visibil*) | |
| 1 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM) W/10 (model* OR prediction* OR estimat* OR expectation* OR target* OR calculat* OR track* OR trajector* OR progression OR "leading indicator*") | |
| 2 | 2/15/2021 – 5/31/2024 | (("MA member*" OR "Medicare Advantage" OR "attributed lives" OR "covered lives" OR "attributed members" OR "covered members") W/10 (forecast* OR fcst* OR projection* OR projected OR prediction* OR estimat* OR expectation* OR outlook OR visibil* OR enrollment*)) | |
| 3 | 2/15/2021 – 5/31/2024 | ("MA" OR Medicare) W/5 (member* OR patient* OR enrollment)) W/10 (forecast* OR fcst* OR prediction* OR projection* OR projected OR estimat* OR expectation* OR visibil* OR cost* OR expense* OR trend* OR utilization) | |
| 4 | 2/15/2021 – 5/31/2024 | (IBNR OR "incurred but not reported" OR PYD OR "prior year development*" OR "prior period development*" OR PPD) W/15 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR reserve* OR reserving OR EBITDA* OR aebitda OR guidance* OR projection* OR estimat* OR expectation* OR prediction* OR forecast* OR fcst*) | |
| 5 | 2/15/2021 – 5/31/2024 | utiliz* AND ((referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "outpatient procedure*" OR "elective surger*" OR outpatient* OR "Part B drug*" OR expense* OR cost*) W/10 ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM)) | |
| 6 | 2/15/2021 – 5/31/2024 | (payor* OR payer* OR "health plan*" OR "MA plan*" OR insurer* OR carrier* OR Aetna* OR Humana* OR Unitedhealth* OR "United Health*") W/10 (referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "elective surger*" OR "outpatient procedure*" OR "Part B drug*" OR "medical claim*" OR "medical expense*" OR "medical cost*" OR incomplet* OR deficien* OR inaccur* OR utiliz* OR covid* OR pandemic) | |
| 7 | 2/15/2021 – 5/31/2024 | ("professional services" OR "professional services agreement" OR PSA OR "services agreement") W/10 (doctor* OR physician* OR provider* OR PCP* OR "primary care" OR "physician partner*") | Plaintiffs agree to Defendants' 2/11/26 proposal |
| 8 | 2/15/2021 – 5/31/2024 | (physician* OR doctor* OR provider* OR PCP* OR "medical care" OR "medical services") W/15 (utiliz* OR demand OR pandemic) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 9 | 2/15/2021 – 5/31/2024 | (CMS OR "Centers for Medicare") W/40 ((utilization OR ((demand W/5 (medical* OR healthcare* OR care OR services OR procedure* OR outpatient* OR surger*)) OR ((Covid OR pandemic) W/5 (demand OR utiliz*)) OR referral* OR specialist* OR cost* OR expense* OR "Total Care Model" OR TCM)) | |
| 10 | 2/15/2021 – 5/31/2024 | ((competitor* OR industry OR benchmark* OR peer* OR "health system") AND (trend* OR forecast* OR projection* OR estimate*)) W/15 (utilization OR demand) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 11 | 2/15/2021 – 5/31/2024 | ("Total Care Model" OR TCM OR hightouch OR "high touch" OR "high-touch" OR "business model" OR "AGL* model" OR (agilon* W/1 model)) W/15 (cost* OR expense* OR "medical margin*" OR EBITDA* OR utiliz* OR analys* OR forecast* OR fcst* OR trend* OR perform* OR result* OR variabil* OR volatil* OR sustainab* OR unsustainab* OR durab* OR predict* OR report* OR profit* OR strength) | |
| 12 | 1/1/2023 – 5/31/2024 | ("(""CY23"" OR ""CY 23"" OR ""CY 24"" OR ""CY24"" OR ""calendar year 23"" OR ""calendar year 24"") W/10 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/10 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*))" | |

| | | | |
|---|---|---|---|
| 12 | 1/1/2023 – 5/31/2024 | (financial OR fiscal OR agilon* OR AGL OR "FY23" OR "FY 23" OR "FY 24" OR "FY24") W/10 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/10 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*)) | |
| 13 | 12/1/2023 – 3/1/2024 | ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM) W/10 (lower* OR retroactiv* OR adjust* OR revis* chang* OR estim* OR track* OR forecast* OR fcst* OR model* OR assumpt* OR sensitivit* OR analys* OR data OR financial* OR result*) | |
| 14 | 2/15/2021 – 5/31/2024 | *Limited to: (1) emails sent from/to/cc/bcc \*@CDR-inc.com; and (2) emails containing \*@CDR-inc.com within the text.*<br><br>(financial* OR "income statement*" OR "cash flow*" OR earnings* OR "stockholders' equity" OR "business plan*" OR budget* OR forecast* OR fcst* OR projection* OR "financial report*" OR data OR "Section 2.2" OR "Section 2.3" OR "Stockholder Agreement") | |
| 15 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR EBITDA* OR aebitda) W/10 (guidance* OR forecast* OR fcst* OR projection* OR outlook OR estimate* OR prediction* OR visibil*) | |
| 16 | 2/15/2021 – 5/31/2024 | ("earnings call*" OR "press release*" OR "earnings release* OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K* OR "financial statement*") W/10 (prepare* OR comment* OR draft* OR review* OR edit* OR modif* OR revis* OR chang* OR approv* OR finaliz* OR "talking point*" OR script* OR disclos* OR withhold* OR conceal* OR omit* OR omission*) | |
| 17 | 10/1/2023 – 3/1/2024 | ("November 3*" OR "11/03/2023" OR "Nov 3" OR "Nov 3rd" OR "November 3rd" OR "November 6*" OR "Nov 6*" OR "Nov 6th" OR "11/06/2023" OR "January 5*" OR "01/05/2024" OR "February 28*" OR "02/28/2024" OR "February 29*" OR "02/29/2024" OR "March 1*" OR "03/01/2024") AND (analyst* OR "sell-side" OR "price target*" OR OR "investor feedback" OR IR OR "investor relations" OR debrief* OR recap OR driver* OR factor* OR cause*) | |
| 17 | 10/1/2023 – 3/1/2024 | ((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24")) AND (analyst* OR "sell-side" OR "price target*" OR "investor feedback" OR IR OR "investor relations" OR debrief* OR recap OR driver* OR factor* OR cause*) | |
| 18 | 10/1/2023 - 11/8/2023 12/1/2023 - 1/7/2024 2/1/2024 - 3/1/2024 | (earnings W/5 (statement OR disclosure OR announcement OR release)) OR "earnings call" OR "10-Q" OR "10-K" OR transcript OR script OR "talking point*" OR (investor W/5 (deck OR slide* OR presentation)) OR (("medical margin" OR EBITDA OR guidance) W/5 (adjust* OR revis* OR lower OR change)) | |
| 18 | 10/1/2023 - 11/8/2023 12/1/2023 - 1/7/2024 2/1/2024 - 3/1/2024 | (("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR EBITDA* OR "adjusted EBITDA" aebitda OR guidance* OR outlook OR projection* OR forecast* OR fcst*) W/7 (adjust* OR revis* OR lower* OR chang* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend*)) | |
| 19 | 1/1/2023 – 5/31/2024 | ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "108 million" OR EBITDA* OR aebitda OR guidance  OR forecast* OR fcst*) W/10 (reason* OR trend* OR cause*) | |
| 20 | 2/15/2021 – 5/31/2024 | ((utiliz* OR "medical cost*" OR "cost trend*") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agree to Defendants' 2/11/26 proposed term |

| | | | |
|---|---|---|---|
| 20 | 2/15/2021 – 5/31/2024 | (("service volume" OR "outpatient surger*") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 20 | 2/15/2021 – 5/31/2024 | (("outpatient procedure*" OR outpatient*) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 20 | 2/15/2021 – 5/31/2024 | ((procedure* OR surger*) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 20 | 2/15/2021 – 5/31/2024 | (("elective procedure*" OR "Part B") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 20 | 2/15/2021 – 5/31/2024 | ((reserv* OR "30 million" OR "reserving posture")W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 20 | 2/15/2021 – 5/31/2024 | (("composite utilization" OR "May 2023" OR "PPO")W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 20 | 2/15/2021 – 5/31/2024 | (("HMO" OR (reserv* W/3 adjust*)) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 21 | 1/1/2023 – 5/31/2024 | ((FY23 OR "fiscal year 2023" OR "fiscal 23" OR FY24 OR FY26 OR "fiscal year 2024" OR "fiscal 24" OR "fiscal year 2026" OR "fiscal 26") W/10 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/10 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 21 | 1/1/2023 – 5/31/2024 | (("CY23" OR "CY 23" OR "CY 24" OR "CY24" OR "calendar year 23" OR "calendar year 24" OR "CY26" OR "CY 26" OR "calendar year 26") W/15 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 22 | 1/1/2024 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 ("fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24" OR "calendar year 24")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) | |
| 22 | 1/1/2024 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) | |

3

| | | | |
|---|---|---|---|
| 23 | 2/15/2021 – 5/31/2024 | (("medical expense*") OR ("medical cost*") OR ("service volume") OR ("patient volume*") OR "outpatient surger*" OR "outpatient procedur*" OR "elective surger*" OR "elective procedur*")  OR "Part B drug*" OR "supplemental benefit*") W/10 ((increas* OR rise OR risen OR rising OR rose OR spik* OR surge OR surged OR surging OR escalat* OR backlog* OR "back-log*" OR "back log*" OR "pent-up" OR "pent up") | |
| 24 | 1/1/2023 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (results W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR "calendar year 2023"))) W/15 (basis* OR backup OR assumpt* OR model* OR forecast* OR fcst* OR guid* OR bridge* OR walk OR variance* OR "plan vs actual" OR "root cause*") | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 25 | 1/1/2023 – 5/31/2024 | (utilization OR "cost trend*" OR "medical cost*" OR "medical expense*" OR "expense trend*" OR "cash flow" OR "medical margin") W/10 (reason* OR trend* OR cause* OR effect* OR affect) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 26 | 11/1/2023 – 5/31/2024 | (FY23 OR "fiscal year 2023" OR FY24 OR FY26 OR "FY 26" OR "fiscal year 2024" OR "CY23" OR "CY 23" OR "CY24" OR "CY 24") W/15  (guidance* OR forecast* OR fcst* OR "medical margin*") W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR impact*) | |
| 26 | 11/1/2023 – 5/31/2024 | ("MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook") W/15 (lower* OR reduc* OR cut* OR revis* OR chang* OR impact* OR loss* OR analys* OR model* OR forecast* OR fcst*) | |
| 27 | 1/1/2023 – 5/31/2024 | (guidance OR "medical margin*" OR forecast* OR fcst*) W/10 (deck* OR slide* OR presentation* OR script* OR "talking point*" OR "Q-A" OR "Q A" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K*) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 28 | After 1/1/2023 | (ICFR OR "internal control*" OR "disclosure control*" OR "SOX" OR Sarbanes*) W/15 (polic* OR guideline* OR procedure* OR weakness* OR MW OR deficien*) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 29 | After 1/1/2023 | ("material weakness*" OR weakness* OR MW OR deficien*) W/15 (remediat* OR identif* OR cause* OR reason* OR reporting OR visibil* OR reserve* OR "IPE" OR "information produced by the entity" OR claims OR payables OR expense*) | |
| 30 | 2/15/2021 – 5/31/2024 | ("Form 4*" OR "Form 144" OR "trading window*" OR "open window*" OR "preclear*" OR "pre-clear*" OR "share sale*" OR "stock purchase*" OR "share purchase*" OR "trading polic*") W/20 ("CD R" OR "Clayton Dubilier" OR Vector* OR "CDR" OR "CDR" OR (Clayton* W/3 Dub*)) | |
| 31 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*)) AND ((prospectus OR "Form S-3" OR "Form 144" OR "stock liquidation" OR "secondary offering" OR "follow- on offering") W/25 (board OR approv* OR consent OR resolut* OR authoriz* OR closing OR pricing OR announcement)) | |
| 32 | 2/15/2021 – 5/31/2024 | (("Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "Ste* Sell") W/25 ("stock sale*" OR "sell* stock" OR "sold stock" OR "share sale*" OR "sell* share*" OR "sold share*" OR "insider* trad*" OR "insider* sell*" OR "insider* sale*" OR "sold agilon" OR "sell agilon" OR "sold AGL" OR "sell AGL") | |
| 33 | 4/15/2021 – 3/1/2024 | ((Bensley* OR Kasenchak* OR Richards* OR Schnall* OR Strum*) W/10 (departure* OR departed OR resign* OR retir* OR "step* down" OR terminat* OR fire* OR firing OR quit* OR remov* OR "leadership transition" OR "succession plan" OR replac* OR (chang* W/3 management))) | |
| 34 | 4/15/2021 – 3/1/2024 | **(calendars only)[1]**<br><br>"medical margin*" OR EBITDA* OR utilization OR earnings OR OR Vector* OR "CD&R" OR "CDR" OR (Clayton* W/3 Dub*) OR "material weakness*" | |

[1]    Per Defendants' February 11, 2026 Letter, this search is limited to "calendars only."

| | | | |
|---|---|---|---|
| 35 | 4/15/2021 – 3/1/2024 | (Sarbanes* OR SOX OR "Section 302" OR "Section 906" OR certification* OR "sub-cert*" OR subcert*) W/7 (Sell OR Bensley OR "10-K*" OR 10K* OR "10-Q*" OR 10Q*) | |
| 36 | 4/15/2021 – 3/1/2024 | ("Barclay Pearce*" OR Cowen OR Deutsche OR JMP OR Evercore OR Goldman OR BofA OR BTIG) W/10 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 36 | 4/15/2021 – 3/1/2024 | (*@jmpsecurities.com OR @cowen.com OR *@db.com OR *@evercoreisi.com OR *@barclaypearce.com.au OR *@benchmarkcompany.com OR *@bofa.com OR *@btig.com) W/25 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 36 | 4/15/2021 – 3/1/2024 | (Guggenheim OR Leerink OR Jefferies OR "Morgan Stanley" OR "J.P. Morgan" OR JPMorgan)  W/10 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 36 | 4/15/2021 – 3/1/2024 | (*@jpmorgan.com OR *@gs.com OR *@jefferies.com OR *@svbleerink.com OR *@leerink.com OR *@svbsecurities.com* OR @guggenheimpartners.com) W/25 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 36 | 4/15/2021 – 3/1/2024 | (Nephron OR RBC OR UBS OR Stifel OR Truist OR "William Blair" OR "Wells Fargo")  W/10 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 36 | 4/15/2021 – 3/1/2024 | (*@morganstanley.com OR *@nephronresearch.com OR *@rbccm.com OR *@stifel.com OR *@truist.com OR *@ubs.com OR *@wellsfargo.com OR *@williamblair.com) W/25 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 36 | 4/15/2021 – 3/1/2024 | (*@wolferesearch.com) W/25 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 37 | 4/15/2021 – 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 37 | 4/15/2021 – 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 (PMPM OR margin OR "margins EBITDA*" OR EBIT* OR aebitda OR "adjusted EBITDA" OR "financial forecast" OR visibil* OR "business model" OR utiliz* OR "Total Care Model" OR TCM) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 38 | 1/1/2023 – 5/31/2024 | (analyst* OR consensus OR "earnings estimate*" OR "price target*" OR "analyst note*" OR "sell-side") W/10 (miss* OR target* OR plan* OR guidance*) | |
| 39 | 1/1/2023 – 5/31/2024 | ("buy-side" OR "research report*" OR "research coverage" OR meet* OR beat* OR miss*) W/15 (target* OR plan* OR expect* OR project* OR forecast* OR fcst* OR perform* OR progress OR "financial OR "financial objective" OR guid*) | |
| 40 | 1/1/2023 – 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/20 (EBITDA* OR "adjusted EBITDA" OR EBIT* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM OR margin OR margins) | |
| 40 | 1/1/2023 – 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR | |

| | | | |
|---|---|---|---|
| | | (analyst* W/3 model*) OR (street* W/3 model*)) W/20 (forecast* OR fcst* OR guid* OR visibil* OR "financial result*" OR "conference call*" OR "earnings call*" OR presentation OR deck OR slide* OR "Q-A" OR "Q A*" OR transcript*) | |
| 41[2] | 1/1/2023 – 5/31/2024 | (miss* OR below) W/5 (guidance* OR expectation* OR consensus OR plan OR target OR forecast* OR fcst*) | |
| 42 | 2/15/2021 – 5/31/2024 | ((medical* OR healthcare* OR member* OR patient* OR care*) W/5 (cost* OR expense)) W/10 (forecast* OR fcst* OR guidance* OR projection* OR model* OR prediction* OR estimat* OR expection* OR calculat* OR track* OR trajector* OR visibil* OR progression OR outlook OR "leading indicator*") | |
| 43 | 2/15/2021 – 5/31/2024 | ("prior year" W/5 (cost* OR claim* OR expens*)) W/25 ("medical margin*" OR margin OR margins OR reserv* OR EBITDA* OR EBIT* OR aebitda OR guid* OR project* OR estimat* OR expect* OR predict* OR forecast* OR fcst* OR calculat*) | |
| 44 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand OR cost* OR expense* OR outpatient OR surger* OR procedures) W/10 (pentup* OR "pent-up*" OR "pent up*" OR defer* OR backlog* OR "back-log*" OR "back log*" OR spike* OR surge OR surged OR surging OR "build up" OR "built up" OR "building up" OR stepup* OR "step-up" OR "step* up" OR accelerat* OR decelerat* OR moderat* OR "held off") | |
| 45 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand) W/10 (guidance* OR forecast* OR fcst* OR projection* OR prediction* OR estimat* OR expect* OR model* OR track* OR trajector* OR visibil* OR progression OR grow* OR outlook OR driv* OR shift* OR trend*) | |
| 46 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand) W/10 (EBITDA* OR aebitda OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin" OR MMPM OR PMPM OR margin OR margins) | |
| 47 | 2/15/2021 – 5/31/2024 | (utiliz* OR demand) W/10 (suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR "non-COVID*" OR prepandemic OR postpandemic OR "pre-pandemic" OR "post-pandemic") | |
| 48 | 2/15/2021 – 5/31/2024 | insulat* W/10 (spik* OR surge OR surged OR surging) | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 49 | 2/15/2021 – 5/31/2024 | (agilon* W/5 model*) W/15 (demand OR utiliz* OR suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR "non-COVID*") | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 50 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) W/10 (control* OR own* OR seats* OR position* OR percentage* OR stake* OR held* OR holding* OR nominat*) | |
| 51 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) W/25 ("document request*" OR "consolidated statement*" OR "business plan*" OR budget* OR forecast* OR fcst* OR projection* OR financial*) | |
| 52 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) W/25 ((request OR provid* OR shar* OR deliver*) W/10 (info* OR material* OR document* OR "financial statement*" OR "business plan*" OR "statement of operations" OR income OR "cash flow*" OR budget* OR forecast* OR fcst* OR projection*)) | |
| 53 | 2/15/2021 – 5/31/2024 | (("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) W/5 (meet OR call* OR attendees* OR discuss* OR conversation* OR email* OR text*)) AND (agilon or AGL) | |
| 54 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) AND (stockholder W/3 agreement*) | |
| 55 | 2/15/2021 – 5/31/2024 | reserv* W/10 ("MA" OR Medicare* OR conservativ* OR underaccr* OR (under* W/2 accru*) OR increas* OR decreas* OR margin OR margins) | |

---

[2]     Terms 41-42, 44-47, 50-66 and 68 listed herein were included in Plaintiffs' January 31, 2026 proposal and omitted from Defendants' February 11, 2026 counter-proposal.

| 56 | 2/15/2021 – 5/31/2024 | (BOD OR (Board W/2 director*)) W/50 (EBITDA* OR "medical margin*" OR "Total Care Model" OR "business model" OR "Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com OR "material weakness*" OR utilization OR demand OR "Stockholder Agreement*" OR (insider* W/3 (sale* OR sell* OR trad*)) OR ICFR OR "internal control*") | |
| 57 | 2/15/2021 – 5/31/2024 | ((Board OR BOD) W/10 (meet* OR minutes* OR presentation* OR deck* OR report*)) W/50 (EBITDA* OR "medical margin*" OR "Total Care Model" OR "business model" OR "Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "material weakness*" OR utilization OR demand) | |
| 57 | 2/15/2021 – 5/31/2024 | ((Board OR BOD) W/10 (meet* OR minutes* OR presentation* OR deck* OR report*)) W/50 ((Stockholder* W/3 Agreement*) OR (insider* W/3 (sale* OR sell* OR trad*)) OR ICFR OR "internal control*") | |
| 58 | 2/15/2021 – 5/31/2024 | ("Ernst Young" OR "EY" OR "E Y") W/35 ("IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*"  OR utilization OR weakness* OR MW OR deficien*) | |
| 59 | 2/15/2021 – 5/31/2024 | (*@ey.com) AND ("IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR utilization OR weakness* OR MW OR deficien*) | |
| 60 | | **[Term withdrawn by Plaintiffs]** | |
| 61 | 7/1/2023 – 5/31/2024 | ("Milliman" OR *@milliman.com) AND (financial* OR forecast* OR cost* OR claim* OR expense* OR actuar* OR utilization OR "IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR margin OR margins OR EBITDA* OR guidance* OR weakness* OR MW OR controls* OR remediat* OR PPD OR "prior period development*" OR PYD OR "prior year development*") | |
| 62 | 2/15/2021 – 5/31/2024 | (false OR misleading) W/5 (info* OR statement*) | |
| 63 | 2/15/2021 – 5/31/2024 | (mislead* OR misled* OR misrepresent*) W/5 (public OR investor* OR statement* OR info*) | |
| 64 | 2/15/2021 – 5/31/2024 | (risk OR risks) W/3 disclos* | |
| 65 | 2/15/2021 – 5/31/2024 | (visibil* OR predictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR MA OR "Medicare Advantage" OR platform) | |
| 66 | 2/15/2021 – 5/31/2024 | ((visibil* OR predictab*) W/5 (high* OR low* OR lack* OR reduc* OR deficient*)) AND (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR MA OR "Medicare Advantage" OR platform) | |
| 67 | 2/15/2021 – 5/31/2024 | (unpredictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage") | Plaintiffs agree to Defendants' 2/11/26 proposed term |
| 68 | | **[Term withdrawn by Plaintiffs]** | |
| 69 | 4/15/2024 – 5/31/2024 | (CMS OR "Centers for Medicare" OR "Brooks-LaSure") W/5 (letter* OR RFI OR "request for information") | Plaintiffs agree to Defendants' 2/11/26 proposed term |