# EXHIBIT F

**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Christopher D. Stewart
cstewart@rgrdlaw.com

March 6, 2026

<u>VIA EMAIL</u>

Mason Parham
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX  75201

> Re:  *In re agilon health, inc. Securities Litigation*,
>      No. 1:24-cv-00297 (W.D. Tex.)

Dear Counsel:

I write in response to the agilon Defendants' March 2, 2026 Letter ("March 2 Letter"), which responded to Plaintiffs' February 23, 2023 Letter ("February 23 Letter"), and following our March 4, 2026 call.

### A.    Plaintiffs' Requests For Unique Hit Counts

Plaintiffs reiterate their requests for unique hit counts – *i.e.* the number of "documents that hit on a particular term and no other term." ESI Agreement at III.D.  Defendants have yet to explain why they will not share this information for any of the search terms, despite Plaintiffs' reasonable requests for it.  January 31, 2026 letter at 1; February 23, 2026 letter at 4.  Information revealing the number of documents that hit on a particular term and no other term would allow Plaintiffs to understand the net impact of an individual term on the total number of documents yielded by all terms, and the purported "undue burden" on Defendants of including a particular term (or a version of that term) in the term set.

### B.    Plaintiffs' Revised Proposed Search Terms

As reflected in the attached Appendix A, Plaintiffs have continued to endeavor to reach a compromise by further refining and narrowing their proposed searches.  Plaintiffs submit these revised terms, in parallel with the parties' TAR discussions, in a good faith effort to reach agreement on search terms, while reserving all rights.

Defendants' March 2 Letter omits 21 of Plaintiffs' proposed terms.  In the spirit of compromise, Plaintiffs have not reinserted a number of those omitted terms into the attached

**Robbins Geller
Rudman & Dowd** LLP

Mason Parham
March 6, 2026
Page 2

Appendix A.  For other terms, however, Plaintiffs continue to believe they are reasonably tailored to target responsive documents.  Plaintiffs have also expended additional efforts to further narrow those terms.  To the extent Defendants believe certain of those terms are "duplicative" of others, this does not present a valid basis for excluding the terms wholesale where – as here – the terms are designed to capture relevant information and go to the heart of Plaintiffs' allegations and Defendants' affirmative defenses.  Any purported overlap between terms does not render them superfluous, and will be addressed through routine de-duplication of the documents.

Although Plaintiffs will not address in detail every term here, Terms 65 and 66 (which would capture documents about the "predictability" of agilon's financials, performance, and metrics) present two examples of terms that target clearly relevant information, as illustrated by Defendants' own statements during the Class Period, *e.g.*:

- ¶113: "we know that we can deliver ***predictable results***.  New government programs evolve over time, but we can deliver ***predictable results***."

- ¶129: "And I think that translated into more ***predictably*** from a ***cost*** perspective . . ."

- ¶134: "really ***predictable costs*** kind of quarter in, quarter out."

- 161: "agilon's model is . . . ***predictable*** in driving ***cost*** and quality results."

Again, Defendants' provision of unique hit counts would shed light on what the incremental impact of Terms 65 and 66 (or the other terms) would be on the total number of documents yielded by all terms.

Defendants also omitted Terms 58-59 and 61, which specifically target communications with Ernst and Young ("EY") and Milliman Inc. about agilon's medical margin, financial reporting and forecasting, and other key subjects, the precise categories of documents that Defendants indicated to the Court they would produce.  Dec. 10, 2025 Hrg Tr. at 11 ("we've agreed to produce the documents . . . the best approach is for the documents that are within agilon's possession, custody, and control, [to] come through agilon.").[1]

---

[1]    The March 2 Letter did not include hit counts for Term 61, however Defendants' February 11 letter indicated the term's non-unique hit count was fewer than 1,500 documents.

**Robbins Geller
Rudman & Dowd** LLP

Mason Parham
March 6, 2026
Page 3

While we have accepted several of Defendants' revisions, some of the limiters Defendants have proposed are overly restrictive in the context of the particular search and would thus exclude swaths of relevant documents.

Moreover, while Defendants contend their revisions "[r]emov[e] ambiguous abbreviations" such as "IR," it was Defendants who originally proposed the standalone term "IR" on January 17, 2026[2] – Plaintiffs merely included that acronym in their successive proposals. With regard to the acronym "MA," we have retained that acronym because eliminating it altogether disregards the reality that agilon officially defined "Medicare Advantage" as "MA," and Defendants routinely referred to "Medicare Advantage" as "MA" in agilon's SEC filings and during investor calls. *E.g.* 2021 Form 10-K at 1 ("contracts with Medicare Advantage ('MA') payors"), 5 ("MA plan," "MA patient"), 6 ("MA members"), 11 ("MA multi-payor"), 15 ("MA program"); ¶¶163, 169 ("MA claims"); ¶165 ("MA reserving", "MA and REACH"); ¶166 ("MA reserves"); ¶179 ("MA was within our guide").

In their February 11 Letter, Defendants proposed running most of the terms through May 31, 2024. In the March 2 letter, Defendants now propose an end date of March 1, 2024 for almost all of their terms, and a date range of April 15, 2024 to May 31, 2024 for Term 69. Plaintiffs have retained the end date of May 31, 2024, and understand the Relevant Time Period is an area of pending dispute.

### C.    TAR Issue First Raised By Defendants In The March 2 Letter

The parties' discussions with respect to the technology-assisted review/artificial intelligence ("TAR") issue, which the agilon Defendants raised for the first time in the March 2 Letter, are ongoing, and Plaintiffs are hopeful that the parties can reach an agreement on the matter pursuant to Section III of the parties' ESI Agreement.[3] On our March 4, 2026 call, you stated that you were not

---

[2]    January 17, 2026 letter at 3 (". . . investor feedback" OR IR OR "investor relations" OR . . .").

[3]    Section III of the ESI Agreement ("The parties will meet and confer regarding any proposed limitations on the scope of discovery, including custodians, custodial and non-custodial sources, date ranges, file types, or any additional proposed method to cull documents for review (*e.g.*, search terms, technology-assisted review, predictive coding) and III.E. ("If any party intends to use predictive coding/technology-assisted review or AI-assisted search or review for the purpose of culling the documents to be reviewed or produced, in advance of their use, that party shall so notify the requesting party and provide an opportunity to meet and confer in good faith to reach agreement regarding the use, if any, of such technologies.").

4921-6441-3588.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Mason Parham
March 6, 2026
Page 4

willing to provide any information about the AI/TAR parameters used to cull or review the documents, but you were willing to consider any proposals that we had on the issue.

Per your request during our call on March 4, 2026, and pursuant to Section III of the ESI Agreement regarding the agilon Defendants' use of Relativity aiR for Review to cull documents for review or production, Plaintiffs request the following information:

1.    Defendants will disclose which Relativity aiR for Review project analysis type they plan to use (*e.g.*, Relevance or Issues).

2.    Defendants will evaluate text and file types to identify documents that are not good candidates for aiR for Review and will send them for human review.  Examples would include documents with no text, too little text, too much text, highly structured spreadsheets, audio, video, etcetera.

3.    Prompt criteria must be drafted using the operative complaint and plaintiffs' document requests to the agilon Defendants, and not as counsel's mental impressions.  Prompt criteria will expressly address each document request or category.  Defendants will provide plaintiffs with all final prompt criteria fields/tabs used to identify responsive documents. Defendants will not use undisclosed "side prompts" that affect responsiveness outcomes.  To be clear, plaintiffs are not asking for prompts that identify key documents; they are only asking for prompts used to form responsiveness criteria.

4.    Defendants shall conduct a richness assessment by selecting a true random sample of at least 1,535 (95% CI/±2.5% MoE) documents from the intended aiR population and having the sample human-reviewed blind to all aiR outputs.  The richness assessment statistics shall be provided to plaintiffs promptly upon completion.

5.    Multiple documents that hit on each search term string will be represented in at least one of the prompt iteration rounds.

6.    Defendants shall not apply any aiR for Review prompt criteria to the full aiR population until validation shows at least 90% recall.

7.    Documents with an aiR score of 2, 3, or 4 will be treated as responsive and produced with only documents hitting on the privilege screen, pushed to human review.

8.    Confirm that documents with a score of -1 shall be pushed to human review; a score of 0 shall be subject to quality control to confirm "junk" (and human review if necessary); and a

4921-6441-3588.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Mason Parham
March 6, 2026
Page 5

score of 1 shall be included in the nonresponsive validation set and not excluded absent the agreed validation.

9.    Validation.    Plaintiffs propose a validation sample be taken consisting of 500 documents randomly selected from the responsive set (aiR score 2, 3, or 4) and 1,000 documents randomly selected from the nonresponsive set (aiR score 1), mixed together and blind reviewed by both parties (privileged documents may be withheld from plaintiffs' review).  This sample shall be used as a basis to calculate recall.  The parties will meet and confer over any documents that either party contends are responsive but were not in the responsive set and whether any additional prompting or tailored searches are necessary.  Defendants will disclose the final recall rate and the calculation used to determine that rate.

    We remain available to discuss the above at your request.

                    Sincerely,

                    CHRISTOPHER D. STEWART

CDS:lls

4921-6441-3588.v1

**APPENDIX A - March 6, 2026**

| Term No. | Date Range | Search Term | Notation |
|---|---|---|---|
| 1 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM) W/7 (expense* OR cost* OR forecast* OR fcst* OR guidance OR visibil*) | |
| 1 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-member-per-month" OR "per member per month" OR MMPM OR PMPM) W/7 (model* OR prediction* OR estimat* OR expectation* OR target* OR calculat* OR track* OR trajector* OR progression OR "leading indicator*") | |
| 2 | 2/15/2021 – 5/31/2024 | (("MA member*" OR "Medicare Advantage" OR "attributed lives" OR "covered lives" OR "attributed members" OR "covered members") W/7 (forecast* OR fcst* OR projection* OR projected OR prediction* OR estimat* OR expectation* OR outlook OR visibil* OR enrollment*)) | |
| 3 | 2/15/2021 – 5/31/2024 | ("MA" OR Medicare) W/3 (member* OR patient* OR enrollment)) W/7 (forecast* OR fcst* OR prediction* OR projection* OR projected OR estimat* OR expectation* OR visibil* OR cost* OR expense* OR trend* OR utilization) | |
| 4 | 2/15/2021 – 5/31/2024 | (IBNR OR "incurred but not reported" OR PYD OR "prior year development*" OR "prior period development*" OR PPD) W/10 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR reserve* OR reserving OR EBITDA* OR aebitda OR guidance* OR projection* OR estimat* OR expectation* OR prediction* OR forecast* OR fcst*) | |
| 5 | 2/15/2021 – 5/31/2024 | utiliz* AND ((referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "outpatient procedure*" OR "elective surger*" OR outpatient* OR "Part B drug*" OR expense* OR cost*) W/10 ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM)) | |
| 6 | 2/15/2021 – 5/31/2024 | (payor* OR payer* OR "health plan*" OR "MA plan*" OR insurer* OR carrier* OR Aetna* OR Humana* OR Unitedhealth* OR "United Health*") W/7 (referral* OR specialist* OR "elective procedure*" OR "outpatient surger*" OR "elective surger*" OR "outpatient procedure*" OR "Part B drug*" OR "medical claim*" OR "medical expense*" OR "medical cost*" OR incomplet* OR deficien* OR inaccur* OR utiliz* OR covid* OR pandemic) | |
| 7 | 2/15/2021 – 5/31/2024 | ("professional services" OR "professional services agreement" OR PSA OR "services agreement") W/10 (doctor* OR physician* OR provider* OR PCP* OR "primary care" OR "physician partner*") | Plaintiffs agreed to Defendants' 2/11/26 proposed term [1] |
| 8 | 2/15/2021 – 5/31/2024 | (physician* OR doctor* OR provider* OR PCP* OR "medical care" OR "medical services") W/15 (utiliz* OR demand OR pandemic) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |

---

[1] For Terms 7, 8, 21, 25, 27, 28 and 37 herein, Plaintiffs agreed to Defendants' search terms as proposed in Defendants' February 11, 2026 Letter (at 16, 19-21), and assume Defendants' subsequent revisions further narrowing these terms in Defendants' March 2 Letter were inadvertent.

| | | | |
|---|---|---|---|
| 9 | 2/15/2021 – 5/31/2024 | (CMS OR "Centers for Medicare") W/10 ((utilization OR ((demand W/3 (medical* OR healthcare* OR care OR services OR procedure* OR outpatient* OR surger*)) OR ((Covid OR pandemic) W/3 (demand OR utiliz*)) OR referral* OR specialist* OR cost* OR expense* OR "Total Care Model" OR TCM)) | |
| 10 | 2/15/2021 – 5/31/2024 | ((competitor* OR industry OR benchmark* OR peer* OR "health system") AND (trend* OR forecast* OR projection* OR estimate*)) W/15 (utilization OR demand) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 11 | 2/15/2021 – 5/31/2024 | ("Total Care Model" OR TCM OR hightouch OR "high touch" OR "high-touch" OR "AGL* model" OR (agilon* W/1 model)) W/10 (cost* OR expense* OR "medical margin*" OR EBITDA* OR utiliz* OR analys* OR forecast* OR fcst* OR trend* OR perform* OR result* OR variabil* OR volatil* OR sustainab* OR unsustainab* OR durab* OR predict* OR report* OR profit* OR strength) | |
| 12 | 1/1/2023 – 5/31/2024 | ("(""CY23"" OR ""CY 23"" OR ""CY 24"" OR ""CY24"" OR ""calendar year 23"" OR ""calendar year 24"") W/10 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/10 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*))" | Term agreed per Defendants' 3/2/26 letter |
| 12 | 1/1/2023 – 5/31/2024 | (financial OR fiscal OR agilon* OR AGL OR "FY23" OR "FY 23" OR "FY 24" OR "FY24") W/7 ((outlook OR estimat* OR project* OR predict* OR model* OR forecast* OR fcst* OR estimat* OR guid*) W/7 (lower* OR withdraw* OR withdrew* OR miss* OR decreas* OR cut* OR adjust* OR reduc* OR revis* OR chang* OR estim* OR track* OR assumpt* OR sensitivit* OR reason* OR trend* OR cause*)) | |
| 13 | 12/1/2023 – 3/1/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM) W/10 (lower* OR retroactiv* OR adjust* OR revis* OR chang* OR estim* OR track* OR forecast* OR fcst* OR model* OR assumpt* OR sensitivit* OR analys* OR data OR financial* OR result*) | |
| 14 | 2/15/2021 – 5/31/2024 | *Limited to: (1) emails sent from/to/cc/bcc \*@CDR-inc.com; and (2) emails containing \*@CDR-inc.com within the text.*<br><br>(financial* OR "consolidated statement*" OR "income statement*" OR "cash flow*" OR earnings* OR "statement of operations" OR "stockholders' equity" OR "business plan*" OR budget* OR forecast* OR fcst* OR projection* OR "Section 2.2" OR "Section 2.3" OR "Stockholder* Agreement") | |
| 15 | 2/15/2021 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR EBITDA* OR aebitda) W/10 (guidance* OR forecast* OR fcst* OR projection* OR outlook OR estimate* OR prediction* OR visibil*) | |
| 16 | 2/15/2021 – 5/31/2024 | ("earnings call*" OR "press release*" OR "earnings release*" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K* OR "financial statement*") W/5 (prepare* OR draft* OR review* OR edit* OR modif* OR revis* OR chang* OR approv* OR finaliz* OR "talking point*" OR script*) | Plaintiffs agreed to Defendants' 3/2/26 proposed term |
| 17 | 10/1/2023 – 3/1/2024 | ("November 3" OR "11/03/2023" OR "Nov 3" OR "Nov 3rd" OR "November 3rd" OR "November 6" OR "Nov 6" OR "Nov 6th" OR "11/06/2023" OR "January 5" OR "01/05/2024" OR "February 28*" OR "02/28/2024" OR "February 29*" OR "02/29/2024" OR "March | |

| | | | |
|---|---|---|---|
| | | 1*" OR "03/01/2024") W/15 (analyst* OR "sell-side" OR "price target*" OR "investor feedback" OR IR OR "investor relations" OR debrief* OR recap OR driver* OR factor* OR cause*) | |
| 17 | 10/1/2023 – 3/1/2024 | ((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24")) W/15 (analyst* OR "sell-side" OR "price target*" OR "investor feedback" OR IR OR "investor relations" OR debrief* OR recap OR driver* OR factor* OR cause*) | |
| 18 | 10/1/2023 - 11/8/2023 12/1/2023 - 1/7/2024 2/1/2024 - 3/1/2024 | ((earnings W/5 (statement OR disclosure OR announcement OR release)) OR "earnings call" OR "10-Q" OR "10-K" OR "talking point*" OR (investor W/5 (deck OR slide* OR presentation))) AND (("medical margin" OR EBITDA OR guidance) W/5 (adjust* OR revis* OR lower* OR chang*)) | Plaintiffs agreed to Defendants' 3/2/26 proposed term |
| 18 | 10/1/2023 - 11/8/2023 12/1/2023 - 1/7/2024 2/1/2024 - 3/1/2024 | (("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR EBITDA* OR "adjusted EBITDA" aebitda OR guidance* OR outlook OR projection* OR forecast* OR fcst*) W/7 (adjust* OR revis* OR lower* OR chang* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend*)) | |
| 19 | 1/1/2023 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "108 million" OR EBITDA* OR aebitda OR guidance OR forecast* OR fcst*) W/7 (reason* OR trend* OR cause*) | |
| 20 | 2/15/2021 – 5/31/2024 | ((utiliz* OR "medical cost*" OR "cost trend*") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 20 | 2/15/2021 – 5/31/2024 | (("service volume" OR "outpatient surger*") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 20 | 2/15/2021 – 5/31/2024 | (("outpatient procedure*" OR outpatient*) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 20 | 2/15/2021 – 5/31/2024 | ((procedure* OR surger*) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 20 | 2/15/2021 – 5/31/2024 | (("elective procedure*" OR "Part B") W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |

3

| | | | |
|---|---|---|---|
| 20 | 2/15/2021 – 5/31/2024 | ((reserv* OR "30 million" OR "reserving posture")W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 20 | 2/15/2021 – 5/31/2024 | (("composite utilization" OR "May 2023" OR "PPO")W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 20 | 2/15/2021 – 5/31/2024 | (("HMO" OR (reserv* W/3 adjust*)) W/10 (impact* OR affect* OR effect* OR analys* OR forecast* OR fcst* OR trend*)) W/10 (EBITDA* OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM OR PMPM OR forecast* OR fcst* OR variance* OR differen*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 21 | 1/1/2023 – 5/31/2024 | ((FY23 OR "fiscal year 2023" OR "fiscal 23" OR FY24 OR FY26 OR "fiscal year 2024" OR "fiscal 24" OR "fiscal year 2026" OR "fiscal 26") W/10 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/10 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 21 | 1/1/2023 – 5/31/2024 | (("CY23" OR "CY 23" OR "CY 24" OR "CY24" OR "calendar year 23" OR "calendar year 24" OR "CY26" OR "CY 26" OR "calendar year 26") W/15 (guid* OR "medical margin*" OR margin OR margins OR EBITDA* OR EBIT* OR aebitda OR "financial outlook" OR outlook OR forecast* OR fcst*)) W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR driv* OR cause* OR impact*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 22 | 1/1/2024 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 ("fiscal 2024" OR "fiscal 24" OR "CY24" OR "CY 24" OR "calendar year 24")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) | Plaintiffs agreed to Defendants' 3/2/26 proposed term |
| 22 | 1/1/2024 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (((results OR guid* OR forecast* OR fcst*) W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR 2024 OR "FY24" OR "FY 24" OR "fiscal 2024")) AND (deck* OR slide* OR presentation* OR script* OR "talking point*" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR (investor* W/3 call*) OR (analyst* W/3 call*) OR (earning* W/3 call*)))) | Plaintiffs agreed to Defendants' 3/2/26 proposed term |
| 23 | 2/15/2021 – 5/31/2024 | (("medical expense*") OR ("medical cost*") OR ("service volume") OR ("patient volume*") OR "outpatient surger*" OR "outpatient procedur*" OR "elective surger*" OR "elective procedur*") OR "Part B drug*" OR "supplemental benefit*") W/10 ((increas* OR rise OR risen OR rising OR rose OR spik* OR surge OR surged OR surging OR escalat* OR backlog* OR "back-log*" OR "back log*" OR "pent-up" OR "pent up") | |
| 24 | 1/1/2023 – 5/31/2024 | ("01/05/2024" OR "Jan 5 2024" OR (results W/5 (2023 OR "FY23" OR "FY 23" OR "fiscal 2023" OR "fiscal 23" OR "CY23" OR "CY 23" OR "calendar year 23" OR "calendar year 2023"))) W/15 (basis* | Plaintiffs agreed to Defendants' |

| | | | |
|---|---|---|---|
| | | OR backup OR assumpt* OR model* OR forecast* OR fcst* OR guid* OR bridge* OR walk OR variance* OR "plan vs actual" OR "root cause*") | 2/11/26 proposed term |
| 25 | 1/1/2023 – 5/31/2024 | (utilization OR "cost trend*" OR "medical expense*" OR "expense trend*" OR "cash flow" OR "medical margin") W/10 (reason* OR trend* OR cause* OR effect* OR affect*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 26 | 11/1/2023 – 5/31/2024 | (FY23 OR "fiscal year 2023" OR FY24 OR FY26 OR "FY 26" OR "fiscal year 2024" OR "CY23" OR "CY 23" OR "CY24" OR "CY 24") W/15  (guidance* OR forecast* OR fcst* OR "medical margin*") W/15 (lower* OR reduc* OR cut* OR withdraw* OR withdrew* OR suspend* OR revis* OR chang* OR impact*) | Term agreed per Defendants' 3/2/26 letter |
| 26 | 11/1/2023 – 5/31/2024 | ("medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM OR EBITDA* OR EBIT* OR aebitda OR "financial outlook") W/7 (lower* OR reduc* OR cut* OR revis* OR chang* OR impact* OR loss* OR analys* OR model* OR forecast* OR fcst*) | |
| 27 | 1/1/2023 – 5/31/2024 | (guidance OR "medical margin*" OR forecast* OR fcst*) W/10 (deck* OR slide* OR presentation* OR script* OR "talking point*" OR "Q-A" OR "Q A" OR transcript* OR "press release" OR "earnings call" OR "investor call" OR 10Q* OR "10-Q*" OR 10K* OR "10-K*" OR "8-K*" OR 8K*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 28 | 1/1/2023 – 5/31/2024 | (ICFR OR "internal control*" OR "disclosure control*" OR "SOX" OR Sarbanes*) W/15 (polic* OR guideline* OR procedure* OR weakness* OR MW OR deficien*) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 29 | 1/1/2023 – 5/31/2024 | ("material weakness*" OR MW OR deficien*) W/10 (remediat* OR identif* OR cause* OR reason* OR reporting OR visibil* OR reserve* OR "IPE" OR "information produced by the entity" OR claims OR payables OR expense*) | |
| 30 | 2/15/2021 – 5/31/2024 | ("Form 4*" OR "Form 144" OR "trading window*" OR "open window*" OR "preclear*" OR "pre-clear*" OR "share sale*" OR "stock purchase*" OR "share purchase*" OR "trading polic*") W/20 ("CD R" OR "Clayton Dubilier" OR Vector* OR "CDR" OR "CDR" OR (Clayton* W/3 Dub*)) | Term agreed per Defendants' 3/2/26 letter |
| 31 | 2/15/2021 – 5/31/2024 | ("Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*)) AND ((prospectus OR "Form S-3" OR "Form 144" OR "stock liquidation" OR "secondary offering" OR "follow-on offering") W/25 (board OR approv* OR consent OR resolut* OR authoriz* OR closing OR pricing OR announcement)) | Term agreed per Defendants' 3/2/26 letter |
| 32 | 2/15/2021 – 5/31/2024 | (("Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "Ste* Sell") W/25 ("stock sale*" OR "sell* stock" OR "sold stock" OR "share sale*" OR "sell* share*" OR "sold share*" OR "insider* trad*" OR "insider* sell*" OR "insider* sale*" OR "sold agilon" OR "sell agilon" OR "sold AGL" OR "sell AGL") | Term agreed per Defendants' 3/2/26 letter |
| 33 | 4/15/2021 – 3/1/2024 | ((Bensley* OR Kasenchak* OR Richards* OR Schnall* OR Strum*) W/10 (departure* OR departed OR resign* OR retir* OR "step* down" OR terminat* OR fire* OR firing OR quit* OR remov* OR "leadership transition" OR "succession plan" OR replac* OR (chang* W/3 management)) | Term agreed per Defendants' 3/2/26 letter |
| 34 | 4/15/2021 – 3/1/2024 | **(calendars only)**<br><br>"medical margin*" OR EBITDA* OR utilization OR earnings OR "material weakness*" | Plaintiffs agreed to Defendants' 3/2/26 proposed term |

| 35 | 4/15/2021 – 3/1/2024 | (Sarbanes* OR SOX OR "Section 302" OR "Section 906" OR certification* OR "sub-cert*" OR subcert*) W/7 (Sell OR Bensley OR "10-K*" OR 10K* OR "10-Q*" OR 10Q*) | Term agreed per Defendants' 3/2/26 letter |
|---|---|---|---|
| 36 | 4/15/2021 – 3/1/2024 | ("Barclay Pearce*" OR Cowen OR Deutsche OR JMP OR Evercore OR Goldman OR BofA OR BTIG) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | Plaintiffs agreed to Defendants' 3/2/26 proposed term |
| 36 | 4/15/2021 – 3/1/2024 | (*@jmpsecurities.com OR @cowen.com OR *@db.com OR *@evercoreisi.com OR *@barclaypearce.com.au OR *@benchmarkcompany.com OR *@bofa.com OR *@btig.com) W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 36 | 4/15/2021 – 3/1/2024 | (Guggenheim OR Leerink OR Jefferies OR "Morgan Stanley" OR "J.P. Morgan" OR JPMorgan) W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | Plaintiffs agreed to Defendants' 3/2/26 proposed term |
| 36 | 4/15/2021 – 3/1/2024 | (*@jpmorgan.com OR *@gs.com OR *@jefferies.com OR *@svbleerink.com OR *@leerink.com OR *@svbsecurities.com* OR @guggenheimpartners.com) W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 36 | 4/15/2021 – 3/1/2024 | (Nephron OR RBC OR UBS OR Stifel OR Truist OR "William Blair" OR "Wells Fargo") W/7 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | Plaintiffs agreed to Defendants' 3/2/26 proposed term |
| 36 | 4/15/2021 – 3/1/2024 | (*@morganstanley.com OR *@nephronresearch.com OR *@rbccm.com OR *@stifel.com OR *@truist.com OR *@ubs.com OR *@wellsfargo.com OR *@williamblair.com) W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 36 | 4/15/2021 – 3/1/2024 | (*@wolferesearch.com) W/20 ("earnings call" OR "conference call" OR "investor call" OR transcript OR "Q-A" OR script OR "talking point*" OR debrief OR recap* OR meeting* OR question* OR upgrad* OR downgrad*) | |
| 37 | 4/15/2021 – 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 ("medical margin*" OR "MM" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per-per-month" OR "per member per month" OR MMPM) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 37 | 4/15/2021 – 5/31/2024 | ((conference OR meet* OR "investor day" OR presentation* OR earnings OR roadshow*) W/10 ("shareholder*" OR "investor*" OR "financial analyst*" OR "institutional investor*" OR "investment bank*" OR "financial publication*" OR journalist* OR reporter*)) W/10 (PMPM OR margin OR "margins EBITDA*" OR EBIT* OR aebitda OR "adjusted EBITDA" OR "financial forecast" OR visibil* OR "business model" OR utiliz* OR "Total Care Model" OR TCM) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |

6

| | | | |
|---|---|---|---|
| 38 | 10/1/2023 – 3/1/2024 | (analyst* OR consensus OR "earnings estimate*" OR "price target*" OR "analyst note*" OR "sell-side") W/5 (miss OR missed OR meet OR met OR beat) | |
| 39 | 10/1/2023 – 3/1/2024 | ("buy-side" OR "research report*" OR "research coverage" OR meet* OR beat* OR miss*) W/5 (target* OR plan* OR expection* OR projection* OR forecast* OR fcst* OR performance* OR progress OR "financial objective" OR guidance*) | |
| 40 | 1/1/2023 – 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/10 (EBITDA* OR "adjusted EBITDA" OR EBIT* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR "per member per month" OR MMPM OR PMPM OR margin OR margins) | Plaintiffs agreed to Defendants' 3/2/26 proposed term |
| 40 | 1/1/2023 – 5/31/2024 | ((analyst* W/3 report*) OR (equity W/3 research) OR ("sell-side*" W/3 report*) OR "research note*" OR (analyst* W/3 note*) OR (analyst* W/3 cover*) OR (analyst* W/3 model*) OR (street* W/3 model*)) W/20 (forecast* OR fcst* OR guid* OR visibil* OR "financial result*" OR "conference call*" OR "earnings call*" OR presentation OR deck OR slide* OR "Q-A" OR "Q A*" OR transcript*) | Term agreed per Defendants' 3/2/26 letter |
| 41 | | ~~(miss* OR below) W/5 (guidance* OR expectation* OR consensus OR plan OR target OR forecast* OR fcst*)~~ | Term withdrawn by Plaintiffs |
| 42 | 2/15/2021 – 5/31/2024 | ((medical* OR healthcare* OR member* OR patient* OR care*) W/3 (cost* OR expense)) W/7 (forecast* OR fcst* OR guidance* OR projection* OR model* OR prediction* OR estimat* OR expection* OR calculat* OR track* OR trajector* OR visibil* OR progression OR outlook OR "leading indicator*") | |
| 43 | 2/15/2021 – 5/31/2024 | ("prior year" W/5 (cost* OR claim* OR expens*)) W/10 ("medical margin*" OR reserv* OR EBITDA* OR EBIT* OR aebitda OR guid* OR project* OR estimat* OR expect* OR predict* OR forecast* OR fcst* OR calculat*) | Term agreed per Defendants' 3/2/26 letter |
| 44 | 2/15/2021 – 5/31/2024 | (utilization* OR demand OR cost* OR expense* OR outpatient OR surger* OR procedures) W/7 (pentup* OR "pent-up*" OR "pent up*" OR defer* OR backlog* OR "back-log*" OR "back log*" OR spike* OR surge OR surged OR surging OR "build up" OR "built up" OR "building up" OR stepup* OR "step-up" OR "step* up" OR accelerat* OR decelerat* OR moderat* OR "held off") | |
| 45 | 2/15/2021 – 5/31/2024 | (utilization* OR demand) W/7 (guidance* OR forecast* OR fcst* OR projection* OR prediction* OR estimat* OR model* OR track* OR trajector* OR visibil* OR progression OR grow* OR outlook OR driving OR driver* OR shift*) | |
| 46 | 2/15/2021 – 5/31/2024 | (utilization* OR demand) W/7  (EBITDA* OR aebitda OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin" OR MMPM OR PMPM) | |
| 47 | 2/15/2021 – 5/31/2024 | (utilization* OR demand) W/7 (suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR "non-COVID*" OR prepandemic OR postpandemic OR "pre-pandemic" OR "post-pandemic") | |
| 48 | 2/15/2021 – 5/31/2024 | insulat* W/10 (spik* OR surge OR surged OR surging) | Plaintiffs agreed to Defendants' 2/11/26 proposed term |

| | | | |
|---|---|---|---|
| 49 | 2/15/2021 – 5/31/2024 | (agilon* W/5 model*) W/15 (demand OR utiliz* OR suppres* OR shift* OR spik* OR surge OR surged OR surging OR COVID* OR "non-COVID*") | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 50 | 2/15/2021 – 5/31/2024 | (Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*)) W/7 (control* OR own* OR seats* OR percentage* OR stake* OR holding* OR nominat*) | |
| 51 | 2/15/2021 – 5/31/2024 | (Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*)) W/7 (financial* OR "consolidated statement*" OR "income statement*" OR "cash flow*" OR earnings* OR "statement of operations" OR "stockholders' equity" OR "business plan*" OR budget* OR forecast* OR fcst* OR projection* OR "Section 2.2" OR "Section 2.3" OR "Stockholder* Agreement") | |
| 52 | | ~~("Clayton Dubilier" OR Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR *@cdr-inc.com) W/25 ((request OR provid* OR shar* OR deliver*) W/10 (info* OR material* OR document* OR "financial statement*" OR "business plan*" OR "statement of operations" OR income OR "cash flow*" OR budget* OR forecast* OR fcst* OR projection*))~~ | Term withdrawn by Plaintiffs |
| 53 | 2/15/2021 – 5/31/2024 | ((Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*)) W/5 (meet OR meeting OR call* OR attendees* OR discuss* OR conversation*)) AND (agilon or AGL) | |
| 54 | 2/15/2021 – 5/31/2024 | ("Vector* OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*)) AND (stockholder* W/3 agreement*) | |
| 55 | 2/15/2021 – 5/31/2024 | reserv* W/7 ("MA" OR Medicare* OR conservativ* OR underaccr* OR (under* W/2 accru*) OR increas* OR decreas*) | |
| 56 | 2/15/2021 – 5/31/2024 | (("Board of Directors" OR BOD) W/10 (meeting OR minutes OR agenda* OR presentation* OR deck* OR "board book" OR "board package" OR report* OR materials)) AND (EBITDA* OR "medical margin*" OR guidance* OR forecast* OR utilization OR "material weakness*" OR ICFR OR (insider* W/3 (sale* OR sell* OR trad*)))) | Plaintiffs agreed to Defendants' 3/2/26 proposed term |
| 57 | | ~~((Board OR BOD) W/10 (meet* OR minutes* OR presentation* OR deck* OR report*)) W/50 (EBITDA* OR "medical margin*" OR "Total Care Model" OR "business model" OR "Clayton Dubilier" OR "Vector" OR "CD R" OR "CDR" OR (Clayton* W/3 Dub*) OR "material weakness*" OR utilization OR demand)~~ | Term withdrawn by Plaintiffs |
| 57 | | ~~((Board OR BOD) W/10 (meet* OR minutes* OR presentation* OR deck* OR report*)) W/50 ((Stockholder* W/3 Agreement*) OR (insider* W/3 (sale* OR sell* OR trad*)) OR ICFR OR "internal control*")~~ | Term withdrawn by Plaintiffs |
| 58 | 2/15/2021 – 5/31/2024 | ("Ernst Young" OR "EY" OR "E Y") W/10 ("IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*"  OR utilization OR deficien*) | |
| 59 | 2/15/2021 – 5/31/2024 | (*@ey.com) AND ("IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*"  OR utilization OR deficien*) | |
| 60 | | ~~(Sell OR Bensley) W/10 (comp* OR bonus* OR "salary" OR "incentive plan*" OR "severance")~~ | Term withdrawn by Plaintiffs |
| 61 | 7/1/2023 – 5/31/2024 | ("Milliman" OR *@milliman.com) AND (financial* OR forecast* OR cost* OR claim* OR expense* OR actuar* OR utilization OR "IBNR" OR "Incurred But Not Reported" OR "medical margin*" OR "medmargin*" OR "med margin*" OR "med. margin*" OR margin OR margins OR EBITDA* OR guidance*  OR controls* OR remediat* OR PPD OR "prior period development*" OR PYD OR "prior year development*") | |

| 62 | | (false OR misleading) W/5 (info* OR statement*) | Term withdrawn by Plaintiffs |
|---|---|---|---|
| 63 | | (mislead* OR misled* OR misrepresent*) W/5 (public OR investor* OR statement* OR info*) | Term withdrawn by Plaintiffs |
| 64 | | (risk OR risks) W/3 disclos* | Term withdrawn by Plaintiffs |
| 65 [2] | 2/15/2021 – 5/31/2024 | (predictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage")<br><br>(visibil*) W/7 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage" | |
| 66 | 2/15/2021 – 5/31/2024 | ((predictab*) W/3 (high* OR low* OR lack* OR reduce* OR deficient*)) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage")<br><br>((visibil*) W/3 (high* OR low* OR lack* OR reduce* OR deficient*)) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage" | |
| 67 | 2/15/2021 – 5/31/2024 | (unpredictab*) W/15 (cost* OR claim* OR expens* OR margin OR margins OR results OR grow* OR value OR driv* OR economics OR levers OR member* OR "Medicare Advantage") | Plaintiffs agreed to Defendants' 2/11/26 proposed term |
| 68 | | (partner* AND agreement*) W/10 (doctor* OR physician* OR provider* OR PCP* OR "primary care") | Term withdrawn by Plaintiffs |
| 69 | 4/15/2024 – 5/31/2024 | (CMS OR "Centers for Medicare" OR "Brooks-LaSure") W/5 (letter* OR RFI OR "request for information") | Plaintiffs agreed to Defendants' 2/11/26 proposed term |

---

[2]    Terms 65 and 66 have been subdivided in order to better assess hit counts on those terms.