# EXHIBIT H

**Robbins Geller Rudman & Dowd** LLP

| | | | | |
|---|---|---|---|---|
| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Christopher D. Stewart
cstewart@rgrdlaw.com

February 17, 2026

<u>VIA EMAIL</u>

Mason Parham
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX  75201

>   Re:    *In re agilon health, inc. Securities Litigation*,
>          No. 1:24-cv-00297 (W.D. Tex.)

Dear Counsel:

I write on behalf of Plaintiffs in the above action.  On January 31, 2026, Plaintiffs sent their preliminary list of fourteen (14) proposed "custodians in addition to the ten [custodians] [agilon] identified on January 17, 2026, while reserving the right to propose additional or different custodians once [agilon] beg[a]n producing documents [including organizational charts] and other information regarding agilon's employees and lines of reporting."  January 31 Letter at 2.

On February 2, 2026, in response to Plaintiffs' Document Request No. 44, agilon produced seven organizational charts containing over 250 pages of employees that worked within five specific divisions/groups at agilon (*i.e.*, the "Leadership Team, Centralized Operations, Payer, Technology, and Finance") (the "February 2 Production").[1]

Following our review of the February 2 Production, please find below Plaintiffs' amended list of proposed custodians.

We suggest discussing the proposed custodians listed below during our call on February 19, 2026 in order to understand which custodians agilon is willing to add.  If you are unwilling to add particular custodians, please be prepared to explain on our meet and confer why you believe those custodians do not possess responsive information.

---

[1]    Plaintiffs asked agilon on several occasions to produce these organizational charts, including on November 19, 2025, January 14, January 22, and January 28, 2026.

4936-5956-9296.v1

655 West Broadway, Suite 1900    San Diego, CA  92101    Tel 619-231-1058    Fax 619-231-7423    rgrdlaw.com

**Robbins Geller
Rudman & Dowd LLP**

Mason Parham
February 17, 2026
Page 2

In its February 11, 2026 letter ("February 11 Letter"), agilon agreed to add 2 of the 14 custodians Plaintiffs proposed on January 31,[2] but rejected the other 12 custodians on the purported basis that: (1) agilon does not have "possession, custody, or control of ESI for Ronald Williams, Richard Schnall, and Derek Strum"; and (2) the other nine (9) proposed custodians "are peripheral to the issues in dispute and/or unlikely to possess unique, non-duplicative documents beyond what has already been captured through the existing proposed search terms, custodians, and non-custodial sources." February 11 Letter at 2 n.1. Plaintiffs strongly disagree with agilon's assertion that these individuals are "peripheral" to the issues in this case, which is both unsupported and puzzling given that the Company identified a number of these individuals to investors as highly knowledgeable about key issues in this case, including, *inter alia*, agilon's business model, and the purported impacts agilon's business model had on the company's performance and operations. Accordingly, we expect these individuals possess both relevant documents and first-hand knowledge pertaining to important issues in this case.

### A.    Plaintiffs' Amended List of Proposed Additional Custodians

Plaintiffs' amended list of proposed additional custodians is as follows:

1.    **Albert de Hombre**: Albert de Hombre was the Senior Vice President of Data Solutions during the Class Period and reported directly to Timothy Bensley. According to the February 2 Production, de Hombre was also a member of agilon's Data Solutions team, and his direct reports included Dale Luke, Lauren Polt, and Kristin Xanders. de Hombre, who claims to be a specialist in enhancing enterprise data environments for financial information, is expected to have relevant knowledge and documents pertaining to such subject matters as agilon's financial reporting and forecasting, and infrastructure around financial data information and modeling, all of which are important issues in the case. According to agilon, de Hombre's role at the Company was so critical to agilon's reporting and operations that defendants repeatedly touted de Hombre's position and responsibilities to agilon's investors. *E.g.*, Q2 2023 agilon health inc. Earnings Call Tr., dated August 3, 2023 at 10 (in discussing agilon's financial reporting and reserving, Chief Financial Officer ("CFO") Bensley touting agilon's "new Senior Vice President of Data Solutions that has a lot of experience in this area that's going to help us both work with the payers to eliminate some of those blind spots as well as just work with the data we're getting to better understanding where we should be reserving"); agilon health inc. at TD Cowen Health Care Conference Tr., dated March 5,

---

[2]    In its February 11 Letter, agilon agreed to add Kenny Bellendir and Matthew Gillmor as custodians. The other 12 proposed custodians listed in the January 31 Letter are: Katie Boyer, Albert de Hombre, Benjamin Kornitzer, Sarah Mokover, Claire Mulhearn, Sam Rowland, Ben Shaker, Kevin Spencer, Richard Schnall, Derek Strum, Ronald Williams, and Kristin Xanders.

4936-5956-9296.v1

**Robbins Geller
Rudman & Dowd** LLP

Mason Parham
February 17, 2026
Page 3

2024 at 8 (Bensley boasting of agilon's "new Senior Vice President as the Head of Data Solutions but also owns that entire area").

2. **Ben Shaker**: Ben Shaker was agilon's Chief Markets Officer and reported directly to Steven Sell throughout the Class Period. agilon's February 2 Production indicates Shaker was the head of agilon's Market Leadership team during the Class Period. Shaker repeatedly presented to investors and analysts on agilon's behalf during the Class Period, on such important topics as agilon's business model and agilon's medical margin (the Company's "key" reporting metric, ¶¶221-22). *See* ECF 31-46, 51-59 (upholding misstatements about agilon's medical margin and agilon's business model). For example, during agilon's Investor Day on March 11, 2022, Shaker described the supposed "compelling advantages" of agilon's business model, as well addressed agilon's medical margin which Shaker claimed was "growing exponentially." agilon health inc. Investor Day Tr., dated March 11, 2022 at 5, 10; *see also* agilon health inc. To Host Investor Day Tr., dated March 30, 2023 at 17-18.

3. **Benjamin Kornitzer, M.D.**: Benjamin Kornitzer, M.D. was the former Chief Medical & Quality Officer during the Class Period and reported directly to Steven Sell. Kornitzer is expected to have first-hand knowledge and documents pertaining to such important issues as agilon's business model, as agilon repeatedly held Kornitzer out to investors as an authority on the supposed strengths of agilon's business model. *See* agilon health inc. Investor Day Tr., dated March 11, 2022; agilon health inc. at Cowen Health Care Conference Tr., dated March 8, 2023; agilon health inc. To Host Investor Day Tr., dated March 30, 2023; agilon health inc. at Wells Fargo Healthcare Conference Tr., dated September 6, 2023.

4. **Brian Scheinberg**: Brian Scheinberg was the Senior Director of Internal Audit at agilon from the beginning of the Class Period until April 2023, and reported to agilon's Chief Accounting Officers ("CAO") during the Class Period. Scheinberg repeatedly established and led agilon's Internal Audit function, including its Sarbanes-Oxley ("SOX") Compliance Program, as well as reported directly to agilon's Audit Committee and to executive leadership on Internal Audit and other risk-focused activities. Scheinberg is expected to have relevant, first-hand knowledge and documents pertaining to, among other subject matters, agilon's financial reporting and disclosures, SOX compliance and procedures, and risk management.

5. **Claire Mulhearn**: Claire Mulhearn was the Chief Communications & Public Affairs Officer and a member of agilon's executive leadership team, and reported directly to Sell during the Class Period. Mulhearn was one of the two agilon executives identified in agilon's May 2024 letter to the Centers for Medicare & Medicaid Services that is referenced in the Complaint (§VIII.H.), and is expected to have first-hand knowledge pertaining to the subject matters covered in that letter, including the lack of "comprehensive data necessary to manage th[e] risk" of agilon's members,

**Robbins Geller
Rudman & Dowd** LLP

Mason Parham
February 17, 2026
Page 4

reliance on "altered and often delayed, non-standard data files that vary in format and quality, with several fields masked, combined or otherwise distorted," inability to "understand[] real-time developments and accurately forecast[] future developments" with respect to agilon's members, and lack of information "need[ed] to appropriately manage the risk [agilon's partners] carry for [their] attributed patients." *See* ¶244; *see also* ¶¶109, 114, 161, 163.

6.  **Dan Fitzpatrick**: Dan Fitzpatrick is Director of Encounter Data at agilon, and was Senior Manager of Encounter Data throughout the Class Period. agilon's February 2 Production indicates that Fitzpatrick was only one of a handful of members of agilon's Encounter Data team during the Class Period, and reported directly to the team's head, Dale Luke. Fitzpatrick's duties reportedly involved agilon's reporting of encounter data, monitoring and tracking of health plan data, and collaborating with agilon's health plan partners, internal technical groups, risk adjustment, market leadership, and actuarial and finance teams. Fitzpatrick is thus expected to have relevant documents and knowledge regarding key issues in this case, including, but not limited to, patient utilization data and trends, and agilon's operational and financial performance.

7.  **Dale Luke**: Dale Luke was Senior Director of Encounter Management throughout the Class Period. agilon's February 2 Production indicates that Luke headed agilon's Encounter Data team during the Class Period. Luke is expected to have first-hand knowledge and documents related to patient utilization data and trends, and agilon's operational and financial performance.

8.  **Gijun Jin**: Gijun Jin is Finance Manager within agilon's Financial Planning & Analysis ("FP&A") group. agilon's February 2 Production indicates that Jin reported directly to the Vice President of FP&A during the Class Period. Jin's experience reportedly includes financial performance analysis, financial forecasting and modeling, and improving visibility into performance.

9.  **Jacques Braamse**: Jacques Braamse is the Head of Internal Audit and Internal Control at agilon and has held this position since May 2023. Braamse appears to have succeeded Brian Scheinberg, agilon's former Senior Director of Internal Audit. Braamse reported directly to Bensley during the Class Period, and is a Certified Internal Auditor and Certified Information Systems Auditor. Braamse is expected to have relevant documents pertaining to, among other subject matters, agilon's financial reporting and disclosures, internal controls over financial reporting, the material weakness publicly reported by agilon at the end of the Class Period (¶¶91, 207), SOX compliance and procedures, and risk management.

10.  **Jared Shaeffer**: Jared Shaeffer appears to have been a Director within agilon's Actuarial Services group during the Class Period, and reported directly to the Chief Actuary at agilon (Michael Murray). Shaeffer is expected to have relevant documents and first-hand knowledge pertaining to agilon's actuarial methods which agilon claims it used for reporting

**Robbins Geller
Rudman & Dowd** LLP

Mason Parham
February 17, 2026
Page 5

agilon's medical claims liabilities, estimating agilon's medical services expenses, and formulating agilon's incurred but not reported ("IBNR") estimates. He is also expected to have relevant information pertaining to the different variables and assumptions that agilon's actuarial methods reportedly utilized, including utilization of healthcare services, historical payment patterns, cost trends, the timing of the receipt and accuracy of claims data and other information from agilon's payors, product mix, seasonality, changes in membership and other factors.

11.    **Katie Boyer**: Katie Boyer was Director of Policy & Government Affairs from May 2023 to January 2025. agilon's February 2 Production indicates Boyer reported to Claire Mulhearn, who reported directly to Sell. Boyer was one of the two agilon executives, in addition to Mulhearn, identified in agilon's May 2024 letter to the Centers for Medicare & Medicaid Services that is referenced in the Complaint (*see* §VIII.H.), and is expected to have first-hand knowledge pertaining to the subject matters covered in that letter.

12.    **Katie Kauachi**: Katie Kauachi is Senior Vice President of Payor Analytics & Strategy, and previously served as a Vice President at agilon throughout the Class Period. agilon's February 2 Production indicates Kauachi reported directly to Bensley beginning in April 2022, and headed payor contracting at agilon while reporting to Bensley.

13.    **Kevin Spencer, M.D.**: Kevin Spencer, M.D. is the Chief Clinical Officer, and was the Chief Clinical Partner at agilon during the Class Period, where he reported to Ben Shaker. Spencer repeatedly presented to investors and analysts on agilon's behalf during the Class Period on agilon's business model and its purported differentiators from other models. On March 11, 2022, for example, Spencer discussed why he personally joined the agilon platform as a physician. *See* agilon health inc. Investor Day Tr., dated March 11, 2022 at 18 ("We saw fee-for-service medicine declining our economics. We saw labor costs increasing. We saw overhead increasing, and we knew that we needed to get into something where we can tap the value of those senior lives within our practice."). On May 11, 2022, during another conference, Spencer asked Sell a question that prompted an alleged (and upheld) false statement by Sell regarding agilon's business model. agilon health inc. at Bank of America Healthcare Conference Tr., dated May 11, 2022 at 3 (Spencer asking Sell about the "visibility" he has from a cost perspective); *see* ¶129. Spencer again publicly discussed the Company's business model's purported differentiators during an investor call on March 30, 2023. agilon health inc. To Host Investor Day Tr., dated March 30, 2023.

14.    **Khanh Vo**: Khanh Vo's positions during the Class Period have included Senior Vice President of Finance, and Vice President of FP&A; Vo reported directly to Bensley during the Class Period. agilon's February 2 Production indicates that Vo was one of just two individuals within the FP&A group in 2021 and 2022. Vo's experience reportedly includes internal and external financial reporting, communicating with private equity, profit and loss statements, and risk management, and

4936-5956-9296.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Mason Parham
February 17, 2026
Page 6

thus Vo is expected to have first-hand knowledge and documents concerning important matters in this case, including, *inter alia*, agilon's reporting and forecasting of medical margin and adjusted EBITDA.

15.     **Kristin Xanders**: Kristin Xanders is Vice President of Actuarial Services at agilon, and has served in that role since late 2023.  Xanders is expected to have relevant documents and information regarding, *inter alia*, agilon's financial reporting, actuarial methods and modeling, financial forecasting, and medical cost-analysis processes, as well as agilon's work with non-party Milliman Inc. ("Milliman") during the Class Period.  According to Xanders's sworn declaration in this case, agilon engaged Milliman in 2023 to provide services regarding estimation of medical claims and revenue that agilon uses for financial reporting purposes, and in that role Milliman supposedly received highly relevant information pertaining to agilon's internal actuarial modeling, financial forecasting, and medical cost-analysis processes.  Xanders' sworn declaration also addressed documents pertaining to agilon's methods and considerations involved in calculating medical expenses and IBNR liabilities, data and assumptions underlying agilon's IBNR liabilities, assessments, analyses, or estimates of agilon's medical claims, medical services expenses, or IBNR liabilities, and healthcare utilization by agilon's members, as well as documents concerning the purpose, creation or impact of agilon's financial data pipeline.

16.     **Lauren Polt**: Lauren Polt was Senior Director of Clinical Analytics within agilon's Actuarial Services group from April 2022 to late 2024, and reported directly to agilon's Chief Actuary (Michael Murray); prior to her Senior Director title, Polt was a Director of Clinical and Quality Analytics at agilon since the beginning of the Class Period.  Polt is reportedly an expert on agilon's medical expense trends, revenue and cost opportunities, and her responsibilities at agilon included, *inter alia*, measuring leading and lagging indicators of agilon members' medical costs, as well as working with health plan claims data, reporting of clinical operations, and financial projections.

17.     **Murtaza Zaidi**: Murtaza Zaidi has been Director of Finance at agilon since mid-2023, prior to which time Zaidi was a Manager in agilon's FP&A from late 2022 to mid-2023, and Senior Financial Analyst since the beginning of the Class Period.  Zaidi's experience reportedly includes financial planning, budgeting, & forecasting, and is expected to have relevant documents and information about agilon's financial reporting and forecasting during the Class Period.

18.     **Michael Murray**: Michael Murray has been Vice President and Chief Actuary at agilon since late 2019.  Murray reported directly to Timothy Bensley during the Class Period.  As agilon's head of Actuarial Services, Murray is expected to have relevant documents and first-hand knowledge pertaining to important issues in this case, including agilon's actuarial methods which agilon asserts it used for reporting agilon's medical claims liabilities, estimating agilon's medical

4936-5956-9296.v1

**Robbins Geller
Rudman & Dowd** LLP

Mason Parham
February 17, 2026
Page 7

services expenses, and formulating agilon's incurred but not reported estimates. Murray is also expected to have relevant information pertaining to the different variables and assumptions that agilon's actuarial methods reportedly utilized, including utilization of healthcare services, historical payment patterns, cost trends, the timing of the receipt and accuracy of claims data and other information from agilon's payors, product mix, seasonality, changes in membership and other factors.

19. **Mimi Yang**: Mimi Yang is agilon's Vice President of Financial Reporting, and has held that title since mid-2019. Yang reported directly to agilon's CAO during the Class Period. Yang is expected to have relevant knowledge and documents pertaining to a number of key subject matters in this case, including agilon's financial reporting, accounting, forecasting, reported results, and medical revenue and expenses.

20. **Samuel Rowland**: Samuel Rowland has been at agilon since 2019. Rowland has been the Senior Director of Finance at agilon since the beginning of 2023, prior to which time Rowland was the Director of FP&A since late 2021. agilon's February 2 Production indicates that Rowland was just one of two individuals within agilon's FP&A group in 2021 and 2022. Rowland's responsibilities at agilon have reportedly involved, *inter alia*, agilon's development of financial data modeling and visualization tools for analyzing actuarial claims files, and analyses of claims per-member-per-month ("PMPM"), completion factors, and prior period development, agilon's reporting of consolidated and business segment "P&L" reporting, and presenting findings and recommendations to agilon's senior management. Rowland also reportedly led agilon's quarterly reporting to private equity.

21. **Sarah Mokover**: Sarah Mokover is agilon's Senior Vice President of Strategy & Planning at agilon. Mokover held VP- or SVP-level positions throughout the Class Period, and reported to Veeral Desei (agilon's Chief Strategy and Development Officer) during the Class Period. Mokover has also been a member of agilon's executive leadership team. According to Sell, Mokover is a veteran senior leader within agilon who possesses extensive experience in agilon's business model (which is the subject of multiple upheld misstatements), and agilon's relationships with its payors.

22. **Tom Harwood**: Tom Harwood is a Certified Public Accountant and was Senior Director of Technical Accounting from February 2021 until August 2022 and reported to agilon's CAO during the Class Period, and is expected to have first-hand knowledge and documents pertaining to agilon's technical accounting and external reporting.

23. **Tony Chhear**: Tony Chhear was Finance Manager within FP&A beginning in March 2023, during which time he reported to agilon's head of FP&A (Khanh Vo); prior to March 2023, Chhear was a Senior Financial Analyst since the beginning of the Class Period. Given

**Robbins Geller**
**Rudman & Dowd** LLP

Mason Parham
February 17, 2026
Page 8


Chhear's position within agilon's FP&A group, and reported experience in financial modeling, financial forecasting, budgeting, profit and loss analysis, and reporting & consolidation, Chhear is expected to have relevant documents pertaining to, *inter alia*, agilon's financial reporting, forecasting, and results.

Sincerely,

CHRISTOPHER D. STEWART

CDS:

4936-5956-9296.v1