# EXHIBIT I



SIDLEY AUSTIN LLP
2021 MCKINNEY AVENUE
SUITE 2000
DALLAS, TEXAS  75201
+1 214 981 3300
+1 214 981 3400 FAX

+1 214 969 3531
MPARHAM@SIDLEY.COM

February 23, 2026

**Via E-mail**

Lucas F. Olts
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900,
San Diego, CA 92101
lolts@rgrdlaw.com

  Re: *In re agilon health, inc. Securities Litigation*, No. 1:24-cv-00297 (W.D. Tex.)

Dear Luke:

  I write in response to your February 17, 2026 letter. As you know, agilon Defendants initially proposed 10 custodians, including each of the individual defendants and other current and former agilon executives and board members.  Plaintiffs responded on January 31, 2026, requesting 14 additional custodians.  In the spirit of compromise, we agreed to add 2 additional custodians from Plaintiffs' list, while also advising you that agilon did not have ESI for 3 of the proposed custodians on your list.  Plaintiffs responded by proposing 23 additional custodians, including 14 identified for the first time.

  As we explained during the meet and confer on February 19, 2026, we view all of Plaintiffs' additional proposed custodians as peripheral to the issues in dispute and unlikely to possess unique, non-duplicative documents beyond what has already been captured through existing custodians and non-custodial sources.  Accordingly, we do not view your request for 23 additional custodians as remotely proportionate to the needs of the case.  Nothing Plaintiffs advanced during our meet and confer changes that position.

  Nevertheless, in the hope of reaching a compromise to avoid further disputes on this issue, while preserving the April substantial completion timeline, agilon Defendants will agree to add the following custodians provided that this resolves any dispute over the custodian list:

- Khanh Vo, Senior Vice President of Finance / Vice President, FP&A
- Jacques Braamse, Head of Internal Audit & Internal Control
- Katie Kauachi, Senior Vice President, Payor Analytics & Strategy
- Kristin Xanders, Vice President, Actuarial Services
- Albert de Hombre, Senior Vice President, Data Solutions

Sidley Austin (TX) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

February 23, 2026
Page 2


   With these additions, agilon Defendants will have collected from ***seventeen custodians*** in total, spanning executive leadership, finance, accounting, investor relations, markets, analytics, audit, actuarial, and data functions.   This is in addition to the substantial non-custodial file repositories that have already been collected and processed.   agilon Defendants believe this custodial scope provides appropriate and proportionate coverage of the remaining issues in the case.

   We look forward to continuing to work cooperatively to maintain the agreed discovery schedule.

                              Sincerely,


                              Mason Parham