# EXHIBIT J

**Robbins Geller**
**Rudman & Dowd LLP**

Chicago    Melville    Nashville    San Diego    Wilmington
Boca Raton    Manhattan    Philadelphia    San Francisco    Washington, D.C.

Christopher D. Stewart
cstewart@rgrdlaw.com

February 26, 2026

<u>VIA EMAIL</u>

Mason Parham
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201

      Re:    *In re agilon health, inc. Securities Litigation*,
           No. 1:24-cv-00297 (W.D. Tex.)

Dear Counsel:

I write in response to your February 23, 2026 letter.

We disagree with your assertion that "all" of Plaintiffs' additional proposed custodians are "peripheral to the issues in dispute." Plaintiffs proposed a modest number of additional custodians given the subject matter, scope, and duration of this case. Notably, Defendants have not challenged that Plaintiffs' additional custodians, who had significant responsibilities in areas directly relevant to this case, have relevant documents.

Defendants' main qualm is that some of Plaintiffs' proposed additional custodians are within the same reporting chain as Defendants' named custodians. But two people in the same reporting chain are highly unlikely to have completely duplicative documents. *See Affinity Credit Union v. Apple Inc.*, 2024 WL 3859802, at *4 (N.D. Cal. Aug. 16, 2024) (compelling defendants to search custodians with overlapping responsibilities, noting, "It is unclear to the Court why an overlap in responsibilities with other custodians would indicate a perfect overlap in responsive documents."). Moreover, analysis and commentary at lower levels can support falsity, scienter, and loss causation.

Plaintiffs also note that three of the five agreed custodians listed in your February 23 letter did not even join agilon until the middle or late 2023, and thus would possess only a few months-worth of documents dated during the Class Period. Kristin Xanders (Vice President, Actuarial Services) did not join agilon until December 2023 – over two years and seven months *after* the Class Period commenced, and two months before it ended.

4916-2244-9810.v1

655 West Broadway, Suite 1900   San Diego, CA 92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com

**Robbins Geller
Rudman & Dowd** LLP

Mason Parham
February 26, 2026
Page 2

Plaintiffs continue to believe their proposed additional custodians are reasonable and proportional. Nonetheless, we have further considered our list of proposed additional custodians following receipt of your letter. In the interest of reaching a compromise, should agilon agree to add the following 7 custodians listed below (in addition to the 17 other custodians agilon has agreed to date), Plaintiffs will forego seeking the other additional proposed custodians from Plaintiffs' correspondence dated January 31 and February 17, 2026 at this time.[1] We believe this is a substantial concession, and that the custodians we're prepared to forego remain relevant, appropriate and proportional, and Plaintiffs reserve the right to seek custodians in addition to those listed below should the parties be unable to reach an agreement.

1.  Sarah Mokover: Senior Vice President of Strategy & Planning[2]

2.  Michael Murray: Head Actuary

3.  Lauren Polt: Senior Director of Clinical Analytics

4.  Sam Rowland: Senior Director of Finance, Director of FP&A

5.  Jared Schaeffer: Director, Actuarial Services

6.  Brian Scheinberg: Head of Internal Audit

7.  Mimi Yang: Vice President of Financial Reporting

These proposed custodians held senior level positions and significant responsibilities in areas directly relevant to this case. Further, three of these custodians (Sarah Mokover, Michael Murray, and Sam Rowland) worked at agilon throughout the Class Period, while the other four custodians worked at agilon during multiple years of the Class Period.[3] In sum, these proposed

---

[1]   As stated in the ESI Agreement, Plaintiffs would "retain the right, upon reviewing the initial production of documents, and conducting other investigation and discovery, to request that files from additional custodians be searched and meet and confer regarding such request."

[2]   Plaintiffs will not repeat here the information regarding each of these individuals set forth in Plaintiffs' February 17, 2026 letter.

[3]   Lauren Polt worked at agilon from April 2022 through the end of the Class Period, Jared Schaeffer appears to have worked at agilon since the beginning of the Class Period through at least October 2023, and Brian Scheinberg was at agilon since the beginning of the Class Period through April 2023.

4916-2244-9810.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Mason Parham
February 26, 2026
Page 3

custodians would have relevant documents and should be added as well.  Please let us know if you wish to discuss and we can promptly set a time for a call.

Sincerely,

CHRISTOPHER D. STEWART

CDS:

4916-2244-9810.v1