# EXHIBIT A

**From:** Greenberg, Nick
**To:** William Gravitt; Christopher Stewart; Evelyn Sanchez Gonzalez; Jack Scott; "jkendall@kendalllawgroup.com"; "Helena Gurtu"
**Cc:** Armbruster, Barret V.; Parham, Mason; Garcia, Yolanda
**Subject:** RE: In Re: Agilon Health, Inc. Securities Litigation, No. 1:24-CV-00297-DAE (W.D. Tex.) - Interrogatory Responses
**Date:** Thursday, April 2, 2026 2:10:20 PM
**Attachments:** Order - Gambrill v. CS Disco, Inc. et al, 1_24-cv-00028, No. 92 (W.D.Tex. Sep. 18, 2025).pdf

EXTERNAL SENDER
Counsel,

Attached is a recent order we alluded to on our call.  As reflected in the order, the Court rejected objections that contention interrogatories were "premature" and required the plaintiff to provide substantive responses, including providing answers beyond referring to the allegations in the complaint. The motion also explains that a party must respond to interrogatories based on information presently known and supplement later as appropriate.

The same principles apply to the ROGs at issue here.  Please confirm you will amend your responses to ROGs 7-14 by COB tomorrow.

Best regards,
**NICK GREENBERG**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 214 981 3378
ngreenberg@sidley.com

---

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Wednesday, April 1, 2026 12:33 PM
**To:** Armbruster, Barret V. <barmbruster@sidley.com>; William Gravitt <WGravitt@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; 'jkendall@kendalllawgroup.com' <jkendall@kendalllawgroup.com>; 'Helena Gurtu' <hgurtu@kendalllawgroup.com>
**Cc:** Garcia, Yolanda <ygarcia@sidley.com>; Parham, Mason <mparham@sidley.com>; 'mloconnor@debevoise.com' <mloconnor@debevoise.com>; 'egreenfield@debevoise.com' <egreenfield@debevoise.com>; 'bfetzer@debevoise.com' <bfetzer@debevoise.com>; 'dchekhov@debevoise.com' <dchekhov@debevoise.com>; 'Saravind@scottdoug.com' <Saravind@scottdoug.com>
**Subject:** RE: In Re: Agilon Health, Inc. Securities Litigation, No. 1:24-CV-00297-DAE (W.D. Tex.) - Interrogatory Responses

Barret:

Please see the attached letter.

We are available to meet and confer on the rog responses tomorrow at 10 am PT.

Luke

---

**From:** Armbruster, Barret V. <barmbruster@sidley.com>
**Sent:** Tuesday, March 31, 2026 7:57 PM

**To:** William Gravitt <WGravitt@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; 'jkendall@kendalllawgroup.com' <jkendall@kendalllawgroup.com>; 'Helena Gurtu' <hgurtu@kendalllawgroup.com>
**Cc:** Garcia, Yolanda <ygarcia@sidley.com>; Parham, Mason <mparham@sidley.com>; 'mloconnor@debevoise.com' <mloconnor@debevoise.com>; 'egreenfield@debevoise.com' <egreenfield@debevoise.com>; 'bfetzer@debevoise.com' <bfetzer@debevoise.com>; 'dchekhov@debevoise.com' <dchekhov@debevoise.com>; 'Saravind@scottdoug.com' <Saravind@scottdoug.com>
**Subject:** RE: In Re: Agilon Health, Inc. Securities Litigation, No. 1:24-CV-00297-DAE (W.D. Tex.) - Interrogatory Responses

EXTERNAL SENDER
Counsel,

We have not heard from you in response to my email below regarding a meet-and-confer on Lead Plaintiffs' interrogatory responses. We remain available tomorrow afternoon from 2:30 to 5:00 p.m. CT, as previously offered. If that does not work, please provide your availability as soon as possible so we can coordinate.

**BARRET V. ARMBRUSTER**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 214 981 3434
barmbruster@sidley.com

---

**From:** Armbruster, Barret V.
**Sent:** Monday, March 30, 2026 9:49 PM
**To:** William Gravitt <WGravitt@rgrdlaw.com>; Garcia, Yolanda <ygarcia@sidley.com>; Parham, Mason <mparham@sidley.com>; 'mloconnor@debevoise.com' <mloconnor@debevoise.com>; 'egreenfield@debevoise.com' <egreenfield@debevoise.com>; 'bfetzer@debevoise.com' <bfetzer@debevoise.com>; 'dchekhov@debevoise.com' <dchekhov@debevoise.com>; 'Saravind@scottdoug.com' <Saravind@scottdoug.com>
**Cc:** Christopher Stewart <CStewart@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; 'jkendall@kendalllawgroup.com' <jkendall@kendalllawgroup.com>; 'Helena Gurtu' <hgurtu@kendalllawgroup.com>
**Subject:** RE: In Re: Agilon Health, Inc. Securities Litigation, No. 1:24-CV-00297-DAE (W.D. Tex.) - Interrogatory Responses

Counsel,

Please let us know when you are available to meet and confer regarding Lead Plaintiffs' interrogatory responses. We are available at the following times:

- Tuesday, March 31: 4:00–5:30 p.m. CT

- Wednesday, April 1: 2:30–5:00 p.m. CT

Please let us know which of these times works for you. If neither is workable, please provide your availability for tomorrow or Wednesday.

Thank you,

**BARRET V. ARMBRUSTER**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 214 981 3434
barmbruster@sidley.com

---

**From:** William Gravitt <WGravitt@rgrdlaw.com>
**Sent:** Monday, March 30, 2026 7:01 PM
**To:** Garcia, Yolanda <ygarcia@sidley.com>; Parham, Mason <mparham@sidley.com>; Armbruster, Barret V. <barmbruster@sidley.com>; 'mloconnor@debevoise.com' <mloconnor@debevoise.com>; 'egreenfield@debevoise.com' <egreenfield@debevoise.com>; 'bfetzer@debevoise.com' <bfetzer@debevoise.com>; 'dchekhov@debevoise.com' <dchekhov@debevoise.com>; 'Saravind@scottdoug.com' <Saravind@scottdoug.com>
**Cc:** Christopher Stewart <CStewart@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; 'jkendall@kendalllawgroup.com' <jkendall@kendalllawgroup.com>; 'Helena Gurtu' <hgurtu@kendalllawgroup.com>
**Subject:** In Re: Agilon Health, Inc. Securities Litigation, No. 1:24-CV-00297-DAE (W.D. Tex.) - Interrogatory Responses

Counsel,

Attached for service in the above-referenced action, please find Lead Plaintiffs' Responses and Objections to the agilon Defendants' First Set of Interrogatories to Lead Plaintiffs. Pursuant to Local Rule CV-33, Lead Plaintiffs will serve  executed answers within 21 days.

Thank you,

 **William Gravitt**
Paralegal

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential.

If you are not the intended recipient, please delete the e-mail and any attachments and notify us

immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**