UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § | Master File No. 1:24-cv-00297-DAE |
| | § | <u>CLASS ACTION</u> |
| This Document Relates To: | § § § | |
| ALL ACTIONS. | § § | |
| | § | |

**AFFIDAVIT OF CHRISTOPHER D. STEWART IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM THE AGILON DEFENDANTS**

4920-1236-7266.v1

- 1 -

I, CHRISTOPHER D. STEWART, declare, under penalty of perjury:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for Lead Plaintiffs.  I submit this affidavit in support of Plaintiffs' Reply in Further Support of Their Motion to Compel the Production of Documents from the agilon Defendants.

2.      Attached is a true and correct copy of the following exhibit:

Exhibit O:      Declaration of Jeff Johnson.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 17, 2026, at San Diego, California.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

- 1 -

4920-1236-7266.v1