UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:24-cv-00297-DAE <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

**AFFIDAVIT OF LUCAS F. OLTS IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION TO COMPEL DISCLOSURE ON THE USE OF GENERATIVE ARTIFICIAL INTELLIGENCE**

- 1 -

I, LUCAS F. OLTS, declare, under penalty of perjury:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am Lead Counsel for Lead Plaintiffs.  I submit this Affidavit in Support of Plaintiffs' Opposed Motion to Compel Disclosure on the Use of Generative Artificial Intelligence.

2.      Attached is a true and correct copy of the following exhibits:

Exhibit A:      March 2, 2026 letter from Mason Parham to Lucas Olts;

Exhibit B:      March 6, 2026 letter from Christopher Stewart to Mason Parham;

Exhibit C:      March 13, 2026 letter from Mason Parham to Lucas Olts;

Exhibit D:      March 20, 2026 letter from Lucas Olts to Mason Parham;

Exhibit E:      March 24, 2026 letter from Mason Parham to Lucas Olts;

Exhibit F:      March 27, 2026 letter from Christopher Stewart to Mason Parham;

Exhibit G:      April 20, 2026 letter from Mason Parham to Christopher Stewart;

Exhibit H:      April 20, 2026 email chain from Mason Parham to Lucas Olts; and

Exhibit I:      Electronic Discovery Agreement.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 24, 2026, at San Diego, California.

s/ Lucas F. Olts
LUCAS F. OLTS

4920-2982-1861.v1