# EXHIBIT H

| | |
|---|---|
| **From:** | Parham, Mason |
| **To:** | Luke Olts; Jack Scott; Armbruster, Barret V.; Christopher Stewart; Evelyn Sanchez Gonzalez; Shao-Jia Chang |
| **Cc:** | Garcia, Yolanda; Greenberg, Nick |
| **Subject:** | RE: In re Agilon Health, Inc. Securities Litigation |
| **Date:** | Monday, April 20, 2026 7:35:06 PM |
| **Attachments:** | Letter from M. Parham dated 4.20.2026.pdf |

EXTERNAL SENDER
Luke/Chris,

Please see attached letter.

Best,
**MASON PARHAM**

**SIDLEY AUSTIN LLP**
+1 214 969 3531
mparham@sidley.com

---

**From:** Parham, Mason
**Sent:** Friday, April 17, 2026 1:42 PM
**To:** 'Luke Olts' <LOlts@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Armbruster, Barret V. <barmbruster@sidley.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Garcia, Yolanda <ygarcia@sidley.com>; Greenberg, Nick <ngreenberg@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

Luke,

We will send our response on Monday.
**MASON PARHAM**

**SIDLEY AUSTIN LLP**
+1 214 969 3531
mparham@sidley.com

---

**From:** Luke Olts <LOlts@rgrdlaw.com>
**Sent:** Friday, April 17, 2026 1:10 PM
**To:** Jack Scott <JScott@rgrdlaw.com>; Armbruster, Barret V. <barmbruster@sidley.com>; Parham, Mason <mparham@sidley.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Garcia, Yolanda <ygarcia@sidley.com>; Greenberg, Nick <ngreenberg@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

Mason:

As you have not given us the courtesy of a response, we are forced to assume you will continue to ignore my March 27 letter, and we will have to take this issue to the Court.

Luke

---

**From:** Luke Olts
**Sent:** Monday, April 13, 2026 10:12 AM
**To:** Jack Scott <JScott@rgrdlaw.com>; 'Armbruster, Barret V.' <barmbruster@sidley.com>; Parham, Mason <mparham@sidley.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Garcia, Yolanda <ygarcia@sidley.com>; Greenberg, Nick <ngreenberg@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

Mason:

During our meet and confer call on April 2, 2026 you represented that you would respond to the below letter "hopefully" by the end of that week.  We have still not heard from you.

Please let us know when we can expect a response.

Luke

---

**From:** Jack Scott <JScott@rgrdlaw.com>
**Sent:** Friday, March 27, 2026 2:24 PM
**To:** 'Armbruster, Barret V.' <barmbruster@sidley.com>; Parham, Mason <mparham@sidley.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Garcia, Yolanda <ygarcia@sidley.com>; Greenberg, Nick <ngreenberg@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

Counsel,

Please see the attached letter.

Sincerely,

**Jack Scott**
Associate

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

---

**From:** Armbruster, Barret V. <barmbruster@sidley.com>
**Sent:** Tuesday, March 24, 2026 5:32 PM
**To:** Parham, Mason <mparham@sidley.com>; Jack Scott <JScott@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Garcia, Yolanda <ygarcia@sidley.com>; Greenberg, Nick <ngreenberg@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

EXTERNAL SENDER
Counsel,

Please see the attached letter.

**BARRET V. ARMBRUSTER**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 214 981 3434
barmbruster@sidley.com

---

**From:** Parham, Mason <mparham@sidley.com>
**Sent:** Monday, March 23, 2026 5:52 PM
**To:** Jack Scott <JScott@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Garcia, Yolanda <ygarcia@sidley.com>; Armbruster, Barret V. <barmbruster@sidley.com>; Greenberg, Nick <ngreenberg@sidley.com>

**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

Jack,

We have reviewed the letter you sent on Friday evening.  We will respond by tomorrow.

Best,
**MASON PARHAM**

**SIDLEY AUSTIN LLP**
+1 214 969 3531
mparham@sidley.com

---

**From:** Jack Scott <JScott@rgrdlaw.com>
**Sent:** Friday, March 20, 2026 7:05 PM
**To:** Christopher Stewart <CStewart@rgrdlaw.com>; Parham, Mason <mparham@sidley.com>; Armbruster, Barret V. <barmbruster@sidley.com>; Greenberg, Nick <ngreenberg@sidley.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Garcia, Yolanda <ygarcia@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

Counsel,

Please see the attached letter.

Sincerely,

**Jack Scott**
Associate

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

---

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Wednesday, March 18, 2026 12:05 PM
**To:** 'Parham, Mason' <mparham@sidley.com>; Armbruster, Barret V. <barmbruster@sidley.com>; Greenberg, Nick <ngreenberg@sidley.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Garcia, Yolanda <ygarcia@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

Thank you, let's plan to talk at 1 PT / 4 ET on Fri 3/20, using the below dial in.

Dial-in: (267) 930-4000
Participant Code: 627-522-230

Best,
Chris

---

**From:** Parham, Mason <mparham@sidley.com>
**Sent:** Tuesday, March 17, 2026 8:23 PM
**To:** Christopher Stewart <CStewart@rgrdlaw.com>; Armbruster, Barret V.

<barmbruster@sidley.com>; Greenberg, Nick <ngreenberg@sidley.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Garcia, Yolanda <ygarcia@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

EXTERNAL SENDER
Chris,

I am traveling this week, but I could speak on Friday afternoon

**MASON PARHAM**

**SIDLEY AUSTIN LLP**
+1 214 969 3531
mparham@sidley.com

---

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Monday, March 16, 2026 1:49 PM
**To:** Armbruster, Barret V. <barmbruster@sidley.com>; Greenberg, Nick <ngreenberg@sidley.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Parham, Mason <mparham@sidley.com>; Garcia, Yolanda <ygarcia@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

Counsel,

I write in response to your March 13, 2026 letter (the "March 13 Letter") responding to Plaintiffs' March 6, 2026 letter (the "March 6 Letter"), regarding the TAR/AI issue first raised by Defendants on March 2, 2026.

The March 13 Letter does not address any of the information that Plaintiffs requested (*see* pages 4-5 of the March 6 Letter, attached) pursuant to Section III of the ESI Agreement regarding the agilon Defendants' use of Relativity aiR for Review to cull documents for review or production. *See* March 6 Letter at 3 n.3. The March 13 Letter is also ambiguous as to whether defendants are still intending to use TAR/AI ("To the extent agilon Defendants use TAR or AI-assisted review as part of that process . . .").

The March 13 Letter states you are willing to meet and confer regarding the use of TAR/AI and the information Plaintiffs requested on March 6.  Please propose times/dates you are available this week for a call.

Best,
Chris

---

**From:** Armbruster, Barret V. <barmbruster@sidley.com>
**Sent:** Friday, March 13, 2026 8:03 PM
**To:** Christopher Stewart <CStewart@rgrdlaw.com>; Greenberg, Nick <ngreenberg@sidley.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Parham, Mason <mparham@sidley.com>; Garcia, Yolanda <ygarcia@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

EXTERNAL SENDER
Counsel,

Please see the attached letter.

**BARRET V. ARMBRUSTER**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 214 981 3434
barmbruster@sidley.com

---

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Friday, March 6, 2026 6:10 PM
**To:** Greenberg, Nick <ngreenberg@sidley.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Parham, Mason <mparham@sidley.com>; Armbruster, Barret V. <barmbruster@sidley.com>; Garcia, Yolanda <ygarcia@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

Counsel, please see the attached letter.

Best,
Chris

---

**From:** Greenberg, Nick <ngreenberg@sidley.com>
**Sent:** Monday, March 2, 2026 7:29 PM
**To:** Christopher Stewart <CStewart@rgrdlaw.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Parham, Mason <mparham@sidley.com>; Armbruster, Barret V. <barmbruster@sidley.com>; Garcia, Yolanda <ygarcia@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

EXTERNAL SENDER
Counsel, please see the attached letter.

Best,

**NICK GREENBERG**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 214 981 3378
ngreenberg@sidley.com

---

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Thursday, February 26, 2026 11:50:06 PM
**To:** Armbruster, Barret V. <barmbruster@sidley.com>; Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Parham, Mason <mparham@sidley.com>; Garcia, Yolanda <ygarcia@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

Counsel, please see the attached letter.

Best,
Chris

Christopher D. Stewart
Robbins Geller Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**From:** Armbruster, Barret V. <barmbruster@sidley.com>
**Sent:** Monday, February 23, 2026 4:36 PM
**To:** Luke Olts <LOlts@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Cc:** Parham, Mason <mparham@sidley.com>; Garcia, Yolanda <ygarcia@sidley.com>
**Subject:** RE: In re Agilon Health, Inc. Securities Litigation

EXTERNAL SENDER
Counsel – Please see the attached letter.

**BARRET V. ARMBRUSTER**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 214 981 3434
barmbruster@sidley.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Tuesday, February 17, 2026 7:08 PM
**To:** Parham, Mason <mparham@sidley.com>; Armbruster, Barret V. <barmbruster@sidley.com>; Garcia, Yolanda <ygarcia@sidley.com>
**Cc:** Luke Olts <LOlts@rgrdlaw.com>; Evelyn Sanchez Gonzalez <EGonzalez@rgrdlaw.com>; Jack Scott <JScott@rgrdlaw.com>; Shao-Jia Chang <SChang@rgrdlaw.com>
**Subject:** In re Agilon Health, Inc. Securities Litigation

Counsel, please see the attached letter.

Best,
Chris

**Christopher D. Stewart**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender

by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.