

SIDLEY AUSTIN LLP
2323 CEDAR SPRINGS RD
SUITE 2600
DALLAS, TEXAS  75201
+1 214 981 3300
+1 214 981 3400 FAX

+1 214 969 3531
MPARHAM@SIDLEY.COM

May 19, 2026

**Via E-mail**

The Honorable Susan Hightower
United States District Court
Western District of Texas
Austin Division

      Re:    *In re agilon health, inc. Securities Litigation*, No. 1:24-cv-00297 (W.D. Tex.)

Dear Judge Hightower:

The parties respectfully write regarding the hearing currently set for June 3, 2026 pursuant to the Court's April 10, 2026 Order (ECF No. 109).

The Court's Order set for hearing Plaintiffs Motion for Class Certification (ECF No. 105). That motion was filed on April 6, 2026.  Under the Court's Revised Scheduling Order (ECF No. 116), Defendants' opposition to class certification is due June 8, 2026, Plaintiffs' reply is due July 10, 2026, and Defendants' sur-reply is due July 24, 2026. Accordingly, briefing on class certification will not be complete by the time of the June 3 hearing.

The parties have conferred and believe a June 3 hearing on Plaintiffs' motion is premature. Accordingly, the parties respectfully request that the Court reset the hearing on Plaintiffs' Motion for Class Certification to a date after briefing is completed. The parties thank the court for its consideration.

Respectfully submitted,

*/s Mason Parham*

Mason Parham

Sidley Austin (TX) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.