# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **In re Agilon Health, Inc.**<br>**Securities Litigation** | §<br>§<br>§<br>§ | **Case No. 1:24-cv-00297-DAE** |

## AMENDED ORDER

Now before the Court are:

- Plaintiffs' Opposed Motion to Compel the Production of Documents by the CD&R Defendants filed February 13, 2026 (Dkt. 95);

- Plaintiffs' Opposed Motion to Compel the Production of Documents from the Agilon Defendants filed February 27, 2026 (Dkts. 98 (redacted) and 102 (sealed));

- Plaintiffs' Opposed Motion to Compel the Production of Documents from the Agilon Defendants filed April 3, 2026 (Dkt. 103);

- Plaintiffs' Sealed Motion to File under Seal Exhibit 1 to Plaintiffs' Opposed Motion to Compel the Production of Documents from the Agilon Defendants, filed April 3, 2026 (Dkt. 104) (sealed);

- Agilon Defendants' Motion to Compel Discovery from Lead Plaintiffs, filed April 7, 2026 (Dkt. 106);

- Plaintiffs' Opposed Motion to Compel the Production of Documents from the CD&R Defendants filed April 8, 2026 (Dkts. 107 (redacted) and 111 (sealed));

- Plaintiffs' Opposed Motion to Compel Disclosure on the Use of Generative Artificial Intelligence, filed April 24, 2026 (Dkt. 122);

- Plaintiffs' Opposed Motion to Compel the Production of Documents by the CD&R Defendants filed May 20, 2026 (Dkt. 128);

and the associated response and reply briefs.[1]

On April 10, 2026, this Magistrate Judge set a hearing for **1:30 p.m. on June 3, 2026** in

Courtroom Six on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin,

---

[1] The Honorable David A. Ezra entered Text Orders referring the motions to this Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas ("Local Rules").

Texas 78701 on all pending referred motions (Dkt. 109), including Plaintiffs' Opposed Motion for Class Certification (Dkt. 105). But as the parties noted in their letter submitted May 19, 2026 (Dkt. 127), the motion for class certification will not be ripe until June 8, 2026. Dkt. 126 ¶ 4.

Accordingly, the Court hereby issues this **AMENDED ORDER vacating** Plaintiffs' Opposed Motion for Class Certification (Dkt. 105) from the motions to be heard at the June 3, 2026 hearing. The class certification motion will be reset for hearing at a later date.

The Court reiterates that the parties have been ordered to meaningfully confer in good faith as required by Local Rule CV-7(g), in person or by telephone or videoconference, concerning all outstanding discovery issues. Dkt. 105 at 2. After their conference, the parties are **ORDERED to FILE a Joint Advisory to the Court, no more than ten pages in length, by this date, May 22, 2026**. The Joint Advisory must discuss the parties' conference(s), inform the Court whether the parties have resolved their discovery disputes, identify any remaining issues requiring resolution by the Court, and briefly set forth the parties' positions on each outstanding issue, with supporting authority. *Id.*

If necessary, the parties may file a Supplemental Joint Advisory **no more than two pages in length by May 29, 2026**, addressing Plaintiffs' Opposed Motion to Compel the Production of Documents by the CD&R Defendants (Dkt. 128), which is not yet ripe.

**SIGNED** on May 22, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

2