UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § § | Master File No. 1:24-cv-00297-DAE |
| | | CLASS ACTION |
| This Document Relates To: | § § § § § | |
| ALL ACTIONS. | | |

ORDER

Now before the Court are Plaintiffs' Opposed Motion to Compel the Production of Documents by the CD&R Defendants, filed February 13, 2026 (Dkt. 95); Plaintiffs' Opposed Motion to Compel the Production of Documents from the agilon Defendants, filed February 27, 2026 (Dkts. 98 (redacted) and 102 (sealed)); Plaintiffs' Opposed Motion to Compel the Production of Documents from the agilon Defendants, filed April 3, 2026 (Dkt. 103); Plaintiffs' Sealed Motion to File under Seal Exhibit 1 to Plaintiffs' Opposed Motion to Compel the Production of Documents from the agilon Defendants, filed April 3, 2026 (Dkt. 104) (sealed); agilon Defendants' Motion to Compel Discovery from Lead Plaintiffs, filed April 7, 2026 (Dkt. 106); Plaintiffs' Opposed Motion to Compel the Production of Documents from the CD&R Defendants, filed April 8, 2026 (Dkts. 107 (redacted) and 111 (sealed)); Plaintiffs' Opposed Motion to Compel Disclosure on the Use of Generative Artificial Intelligence, filed April 24, 2026 (Dkt. 122); Plaintiffs' Opposed Motion to Compel the Production of Documents by the CD&R Defendants, filed May 20, 2026 (Dkt. 128), agilon Defendants' Opposed Motion to Continue Briefing Schedule for Class Certification, filed May 27, 2026 (Dkt. 132), and the associated response and reply briefs.[1]

The Court held a hearing (the "Hearing") on the above-mentioned motions on June 3, 2026, at which all parties were represented by counsel. For the reasons stated from the bench during the Hearing, the Court finds as follows:

1.      Plaintiffs' Opposed Motion to Compel the Production of Documents by the CD&R Defendants filed February 13, 2026 (Dkt. 95) is **GRANTED IN PART, DENIED IN PART, and DISMISSED AS MOOT IN PART**. The Motion is **GRANTED** as to Request for Production Nos. 7 and 10, **GRANTED** as to the request to extend the relevant time period from February 15,

---

[1]   The Honorable David A. Ezra entered Text Orders referring the motions to this Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas ("Local Rules").

2021, through July 31, 2023, **DENIED AS MOOT** as to Request for Production No. 8, and **DENIED** as to Request for Production No. 16.

2. Plaintiffs' Opposed Motion to Compel the Production of Documents from the agilon Defendants filed February 27, 2026 (Dkts. 98 (redacted) and 102 (sealed)) is **GRANTED IN PART, DENIED IN PART, DENIED WITHOUT PREJUDICE IN PART, and DENIED AS MOOT IN PART**. The Motion is **DENIED AS MOOT** as to Request for Production No. 16, **DENIED WITHOUT PREJUDICE** as to Request for Production Nos. 34 and 36, **DENIED** as to Request for Production No. 33, **DENIED AS MOOT WITHOUT PREJUDICE** as to Request for Production Nos. 19-21, and **GRANTED** as to the request to extend the relevant time period through May 31, 2024.

3. Plaintiffs' Opposed Motion to Compel the Production of Documents from the agilon Defendants filed April 3, 2026 (Dkt. 103) is **GRANTED IN PART and DENIED IN PART**. The Motion is **DENIED** as to Plaintiffs' proposed search terms and **GRANTED** as to Plaintiffs' requested custodians: Michael Murray, Lauren Polt, Jacques Braamse, Jared Shaeffer, Samuel Rowland, Khanh Vo, Katie Kauachi, Kristin Xanders, and Albert de Hombre.

4. Plaintiffs' Sealed Motion to File under Seal Exhibit 1 to Plaintiffs' Opposed Motion to Compel the Production of Documents from the agilon Defendants, filed April 3, 2026 (Dkt. 104) (sealed) is **GRANTED**.

5. agilon Defendants' Motion to Compel Discovery from Lead Plaintiffs, filed April 7, 2026 (Dkt. 106) is **GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE**. The Motion is **GRANTED IN PART and DENIED IN PART** as follows:

(a) Within seven days of the date of the Hearing, Lead Plaintiffs shall serve amended or supplemental responses to Interrogatory Nos. 7-12 and 14.

(b)    Within thirty days of the date of the Hearing, Lead Plaintiffs shall amend their responses and objections to Requests for Production 1, 3-12, 18-19, 21-29, 31-36, 39-41, 49, and 51 to clarify whether responsive documents have been searched for, produced, or withheld and the basis for any withholding.

(c)    agilon Defendants' Motion is **DENIED WITHOUT PREJUDICE** as to the remaining relief.

6.    Plaintiffs' Opposed Motion to Compel the Production of Documents from the CD&R Defendants filed April 8, 2026 (Dkts. 107 (redacted) and 111 (sealed)) is **GRANTED**.

7.    Plaintiffs' Opposed Motion to Compel Disclosure on the Use of Generative Artificial Intelligence, filed April 24, 2026 (Dkt. 122) is **DENIED**.

8.    Plaintiffs' Opposed Motion to Compel the Production of Documents by the CD&R Defendants filed May 20, 2026 (Dkt. 128) is **GRANTED**.

9.    agilon Defendants' Opposed Motion to Continue Briefing Schedule for Class Certification, filed May 27, 2026 (Dkt. 132) is **GRANTED**.  Defendants shall file any opposition to Plaintiffs' motion for class certification by **June 29, 2026**.  Plaintiffs shall file their reply in support of their motion for class certification by **July 31, 2026**.  Defendants' surreply in opposition to Plaintiffs' motion for class certification is due by **August 14, 2026**.

The parties shall meet and confer regarding deadlines necessary to implement the discovery ordered herein and shall submit any agreed modifications as a proposed scheduling order.

IT IS SO ORDERED.

DATED:   June 12, 2026                         _____

THE HONORABLE SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE