UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| IN RE AGILON HEALTH, INC. SECURITIES LITIGATION | Case No. 1:24-cv-00297-DAE |

**THE CD&R ENTITIES' JOINDER TO THE AGILON DEFENDANTS' OPPOSITION TO  PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Santosh Aravind
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300

Maeve L. O'Connor
Elliot Greenfield
Brandon Fetzer
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

*Attorneys for Defendants Clayton, Dubilier & Rice, LLC, CD&R Vector Holdings, L.P., CD&R Investment Associates IX, Ltd., CD&R Associates IX, L.P.*

Defendants Clayton, Dubilier & Rice, LLC, CD&R Vector Holdings, L.P., CD&R Investment Associates IX, Ltd., and CD&R Associates IX, L.P. (collectively, the "CD&R Entities") respectfully submit this joinder to the Agilon Defendants' opposition to Plaintiffs' Motion for Class Certification (the "Motion).

## ARGUMENT

The CD&R Entities join the arguments made by the Agilon Defendants' in opposition to Plaintiffs' Motion and incorporate them as fully set forth herein.  In light of the Court's April 22, 2026 Order, which dismissed Plaintiffs' insider-trading claim under Section 20A of the Securities Exchange Act of 1934 as asserted against the CD&R Entities, only one claim against them remains:  a control person claim under Section 20(a) of the Exchange Act, but only with respect to statements made by agilon health, inc. through May 2023.  Because Section 20(a) liability "is secondary only and cannot exist in the absence of a primary violation," *Sec. Corp. v. INSpire Ins. Sols., Inc.*, 365 F.3d 353, 383 (5th Cir. 2004), Plaintiffs' failure to carry their burden under Federal Rule of Civil Procedure 23 with respect to a Section 10(b) claim for the reasons set forth in the Agilon Defendants' opposition necessarily means that a class cannot be certified under Section 20(a).  Accordingly, class certification should be denied.

Dated:  June 29, 2026

/s/  Elliot Greenfield
Maeve L. O'Connor (admitted *pro hac vice*)
Elliot Greenfield (admitted *pro hac vice*)
Brandon Fetzer (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
*mloconnor@debevoise.com*
*egreenfield@debevoise.com*
*bfetzer@debevoise.com*

Santosh Aravind (Texas Bar No. 24095052)
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701

(512) 495-6300
*saravind@scottdoug.com*

*Attorneys for Defendants Clayton, Dubilier & Rice, LLC, CD&R Vector Holdings, L.P., CD&R Investment Associates IX, Ltd., CD&R Associates IX, L.P.*

## CERTIFICATE OF SERVICE

On June 29, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.

                                              */s/ Santosh Aravind*
                                              Santosh Aravind

2