UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re AGILON HEALTH, INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:24-cv-00297-DAE <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

JOINT MOTION FOR ENTRY OF A REVISED SCHEDULING ORDER

Lead Plaintiffs Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans, Indiana Public Retirement System, and the North Atlantic States Carpenters Pension Fund and Guaranteed Annuity Fund ("Plaintiffs") and Defendants agilon health, inc., Steven J. Sell, Timothy S. Bensley, Girish Venkatachaliah, Heidi Hittner, Clayton, Dubilier & Rice, LLC, CD&R Vector Holdings, L.P., CD&R Investment Associates IX, Ltd., and CD&R Associates IX, L.P. ("Defendants") (collectively, the "Parties") respectfully submit this joint motion for entry of a Revised Scheduling Order attached as **Exhibit A**, and in support state as follows:

The Parties jointly request a revision to the Revised Scheduling Order (ECF No. 126) to extend the deadline for the substantial completion of document productions from June 2, 2026, to September 18, 2026, and to adjust the remaining discovery, expert, and dispositive motion deadlines accordingly. Good cause exists for this modification. On June 10, 2026, the Court entered its Order resolving the parties' pending discovery motions (ECF No. 140), which requires, among other things, additional document discovery, including the collection, review, and production of documents from newly ordered custodians and over expanded time periods. The Court further directed the parties to meet and confer regarding any scheduling modifications necessary to implement that discovery. The additional discovery ordered by the Court requires additional time to complete document productions before the parties can complete fact discovery and proceed with expert discovery.

The requested revisions do not alter the overall structure of the case schedule. The parties propose to leave the class-certification briefing schedule as modified by the Court's June 10, 2026 Order (ECF No. 140) unchanged, while extending the remaining case deadlines by a corresponding period to accommodate the additional discovery ordered by the Court.

1

This is the Parties' third request to modify the Scheduling Order. The requested relief is sought jointly, is not for purposes of delay, and will promote the efficient resolution of this action.

DATED:  July 24, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
LUCAS F. OLTS
(admitted *pro hac vice*)
CHRISTOPHER D. STEWART
(admitted *pro hac vice*)
EVELYN SANCHEZ GONZALEZ
(admitted *pro hac vice*)

*/s/ Lucas F. Olts (with permission)*
LUCAS F. OLTS

655 West Broadway,
Suite 1900 San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
lolts@rgrdlaw.com
cstewart@rgrdlaw.com
egonzalez@rgrdlaw.com

Lead Counsel for Lead Plaintiffs


KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel

2

DATED:  July 24, 2026

SIDLEY AUSTIN LLP
YOLANDA C. GARCIA
MASON PARHAM
BARRET V. ARMBRUSTER


*/s/ Mason Parham*
MASON PARHAM

2021 McKinney Avenue, Suite 2000
Dallas, TX  75201
Telephone: 214/981-3300
214/981-3400 (fax)
ygarcia@sidley.com
mparham@sidley.com
barmbruster@sidley.com

Attorneys for Defendants agilon health, inc., Steven J. Sell, Timothy S. Bensley, Girish Venkatachaliah, Heidi Hittner

DATED:  July 24, 2026

DEBEVOISE & PLIMPTON LLP
MAEVE L. O'CONNOR (admitted *pro hac vice*)
ELLIOT GREENFIELD (admitted *pro hac vice*)
BRANDON FETZER (admitted *pro had vice*)


*/s/ Elliot Greenfield (with permission)*
ELLIOT GREENFIELD

66 Hudson Boulevard
New York, NY  10001
Telephone: 212/909-6000
mloconnor@debevoise.com
egreenfield@debevoise.com
bfetzer@debevoise.com

SCOTT DOUGLASS & MCCONNICO LLP
SANTOSH ARAVIND
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone: 512/495-6300

Attorneys for Defendants Clayton, Dubilier & Rice, LLC, CD&R Vector Holdings, L.P., CD&R Investment Associates IX, Ltd., CD&R Associates IX, L.P.

3

## I.    CERTIFICATE OF SERVICE

On July 24, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.

*/s/ Mason Parham*
Mason Parham