# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **In re Agilon Health, Inc. Securities Litigation** | § § § | **No. 1:24-cv-00297-DAE** |

## ORDER

Now before the Court are Plaintiffs' Opposed Motion for Leave to Take up to Thirty Fact Witness Depositions under FED. R. CIV. P. 30(a)(2), filed August 31, 2026 (Dkt. 152); Plaintiffs' Opposed Motion to Compel the Production of Documents from the agilon Defendants, filed September 8, 2026 (Dkt. 160); and the associated response and reply briefs.[1] The Court held a hearing on the motions at which all parties appeared through counsel on October 21, 2026, and now issues this Order for the reasons stated below and from the bench during the hearing.

Plaintiffs' Opposed Motion for Leave to Take up to Thirty Fact Witness Depositions under FED. R. CIV. P. 30(a)(2) (Dkt. 152) is **DENIED**. The Court finds that Plaintiffs have not met their burden to make a particularized showing why more than ten depositions are necessary. *Mullenix v. The University of Tex. at Austin*, No. 1-19-CV-1203-LY-SH, 2021 WL 3474008, at *1 (W.D. Tex. Aug. 6, 2021). The Court **ORDERS** the parties to comply with their obligation to cooperate under Local Rule AT-4 in negotiating any reasonable requests for more than ten depositions.

Plaintiffs' Opposed Motion to Compel the Production of Documents from the agilon Defendants (Dkt. 160) is **GRANTED IN PART and DENIED IN PART**. The Court **ORDERS**

[1] By Text Orders entered August 25 and October 19, 2026, the Honorable David A. Ezra referred the motions to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas ("Local Rules").

Defendants to collect and produce **by December 18, 2026** custodial documents from four of the eight additional custodians requested by Plaintiffs: (1) Blaine Barnett, (2) Ben Shaker, (3) Yuliya Parra, and (4) Sarah Mokover. The Court finds that Plaintiffs have shown that their request is not untimely, these additional custodians are likely to possess relevant evidence not already produced, and that production from them is proportional to the needs of the case and does not impose an undue burden on Defendants.

**SIGNED** on October 21, 2026.



SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE